**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **CHAMBERS OF**<br>**KENT A. JORDAN**<br>**DISTRICT JUDGE** | **LOCKBOX 10**<br>**844 KING STREET**<br>**U.S. COURTHOUSE**<br>**WILMINGTON, DELAWARE 19801** |

March 17, 2005

Steven J. Balick, Esq.  
Ashby & Geddes  
222 Delaware Avenue - 17th Fl.  
Wilmington, DE  19801

Francis G.X. Peliggi, Esq.  
Fox Rothschild LLP  
919 N. Market Street - #1300  
Wilmington, DE  19801

Re:   Wayne Van Scoy v. Van Scoy Diamond Mine of Delaware, Inc., et al.
       Civil Action No. 05-108-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas  
Enclosure  
cc:   Clerk of the Court