IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, | ) |
| | ) |
|     Plaintiff and | ) |
|     Counterclaim-Defendant, | ) |
| | ) |
|     v. | ) |
| | ) |
| VAN SCOY DIAMOND MINE OF | )   Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) |
| | ) |
|     Defendants and | ) |
|     Counterclaim-Plaintiff. | ) |

### DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Defendant and Counterclaim-Plaintiff, Van Scoy Diamond Mine of Delaware, Inc. and Defendants Kurt Van Scoy and Donna Van Scoy, hereby demand a jury trial in this matter.

        FOX ROTHSCHILD LLP

        By:   /s/ Francis G.X. Pileggi
            Francis G.X. Pileggi (Del. Bar No. 2624)
            Citizen Bank Center
            Suite 1300
            919 North Market Street
            Wilmington, DE 19801-2323
            Phone: (302) 654-7444
            E-mail: fpileggi@foxrothschild.com

            Attorneys for Defendants and
            Counterclaim Plaintiff

Dated: April 6, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE OF DEMAND FOR JURY TRIAL

I hereby certify that on April 6, 2005, I electronically filed the foregoing Demand for Jury trial with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

I hereby certify that on April 6, 2005, I have mailed by United States Postal Service, the foregoing document(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (I.D. No. 2624)
Fox Rothschild LLP
Suite 1300
919 N. Market Street
Wilmington, DE 19801
Phone: (302) 654-7444
E-mail: fpileggi@foxrothschild.com