IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, | ) |
| | ) |
| Plaintiff and | ) |
| Counterclaim-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| VAN SCOY DIAMOND MINE OF | )   Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) |
| | ) |
| Defendants and | ) |
| Counterclaim-Plaintiff. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of April, 2005, **DEFENDANTS' INITIAL E-DISCOVERY DISCLOSURES** were served upon the following counsel of record at the address and in the manner indicated:

Steven J. Balick, Esquire                     VIA ELECTRONIC MAIL
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

FOX ROTHSCHILD LLP

By:___/s/ Francis G.X. Pileggi_____
Francis G.X. Pileggi (Del. Bar No. 2624)
Citizen Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 654-7444
E-mail: fpileggi@foxrothschild.com

Attorneys for Defendants and
Counterclaim Plaintiff

Dated: April 7, 2005

WM1A 54100v1 04/07/05

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Steven J. Balick, Esquire                                       VIA ELECTRONIC MAIL
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899

                                            /s/ Francis G.X. Pileggi
                                            Francis G.X. Pileggi