April 14, 2005

The Honorable Kent A. Jordan *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, DE 19801

    Re:   *Wayne Van Scoy v. Van Scoy Diamond Mine of Delaware, et al.,*
           C.A. No. 05-108-KAJ

Dear Judge Jordan:

    In anticipation of the Rule 16 teleconference in the above action, the parties respectfully propose the following schedule and procedures for the Court's consideration:

| | |
|---|---|
| Deadline for Joinder/Amendments | June 1, 2005 |
| Deposition Hours | 40 per side |
| Interim Status Report | August 24, 2005 |
| Discovery Status Conference | August 31, 2005 |
| Discovery Cut-off | October 7, 2005 |
| Case Dispositive Motions | October 15, 2005 |
| Answering Briefs on Case Dispositive Motions | November 21, 2005 |
| Reply Briefs on Case Dispositive Motions | December 5, 2005 |
| Final Pretrial Order | March 22, 2006 |
| Pretrial Conference | April 4, 2006 |
| Trial (8 days), 24 hours per side | April 24, 2006 |

The Honorable Kent A. Jordan
April 14, 2005
Page 2

      For the Court's convenience, we have incorporated the above dates into the attached form of Scheduling Order (with the exception of those dates that impact the Court's calendar, which we have left blank). The parties look forward to discussing their proposed schedule with the Court at the Rule 16 Conference.

                                      Respectfully,

                                      */s/ John G. Day*

                                      John G. Day

JGD/nml
155836.1

c:     Francis X. Pileggi, (via ECF File and Serve; w/attachment)
       Michael F. Petock (via electronic mail; w/attachment)
       Michael C. Petock (via electronic mail; w/attachment)
       Charles N. Quinn, Esquire (via electronic mail; w/attachment)