# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 15, 2005

The Honorable Kent A. Jordan             *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Wayne Van Scoy v. Van Scoy Diamond Mine of Delaware, et al.,*
      C.A. No. 05-108-KAJ

Dear Judge Jordan:

   After filing the parties' proposed scheduling order yesterday afternoon (D.I. 13), it came to my attention that there was a typographical error in paragraph 11. To correct that error, I enclose a revised form of the parties' proposed scheduling order reflecting the intended text of paragraph 11, and apologize for the inconvenience caused by my error.

                                  Respectfully,

                                  */s/ John G. Day*

                                  John G. Day

JGD/nml
155903.1

c:   Francis X. Pileggi, (via ECF File and Serve; w/attachment)
     Michael F. Petock (via electronic mail; w/attachment)
     Michael C. Petock (via electronic mail; w/attachment)
     Charles N. Quinn, Esquire (via electronic mail; w/attachment)