# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 20, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

*VIA ELECTRONIC FILING*

Re:  *Wayne Van Scoy v. Van Scoy Diamond Mine of Delaware, et al.,*
C.A. No. 05-108-KAJ

Dear Judge Jordan:

The parties to the above action jointly submit the enclosed Scheduling Order, which reflects the dates provided by the Court during the Rule 16 teleconference on April 19, 2005.

Respectfully,

*/s/ John G. Day*

John G. Day

JGD/nml
Attachment
156144.1

c:  Francis X. Pileggi, (via ECF File and Serve; w/attachment)
Michael F. Petock (via electronic mail; w/attachment)
Michael C. Petock (via electronic mail; w/attachment)
Charles N. Quinn, Esquire (via electronic mail; w/attachment)