IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-108-KAJ |
| v. ) | |
| ) | |
| VAN SCOY DIAMOND MINE OF ) | |
| DELAWARE, INC., a Delaware corporation, ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of May, 2005, **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT VAN SCOY DIAMOND MINE OF DELAWARE, INC., DEFENDANT KURT VAN SCOY AND DEFENDANT DONNA VAN SCOY** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | VIA FIRST CLASS MAIL |
| | |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | VIA FIRST CLASS MAIL |

                                                                   ASHBY & GEDDES

                                                                   /s/ *John G. Day*  
                                           Steven J. Balick (I.D. #2114)  
                                           John G. Day (I.D. #2403)  
                                           222 Delaware Avenue, 17th Floor  
                                           P.O. Box 1150  
                                           Wilmington, DE 19899  
                                           (302) 654-1888  
                                           sbalick@ashby-geddes.com  
                                           jday@ashby-geddes.com

                                           *Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock  
Michael C. Petock  
PETOCK & PETOCK, LLC  
46 The Commons at Valley Forge  
1220 Valley Forge Road  
P.O. Box 856  
Valley Forge, PA 19482-0856  
(610) 935-8600  
MP@IPLaw-Petock.com

Dated: May 5, 2005  
154917.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | HAND DELIVERY |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | VIA ELECTRONIC MAIL |

                                            */s/ John G. Day*_____
                                            John G. Day