IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim-Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| VAN SCOY DIAMOND MINE OF ) | Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, ) | |
| ) | |
| Defendants and ) | |
| Counterclaim-Plaintiff. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of June, 2005, **DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THIRD SET OF REQUESTS FOR ADMISSIONS DIRECTED TO PLAINTIFF** were served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA 19482-0856**

WM1A 58663v1 06/23/05

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. B1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP

By: ___/s/ Francis G.X. Pileggi_____
Francis G.X. Pileggi (Del. Bar No. 2624)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: fpileggi@foxrothschild.com

Attorneys for Defendants and
Counterclaim Plaintiff

Dated: June 22, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record via e-filing:

>Michael C. Petock, Esquire
>Michael F. Petock, Esquire
>Petock & Pectock LLC
>4 The Commons at Valley Forge
>1220 Valley Forge Road
>P.O. Box 856
>Valley Forge, PA 19482-0856

>and

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. B1150
>Wilmington, DE 19899

>                /s/ Francis G.X. Pileggi
>           Francis G.X. Pileggi