## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim-Plaintiff. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of June, 2005, **DEFENDANTS'**

**FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** was served upon the

following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

> **Michael C. Petock, Esquire**
> **Michael F. Petock, Esquire**
> **Petock & Pectock LLC**
> **4 The Commons at Valley Forge**
> **1220 Valley Forge Road**
> **P.O. Box 856**
> **Valley Forge, PA  19482-0856**

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**


FOX ROTHSCHILD LLP


By:_____/s/ Francis G.X. Pileggi_____
　　　　Francis G.X. Pileggi (Del. Bar No. 2624)
　　　　Citizens Bank Center
　　　　Suite 1300
　　　　919 North Market Street
　　　　Wilmington, DE  19801-2323
　　　　Phone:  (302) 655-3667
　　　　E-mail:  fpileggi@foxrothschild.com

　　　　Attorneys for Defendants and
Dated:  June 27, 2005　　　　Counterclaim Plaintiff

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2005, the attached **NOTICE OF SERVICE**

was served upon the below-named counsel of record via e-filing:


                    **Michael C. Petock, Esquire**
                    **Michael F. Petock, Esquire**
                    **Petock & Pectock LLC**
                    **4 The Commons at Valley Forge**
                    **1220 Valley Forge Road**
                    **P.O. Box 856**
                    **Valley Forge, PA  19482-0856**

                    and

                    **John G. Day, Esquire**
                    **Ashby & Geddes**
                    **222 Delaware Avenue, 17th Floor**
                    **P.O. Box 1150**
                    **Wilmington, DE 19899**


                                      _____/s/ Francis G.X. Pileggi_____
                                        Francis G.X. Pileggi (#2624)

WM1A 58999v1 06/28/05