IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-108-KAJ |
| v. ) | |
| ) | |
| VAN SCOY DIAMOND MINE OF ) | |
| DELAWARE, INC., a Delaware corporation, ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION

TAKE NOTICE that Plaintiff, Wayne Van Scoy, will take the deposition of Defendant Kurt Van Scoy, at the offices of Ashby & Geddes, 17th Floor, 222 Delaware Avenue, Wilmington, DE 19801, beginning at 10:00 AM on Friday July 8, 2005, and continuing thereafter from day to day until complete. The deposition testimony will be recorded stenographically and by videotape (sound and visual).

**Pursuant to F.R.Civ.P. 34, you are requested to produce for inspection, use as an exhibit and copying at the time of the deposition:**

1. A printout out copy of the website hosted at www.vanscoydiamondmine.com as it existed in November of 2004 or as of the date closest in proximity to November 2004 if no copy exists from November 2004. You are specifically requested to produce a copy of the website hosted at vanscoydiamondmine.com, not vanscoydiamondmineofdelaware.com.

2. Documents sufficient to show advertising expenditures by Defendants for each year since the store operated by Van Scoy Diamond Mine of Delaware, Inc. in and around November of 1994 began operation to present.

Counsel are invited to attend and take part as permitted by the Rules.

2

                                                                                 ASHBY & GEDDES

                                                                         /s/ *John G. Day*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: June 29, 2005
159028.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2005, the attached **NOTICE OF DEPOSITION** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | **HAND DELIVERY** |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | **VIA ELECTRONIC MAIL** |

/s/ *John G. Day*
John G. Day

154915.1