IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, </br></br> Plaintiff, </br></br> v. </br></br> VAN SCOY DIAMOND MINE OF DELAWARE, INC., a Delaware corporation, KURT VAN SCOY, and DONNA VAN SCOY, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 05-108-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2005, **PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND SET OF REQUESTS FOR ADMISSION BY PLAINTIFF UNDER FED.R.CIV.P.36** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire </br> Fox Rothschild LLP </br> Citizen Bank Center </br> 919 North Market Street </br> Suite 1300 </br> Wilmington, DE  19801-2323 | VIA ELECTRONIC MAIL </br> and FIRST CLASS MAIL |
| Charles N. Quinn, Esquire </br> Fox Rothschild LLP </br> 2000 Market Street </br> Tenth Floor </br> Philadelphia, PA  19103 | VIA ELECTRONIC MAIL </br> and FIRST CLASS MAIL |

                                                      ASHBY & GEDDES

                                                      _/s/ *John G. Day*_
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: July 12, 2005
154917.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Francis G.X. Pileggi, Esquire        HAND DELIVERY
Fox Rothschild LLP
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

Charles N. Quinn, Esquire        VIA ELECTRONIC MAIL
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103

/s/ John G. Day
John G. Day