IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, )<br>)<br>Plaintiff and )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>VAN SCOY DIAMOND MINE OF )<br>DELAWARE, INC., a Delaware corporation, )<br>KURT VAN SCOY, and DONNA VAN SCOY, )<br>)<br>Defendants and )<br>Counterclaim-Plaintiff. ) | Case No. 05-108 (KAJ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of July, 2005, **DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

        **Michael C. Petock, Esquire**
        **Michael F. Petock, Esquire**
        **Petock & Pectock LLC**
        **4 The Commons at Valley Forge**
        **1220 Valley Forge Road**
        **P.O. Box 856**
        **Valley Forge, PA  19482-0856**

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP

By: ___/s/ Francis G.X. Pileggi___
Francis G.X. Pileggi (Del. Bar No. 2624)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: fpileggi@foxrothschild.com

Attorneys for Defendants and
Counterclaim Plaintiff

Dated: July 22, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record via e-filing:

      **Michael C. Petock, Esquire**
      **Michael F. Petock, Esquire**
      **Petock & Pectock LLC**
      **4 The Commons at Valley Forge**
      **1220 Valley Forge Road**
      **P.O. Box 856**
      **Valley Forge, PA  19482-0856**

and

      **John G. Day, Esquire**
      **Ashby & Geddes**
      **222 Delaware Avenue, 17th Floor**
      **P.O. Box 1150**
      **Wilmington, DE 19899**

                                                      /s/ Francis G.X. Pileggi
                                                      Francis G.X. Pileggi (#2624)