IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-108-KAJ |
| v. ) | |
| ) | |
| VAN SCOY DIAMOND MINE OF ) | |
| DELAWARE, INC., a Delaware corporation, ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2005, **PLAINTIFF'S RESPONSES TO DEFENDANTS' THIRD SET OF REQUESTS FOR ADMISSION BY PLAINTIFF UNDER FED.R.CIV.P.36** was served upon the following counsel of record at the address and in the manner indicated:

Francis G.X. Pileggi, Esquire　　　　　　　　　　VIA ELECTRONIC MAIL
Fox Rothschild LLP　　　　　　　　　　　　　　and FIRST CLASS MAIL
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

Charles N. Quinn, Esquire　　　　　　　　　　　VIA ELECTRONIC MAIL
Fox Rothschild LLP　　　　　　　　　　　　　　and FIRST CLASS MAIL
2000 Market Street
Tenth Floor
Philadelphia, PA  19103

ASHBY & GEDDES

/s/ *John G. Day*
---
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: July 26, 2005
154917.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | **HAND DELIVERY** |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | **VIA ELECTRONIC MAIL** |

/s/ John G. Day
John G. Day