IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br><br>        Plaintiff,<br><br>v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 05-108-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 25th day of July, 2005, **PLAINTIFF'S PRODUCTION OF DOCUMENT NUMBERS 00338-00419** was served upon the following counsel of record at the address and in the manner indicated:

Francis G.X. Pileggi, Esquire                                          VIA FIRST CLASS MAIL
Fox Rothschild LLP
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE 19801-2323

Charles N. Quinn, Esquire                                              VIA FIRST CLASS MAIL
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103

ASHBY & GEDDES

    /s/ *John G. Day*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: July 26, 2005
154917.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 26th day of July, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | <u>HAND DELIVERY</u> |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ John G. Day*
John G. Day