IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-108-KAJ |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF DELAWARE, INC., a Delaware corporation, KURT VAN SCOY, and DONNA VAN SCOY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 29th day of July, 2005, **PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | VIA ELECTRONIC MAIL<br>and FIRST CLASS MAIL |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | VIA ELECTRONIC MAIL<br>and FIRST CLASS MAIL |

                                      ASHBY & GEDDES

                                     /s/ *John G. Day*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: July 29, 2005
154917.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19801-2323 | <u>HAND DELIVERY</u> |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA 19103 | <u>VIA ELECTRONIC MAIL</u> |

/s/ *John G. Day*
John G. Day