IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-108-KAJ |
| v. ) | |
| ) | |
| VAN SCOY DIAMOND MINE OF ) | |
| DELAWARE, INC., a Delaware corporation, ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of August, 2005, **PLAINTIFF WAYNE VAN SCOY'S FIRST SUPPLEMENTAL RESPONSES TO FIRST REQUEST OF DEFENDANTS KURT VAN SCOY, DONNA VAN SCOY AND VAN SCOY DIAMOND MINE OF DELAWARE, INC. FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF WAYNE VAN SCOY** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | VIA ELECTRONIC MAIL<br>and FIRST CLASS MAIL |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | VIA ELECTRONIC MAIL<br>and FIRST CLASS MAIL |

                    ASHBY & GEDDES

                         /s/ *John G. Day*
                  Steven J. Balick (I.D. #2114)
                  John G. Day (I.D. #2403)
                  222 Delaware Avenue, 17th Floor
                  P.O. Box 1150
                  Wilmington, DE 19899
                  (302) 654-1888
                  sbalick@ashby-geddes.com
                  jday@ashby-geddes.com

                  *Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: August 8, 2005
154917.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Francis G.X. Pileggi, Esquire  
Fox Rothschild LLP  
Citizen Bank Center  
919 North Market Street  
Suite 1300  
Wilmington, DE  19801-2323

HAND DELIVERY

Charles N. Quinn, Esquire  
Fox Rothschild LLP  
2000 Market Street  
Tenth Floor  
Philadelphia, PA  19103

VIA ELECTRONIC MAIL

/s/ John G. Day  
John G. Day