# FOX • ROTHSCHILD LLP

### ATTORNEYS AT LAW

CITIZENS BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • FAX 302.656.8920 • www.foxrothschild.com

Sharon Oras Morgan
Direct Dial: (302) 622-4246
Internet Address: smorgan@foxrothschild.com

August 15, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Re:   Wayne Van Scoy v. Van Scoy Diamond Mine of Delaware, Inc., et al.
             C.A. No. 05-108-KAJ

Dear Judge Jordan:

We represent defendants Kurt Van Scoy and Donna Van Scoy, and Defendant/Counterclaim-Plaintiff Van Scoy Diamond Mine of Delaware, Inc. in the above-referenced matter. We are submitting this letter as a request for a four day extension of time to provide an Interim Status Report as required under this Court's April 26, 2005 Scheduling Order. We are presently preparing for the Plaintiff's deposition, scheduled to take place on Wednesday, August 17, 2005. Additionally, we only recently received Plaintiff's document production, which was served upon us late last week. We believe that an interim status report would be more complete and beneficial to the court if it is permitted to be submitted after our review of Plaintiff's documents and completion of his deposition.

Accordingly, we are requesting a four day extension, or until Friday, August 19, 2005, to submit an interim status report.

Respectfully,

*Sharon Oras Morgan*
Sharon Oras Morgan

SOM:blp

PENNSYLVANIA • NEW JERSEY • DELAWARE

WM1A 61860v1 08/15/05