## Certificate of Service

The undersigned hereby certifies that on the 15th day of August, 2005, a letter Requesting a 4 day Extension of Time which was filed with the court on the above day was served upon the following counsel of record by placing a copy into the United States Mail, first class, postage prepaid to the following addresses:

Michael C. Petock, Esquire
Michael F. Petock, Esquire
Petock & Petock LLC
4 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856

John G. Day, Esquire
Ashby & Geddes
222 Delaware Ave, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Clerk of the Court (Via Hand Delivery)
United States District Court
844 King Street
Wilmington, DE 19801

    FOX ROTHSCHILD, LLP

    /s/ Sharon Oras Morgan
    Sharon Oras Morgan (Del. Bar No. 4287)
    Citizens Bank Center
    Suite 1300
    919 N. Market Street
    Wilmington, DE 19801-2323
    Phone: (302) 622-4246
    E-mail: smorgan@foxrothschild.com

Date: August 15, 2005    Attorneys for Defendants and
    Counterclaim Plaintiff

WM1A 61873v1 08/15/05