IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, )<br>)<br>Plaintiff and )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>VAN SCOY DIAMOND MINE OF )<br>DELAWARE, INC., a Delaware corporation, )<br>KURT VAN SCOY, and DONNA VAN SCOY, )<br>)<br>Defendants and )<br>Counterclaim-Plaintiff. ) | Case No. 05-108 (KAJ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of August, 2005, a copy of a letter to the Honorable Kent A. Jordan filed in **WAYNE VAN SCOY V. KURT VAN SCOY**, et al. was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

WMIA 62170v1 08/19/05

by United States Postal Service first class mail, postage prepaid, to the following addresses:

>Michael C. Petock, Esquire
>Michael F. Petock, Esquire
>Petock & Pectock LLC
>4 The Commons at Valley Forge
>1220 Valley Forge Road
>P.O. Box 856
>Valley Forge, PA  19482-0856

and

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

FOX ROTHSCHILD LLP

By: ___/s/ Sharon Oras Morgan___
Sharon Oras Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE  19801-2323
Phone:  (302) 655-3667
E-mail:  smorgan@foxrothschild.com

Attorneys for Defendants and
Counterclaim Plaintiff

Dated:  August 19, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135