IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY,<br><br>    Defendants and<br>    Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-108 (KAJ)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR REVISED
## PROTECTIVE ORDER

Pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, Defendants Kurt Van Scoy and Donna Van Scoy, and Defendant/Counterclaim-Plaintiff Van Scoy Diamond Mine of Delaware, Inc., hereby move for entry of a Revised Protective Order, for the reasons set forth in the supporting Memorandum of Law.

                                              Respectfully submitted,

                                              FOX ROTHSCHILD LLP


                       By:    /s/Sharon Oras Morgan
                               Sharon Oras Morgan
                               Bar ID No. 4287
                               919 North Market St, Suite 1300
                               Wilmington, DE 19899
                               (302) 622-4246

Dated: August 22, 2005             Attorneys for Defendants and
                               Counterclaim Plaintiff

WM1A 62111v1 08/22/05

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135