IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, <br><br> Plaintiff and <br> Counterclaim-Defendant, <br><br> v. <br><br> VAN SCOY DIAMOND MINE OF DELAWARE, INC., a Delaware corporation, KURT VAN SCOY, and DONNA VAN SCOY, <br><br> Defendants and <br> Counterclaim-Plaintiff. | Case No. 05-108 (KAJ) |

### Statement Pursuant to Local Rule 7.1.1.

Counsel for Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy has made a reasonable effort to reach agreement with Counsel for Plaintiffs to enter into a Revised Stipulated Protective Order, which efforts were unsuccessful.

FOX ROTHSCHILD LLP

By: /s/Sharon Oras Morgan
Sharon Oras Morgan
Bar ID No. 4287
919 North Market St, Suite 1300
Wilmington, DE 19899
(302) 622-4246

Attorneys for Defendants and
Counterclaim Plaintiff

Dated: August 22, 2005

WM1A 62216v1 08/22/05