IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 05-108 (KAJ) |
| VAN SCOY DIAMOND MINE OF | ) | |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim-Plaintiff. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of August, 2005, a copy of the **DEFENDANTS' MOTION FOR REVISED PROTECTIVE ORDER**, was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

WMIA 62093v1 08/22/05

by United States Postal Service first class mail, postage prepaid, to the following addresses:

>Michael C. Petock, Esquire
>Michael F. Petock, Esquire
>Petock & Pectock LLC
>4 The Commons at Valley Forge
>1220 Valley Forge Road
>P.O. Box 856
>Valley Forge, PA  19482-0856

and

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

>FOX ROTHSCHILD LLP

>By: /s/ Sharon Oras Morgan
>Sharon Oras Morgan (Del. Bar No. 4287)
>Citizens Bank Center
>Suite 1300
>919 North Market Street
>Wilmington, DE  19801-2323
>Phone:  (302) 655-3667
>E-mail:  smorgan@foxrothschild.com

>Attorneys for Defendants and
>Counterclaim Plaintiff

Dated:  August 22, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135

2

WM1A 62093v1 08/22/05