IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY,<br><br>    Defendants and<br>    Counterclaim-Plaintiff. | Case No. 05-108 (KAJ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Sharon Oras Morgan, Esquire on behalf of Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy, Defendants and Counterclaim-Plaintiffs, as co-counsel, in the above-captioned matter.

                                          **FOX ROTHSCHILD LLP**

                                          /s/ Sharon Oras Morgan
                      By:  Sharon Oras Morgan, Esquire
                            Fox Rothschild, LLP
                            919 North Market Street
                            Suite 1300
                            Wilmington, DE 19801
                            Attorneys for Defendants and
                            Counterclaim-Plaintiffs

Dated: August 30, 2005