IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-108-KAJ |
| v. ) | |
| ) | |
| VAN SCOY DIAMOND MINE OF ) | |
| DELAWARE, INC., KURT VAN SCOY, ) | |
| and DONNA VAN SCOY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SUBMSSION REGARDING**
**DEFENDANTS' MOTION FOR REVISED PROTECTIVE ORDER**

Defendants' Motion for Revised Protective Order (D.I.s 55 & 56) is moot in view of the hearing before the Court by telephone conference call of August 22, 2005. Therefore, no response is required at this time. If the matter is not fully resolved as a result of the follow-up efforts between counsel directed by Judge Jordan during that teleconference, then Plaintiff will request ten (10) days from the date when negotiations break down to respond to Defendants' Motion.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock, Esq.
Michael C. Petock, Esq.
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, Pa 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated:  September 2, 2005
161021.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2005, the attached **PLAINTIFF'S SUBMISSION REGARDING DEFENDANTS' MOTION FOR REVISED PROTECTIVE ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | <u>HAND DELIVERY</u> |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ Steven J. Balick*
_____
Steven J. Balick