## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record via e-filing:

> Michael C. Petock, Esquire
> Michael F. Petock, Esquire
> Petock & Pectock LLC
> 4 The Commons at Valley Forge
> 1220 Valley Forge Road
> P.O. Box 856
> Valley Forge, PA 19482-0856
>
> and
>
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

　　　　　　　　　　　　　　　　　　/s/ Sharon Morgan
　　　　　　　　　　　　　　　　　Sharon Morgan (#4287)