IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-108-KAJ |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 7th day of September, 2005, **PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS UNDER FED. R. CIV. P. 36** was served upon the following counsel of record at the address and in the manner indicated:

Francis G.X. Pileggi, Esquire                                BY HAND and VIA
Sharon Oras Morgan, Esquire                              ELECTRONIC MAIL
Fox Rothschild LLP                                                 and FIRST CLASS MAIL
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE 19801-2323

Charles N. Quinn, Esquire                                    VIA ELECTRONIC MAIL
Fox Rothschild LLP                                                 and FIRST CLASS MAIL
2000 Market Street
Tenth Floor
Philadelphia, PA 19103

                                         ASHBY & GEDDES

                                         */s/ John G. Day*

                                         _____

                                         Steven J. Balick (I.D. #2114)
                                         John G. Day (I.D. #2403)
                                         222 Delaware Avenue, 17th Floor
                                         P.O. Box 1150
                                         Wilmington, DE 19899
                                         (302) 654-1888
                                         sbalick@ashby-geddes.com
                                         jday@ashby-geddes.com

                                         ***Attorneys for Plaintiff***

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: September 7, 2005
154917.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Sharon Oras Morgan, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | HAND DELIVERY |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | VIA ELECTRONIC MAIL |

/s/ *John G. Day*
_____
John G. Day