IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, | ) |
| | ) |
| Plaintiff and | ) |
| Counterclaim-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| VAN SCOY DIAMOND MINE OF | ) Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) |
| | ) |
| Defendants and | ) |
| Counterclaim-Plaintiff. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of September, 2005, **THIRD REQUEST OF DEFENDANTS' KURT VAN SCOY, DONNA VAN SCOY, AND VAN SCOY DIAMOND MINE OF DELAWARE INC., FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF WAYNE VAN SCOY** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

Michael C. Petock, Esquire
Michael F. Petock, Esquire
Petock & Pectock LLC
4 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856

WM1A 63254v1 09/07/05

Valley Forge, PA 19482-0856

and

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

FOX ROTHSCHILD LLP

By: ___/s/ Sharon Morgan_____
    Sharon Morgan (Del. Bar No. 4287)
    Citizens Bank Center
    Suite 1300
    919 North Market Street
    Wilmington, DE 19801-2323
    Phone: (302) 655-3667
    E-mail: smorgan@foxrothschild.com

    Attorneys for Defendants and
Dated: September 7, 2005    Counterclaim Plaintiff

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135