IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, <br><br> Plaintiff and <br> Counterclaim-Defendant, <br><br> v. <br><br> VAN SCOY DIAMOND MINE OF <br> DELAWARE, INC., a Delaware corporation, <br> KURT VAN SCOY, and DONNA VAN SCOY, <br><br> Defendants and <br> Counterclaim-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 05-108 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of September, 2005, **DEFENDANTS' FIFTH SET OF REQUEST FOR ADMISSIONS BY PLAINTIFF WAYNE VAN SCOY** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA  19482-0856**

WM1A 63255v1 09/07/05

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**


FOX ROTHSCHILD LLP


By: ___/s/ Sharon Morgan_____
    Sharon Morgan (Del. Bar No. 4287)
    Citizens Bank Center
    Suite 1300
    919 North Market Street
    Wilmington, DE  19801-2323
    Phone:  (302) 655-3667
    E-mail:  smorgan@foxrothschild.com

    Attorneys for Defendants and
    Counterclaim Plaintiff

Dated:  September 7, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135

2