IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, </br></br> Plaintiff and </br> Counterclaim-Defendant, </br></br> v. </br></br> VAN SCOY DIAMOND MINE OF </br> DELAWARE, INC., a Delaware corporation, </br> KURT VAN SCOY, and DONNA VAN SCOY, </br></br> Defendants and </br> Counterclaim-Plaintiff. | Case No. 05-108 (KAJ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of September, 2005, **DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFF** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA  19482-0856**

and

        **John G. Day, Esquire**
        **Ashby & Geddes**
        **222 Delaware Avenue, 17th Floor**
        **P.O. Box 1150**
        **Wilmington, DE 19899**

        FOX ROTHSCHILD LLP

        By:   /s/ Sharon Morgan
        Sharon Morgan (Del. Bar No. 4287)
        Citizens Bank Center
        Suite 1300
        919 North Market Street
        Wilmington, DE 19801-2323
        Phone: (302) 655-3667
        E-mail: smorgan@foxrothschild.com

        Attorneys for Defendants and
Dated: September 7, 2005    Counterclaim Plaintiff

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135