IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VAN SCOY DIAMOND MINE OF )<br>DELAWARE, INC., a Delaware corporation, )<br>KURT VAN SCOY, and DONNA VAN SCOY, )<br>)<br>Defendants. ) | C.A. No. 05-108-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of September, 2005, **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS AS TO DOCUMENTS UNDER FED. R. CIV. P. 36** was served upon the following counsel of record at the address and in the manner indicated:

Sharon Oras Morgan, Esquire                       VIA ELECTRONIC MAIL
Fox Rothschild LLP                                       and FIRST CLASS MAIL
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

Charles N. Quinn, Esquire                          VIA ELECTRONIC MAIL
Fox Rothschild LLP                                       and FIRST CLASS MAIL
2000 Market Street
Tenth Floor
Philadelphia, PA  19103

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: September 7, 2005
154917.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Sharon Oras Morgan, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | HAND DELIVERY |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | VIA ELECTRONIC MAIL |

/s/ John G. Day
_____
John G. Day