## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WAYNE VAN SCOY,                         )
                                        )
    Plaintiff and                     )
    Counterclaim-Defendant,           )
                                        )
        v.                         )
                                        )
VAN SCOY DIAMOND MINE OF                )          Case No. 05-108 (KAJ)
DELAWARE, INC., a Delaware corporation, )
KURT VAN SCOY, and DONNA VAN SCOY,      )
                                        )
    Defendants and                    )
    Counterclaim-Plaintiff.           )

### <u>AMENDED NOTICE OF SERVICE</u>

The undersigned hereby certifies that on the 7th day of September, 2005,

**DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFF** was served

upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

The undersigned also hereby certifies that a true and correct copy of **DEFENDANTS'**

**SECOND SET OF INTERROGATORIES TO PLAINTIFF** was to be served to counsel via

hand delivery, to the following addresses:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA  19482-0856**

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**


FOX ROTHSCHILD LLP


By: ____ /s/ Sharon Morgan _____
      Sharon Morgan (Del. Bar No. 4287)
      Citizens Bank Center
      Suite 1300
      919 North Market Street
      Wilmington, DE  19801-2323
      Phone:  (302) 655-3667
      E-mail:  smorgan@foxrothschild.com

      Attorneys for Defendants and
Dated:  September 9, 2005      Counterclaim Plaintiff

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135

2