### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,                 ) | |
|                         ) | |
|     Plaintiff and            ) | |

WAYNE VAN SCOY,                         )
                          )
    Plaintiff and                     )
    Counterclaim-Defendant,     )
                          )
       v.                              )
                          )
VAN SCOY DIAMOND MINE OF        )    Case No. 05-108 (KAJ)
DELAWARE, INC., a Delaware corporation,  )
KURT VAN SCOY, and DONNA VAN SCOY,  )
                          )
    Defendants and                 )
    Counterclaim-Plaintiff.        )

### AMENDED NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of September, 2005, **THIRD REQUEST OF DEFENDANTS' KURT VAN SCOY, DONNA VAN SCOY, AND VAN SCOY DIAMOND MINE OF DELAWARE INC., FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF WAYNE VAN SCOY** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

The undersigned also hereby certifies that I caused a true and correct of copy of the

**THIRD REQUEST OF DEFENDANTS' KURT VAN SCOY, DONNA VAN SCOY, AND**

**VAN SCOY DIAMOND MINE OF DELAWARE INC., FOR PRODUCTION OF**

**DOCUMENTS AND THINGS BY PLAINTIFF WAYNE VAN SCOY** to be served via

Federal Express to counsel the following addresses:

> **Michael C. Petock, Esquire**
> **Michael F. Petock, Esquire**
> **Petock & Pectock LLC**
> **4 The Commons at Valley Forge**
> **1220 Valley Forge Road**
> **P.O. Box 856**
> **Valley Forge, PA 19482-0856**
>
> and
>
> **John G. Day, Esquire**
> **Ashby & Geddes**
> **222 Delaware Avenue, 17th Floor**
> **P.O. Box 1150**
> **Wilmington, DE 19899**

FOX ROTHSCHILD LLP


By:     /s/ Sharon Morgan
    Sharon Morgan (Del. Bar No. 4287)
    Citizens Bank Center
    Suite 1300
    919 North Market Street
    Wilmington, DE 19801-2323
    Phone: (302) 655-3667
    E-mail: smorgan@foxrothschild.com

    Attorneys for Defendants and
Dated: September 9, 2005    Counterclaim Plaintiff

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

2