**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim-Plaintiff. | ) | |

**AMENDED NOTICE OF SERVICE**

The undersigned hereby certifies that on the 6th day of September, 2005, **DEFENDANTS' FIFTH SET OF REQUEST FOR ADMISSIONS BY PLAINTIFF WAYNE VAN SCOY** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

The undersigned also hereby certifies that I caused a true and correct copy of **DEFENDANTS' FIFTH SET OF REQUEST FOR ADMISSIONS BY PLAINTIFF WAYNE VAN SCOY** to be served via Federal Express, to be received by September 7, 2005 to the following addresses:

WM1A 63255v2 09/09/05

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA 19482-0856**

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP

By:_____/s/ Sharon Morgan_____
        Sharon Morgan (Del. Bar No. 4287)
        Citizens Bank Center
        Suite 1300
        919 North Market Street
        Wilmington, DE 19801-2323
        Phone: (302) 655-3667
        E-mail: smorgan@foxrothschild.com

        Attorneys for Defendants and
        Counterclaim Plaintiff

Dated: September 9, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

2

WM1A 63255v2 09/09/05