IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY<br>　　　　　PLAINTIFF<br><br>V.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC.,<br>KURT VAN SCOY AND<br>DONNA VAN SCOY<br>　　　　　DEFENDANTS | C.A.NO. 05-108 (KAJ) |

### NOTICE OF DEPOSITION

To:  Sharon Oras Morgan, Esquire　　　Charles Quinn, Esquire
　　　Francis G.X. Pileggi, Esquire　　　Fox Rothschild LLP
　　　Fox Rothschild LLP　　　　　　　 2000 Market Street
　　　Suite 1300　　　　　　　　　　　 Tenth Floor
　　　919 N. Market Street　　　　　　  Philadelphia, PA 19103-3291
　　　Wilmington, DE 19801　　　　　　 cquinn@foxrothschild.com
　　　smorgan@foxrothschild.com
　　　fpileggi@foxrothschild.com

　　　TAKE NOTICE that Plaintiff, Wayne Van Scoy, will take the deposition of Defendant Donna Van Scoy, at the offices of Ashby & Geddes, 17th Floor, 222 Delaware Avenue, Wilmington, DE 19801, beginning at 10:00 AM on Monday September 19, 2005, which date has been agreed upon by the parties, and continuing until complete. The deposition testimony will be recorded stenographically and by videotape (sound and visual).

　　　**Pursuant to F.R.Civ.P. 34, you are requested to produce for inspection, use as exhibits and copying at the time of the deposition:**

　　　1.　　Any documents or things not previously produced to which the deponent has referred to in preparation for this deposition, or referred to or discussed in connection with the

testimony anticipated to be given in this deposition.

Counsel are invited to attend and take part as permitted by the Rules.

/s/ *John G. Day (I.D. #2403)*
_____
JOHN G. DAY, ESQUIRE
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888 (voice)
(302) 654-2064 (fax)
sbalich@ashby-geddes.com
jday@ashby-geddes.com


MICHAEL F. PETOCK ESQUIRE
MICHAEL C. PETOCK, ESQUIRE
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, Pa 19482-0856
Telephone: (610) 935-8600
Facsimile: (610) 933-9300
MP@IPLaw-Petock.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2005, I have served by mail and by e-mail **NOTICE OF DEPOSITION** addressed to the following:

Sharon Oras Morgan, Esquire
Francis G.X. Pileggi, Esquire
Fox Rothschild LLP
Suite 1300
919 N. Market Street
Wilmington, DE 19801
smorgan@foxrothschild.com
fpileggi@foxrothschild.com

Charles N. Quinn, Esq.
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103-3291
cquinn@foxrothschild.com

/s/ *John G. Day*

---

JOHN G. DAY, ESQUIRE
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888 (voice)
(302) 654-2064 (fax)
jday@ashby-geddes.com