IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY<br>　　　　　　PLAINTIFF | : | C.A.NO. 05-108 (KAJ) |
| V. | : | |
| VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC.,<br>KURT VAN SCOY AND<br>DONNA VAN SCOY<br>　　　　　　DEFENDANTS | : | |

### NOTICE OF DEPOSITION

To:  Sharon Oras Morgan, Esquire         Charles Quinn, Esquire
     Francis G.X. Pileggi, Esquire       Fox Rothschild LLP
     Fox Rothschild LLP                  2000 Market Street
     Suite 1300                          Tenth Floor
     919 N. Market Street                Philadelphia, PA 19103-3291
     Wilmington, DE 19801                cquinn@foxrothschild.com
     smorgan@foxrothschild.com
     fpileggi@foxrothschild.com

TAKE NOTICE that Plaintiff, Wayne Van Scoy, will take the deposition of Defendant Lori McMichaels, at the offices of Ashby & Geddes, 17th Floor, 222 Delaware Avenue, Wilmington, DE 19899, to commence one half hour after completion of the deposition of Donna Van Scoy on Monday September 19, 2005, which date has been agreed upon by the parties, and continuing until complete. The deposition testimony will be recorded stenographically. Lori McMichaels is to appear no later than 1:00 PM on Monday September 19, 2005.

**Pursuant to F.R.Civ.P. 34, you are requested to produce for inspection, use as exhibits and copying at the time of the deposition:**

1. Any documents or things not previously produced to which the deponent has referred to in preparation for this deposition, or referred to or discussed in connection with the testimony anticipated to be given in this deposition.

Counsel are invited to attend and take part as permitted by the Rules.

/s/ *John G. Day (I.D. #2403)*
_____

JOHN G. DAY, ESQUIRE
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888 (voice)
(302) 654-2064 (fax)
sbalich@ashby-geddes.com
jday@ashby-geddes.com


MICHAEL F. PETOCK ESQUIRE
MICHAEL C. PETOCK, ESQUIRE
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, Pa 19482-0856
Telephone: (610) 935-8600
Facsimile: (610) 933-9300
MP@IPLaw-Petock.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2005, I have served by mail and by e-mail **NOTICE OF DEPOSITION** addressed to the following:

Sharon Oras Morgan, Esquire
Francis G.X. Pileggi, Esquire
Fox Rothschild LLP
Suite 1300
919 N. Market Street
Wilmington, DE 19801
smorgan@foxrothschild.com
fpileggi@foxrothschild.com

Charles N. Quinn, Esq.
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103-3291
cquinn@foxrothschild.com

/s/ *John G. Day*
_____
JOHN G. DAY, ESQUIRE
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888 (voice)
(302) 654-2064 (fax)
jday@ashby-geddes.com

LMMDep09.145
443-12