# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

**222 DELAWARE AVENUE**

P. O. BOX 1150

**WILMINGTON, DELAWARE 19899**

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 21, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

<u>VIA E-FILING</u>

Re:    *Wayne Van Scoy v. Van Scoy Diamond Mine of Delaware, Inc., et al.,*
       <u>C.A. No. 05-108-KAJ</u>

Dear Judge Jordan:

I am pleased to report that the parties have resolved their dispute concerning a protective order in this matter, and enclose the Stipulated Protective Order to which all parties have agreed.

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD: nml
Enclosure
161576.1

cc:    Clerk of the Court (by hand; w/attachments)
       Sharon Oras Morgan, Esquire (by hand; w/attachments)
       Michael F. Petock, Esquire (via electronic mail; w/attachments)
       Michael C. Petock, Esquire (via electronic mail; w/ attachments)
       Charles N. Quinn, Esquire (via electronic mail; w/attachments)