IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF DELAWARE

WAYNE VAN SCOY           :
                    PLAINTIFF        :          C.A.NO. 05-108 (KAJ)
                                     :
          V.                         :
                                     :
VAN SCOY DIAMOND MINE OF             :
DELAWARE, INC.,  :                   :
KURT VAN SCOY AND                    :
DONNA VAN SCOY                       :
                    DEFENDANTS       :
                                     :
_____ :

NOTICE OF DEPOSITION

To:    Sharon Oras Morgan, Esquire          Charles Quinn, Esquire
       Francis G.X. Pileggi, Esquire        Fox Rothschild LLP
       Fox Rothschild LLP                   2000 Market Street
       Suite 1300                           Tenth Floor
       919 N. Market Street                 Philadelphia, PA 19103-3291
       Wilmington, DE 19801                 cquinn@foxrothschild.com
       smorgan@foxrothschild.com
       fpileggi@foxrothschild.com

TAKE NOTICE that Plaintiff, Wayne Van Scoy, will take the deposition of Deponent

**Mark Maurer**, at the offices of PETOCK & PETOCK, LLC, 46 The Commons at Valley Forge,

1220 Valley Forge Road, Valley Forge, PA 19482, to commence on Thursday October 6, 2005 at

1:00 PM, which date has been agreed upon by the parties, and continuing until complete.  The

deposition testimony will be recorded stenographically.

A subpoena was served on Deponent requiring production of the following documents.

All agreements with Van Scoy Diamond Mines, Inc. and/or Thomas Van Scoy, Sr.

ASHBY & GEDDES

/s/ *John G. Day*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888 (voice)
(302) 654-2064 (fax)
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Of Counsel:*

Michael F. Petock Esquire
Michael C. Petock, Esquire
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, Pa 19482-0856
Telephone: (610) 935-8600
Facsimile: (610) 933-9300
MP@IPLaw-Petock.com

Dated: September 27, 2005
161796.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 27th day of September, 2005, the attached **NOTICE OF**

**DEPOSITION** was served upon the below-named counsel of record at the address and in the

manner indicated:

Francis G.X. Pileggi, Esquire                                    <u>HAND DELIVERY</u>
Sharon Oras Morgan, Esquire
Fox Rothschild LLP
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

Charles N. Quinn, Esquire                                    <u>VIA ELECTRONIC MAIL</u>
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103


*/s/ John G. Day*
_____
John G. Day