IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY<br>　　　　　　PLAINTIFF<br><br>V.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC.,<br>KURT VAN SCOY AND<br>DONNA VAN SCOY<br>　　　　　　DEFENDANTS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A.NO. 05-108 (KAJ) |

## NOTICE OF DEPOSITION

To:  Sharon Oras Morgan, Esquire          Charles Quinn, Esquire
　　  Francis G.X. Pileggi, Esquire          Fox Rothschild LLP
　　  Fox Rothschild LLP                        2000 Market Street
　　  Suite 1300                                      Tenth Floor
　　  919 N. Market Street                      Philadelphia, PA 19103-3291
　　  Wilmington, DE 19801                   cquinn@foxrothschild.com
　　  smorgan@foxrothschild.com
　　  fpileggi@foxrothschild.com

TAKE NOTICE that Plaintiff, Wayne Van Scoy, will take the deposition of Deponent **Lew Hill**, at the offices of PETOCK & PETOCK, LLC, 46 The Commons at Valley Forge, 1220 Valley Forge Road, Valley Forge, PA 19482, to commence on Wednesday October 5, 2005 at 1:00 PM, and continuing until complete. The deposition testimony will be recorded stenographically.

A subpoena was served on Deponent requiring production of the following documents.

All agreements with Van Scoy Diamond Mines, Inc. and/or Thomas Van Scoy, Sr.

Counsel are invited to attend and take part as permitted by the Rules.

        ASHBY & GEDDES

        /s/ *John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888 (voice)
(302) 654-2064 (fax)
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Of Counsel:*

Michael F. Petock Esquire
Michael C. Petock, Esquire
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, Pa 19482-0856
Telephone: (610) 935-8600
Facsimile: (610) 933-9300
MP@IPLaw-Petock.com

Dated: September 27, 2005
161798.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2005, the attached **NOTICE OF DEPOSITION** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Sharon Oras Morgan, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | <u>**HAND DELIVERY**</u> |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | <u>**VIA ELECTRONIC MAIL**</u> |

*/s/ John G. Day*
_____
John G. Day