IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 05-108 (KAJ) |

### NOTICE OF DEPOSITION

To:    John G. Day, Esquire
        Ashby & Geddes
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, DE 19899

Michael C. Petock, Esquire
Micheal F. Petock, Esquire
Petock & Petock, LLC
46 The Commons at Valley Forge
1220 Valley Forge Rd.
P.O. Box 856
Valley Forge, PA 19482-0856

TAKE NOTICE that Defendants and Counterclaim-Plaintiff Van Scoy Diamond Mine of Delaware, Kurt Van Scoy and Donna Van Scoy, will take the depositions of Jacqueline Savoca on Friday September 30, 2005 at 10 a.m. at the law offices of Burke and Burke, located at 1460 Wyoming Avenue, Forty Fort, PA 18704. The deposition testimony will be recorded stenographically.

Counsel are permitted to attend and take part as permitted by the Rules.

WM1A 64856v1 09/28/05

                                                FOX ROTHSCHILD LLP

By:    /s/ Sharon Morgan            
      Sharon Morgan (Del. Bar No. 4287)
      Citizens Bank Center
      Suite 1300
      919 North Market Street
      Wilmington, DE 19801-2323
      Phone: (302) 655-3667
      E-mail: smorgan@foxrothschild.com
      Attorneys for Defendants and

Dated: September 28, 2005       Counterclaim Plaintiff

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

WMIA 64856v1 09/28/05