## Certificate of Service

I, Sharon Oras Morgan, hereby certify that on this 28th day of September, 2005, I have served by mail and by e-mail, the attached NOTICE OF DEPOSITION addressed to the following:

> **Michael C. Petock, Esquire**
> **Michael F. Petock, Esquire**
> **Petock & Pectock LLC**
> **4 The Commons at Valley Forge**
> **1220 Valley Forge Road**
> **P.O. Box 856**
> **Valley Forge, PA 19482-0856**

and,

> **John G. Day, Esquire**
> **Ashby & Geddes**
> **222 Delaware Avenue, 17th Floor**
> **P.O. Box 1150**
> **Wilmington, DE 19899**

FOX ROTHSCHILD LLP

By: ____/s/ Sharon Morgan____
Sharon Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: smorgan@foxrothschild.com
Attorneys for Defendants and
Counterclaim Plaintiff

Dated: September 28, 2005