## Certificate of Service

I, Sharon Oras Morgan, hereby certify that on this 28th day of September, 2005, I have served by mail and by e-mail, the attached NOTICE OF DEPOSITION addressed to the following:

>Michael C. Petock, Esquire
>Michael F. Petock, Esquire
>Petock & Pectock LLC
>4 The Commons at Valley Forge
>1220 Valley Forge Road
>P.O. Box 856
>Valley Forge, PA  19482-0856

and,

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

>FOX ROTHSCHILD LLP

>By:    /s/ Sharon Morgan
>      Sharon Morgan (Del. Bar No. 4287)
>      Citizens Bank Center
>      Suite 1300
>      919 North Market Street
>      Wilmington, DE  19801-2323
>      Phone:  (302) 655-3667
>      E-mail: smorgan@foxrothschild.com
>      Attorneys for Defendants and
>      Counterclaim Plaintiff

Dated:  September 28, 2005