IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br><br>　　Plaintiff and<br>　　Counterclaim-Defendant,<br><br>　　　　v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Case No. 05-108 (KAJ) |

## AMENDED NOTICE OF DEPOSITION

To:　John G. Day, Esquire　　　　　　　　　　　Michael C. Petock, Esquire
　　　Ashby & Geddes　　　　　　　　　　　　　　Micheal F. Petock, Esquire
　　　222 Delaware Avenue, 17th Floor　　　　　Petock & Petock, LLC
　　　P.O. Box 1150　　　　　　　　　　　　　　　46 The Commons at Valley Forge
　　　Wilmington, DE 19899　　　　　　　　　　1220 Valley Forge Rd.
　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 856
　　　　　　　　　　　　　　　　　　　　　　　　　Valley Forge, PA 19482-0856

　　　TAKE NOTICE that Defendants and Counterclaim-Plaintiff Van Scoy Diamond Mine of Delaware, Kurt Van Scoy and Donna Van Scoy, will take the deposition of Marie Kornish on Friday September 30, 2005 at 10 a.m. at the law offices of Burke and Burke, located at 1460 Wyoming Avenue, Forty Fort, PA 18704. The deposition testimony will be recorded stenographically.

　　　Counsel are permitted to attend and take part as permitted by the Rules.

WM1A 64901v1 09/29/05

                                      FOX ROTHSCHILD LLP

                            By:    /s/ Sharon Morgan
                                    Sharon Morgan (Del. Bar No. 4287)
                                    Citizens Bank Center
                                    Suite 1300
                                    919 North Market Street
                                    Wilmington, DE 19801-2323
                                    Phone: (302) 655-3667
                                    E-mail: smorgan@foxrothschild.com
                                    Attorneys for Defendants and
Dated: September 29, 2005             Counterclaim Plaintiff

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135