## Certificate of Service

I, Sharon Oras Morgan, hereby certify that on this 29th day of September, 2005, I have served by mail and by e-mail, the attached AMENDED NOTICE OF DEPOSITION addressed to the following:

>Michael C. Petock, Esquire
>Michael F. Petock, Esquire
>Petock & Pectock LLC
>46 The Commons at Valley Forge
>1220 Valley Forge Road
>P.O. Box 856
>Valley Forge, PA  19482-0856

and,

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

FOX ROTHSCHILD LLP

By: ___/s/ Sharon Morgan___
Sharon Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE  19801-2323
Phone: (302) 655-3667
E-mail: smorgan@foxrothschild.com
Attorneys for Defendants and
Counterclaim Plaintiff

Dated: September 29, 2005

WM1A 64902v1 09/29/05