IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |

## AMENDED NOTICE OF DEPOSITION

To:  John G. Day, Esquire                     Michael C. Petock, Esquire
     Ashby & Geddes                           Micheal F. Petock, Esquire
     222 Delaware Avenue, 17th Floor          Petock & Petock, LLC
     P.O. Box 1150                            46 The Commons at Valley Forge
     Wilmington, DE 19899                     1220 Valley Forge Rd.
                                              P.O. Box 856
                                              Valley Forge, PA 19482-0856

TAKE NOTICE that Defendants and Counterclaim-Plaintiff Van Scoy Diamond Mine of Delaware, Kurt Van Scoy and Donna Van Scoy, will take the deposition of Jacqueline Savoca on Friday September 30, 2005 at 2 p.m. at the law offices of Burke and Burke, located at 1460 Wyoming Avenue, Forty Fort, PA 18704. The deposition testimony will be recorded stenographically.

Counsel are permitted to attend and take part as permitted by the Rules.

                                        FOX ROTHSCHILD LLP

                              By:    /s/ Sharon Morgan
                                      Sharon Morgan (Del. Bar No. 4287)
                                      Citizens Bank Center
                                      Suite 1300
                                      919 North Market Street
                                      Wilmington, DE  19801-2323
                                      Phone:  (302) 655-3667
                                      E-mail: smorgan@foxrothschild.com
                                      Attorneys for Defendants and
Dated:  September 29, 2005           Counterclaim Plaintiff


*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135

WM1A 64902v1 09/29/05