## Certificate of Service

I, Sharon Oras Morgan, hereby certify that on this 29th day of September, 2005, I have served by mail and by e-mail, the attached AMENDED NOTICE OF DEPOSITION addressed to the following:

        **Michael C. Petock, Esquire**
        **Michael F. Petock, Esquire**
        **Petock & Pectock LLC**
        **46 The Commons at Valley Forge**
        **1220 Valley Forge Road**
        **P.O. Box 856**
        **Valley Forge, PA 19482-0856**

and,

        **John G. Day, Esquire**
        **Ashby & Geddes**
        **222 Delaware Avenue, 17th Floor**
        **P.O. Box 1150**
        **Wilmington, DE 19899**

        FOX ROTHSCHILD LLP

        By: ___/s/ Sharon Morgan___
        Sharon Morgan (Del. Bar No. 4287)
        Citizens Bank Center
        Suite 1300
        919 North Market Street
        Wilmington, DE 19801-2323
        Phone: (302) 655-3667
        E-mail: smorgan@foxrothschild.com
        Attorneys for Defendants and
Dated: September 29, 2005        Counterclaim Plaintiff