## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,　)<br>　)<br>　Plaintiff and　)<br>　Counterclaim-Defendant,　)<br>　)<br>　v.　)<br>　)<br>VAN SCOY DIAMOND MINE OF　)<br>DELAWARE, INC., a Delaware corporation,　)<br>KURT VAN SCOY, and DONNA VAN SCOY,　) | Case No. 05-108 (KAJ) |

### NOTICE OF DEPOSITION

To:  John G. Day, Esquire                         Michael C. Petock, Esquire
     Ashby & Geddes                               Micheal F. Petock, Esquire
     222 Delaware Avenue, 17th Floor              Petock & Petock, LLC
     P.O. Box 1150                                46 The Commons at Valley Forge
     Wilmington, DE 19899                         1220 Valley Forge Rd.
                                                  P.O. Box 856
                                                  Valley Forge, PA 19482-0856

TAKE NOTICE that Defendants and Counterclaim-Plaintiff Van Scoy Diamond Mine of Delaware, Kurt Van Scoy and Donna Van Scoy, will take the deposition of Alan Lapidus on Tuesday October 4, 2005 at 10 a.m. at the law offices of Burke and Burke, located at 1460 Wyoming Avenue, Forty Fort, PA 18704. The deposition testimony will be recorded stenographically.

Counsel are permitted to attend and take part as permitted by the Rules.

WM1A 64903v1 09/29/05

FOX ROTHSCHILD LLP

By:    /s/ Sharon Morgan
     Sharon Morgan (Del. Bar No. 4287)
     Citizens Bank Center
     Suite 1300
     919 North Market Street
     Wilmington, DE 19801-2323
     Phone: (302) 655-3667
     E-mail: smorgan@foxrothschild.com
     Attorneys for Defendants and
     Counterclaim Plaintiff

Dated: September 29, 2005

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

WM1A 64903v1 09/29/05