IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, )<br>)<br>    Plaintiff and )<br>    Counterclaim-Defendant, )<br>)<br>    v. )<br>)<br>VAN SCOY DIAMOND MINE OF )<br>DELAWARE, INC., a Delaware corporation, )<br>KURT VAN SCOY, and DONNA VAN SCOY, ) | Case No. 05-108 (KAJ) |

### NOTICE OF DEPOSITION PURSUANT TO F.R. CIV. P. RULE 30(b)(6)

To:    John G. Day, Esquire                       Michael C. Petock, Esquire
        Ashby & Geddes                            Micheal F. Petock, Esquire
        222 Delaware Avenue, 17th Floor         Petock & Petock, LLC
        P.O. Box 1150                                 46 The Commons at Valley Forge
        Wilmington, DE 19899                      1220 Valley Forge Rd.
                                                                    P.O. Box 856
                                                                    Valley Forge, PA 19482-0856

        TAKE NOTICE that Defendants and Counterclaim-Plaintiff Van Scoy Diamond Mine of Delaware, Kurt Van Scoy and Donna Van Scoy, will take the deposition of **Rings of Romance** on Tuesday October 4, 2005 at 1 p.m. at the law offices of Burke and Burke, located at 1460 Wyoming Avenue, Forty Fort, PA 18704. The deposition testimony will be recorded stenographically.

        Counsel are permitted to attend and take part as permitted by the Rules.

        **Pursuant to F.R. Civ. P. 34, you are requested to produce for inspection, use as exhibits and copying at the time of the deposition:**

        1.      SEE ATTACHED ITEMS "A" AND "B".

FOX ROTHSCHILD LLP

By: /s/ Sharon Morgan
Sharon Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: smorgan@foxrothschild.com
Attorneys for Defendants and
Counterclaim Plaintiff

Dated: October 3, 2005

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135