## Certificate of Service

I, Sharon Oras Morgan, hereby certify that on this 3rd day of October, 2005, I have served by mail and by e-mail, the attached NOTICE OF DEPOSITION addressed to the following:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**46 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA 19482-0856**

and,

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP

By: /s/ Sharon Morgan
Sharon Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: smorgan@foxrothschild.com
Attorneys for Defendants and
Counterclaim Plaintiff

Dated: October 3, 2005