IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim-Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| VAN SCOY DIAMOND MINE OF ) | Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, ) | |
| ) | |
| Defendants and ) | |
| Counterclaim-Plaintiff. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of October, 2005, **DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AS TO DOCUMENTS UNDER FED. R. CIV. P. 36** was served upon the following counsel of record on October 3, 2005 at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA 19482-0856**

WM1A 65361v1 10/05/05

        and

        **John G. Day, Esquire**
        **Ashby & Geddes**
        **222 Delaware Avenue, 17th Floor**
        **P.O. Box 1150**
        **Wilmington, DE 19899**

        FOX ROTHSCHILD LLP

        By:    /s/ Sharon Morgan
            Sharon Morgan (Del. Bar No. 4287)
            Citizens Bank Center
            Suite 1300
            919 North Market Street
            Wilmington, DE 19801-2323
            Phone: (302) 655-3667
            E-mail: smorgan@foxrothschild.com

            Attorneys for Defendants and
            Counterclaim Plaintiff

Dated: October 5, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

2