## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record via e-filing:

>Michael C. Petock, Esquire
>Michael F. Petock, Esquire
>Petock & Pectock LLC
>4 The Commons at Valley Forge
>1220 Valley Forge Road
>P.O. Box 856
>Valley Forge, PA  19482-0856

and

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

              /s/ Sharon Morgan
       Sharon Morgan (#4287)