IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-108-KAJ |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of October, 2005, **PLAINTIFF'S RESPONSES TO THIRD REQUEST OF DEFENDANTS' KURT VAN SCOY, DONNA VAN SCOY AND VAN SCOY DIAMOND MINE OF DELAWARE INC. FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF WAYNE VAN SCOY** was served upon the following counsel of record at the address and in the manner indicated:

Francis G.X. Pileggi, Esquire
Sharon Oras Morgan, Esquire
Fox Rothschild LLP
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

VIA ELECTRONIC MAIL
and FIRST CLASS MAIL

Charles N. Quinn, Esquire
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103

VIA ELECTRONIC MAIL
and FIRST CLASS MAIL

                                                    ASHBY & GEDDES

                                                    */s/ John G. Day*

                                                    _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: October 6, 2005
154917.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Sharon Oras Morgan, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19801-2323 | HAND DELIVERY |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA 19103 | VIA ELECTRONIC MAIL |

/s/ John G. Day
_____
John G. Day