IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VAN SCOY DIAMOND MINE OF ) <br> DELAWARE, INC., a Delaware corporation, ) <br> KURT VAN SCOY, and DONNA VAN SCOY, ) <br> ) <br> Defendants. ) | C.A. No. 05-108-KAJ |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of October, 2005, **PLAINTIFF'S RESPONSES TO FOURTH REQUEST OF DEFENDANTS' KURT VAN SCOY, DONNA VAN SCOY AND VAN SCOY DIAMOND MINE OF DELAWARE INC. FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF WAYNE VAN SCOY** was served upon the following counsel of record at the address and in the manner indicated:

Francis G.X. Pileggi, Esquire                              VIA ELECTRONIC MAIL
Sharon Oras Morgan, Esquire                          and FIRST CLASS MAIL
Fox Rothschild LLP
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

Charles N. Quinn, Esquire                                VIA ELECTRONIC MAIL
Fox Rothschild LLP                                          and FIRST CLASS MAIL
2000 Market Street
Tenth Floor
Philadelphia, PA  19103

                              ASHBY & GEDDES

                              */s/ John G. Day*

                              _____
                              Steven J. Balick (I.D. #2114)
                              John G. Day (I.D. #2403)
                              222 Delaware Avenue, 17th Floor
                              P.O. Box 1150
                              Wilmington, DE 19899
                              (302) 654-1888
                              sbalick@ashby-geddes.com
                              jday@ashby-geddes.com

                              *Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: October 6, 2005
154917.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Sharon Oras Morgan, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | <u>HAND DELIVERY</u> |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ John G. Day*
_____
John G. Day