IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WAYNE VAN SCOY,                                )
                                               )
                    Plaintiff,                 )
                                               )        C.A. No. 05-108-KAJ
              v.                               )
                                               )
VAN SCOY DIAMOND MINE OF                       )
DELAWARE, INC., a Delaware corporation,        )
KURT VAN SCOY, and DONNA VAN SCOY,             )
                                               )
                    Defendants.                )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of October, 2005, **PLAINTIFF'S**

**RESPONSES TO DEFENDANTS' FIFTH SET OF REQUESTS FOR ADMISSION BY**

**PLAINTIFF WAYNE VAN SCOY** was served upon the following counsel of record at the

address and in the manner indicated:

Francis G.X. Pileggi, Esquire                  VIA ELECTRONIC MAIL
Sharon Oras Morgan, Esquire                    and FIRST CLASS MAIL
Fox Rothschild LLP
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

Charles N. Quinn, Esquire                      VIA ELECTRONIC MAIL
Fox Rothschild LLP                             and FIRST CLASS MAIL
2000 Market Street
Tenth Floor
Philadelphia, PA  19103

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated:  October 6, 2005
154917.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2005, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:

Francis G.X. Pileggi, Esquire                                    HAND DELIVERY
Sharon Oras Morgan, Esquire
Fox Rothschild LLP
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

Charles N. Quinn, Esquire                                    VIA ELECTRONIC MAIL
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103


*/s/ John G. Day*
_____

John G. Day