IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim-Plaintiff. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of October, 2005, **DEFENDANTS' RESPONSES TO PLAINTIFFS SECOND SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA 19482-0856**

and

        John G. Day, Esquire
        Ashby & Geddes
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, DE 19899


                FOX ROTHSCHILD LLP


            By:    /s/ Sharon Morgan
                Sharon Morgan (Del. Bar No. 4287)
                Citizens Bank Center
                Suite 1300
                919 North Market Street
                Wilmington, DE  19801-2323
                Phone:  (302) 655-3667
                E-mail:  smorgan@foxrothschild.com

                Attorneys for Defendants and
Dated:  October 10, 2005        Counterclaim Plaintiff

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135