## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record via e-filing:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA  19482-0856**

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**

_____/s/ Sharon Morgan_____
Sharon Morgan (#4287)

WM1A 65551v1 10/10/05