IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>VAN SCOY DIAMOND MINE OF DELAWARE, INC., a Delaware corporation, KURT VAN SCOY, and DONNA VAN SCOY,<br><br>    Defendants and<br>    Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-108 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of October, 2005, **DEFENDANTS' RESPONSES TO PLAINTIFFS FIRST SET OF REQUESTS FOR ADMISSIONS UNDER FRCP 36** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

    mp@iplaw-petock.com and

    mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

    jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

    Michael C. Petock, Esquire
    Michael F. Petock, Esquire
    Petock & Pectock LLC
    4 The Commons at Valley Forge
    1220 Valley Forge Road
    P.O. Box 856
    Valley Forge, PA  19482-0856

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP


By: ___/s/ Sharon Morgan_____
    Sharon Morgan (Del. Bar No. 4287)
    Citizens Bank Center
    Suite 1300
    919 North Market Street
    Wilmington, DE  19801-2323
    Phone:  (302) 655-3667
    E-mail:  smorgan@foxrothschild.com

    Attorneys for Defendants and
    Counterclaim Plaintiff

Dated:  October 10, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135

2