IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, | ) |
| | ) |
| Plaintiff and | ) |
| Counterclaim-Defendant, | ) |
| | ) |
| v. | ) |
| | ) Case No. 05-108 (KAJ) |
| VAN SCOY DIAMOND MINE OF | ) |
| DELAWARE, INC., a Delaware corporation, | ) |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) |
| | ) |
| Defendants and | ) |
| Counterclaim-Plaintiff. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of October, 2005, **DEFENDANTS' FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

mp@iplaw-petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

>Michael C. Petock, Esquire
>Michael F. Petock, Esquire
>Petock & Pectock LLC
>4 The Commons at Valley Forge
>1220 Valley Forge Road
>P.O. Box 856
>Valley Forge, PA  19482-0856

WM1A 65562v1 10/10/05

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP

By: /s/ Sharon Morgan
Sharon Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: smorgan@foxrothschild.com

Attorneys for Defendants and
Counterclaim Plaintiff

Dated: October 10, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

2