IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-108-KAJ |
| v. | ) |
| | ) |
| VAN SCOY DIAMOND MINE OF | ) |
| DELAWARE, INC., a Delaware corporation, | ) |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER

Plaintiff Wayne Van Scoy and defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy, and Donna Van Scoy hereby stipulate and agree, subject to the approval of the Court, that the due date for service and filing of case dispositive motions, opening briefs, and supporting affidavits shall be extended from October 15, 2005 to October 25, 2005. The due dates for answering and reply briefs on case dispositive motions shall remain unchanged.

| ASHBY & GEDDES | FOX ROTHSCHILD LLP |
|---|---|
| /s/ *John G. Day* | /s/ *Sharon Oras Morgan* |
| Steven J. Balick (I.D. #2114) | Francis G.X. Pileggi (I.D. #2624) |
| John G. Day (I.D. #2403) | Sharon Oras Morgan (I.D. #4287) |
| 222 Delaware Avenue, 17th Floor | 919 N. Market Street, Suite 1300 |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 622-4246 (voice) |
| (302) 654-1888 (voice) | (302) 656-8920 (fax) |
| (302) 654-2067 (fax) | fpileggi@foxrothschild.com |
| sbalick@ashby-geddes.com | smorgan@foxrothscild.com |
| jday@ashby-geddes.com | |
| | *Attorneys for Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy* |
| *Attorneys for Plaintiff Wayne Van Scoy* | |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge