IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY | ) | |
|           Plaintiff, | ) | |
| | ) | |
|     v. | ) | C.A. No. 05-108-KAJ |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | |
| DELAWARE, INC., | ) | |
| KURT VAN SCOY AND | ) | |
| DONNA VAN SCOY | ) | |
|           Defendants. | ) | |

**PLAINTIFF WAYNE VAN SCOY'S MOTION
FOR SUMMARY JUDGMENT OF INFRINGEMENT
AND WILLFUL INFRINGEMENT BY DEFENDANTS**

Plaintiff moves for summary judgment in favor of Plaintiff and against Defendants pursuant to F.R.Civ.P. 56 that Defendants have infringed Plaintiff's marks cover by Reg. Nos. 1,140,958 and 1,140,711. Plaintiff further moves for summary judgment that the infringement has been willful. The moving papers show there are no disputed facts and as a matter of law judgment should be entered in favor of Plaintiff and against Defendants.

                                          ASHBY & GEDDES

                                          */s/ John G. Day*
                                          Steven J. Balick, Esquire (I.D. #2114)
                                          John G. Day, Esquire (I.D. #2403)
                                          P.O. Box 1150
                                          222 Delaware Avenue
                                          Wilmington, DE 19801
                                          (302) 654-1888
                                          sbalick@ashby-geddes.com
                                          jday@ashby-geddes.com

                                          *Attorneys for Wayne Van Scoy*

*Of Counsel:*

Michael F. Petock, Esquire
Michael C. Petock, Esquire
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600

Dated: October 25, 2005

162684.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | C.A. No. 05-108-KAJ |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | |
| DELAWARE, INC., | ) | |
| KURT VAN SCOY AND | ) | |
| DONNA VAN SCOY | ) | |
|       Defendants. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF WAYNE VAN SCOY'S
MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT BY
<u>DEFENDANTS AND WILLFUL INFRINGEMENT BY DEFENDANTS</u>**

This matter comes before the Court on Plaintiff's Motion for Summary Judgment of infringement by Defendants and of willful infringement by Defendants. Pursuant to Section 56(c) of the Federal Rules of Civil Procedure, there exists no genuine issue of fact material as to Defendants' infringement and Defendants' willful infringement. Furthermore, even when all of evidence and inferences drawn therefrom are viewed in the light most favorable to Defendants, the evidence shows that Plaintiff can establish the existence of every element for which it has the burden of proof at trial. For these reasons, it is hereby

**ORDERED and ADJUDGED** that this motion is **GRANTED** and that Summary Judgment is hereby entered against Defendants of infringement of the mark VAN SCOY DIAMOND MINE covered by Federal Registration Nos. 1,140,958 and 1,140,711, and this infringement has been willful.

                                            IT IS SO ORDERED

                                            _____
                                            KENT A JORDAN
                                            United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2005, the attached **PLAINTIFF WAYNE VAN SCOY'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND WILLFUL INFRINGEMENT BY DEFENDANTS** was served upon the below-named counsel of record at the address and in the manner indicated:

Sharon Oras Morgan, Esquire                                    HAND DELIVERY
Francis G.X. Pileggi, Esquire
Fox Rothschild LLP
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

Charles N. Quinn, Esquire                                      VIA U.S. MAIL
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103


*/s/ John G. Day*
_____

John G. Day (#2403)