IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>VAN SCOY DIAMOND MINE OF )<br>DELAWARE, INC., KURT VAN SCOY )<br>AND DONNA VAN SCOY )<br>)<br>    Defendants. ) | C.A. No. 05-108-KAJ |

**PLAINTIFF WAYNE VAN SCOY'S
MOTION FOR SUMMARY JUDGMENT AGAINST
DEFENDANTS' CLAIMS OF INVALIDITY AND ABANDONMENT**

Plaintiff moves for summary judgment pursuant to F.R.Civ.P.56 in favor of Plaintiff and against Defendants' claims that the marks VAN SCOY DIAMOND MINE including United States Registration Nos. 1,140,958 and 1,140,711 are invalid and abandoned. The moving papers show there are no disputed facts and as a matter of law judgment should be entered in favor of Plaintiff and against Defendants.

                  ASHBY & GEDDES

                  */s/ John G. Day*
                  Steven J. Balick, Esquire (I.D. #2114)
                  John G. Day, Esquire (I.D. #2403)
                  P.O. Box 1150
                  222 Delaware Avenue
                  Wilmington, DE 19801
                  (302) 654-1888
                  sbalick@ashby-geddes.com
                  jday@ashby-geddes.com

                  *Attorneys for Wayne Van Scoy*

*Of Counsel:*

Michael F. Petock, Esquire
Michael C. Petock, Esquire
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600

Dated: October 25, 2005
162771.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY            Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 05-108-KAJ<br>) |
| VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., KURT VAN SCOY<br>AND DONNA VAN SCOY            Defendants. | )<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING PLAINTIFF WAYNE VAN SCOY'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS' CLAIMS OF INVALIDITY AND ABANDONMENT

This matter comes before the Court on Plaintiff's Motion for Summary Judgment against Defendants' claims of invalidity and abandonment of the marks VAN SCOY DIAMOND MINE including Federal Registration Nos. 1,140,958 and 1,140,711. Pursuant to Section 56(c) of the Federal Rules of Civil Procedure, there exists no genuine issue of fact material as to Defendants' invalidity and abandonment claims. Furthermore, even when all of evidence and inferences drawn therefrom are viewed in the light most favorable to Defendants, the evidence shows that Defendants cannot establish the existence of every element for which they have the burden of proof at trial. For these reasons, it is hereby

**ORDERED and ADJUDGED** that this motion is **GRANTED** and that Summary Judgment is hereby entered against Defendants' claims of invalidity and abandonment.

IT IS SO ORDERED

_____
KENT A JORDAN
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2005, the attached **PLAINTIFF WAYNE VAN SCOY'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' CLAIMS OF INVALIDITY AND ABANDONMENT** was served upon the below-named counsel of record at the address and in the manner indicated:

Sharon Oras Morgan, Esquire                                                      HAND DELIVERY
Francis G.X. Pileggi, Esquire
Fox Rothschild LLP
Citizen Bank Center
919 North Market Street
Suite 1300
Wilmington, DE  19801-2323

Charles N. Quinn, Esquire                                                          VIA U.S. MAIL
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103


*/s/ John G. Day*
_____
John G. Day (#2403)