IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-108-KAJ |
| | ) | |
| VAN SCOY DIAMOND MINE OF DELAWARE, INC., KURT VAN SCOY AND DONNA VAN SCOY | ) ) ) | |
| | ) | |
|     Defendants. | ) | |

**PLAINTIFF WAYNE VAN SCOY'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' LACHES, ACQUIESCENCE AND ESTOPPEL DEFENSES**

Plaintiff moves for summary judgment in favor of Plaintiff and against Defendants pursuant to F.R.Civ.P. 56 on Defendants' Laches, Acquiescence and Estoppel Defenses. The moving papers show there are no disputed facts and as a matter of law judgment should be entered in favor of Plaintiff and against Defendants.

ASHBY & GEDDES

*/s/ John G. Day*
Steven J. Balick, Esquire (I.D. #2114)
John G. Day, Esquire (I.D. #2403)
P.O. Box 1150
222 Delaware Avenue
Wilmington, DE 19801
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Wayne Van Scoy*

*Of Counsel:*

Michael F. Petock, Esquire
Michael C. Petock, Esquire
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600

Dated: October 25, 2005
162706.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY ) | |
|                 Plaintiff, ) | |
| ) | |
|     v. ) | C.A. No. 05-108-KAJ |
| ) | |
| VAN SCOY DIAMOND MINE OF ) | |
| DELAWARE, INC., KURT VAN SCOY ) | |
| AND DONNA VAN SCOY ) | |
| ) | |
|                 Defendants. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF
WAYNE VAN SCOY'S MOTION FOR SUMMARY JUDGMENT ON
DEFENDANTS' LACHES, ACQUIESCENCE AND ESTOPPEL DEFENSES**

This matter comes before the Court on Plaintiff's Motion for Summary Judgment on Defendants' Laches, Acquiescence and Estoppel Defenses. Pursuant to Section 56(c) of the Federal Rules of Civil Procedure, there exists no genuine issue of fact material as to Defendants' laches, acquiescence and estoppel defenses. Furthermore, even when all of evidence and inferences drawn therefrom are viewed in the light most favorable to Defendants, Defendants cannot establish the existence of every element on which it has the burden of proof at trial. For these reasons, it is hereby

**ORDERED and ADJUDGED** that this motion is **GRANTED** and that Summary Judgment is hereby entered against Defendants on their Laches, Acquiescence and Estoppel defenses.

                                              IT IS SO ORDERED

                                              KENT A JORDAN
                                              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2005, the attached **PLAINTIFF WAYNE VAN SCOY'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' LACHES, ACQUIESCENCE AND ESTOPPEL DEFENSES** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Sharon Oras Morgan, Esquire<br>Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | <u>HAND DELIVERY</u> |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | <u>VIA U.S. MAIL</u> |

*/s/ John G. Day*
_____
John G. Day (#2403)