IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, )<br>)<br>    Plaintiff and )<br>    Counterclaim-Defendant, )<br>)<br>    v. )<br>)<br>VAN SCOY DIAMOND MINE OF )<br>DELAWARE, INC., a Delaware corporation, )<br>KURT VAN SCOY, and DONNA VAN SCOY, )<br>)<br>    Defendants and )<br>    Counterclaim-Plaintiffs. ) | Case No. 05-108 (KAJ) |

### NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE that the Motion of Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy for Summary Judgment, has been designated "confidential" and is being filed UNDER SEAL, pursuant to the Stipulated Protective Order entered on September 27, 2005. (D.I. 84)

                                                        FOX ROTHSCHILD, LLP

                                                        /s/ Sharon Oras Morgan
                                                        Sharon Oras Morgan
                                                        Delaware Bar No. 4287
                                                        919 North Market Street
                                                        Suite 1300
                                                        Wilmington, DE 19801
                                                        Telephone: (302) 622-4246
                                                        Facsimile:  (302) 656-8920
                                                        E-mail: smorgan@foxrothschild.com
                                                        Attorneys for Defendants and
                                                        Counterclaim Plaintiffs

Dated: October 25, 2005
OF COUNSEL:
Charles N. Quinn Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2135
Facsimile:  (215) 299-2150

WM1A 66541v1 10/25/05