# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim-Plaintiffs. | ) | |

## MOTION OF DEFENDANTS VAN SCOY DIAMOND MINE OF DELAWARE, INC., KURT VAN SCOY AND DONNA VAN SCOY, FOR SUMMARY JUDGMENT

Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy (collectively, "Defendants"), through their undersigned counsel, hereby move this Court for an order, pursuant to Fed.R.Civ.P. 56(b), granting Summary Judgment in favor of Defendants and against Plaintiff Wayne Van Scoy, on the basis at Plaintiff waited too long to institute this suit and that therefore his claims are barred by the doctrine of Laches. Alternatively, Defendants Kurt Van Scoy and Donna Van Scoy seek summary judgment in their favor on the basis that they have no personal liability and Plaintiff Wayne Van Scoy cannot prove, as a matter of law, that they are personally liable for the alleged acts of the defendant corporation Van Scoy Diamond Mine of Delaware, Inc. Finally, Defendants alternatively seek partial summary judgment limiting Plaintiff's potential recovery for damages pursuant to the applicable statute of limitations.

In support of this motion, Defendants rely upon, and incorporate by reference, their

supporting Memorandum of Law, being filed herewith.  This motion is being filed under

seal as certain information contained in the supporting Memorandum of Law has been

designated as "Confidential" pursuant to the Stipulated Protective Order entered on

September 27, 2005. (D.I. 84)

FOX ROTHSCHILD, LLP


/s/ Sharon Oras Morgan
Sharon Oras Morgan
Delaware Bar No. 4287
919 North Market Street
Suite 1300
Wilmington, DE 19801
Telephone: (302) 622-4246
Facsimile:   (302) 656-8920
E-mail: smorgan@foxrothschild.com

Attorneys for Defendants and
Counterclaim Plaintiffs

OF COUNSEL:
Charles N. Quinn Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2135
Facsimile:  (215) 299-2150

Dated: October 25, 2005

WM1A 66381v1 10/25/05