## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of October, 2005, a copy of the **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, was served upon the following counsel of record at the address and in the manner indicated:

to Michael C. Petock, Esquire, via Federal Express, addressed to

> **Michael C. Petock, Esquire**
> **Michael F. Petock, Esquire**
> **Petock & Pectock LLC**
> **4 The Commons at Valley Forge**
> **1220 Valley Forge Road**
> **P.O. Box 856**
> **Valley Forge, PA  19482-0856**

and  a copy sent as an attachment to an e-mail addressed to:
> mfpetock@comcast.net
> jday@ashby-geddes.com

and on John G. Day, Esquire  by hand delivery to the following address:

> **John G. Day, Esquire**
> **Ashby & Geddes**
> **222 Delaware Avenue, 17th Floor**
> **P.O. Box 1150**
> **Wilmington, DE 19899**

FOX ROTHSCHILD LLP

By:   /s/ Sharon Oras Morgan
Sharon Oras Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: smorgan@foxrothschild.com
Attorneys for Defendants and
Counterclaim Plaintiff

Dated: October 25, 2005

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

WM1A 66381v1 10/25/05