## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of October, 2005, a copy of the **NOTICE OF FILING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, was served upon the following counsel of record at the address and in the manner indicated:

to Michael C. Petock, Esquire, via Federal Express, addressed to

> **Michael C. Petock, Esquire**
> **Michael F. Petock, Esquire**
> **Petock & Pectock LLC**
> **4 The Commons at Valley Forge**
> **1220 Valley Forge Road**
> **P.O. Box 856**
> **Valley Forge, PA 19482-0856**

and a copy sent as an attachment to an e-mail addressed to:

> mfpetock@comcast.net
> jday@ashby-geddes.com

and on John G. Day, Esquire by hand delivery to the following address:

> **John G. Day, Esquire**
> **Ashby & Geddes**
> **222 Delaware Avenue, 17th Floor**
> **P.O. Box 1150**
> **Wilmington, DE 19899**

WM1A 66381v1 10/25/05