**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WAYNE VAN SCOY, | ) |
| | ) |
| Plaintiff and | ) |
| Counterclaim-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| VAN SCOY DIAMOND MINE OF | )    Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) |
| | ) |
| Defendants and | ) |
| Counterclaim-Plaintiffs. | ) |

**ORDER**

AND NOW, this _____ day of October, 2005, upon Motion of Defendants' Kurt Van Scoy, Donna Van Scoy & Van Scoy Diamond Mine of Delaware, Inc., for Summary Judgment in its favor and against Plaintiffs and any response thereto, it is hereby Ordered that the Motion is GRANTED, and that Summary Judgment is entered in favor of Defendants Kurt Van Scoy, Donna Van Scoy and Van Scoy Diamond Mine of Delaware, Inc. on all Counts of the Complaint.

_____
The Honorable Kent A. Jordan

WM1A 66381v1 10/25/05