IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim-Plaintiffs. | ) | |

APPENDIX TO

MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS VAN SCOY DIAMOND MINE OF DELAWARE, INC.,
KURT VAN SCOY AND DONNA VAN SCOY, MOTION FOR
SUMMARY JUDGMENT

Sharon Oras Morgan
Fox Rothschild, LLP
Delaware Bar No. 4287
919 North Market Street
Suite 1300
Wilmington, DE 19801
Telephone: (302) 622-4246
Facsimile:  (302) 656-8920
E-mail: smorgan@foxrothschild.com

Attorneys for Defendants and
Counterclaim Plaintiffs

WM1A 66669v1 11/01/05

## TABLE OF CONTENTS

**Page**

Exhibit A – Trademark Registration .................................................................................. A1

Exhibit B – Deposition Transcript of Kurt Van Scoy dated 10/3/0 .............................. B1 – B5

Exhibit C – U.S. Bankruptcy Court Docket Sheet ....................................................... C1 – C27

Exhibit D – Secretary of State Information on Van Scoy Diamond Mine ............................ D1

Exhibit E - Deposition Transcript of Kurt Van Scoy dated July 26, 2005 ................... E1 – E10

Exhibit F – Secretary of State Information on Rings of Romance ...................................... F-1

Exhibit G - Deposition Transcript of Wayne Van Scoy dated October 4, 2005 ........... G1 – G8

Exhibit H - Deposition Transcript of Wayne Van Scoy dated August 17, 2005 .......... H1 – H7

Exhibit I - Deposition Transcript of Jacqueline Savoca dated September 30, 2005 ...... I1 – I8

Exhibit J – ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Exhibit K - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Exhibit L - Deposition Transcript of Mark Maurer dated October 6, 2005 ................... L1 – L3

Exhibit M - Agreement .............................................................................................. M1 – M13

Exhibit N - Deposition Transcript of Lew Hill dated October 5, 2005 ........................ N1 – N2

Exhibit O – *Autozone, Inv. V. Tri-State Auto Outlet* ................................................. O1-O10

Exhibit P – News Article .............................................................................................. P1 – P3

Exhibit Q – *Harco National Insurance v. Green Farms* ............................................. Q1 – Q5

Exhibit R – Corporate Minutes ..................................................................................... R1 – R4