IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Sharon Oras Morgan, hereby certify that on November 1, 2005 the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Michael C. Petock, Esquire
Michael F. Petock, Esquire
Petock & Pectock LLC
4 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856

John G. Day, Esquire
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899

and a copy sent as an attachment to an e-mail addressed to:

mfpetock@comcast.net
jday@ashby-geddes.com

and on John G. Day, Esquire by hand delivery to the following address:

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

and on Michael C. Petock & Michael F. Petock by First Class U.S. Mail to the following address:

Michael C. Petock, Esquire
Michael F. Petock, Esquire
Petock & Petock, LLC
4 The Commons at Valley Forge
1220 Valley Forge Rd.
P.O. Box 856
Valley Forge, PA 19482-0856

WM1A 66669v1 11/01/05

                        FOX ROTHSCHILD LLP

                    By:    /s/ Sharon Oras Morgan
                          Sharon Oras Morgan (Del. Bar No. 4287)
                          Citizens Bank Center
                          Suite 1300
                          919 North Market Street
                          Wilmington, DE  19801-2323
                          Phone:  (302) 655-3667
                          E-mail: smorgan@foxrothschild.com
                          Attorneys for Defendants and
Dated:  November 1, 2005          Counterclaim Plaintiff

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135