# Exhibit "D"




# State of Delaware
## The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware:    [GO]       Citizen Services | Business Services | Visitor Info

**Department of State: Division of Corporations**

- HOME
- About Agency
- Secretary's Letter
- Newsroom
- Frequent Questions
- Related Links
- Contact Us
- Office Location

**SERVICES**
- Pay Taxes
- File UCC's
- Delaware Laws Online
- Name Reservation
- General Information
- Status

**INFORMATION**
- Corporate Forms
- Corporate Fees
- UCC Forms and Fees
- UCC Searches
- Taxes
- Expedited Services
- Service of Process
- Registered Agents
- Get Corporate Status
- Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2456784 | Incorporation Date / Formation Date: | 10/21/1994 (mm/dd/yyyy) |
| Entity Name: | VAN SCOY DIAMOND MINE, OF DELAWARE, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | CLOSED CORP |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | JAMES T. BELLENGER | | |
| Address: | 3027 WRANGLE HILL ROAD | | |
| City: | BEAR | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19701 |
| Phone: | (302)838-8800 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

---

site map | about this site | contact us | translate | delaware.gov

https://sos-res.state.de.us/tin/controller

D-1

10/25/2005