# Exhibit
# "N"

1

```
 1

 2              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
 3

 4   WAYNE VAN SCOY,               :
                                   :
 5          Plaintiff             :
                                   :
 6   -vs-                          :
                                   :    # 05-108
 7   VAN SCOY DIAMOND MIND         :
     OF DELAWARE, INC., ET AL,    :
 8                                 :
           Defendants            :
 9

10           Valley Forge, Pennsylvania

11              October 5, 2005

12

13

14           Pretrial examination of LEW HILL,

15   taken on behalf of the Plaintiff at the

16   offices of  PETOCK & PETOCK,  46 The

17   Commons at Valley Forge, Valley Forge,

18   Pennsylvania, on the above date, commencing

19   at 1:30  p.m., before Julie Zatuchni,

20   Registered Professional Reporter.

21

22           JULIE ZATUCHNI, RPR
              202 Fairfax Court
23        Wayne, Pennsylvania 19087

24
```

25

```
 1
 2    Q.        Where did you move it to?
 3    A.        We moved it to 2733 Paper Mill
 4    Road in Wyomissing, Pennsylvania.
 5    Q.        When did that move occur?
 6    A.        April 1 of 2003.
 7    Q.        On April 1, 2003, you opened up
 8    your store at 2733 Paper Mill Road in
 9    Wyomissing, PA under what name?
10    A.        Van Scoy Jewelers.
11    Q.        Which was the same name you had
12    been previously operating your store in
13    Reading since approximately the late
14    1990's; correct?
15    A.        Correct.
16    Q.        Do you own the store in
17    Wyomissing?
18    A.        It's leased as well.
19    Q.        Are you incorporated?
20    A.        No.
21    Q.        For the business that you operate
22    under the mark Van Scoy Jewelry or
23    Jewelers?
24    A.        Jewelers.
```

41

1

2          MR. QUINN:  What is the

3  question?

4  BY MR. PETOCK:

5  Q.       Would you draw customers in any

6  significant number?

7  A.       No, no.

8  Q.       From Allentown?

9  A.       No.

10  Q.       And then the other store you

11  owned was in Raleigh, North Carolina.  You

12  advertise in connection with the Raleigh,

13  North Carolina store?

14  A.       Yes.

15  Q.       Where did you advertise, where

16  did you focus your advertising?

17  A.       In and about Raleigh.

18  Q.       Was that always a Van Scoy

19  Diamond Mine?

20  A.       Yes.

21  Q.       In 1978, you said you entered a,

22  what you characterize as a franchisee

23  agreement with Tommy Van Scoy, Senior?

24  A.       Yes.

**N-2**