# Exhibit
# "P"



abc27 - Diamond "Miners" Having Family Feud

Page 1 of 3

News
Weather
Sports
Community
Programming
Hey, Ump!
www.abc27.com
Harrisburg, York, Lancaster and Lebanon's Favoi

search abc27

Go

news internet

IM ARTICLE E-MAIL PRINT SOUND OFF E-NEWS ALERTS Google MORE ON THI

News
- Local News
- National News
- World News
- Newspaper Network
- Business
- Weird & Unusual
- Politics
- Science/Technology
- Entertainment
- Val's Kids/SWAN
- Meet The News Team
- Today In History
- e-News Sign Up
- Education

Newslinks
News Features
Weather
Sports
Consumer Center
abc27 Classifieds
Around the Home
Ask the Expert
Auto Center
Closings/Delays
Community Events
Contact abc27
Contests
Daybreak Show Info
Education Center
Grow Up Great
HDTV
Heart to Heart
Health Center
Job Center
Legal Resource Center
Lottery Results

# Diamond "Miners" Having Family Feud

Monday February 28, 2005 2:41pm

WILMINGTON, Del. (AP)
The owner of the Pennsylvania business known as Van Scoy Diamond Mine is suing relatives who own a Stanton, Delaware, business with the same name.

They're alleging trademark infringement.

Wayne Van Scoy is suing Kurt and Donna Van Scoy in US District Court in Wilmington,

claiming that he owns the trademarked name "Van Scoy Diamond Mine." He says his father, Tommy Van Scoy, gave him the name and he wants the court to stop the Delaware business from using it.

The suit claims that Van Scoy Diamond Mine is associated with the Indianapolis 500 races and stock car races and advertises ``on radio commercials in numerous states."

The lawsuit acknowledges the Delaware store registered an Internet domain name in 2002, but says the name was "usurped and converted" by the Delaware Van Scoys.

The lawsuit claims the Delaware business has used the name even though it was warned not to.

(Copyright 2005 by The Associated Press. All Rights Reserved.)

D002082

P-1

E-Alert Sign-Up/Login
Our Community Partners
Pet Center
Play Games
Programming
Recipes
Real Estate
Restaurant Guide
Traffic Cam
Tour de Cure
Black History Month
Midstate Home Makeover Contest
Home Page

Copyright 2005 by The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten o

Related Articles and More Information

» RELATED STORIES:
- » Palmeiro Weighs Lawsuit Against Canseco
- » Angola Claims Illegal Diamond Trade Curbed
- » Milton Hershey Alumni Sued by...Alumni
- » Find More Articles Related To This One

HAVE AN OPINION ON THIS STORY?
TELL US ABOUT IT BELOW!

Opinions and Feedback

You need to be a registered member of abc27 to leave comments on news stories.

Not A Member Yet? Click Here To Signup...Takes Just Two Minutes

Lost Your Password? Click Here

abc27 Member Name or Email:

Password:

Your Feedback/Opinion:

Submit (CLICK ONLY ONCE)

Messages that harass, abuse or threaten other members; have obscene or otherwise objectionable content; have spai commercial or advertising content or inappropriate links may be removed and may result in the loss of your posting pri Please do not post any private information unless you want it to be available publicly.

Never assume that you are completely anonymous and cannot be identified by your posts.

This site is best viewed with Internet Explorer 5.0 / Netscape 6.0 or higher

News | Newslinks | News Features | Weather | Sports | Consumer Center | abc27 Class Around the Home | Ask the Expert | Auto Center | Closings/Delays | Community Events | Cor Contests | Daybreak Show Info | Education Center | Grow Up Great | HDTV | Heart to Heart | F | Job Center | Legal Resource Center | Lottery Results | E-Alert Sign-Up/Login | Our Community Center | Play Games | Programming | Recipes | Real Estate | Restaurant Guide | Traffic Cam | | Black History Month | Midstate Home Makeover Contest

Advertising on abc27 | Contact abc27 | Jobcenter

TOP OF PAGE

TM & © Harrisburg Television, Inc.
All rights reserved. Any reproduction, duplication, or distribution in any form is expressly prohibited.

Pages throughout the abc27 website feature links to other sites, some of which are operated by companies unrelated to abc27.
abc27 has no control over the content or availability of any linked site.

Legal Notices. "Harrisburg Television, Inc.", recognizes the privacy interests of visitors to this site on the Inte
Please read our Privacy Policy and Terms of Service

Satellite Home Viewer Act Information

WHTM EEO Reports CLICK HERE
abc27 adheres to the ICRA RATING SYSTEM for parental control

D002084