# Exhibit "R"

MEETING HELD JANUARY 10, 1995

Resolved that Kurt Van Scoy and Donna Van Scoy are authorized as President of Van Scoy Diamond Mine, Inc. and an agent of Van Scoy Diamond Mine, Inc. to transact any and all business of said Corporation with Wilmington Trust.

_____
KURT VAN SCOY,        PRESIDENT

Dated January 10, 1995

## MINUTES OF ANNUAL MEETING OF SHAREHOLDERS AND DIRECTORS

OF

## VAN SCOY DIAMOND MINE OF DELAWARE, INC.

The annual meeting of the Shareholders and Directors of the above captioned corporation was held on January 10th, 2005, in the office of James T. Bellenger, E.A. Accounting Services located at 3027 Wrangle Hill Road, Delaware 19701. In addition to the shareholders and Directors in attendance, James T. Bellenger attended as witness and kept these minutes.

The date, time and place of this annual meeting was selected out of convenience for all the parties concerned, and shall not necessarily agree with the dates prescribed in this corporations' Bylaws. However, as evidenced by the signatures of all the Shareholders and Directors affixed hereto, this meeting shall serve as the regular meeting of both the Shareholders and Directors, and as such, is unanimously ratified and approved.

WAIVER OF NOTICE OF ANNUAL MEETING OF SHAREHOLDERS AND DIRECTORS.

We, the undersigned being all of the Shareholders and Directors of the Corporation, hereby agree and consent that the annual meeting of Shareholders and directors of the Corporation be held on the date and time and at the place designated heretofore, and do hereby waive all notice whatsoever of such meetings. We do further agree and consent that any and all lawful business may be transacted at such meeting thereof, as may be deemed advisable by any Shareholder or Director present thereat. Any business transacted at such meeting shall be as valid and legal and of the same force and effect as if such meeting were held after notice.

There were present the following Shareholders, listed by name and number of shares owned:

KURT VAN SCOY

The meeting was called to order by James T. Bellenger. It was moved, seconded and unanimously carried that James T. Bellenger act as the temporary Chairman and Secretary for the duration of this meeting only, and that the

D000818

R-2

page 2,

Shareholders shall hold harmless Mr. Bellenger from any and all legal liability for any actions taken by this Corporation heretofore, herein and hereafter.

The acting Chairman noted that it was in order to consider electing a Board of Directors for the ensuing year. Upon nomination duly made, seconded and unanimously carried, the following persons were elected as the Directors of the Corporation, to serve for a period of one year and until such time as their successors are elected and qualify:

Chairman – KURT VAN SCOY

Secretary – KURT VAN SCOY

The new Chairman of the Board of Directors noted that it was in order to consider electing officers for the ensuing year. Upon nominations duly made and seconded, the following were unanimously elected officers of the Corporation, to serve for the ensuing year and until their successors are elected and qualify:

| President - | KURT VAN SCOY |
| Vice-President - | DONNA VAN SCOY |
| Secretary - | KURT VAN SCOY |
| Treasurer - | KURT VAN SCOY |

At this meeting of the Shareholders and Directors, the following resolutions were made:

RESOLVED, that no compensation shall be paid to either the Directors or Officers of this Corporation. However, this resolution shall not prevent the payment of a remuneration to an employee of this corporation for services other than that of a Director or Officer.

RESOLVED, that the Corporation shall pay a dividend on its common stock, equal to the exact amount of the most recent years net income, to the Shareholders of record on the last day of the most recent accounting year end.

D000819

R-3

page 3,

RESOLVED, that the actions taken by the Directors of the Corporation since the last annual meeting of the Shareholders are hereby unanimously ratified and approved.

There being no further business to come before the meeting, upon a motion duly made, seconded and unanimously carried, the joint meeting of the Shareholders and Directors was adjourned.

SHAREHOLDERS:

*/s/ Kurt Van Scoy*
KURT VAN SCOY

*/s/ James T. Bellenger*
JAMES T. BELLENGER
WITNESS TO ALL SIGNATURES

DIRECTORS:

*/s/ Kurt Van Scoy*
KURT VAN SCOY

D000820

R-4