# EXHIBIT K



## Van Scoy
### Diamond Mine®

### Registration and Certification

This is to certify that the Diamond(s) purchased by

_____
has been precision-cut by master craftsmen and has been rigidly inspected, is finely cut and carefully selected for excellent proportions and exquisite brilliance, and accepted as meeting our stricter standards.

Precious Metal _____
Diamond Shape _____
Registration No. _____ Date of Purchase _____

**Lifetime Trade-in Warranty**

This diamond solitaire will be accepted for trade-in on a diamond of twice the size at the store where originally purchased.

The trade-in allowance will be equal to the price that we are selling any diamond in stock of the same size and quality on that day.

**Lifetime Mounting Warranty**

The mounting for this diamond is warranted against any and all original defects of material and workmanship for the life thereof, wear and deterioration excepted.

**VALUE ASSURANCE**

This Van Scoy diamond is WARRANTED to be Better Quality than any other store's diamond of the same size and at the price that you paid, when compared, side by side, under a microscope, regardless of whatever grading that other store assigns to their diamond.

**Loss of Diamond From Mounting**

Should the diamond described herein come loose from the mounting within one year from the date of purchase due to original defect in materials and workmanship, The Van Scoy Store where purchased will replace said diamond provided the mounting is returned for inspection to ascertain that the diamond did, in fact, become lost due to original defect in material or workmanship on said mounting.

Even though diamond is the hardest substance known to man ALL diamond jewelry should be treated with care since they can be chipped or scratched by other diamonds.

To be sure that your diamond is safe from loss and damage, return it to Van Scoy Diamond Mine for cleaning and inspection for damaged prongs, etc., at least every 3 months or AS OFTEN AS YOU WISH, AT NO CHARGE.

VAN SCOY DIAMOND MINE®
154 Mundy St., Wilkes-Barre, PA 18702
570-826-0765

01670

# EXHIBIT L

D000750



# Van Scoy Diamond Mine

## Registration and Certification

This is to certify that the Diamond(s) purchased by

has been precision-cut by master craftsmen and has been rigidly inspected, is finely cut and carefully selected for excellent proportions and exquisite brilliance, and accepted as meeting our strict standards.

Diamond Shape _____  Precious Metal _____

Registration No. _____  Date of Purchase _____

### Lifetime Trade-In Warranty

This diamond will be accepted for trade-in on a diamond of twice the size at the store where originally purchased.

The trade-in allowance will be equal to the price that we are selling any diamond in stock of the same size and quality on that day.

### Lifetime Mounting Warranty

The mounting for this diamond is warranted against any and all original defects of material and workmanship.

**VAN SCOY DIAMOND MINE**

Address ___1117 Churchmans Place___

Manager _____

### VALUE ASSURANCE

This Van Scoy diamond is WARRANTED to be Better Quality than any other store's diamond of the same size and at the price that you paid, when compared, side by side, under a microscope, regardless of whatever grading that other store assigns to their diamond.

### Loss of Diamond From Mounting

Should the diamond described herein come loose from the mounting within one year from date of purchase due to original defect in material and workmanship, The Van Scoy Store where purchased will replace said diamond provided the mounting is returned for inspection to ascertain that the diamond did, in fact, become lost due to original defect in material or workmanship on said mounting.

Even though diamond is the hardest substance known to man ALL diamond jewelry should be treated with care since they can be chipped or scratched by other diamonds.

To be sure that your diamond is safe from loss and damage, take it into any Van Scoy Diamond Mine for cleaning and inspection for damaged prongs, etc., at least every 3 months or AS OFTEN AS YOU WISH, AT NO CHARGE.                    VAN SCOY DIAMOND MINE

DEPOSITION EXHIBIT
Van Scoy 5
PENGAD 800-631-6989

DEPOSITION EXHIBIT
PL-31
9-10-15

# EXHIBIT M

# REDACTED

# EXHIBIT N



# VAN SCOY DIAMOND MINE OF DE, INC.

1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMERS ORDER NO. | PHONE | | DATE 11/23/0X |
|---|---|---|---|
| NAME | | | |
| ADDRESS | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

To Reorder:
800-225-6380 or nebs.com

**THANK YOU**





DEPOSITION
EXHIBIT
PX-28
9-19-05

D001233

**VAN SCOY DIAMOND ~~MINE~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 392-3427 | | | DATE 11/24/04 |
|---|---|---|---|---|

NAME _Steve Yearick_

ADDRESS _steve.yearick@mbna.com_

_scyearick@comcast.net_

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| DS | | | VISA | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | LAU .00 | | |
| LAU 2N26D 14 KT W/G DIA .60 TW $749.00 | 2N26 D 14K W/G | 749 | 450 00 |
| | Dia .09tw | | |
| | Tony 14K W/G | | |
| | Ring | 249 | 225 00 |
| | | | |
| | Total $ | 875 00 | |

P&Q 226511 W/G $249.00

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
[NEBS] To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001243

**VAN SCOY DIAMOND ~~STORE~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 321-0875 | DATE 11/29/04 |
|---|---|---|

NAME *Gary Burble*

ADDRESS *304 Gurgetown Ave*
*Wilmington DE 19809*

| SOLD BY *DVS* | CASH | C.O.D. | CHARGE *MC* | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 100721 I | | |
| | 1/2  3.16  15H | | |
| | 10/19 Set | $ | 550 00 |
| | K 1010 | | |
| | 14K YG | | |
| | Pd in full | | |
| | Bul | | 0 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

| | TAX | |
|---|---|---|
| RECEIVED BY | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

(nebs) To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001268



# VAN SCOY DIAMOND ▮▮▮▮ OF DE, INC.
### 1117 Churchmans Road
### NEWARK, DELAWARE 19713
### (302) 454-7979
### CASH REFUND WITHIN 5 DAYS OF PURCHASE.
### NO REFUNDS ON SPECIAL ORDERS.

CUSTOMER'S ORDER NO.

PHONE 388-2621   DATE 11/29/04

NAME Joe Lamonaca

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|
| JV | X | | | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | Final | | 3960 00 |
| | payment | | |
| | Pd in full | | |
| | Bal | | 0 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

RECEIVED BY

TAX

TOTAL

All claims and returned goods MUST be accompanied by this bill.

To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001269

**SCOY DIAMOND ▓▓▓▓ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 737-2844 | DATE 11/30/04 |
|---|---|---|

NAME _Lee Russybevige_

ADDRESS _____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| DS | | | VISA | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | EK VVVS 27 O# | | |
| | Dia .040 W | 190 | 180 00 |
| | 14KT YG | | |
| | Dia Brac | | |
| | LAU | 150 | 140 00 |
| | 2098 D | | |
| | Dia 14K YG | | |
| | Dia Loops | | |
| | Earrings | | |
| | .10 TW    Total | $ | 320 00 |
| | Paid full | | Bal 0 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY _____   TAX

TOTAL

All claims and returned goods MUST be accompanied by this bill.

(Nebs) To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001275



VAN SCOY DIAMOND ___ OF DE, INC.
___ ___ Road
NEWA____ ___ 19713

CASH REFUND WITHIN ___ DAYS OF PURCHASE.
NO REFUND ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 598-2220 | DATE 12/2/04 |
|---|---|---|

NAME  Fort Scott Doherty
ADDRESS  457 Rose Way
Bel Air MD 21014

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| JV | X | | | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | EGL* 24 0883334 | | |
| | IVR 7BR-1200 | | |
| | ___ ___ | | |
| | F E/SI, Sec "1/15 | | 600.00 |
| | Hearts arrows | | |
| | 1.2 Tw | $ | ___ |
| | Rd Bill | | |
| | Ex Ideal Dep 1000.00 | | |
| | Cut K982 14KWG | | |
| | Sz 4 1/2 | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and ___ ___ ___ ___ this bill.
___ To ___
800-225-5380 or ___ ___

THANK YOU

D001390

VAN SCOY DIAMOND ████ OF DE, INC.
1112 Churchmans Road
NEWARK, DELAWARE 19713
CASH REFUND WITHIN ██ DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE 737-3559 | DATE 12/2/04 | |
|---|---|---|---|---|
| NAME | Wally & Lee Cleaver | | | |
| ADDRESS | 7 Starrett Dr | | | |
| | Newark DE 19702 | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| JV | ✓ | | | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | AV1261513 | | |
| | EGL Pre-Grade | | |
| | E D 1.99 RD | | |
| | HVS2 | | |
| | K 9875 | $ | 1968000 |
| | 524 | | |
| | less trade | | − 948000 |
| | Bal | $ | 1020000 |
| | | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
800-225-6300 or Rebecca...    THANK YOU

D001391



VAN SCOY DIAMOND ████ OF DE, INC.
████████ Road
NEWARK, DELAWARE 19713
(302) ███-███
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

CUSTOMER'S ORDER NO. | PHONE | DATE 12/7/04

NAME *Allen Clark*

ADDRESS

| SOLD BY DJS | CASH | C.O.D. | CHARGE M/C | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Replace | | |
| | Dia | | |
| | + Rhodium | $ | 50 00 |
| | Pd – full | | |
| | Bal | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

RECEIVED BY *Clark*

| | TAX | |
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder
800-225-6380 or nebs.com

THANK YOU

D001438



VAN SCOY DIAMOND ____ OF DE, INC.

CASH REFUND _____ PURCHASE
NO REFUNDS _____ ORDERS

CUSTOMER'S ORDER NO.      PHONE 275-689      DATE 12/3/04

NAME  Dave Johnson

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|
| DK      |      |        | VISA   |          |              |          |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
|      | NV          |       |        |
|      | MAX 3047-6GC |      |        |
|      | 14K TT      | $ 495 00 |     |
|      | Sz 9¼ Dep   | -100 00 | 495 00 |
|      | Bal $ 395 00 |       |        |
|      |             |       | 0      |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| TAX |  |
| TOTAL |  |

All claims and returned _____ by this bill

800-225-6380 or _____   THANK YOU

D001509



VAN SCOY DIAMOND ▬▬ OF DE, INC.
▬▬▬▬ Kirkwood Road
NEWARK, DELAWARE 19713
CASH REFUND WITHIN 7 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE 12/13/0? |
|---|---|---|---|
| NAME | Stre Pep | | |
| ADDRESS | cell# 302 378 3625 | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Dia .64 ⁿ | | |
| | Dia Brac | | |
| | 14 K | | |
| | PM 102 BRAe | | |
| | 59P212 | 750 | 638 00 |
| | SBT | | |
| | 15 729 D | | |
| | @ 03 | | |
| | Dia .26 ⁿ ✱ 399 00 | | |
| | pend yg | | |
| | Total | 1037 00 |
| | less | 600 00 |
| | Bal | 437 00 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY _Stre Pep_

| | TOTAL | |

All claims and returned ▬▬▬▬▬▬ ▬▬▬▬
▬▬▬▬ To ▬▬
800-225-6380 ▬▬▬

THANK YOU

D001513

VAN SCOY DIAMOND ~~~~ OF DE, INC.

CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | DATE 12/15/0? |

NAME *Carl Roberts*

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|
| | | | VISA | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | 18.8 g | | |
| | 14KT JT Rv | | |
| | Omega | $550.00 | |
| | RC R SA4-17 | | |
| | 17" | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

| TAX | |
| TOTAL | |

All claims and returned goods must be accompanied by this bill.
NEBS. To Reorder:
800-225-6380 or nebs.com

THANK YOU

D001539



VAN SCOY DIAMOND ___ OF DE, INC.

NEWARK _____

CASH REFUND ___ OF PURCHASE
NO REFUNDS ___ ORDERS

CUSTOMER'S ORDER NO.

PHONE 961-1277    DATE 12/15/04

NAME Ehab Esharden

ADDRESS

| SOLD BY DVS | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
| QTY. | DESCRIPTION | | | | PRICE | AMOUNT |

DISCOVER

RC WOMD 3-17
17"
14KWG 18.0 G
480
WLC EO2333
BL WJ M
350
MyTP 23.80 TW
Dia .08 TW
Shtr $1,747.00

Pd in full

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

TAX

TOTAL

All claims and returned ___
To Reorder
800-225-6380 or nebs.com

THANK YOU

D001540

# VAN SCOY DIAMOND ▄▄▄ OF DE, INC.
### 1117 Churchmans Road
### NEWARK, DELAWARE 19713
### (302) 454-7979
### CASH REFUND WITHIN 30 DAYS OF PURCHASE.
### NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 731-9154 | DATE 12/18/04 |
|---|---|---|

NAME  *Clint Tyler*

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| DK | | | MC | | | |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | GGC 12/04 DSP .50TW | | |
| | GGC 12/04 DSP .50 TW $585.00 | *Dia Stud* | 585 00 |
| | *Earrings* | | |
| | GGC 12/04 DSP .50TW $585.00 | | |
| | *Pd in full* | | 0 |
| | *Bal* | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

NEBS. To Reorder.
800-225-6380 or nebs.com

## THANK YOU

D001588

**VAN SCOY DIAMOND ~~STORE~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

CUSTOMER'S ORDER NO.

PHONE: 832-3127   DATE: 12/21/04

NAME: Steve McMahon

ADDRESS:

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|
| DK | | | VISA | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | Dia .05 TW | | |
| | Garnet | | |
| | .98 TW Ring | | |
| | 14KTWG | | |
| | TT9 848787 | | 170 00 |
| | Paid full | | |
| | Bal | | 0 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

RECEIVED BY: Steve C McMahon

TAX

TOTAL

All claims and returned goods MUST be accompanied by this bill.

NEBS To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001633



# VAN SCOY DIAMOND ~~SHOPPE~~ OF DE, INC.
### 1117 Churchmans Road
### NEWARK, DELAWARE 19713
### (302) 454-7979
### CASH REFUND WITHIN 5 DAYS OF PURCHASE.
### NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | DATE 12-21-04 |
|---|---|---|
| NAME MARK GARCIA | | |
| ADDRESS | | |

| SOLD BY DD | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | GGC | | |
| | MTO 2.91 2.91 T.W. | | |
| | BKRB | 11080 00 |
| | Less Trade | 4580 00 |
| | Less Credit | 3500 00 |
| | Bal | 2700 00 |
| | (CASH) Paid | 1500 00 |
| | (Approx.) Bal. Due | 1,200 00 |
| | Supplies Cr | 180 00 |
| | Bal | 1020 00 |
| | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

RECEIVED BY X

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
To Reorder:
800-225-6380 or rcbs.com

## THANK YOU

D001638



# VAN SCOY DIAMOND ~~MINE~~ OF DE, INC.
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | DATE 12/21/04 |
|---|---|---|

NAME  *Keith Sokoloff*

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| DD | | | VISA | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | *FD 660 11/04 .80 TW* | | |
| ID 660 11/04 .80 TW $1130.00 | *14KWG* | $ *1075.00* | |
| ID 660 11/04 .80 TW $1130.00 | *Pd in full* | | |
| | *Bl* | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

NEBS  To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001644

**VAN SCOY DIAMOND ░░░░ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 7 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | | | DATE 12/22/84 | |
|---|---|---|---|---|---|---|---|
| NAME | Mark Saccia | | | | | | |
| ADDRESS | | | | | | | |

| SOLD BY J. | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|---|
| DS | | | VISA | | | | |
| QTY. | DESCRIPTION | | | | | PRICE | AMOUNT |
| | Final | | | | | | |
| | payment | | | | | 1020 | 00 |
| | Bal | | | | | 0 | |
| | | | | | | | |
| | | | | | | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

| TAX | |
|---|---|
| TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
To Reorder:
800-225-6380 or nebs.com

**THANK YOU**



# VAN SCOY DIAMOND ████ OF DE, INC.
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

CUSTOMER'S ORDER NO.    PHONE 764-1622    DATE 12/22/04

NAME Joseph Giorgi

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | GGC Studds | | |
| 1.0 | TW | $ | 1480 00 |
| | 14KY Martin | | |
| | Rhodyum | | |
| | Charge to | | |
| | 14K WG N/C | | |
| | Dep | 200 00 |
| | Bal | 1280 00 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS
WITHOUT PAYMENT.

RECEIVED BY

TAX

TOTAL

All claims and returned goods MUST be accompanied by this bill.

[NEBS] To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001684

# VAN SCOY DIAMOND ~~████~~ OF DE, INC.

1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 368-4462 | DATE 12/23/04 |
|---|---|---|

NAME *Joshua Brower*

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | 3mos AG |
|---|---|---|---|---|---|---|---|
| QTY. | | DESCRIPTION | | | | PRICE | AMOUNT |
| | 121.42 VG "14 71TW RD | | | | | | $1995 00 |
| | K 981 14K YG | | | | | Dep | 350 00 |
| | AG | | | | | $ | 1645 00 |
| | Bal | | | | | | 0 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

| | TAX | |
|---|---|---|
| RECEIVED BY *Jol Brown* | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

[NEBS] To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001698

**VAN SCOY DIAMOND ▉▉▉ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

CUSTOMER'S ORDER NO. 382    PHONE 737-1223    DATE 12/23/04

NAME *Dave Rash*

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|
| DVS | | | V | 15A | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | DNC EEB1727 14KYG .50TW Dia Earrings | 399 | |
| | Dia Pend 25TW DNC PEB1726 14KYG | 240 | |
| | Pd in full | $1600 00 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS
WITHOUT PAYMENT.

RECEIVED BY

Bal | TAX | 0 |
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
[NEBS] To Reorder.
800-225-6380 or nebs.com

**THANK YOU**

D001729

**VAN SCOY DIAMOND ~~MINE~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 494-9623 | DATE 12/24/0X |
|---|---|---|
| NAME | William F Mayer | |
| ADDRESS | | |

| SOLD BY WS | CASH | C.O.D. | CHARGE | ON ACCT. VISA | MDSE. RET'D. A | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Blue Top W/G Flower | | 250.00 |
| | TTJ MO28460 | | |
| | Earr 10234210 | | |
| | WG BL Top Necklace | 105 | |
| | TTJ 474 RB Ruby 14K YG | | 70.00 |
| | | | 320.00 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

| | | |
|---|---|---|
| RECEIVED BY William E Mayer | TAX | |
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001738

# VAN SCOY DIAMOND ▓▓▓▓ OF DE, INC.
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 834-0470 | DATE 12/24/04 |
|---|---|---|

NAME Bob Butler

ADDRESS

| SOLD BY DVS | CASH | C.O.D. | CHARGE VISA | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | JBT | | |
| | 305 2tq | | |
| | 14K XG | | |
| | Dia .28Tw | | |
| Dia .26 TW $400.00 | | 490 | 4500 |

RN ...

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
(NEBS) To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001762

**VAN SCOY DIAMOND ▬▬ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7379
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 559-5106 | DATE 12/24/04 |
|---|---|---|

NAME *Pete Zarzychi*

ADDRESS

| SOLD BY DVS | CASH | C.O.D. | CHARGE VISA | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 129 4(6 5)3,8 | | |
| | 14KT 2TT | | |
| | 602/49G | | |
| | 19 1/2 39 | # | 645 00 |
| | Total Ring 93 ¾ | | |
| | ADD 1 DiA | | |
| | to cust 4 DiA | | |
| | Ring | | |
| | Pd in full | Bal 0 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

RECEIVED BY

All claims and returned goods MUST be accompanied by this bill.

To Reorder
800-225-6380 or nebs.com

| TAX | |
|---|---|
| TOTAL | |

**THANK YOU**

D001767

# VAN SCOY DIAMOND ▮▮▮▮ OF DE, INC.
### 1117 Churchmans Road
### NEWARK, DELAWARE 19713
### (302) 454-7979
### CASH REFUND WITHIN 5 DAYS OF PURCHASE.
### NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | | DATE 12/28/04 |
|---|---|---|---|---|---|
| NAME | *Care Fillipson* | | | | |
| ADDRESS | | | | | |

| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | *Diamond* | | 700 00 |
| | *Pd by Check* | | |
| | | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| | | TAX | |
|---|---|---|---|
| | | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

[NEBS] To Reorder:
800-225-6380 or nebs.com

## THANK YOU

D001775

## VAN SCOY DIAMOND ▓▓▓ OF DE, INC.
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | DATE 12/29/04 |
|---|---|---|

NAME  Tom Eilols

ADDRESS

| SOLD BY DVS | CASH | C.O.D. | CHARGE | ON ACCT. MC | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
|  | K 297 14K YG |  | N/C |
|  | K 973 14K WG |  | 195.00 |
|  | Sz 5½ |  |  |
|  | Pd in full Bil |  |  |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| TAX | |
|---|---|
| TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

NEBS  To Reorder
800-225-6380 or nebs.com

THANK YOU

D001791

# VAN SCOY DIAMOND ~~ OF DE, INC.

1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

DIA 1.03 TW
14 KT W/G
$1599.00

DIA 1.0 TW

| CUSTOMER: $995.00 | | PHONE | | DATE 12-31-04 |
|---|---|---|---|---|
| NAME | Jo ~ D'Angelo | | | |
| ADDRESS | | | | |

| SOLD BY DVS | CASH ✓ | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | PM 11/04 99NC — 43VG12 DIA 1.03TW 14KT W/G Necklace | $1599⁰⁰ | |
| | | | 1680 00 |
| 1 | DIA 1.0 TW LAW 6X10D 14KT W/G Brac | $995⁰⁰ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

| | TAX | |
|---|---|---|
| RECEIVED BY | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

Nebs To Reorder:
800-225-6380 or nebs.com

## THANK YOU

D001799

**VAN SCOY DIAMOND ~~~~ OF DE, INC.**

~~~~ Road
NEWARK, ~~~~ 19713

CASH REFUND WITHIN ~~~ OF PURCHASE.
NO REFUNDS ~~~~ ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE 1/10/05 |
|---|---|---|---|
| NAME Chris Harrison | | | |
| ADDRESS | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| DV | | | | VISA | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | hers 1620 | | |
| | Payment | | 100 00 |
| | K-50 13B Cooper | | |
| | .21 TW | | |
| | 1620 | | |
| | | | |
| | ADD TO ACC | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned ~~~~ this bill.
[NEBS] To Re~~~
800-225-6380 or ~~~~      THANK YOU

D001296



**VAN SCOY DIAMOND ▇▇▇ OF DE, INC.**

CASH REFUND WITHIN 7 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE 1/17/05 |
|---|---|---|---|

NAME  *Ann Coletta*

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | VISA | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Secure Hoops | | |
| | 6 J003D Y | | |
| | 14 K Y G | | |
| | Dia hoops | | |
| | .03 TW | | 150 00 |
| | less 1 | | 88 00 |
| | | | 62 00 |
| | Pd in full | | |
| | Bal | | 0 |

SECURE HOOP:
GS003DY
14 KT Y/G
DIA .03 TW
$175.00

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
800-225-6380 or visit

**THANK YOU**

D001340

**VAN SCOY DIAMOND ~~~~~ OF DE, INC.**

~~~~~~ ~~~~ Road
NEW ~~~~~ ~~ 19713

CASH REFUND WITHIN 7 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE 392 0388 | DATE 1/28/05 |
|---|---|---|

NAME Kendall Scott

ADDRESS 369 S. Simpus RD
Elkton MD 21921

| SOLD BY DS | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | Discover | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | .77 RD | | |
| | 23160 PM 1/64 | | |
| | | | |
| | 602/640/871 | | |
| | 8/20 A | | |
| | .85 TW | | |
| | Stir 120234 | # | 478000 |
| | 14K WG | | |
| | | Dep | 239000 |
| | | Bal | 239000 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

| | TAX | |
| RECEIVED BY Kendall L. Scott | TOTAL | |

All claims and returned good ~~~~~ ~~~~~~~~~~ by this bill.
NEBS To Re~~~~~
800-225-6380 or Nebs.com

**THANK YOU**

D001370

VAN SCOY DIAMOND ▮▮▮▮ OF DE, INC.
▮▮▮▮ Chrestians Road
NEWARK, DELAWARE 19713
CASH REFUND WITHIN 7 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | DATE 7/28/05 |
|---|---|---|

NAME  David Marconi

ADDRESS

| SOLD BY DVS | CASH | C.O.D. | CHARGE VISA | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1N) | LAR 5363 D | | |
| | .15 14KYG | | |
| | 3 stone pend. | | -175 00 |
| | DNC | | |
| | PEB 1733 | | |
| | 14K YG | | |
| | Dia .50TW | | 480 00 |
| | DNC PEB1733 14 KT YG    Bal | | 305 00 |
| | Bal | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

| | | TAX | |
|---|---|---|---|
| RECEIVED BY | | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder
800-225-6380 or nebs.com

THANK YOU

D001374

**VAN SCOY DIAMOND ▓▓▓ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE 2/4/05 |
|---|---|---|---|
| NAME *Deena Petrucci* | | | |
| ADDRESS | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | *Jan II* | | |
| | *Pink* *Tresed* | | |
| | *Dia 1 CT TW* | | |
| | *Fried* | | |
| | *payment* | | *65 00* |
| | *Bal* | | *0* |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
〔NEBS〕 To Reorder:                    **THANK YOU**

D000987

**VAN SCOY DIAMOND ▬▬▬ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

CUSTOMER'S ORDER NO _____ PHONE _cell 302_ _222-4105_ DATE _2/9/05_

NAME _Dwight Poffenberger_

ADDRESS _____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|
| DVS |  |  |  |  |  |  |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
|  | PSC |  |  |
|  | 222541 |  |  |
|  | Dia = Pearl |  |  |
|  | 10 K ring | 170 00 |  |
|  | JR 5 1/4 | 100 00 |  |
|  | Dep |  |  |
|  | Bal | 70 00 |  |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

RECEIVED BY _X Dwight C Poffenberger_

TAX

TOTAL

All claims and returned goods MUST be accompanied by this bill.

NEBS To Reorder.
800-225-6380 or nebs.com

**THANK YOU**

D001013

**VAN SCOY DIAMOND ~~MINE~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

CUSTOMER'S ORDER NO.   PHONE 832-9948   DATE 2/9/05

NAME  Chris Donell

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
|  | FK — MQ | 595 |  |
|  | .34 T cut |  | 550 00 |
|  | JTW 4531 |  |  |
|  | HKYG |  |  |
|  | ♡ mtg |  |  |
|  | pd in full |  |  |
|  | Bal |  |  |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENTS

RECEIVED BY

| | TAX | |
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

NEBS To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001016

**VAN SCOY DIAMOND ~~~~ OF DE, INC.**
1107 Churchmans Road
NEWARK DELAWARE 19713
(302) 731-9090
CASH REFUND WITHIN 7 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE 2/14/05 |
|---|---|---|---|
| NAME | *Judith Evans* | | |
| ADDRESS | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| DVB | | | MC | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 22" 14KYG | | |
| | Box 053 | | |
| | RC | | 7500 |
| | | | |
| | Pd in full | | |
| | Bul | | Ø |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY *Judith S. Evans*

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
(NEBS) To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001067



**VAN SCOY DIAMOND ~~SHOP~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 451-2479
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

CUSTOMER'S ORDER NO. _____ PHONE 892-9491 DATE 2/15/05

NAME Ronald Massing

ADDRESS _____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|
| DVS     |      |        | MC     |          |              |          |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
|  | DNC | | |
|  | REB 425 DVS | | |
|  | 14K WG | | |
|  | Sz 7½ | | |
|  | Dia .56-W | $740.00 | |
|  | Pd in full | | |
|  | Bal Ø | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY _____

| | TAX | |
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder:
800-225-6380 or nebs.com

**THANK YOU**



**VAN SCOY DIAMOND ▓▓▓▓ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | | PHONE | | | DATE 2/17/05 |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|---|
| QTY. | | DESCRIPTION | | | PRICE | AMOUNT |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS, WITHOUT PAYMENT.
RECEIVED BY

TAX

TOTAL

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001083

**VAN SCOY DIAMOND ~~MINE~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

Home 376-0273

| CUSTOMER'S ORDER NO. | PHONE 388-4358 | DATE 3/4/05 |
|---|---|---|

NAME _Michael Wagner_
ADDRESS _358 Canvasback Rd_
_Middletown DE 19709_

| SOLD BY DD | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | Am Cap 12 mos |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | WO14-23 | | |
| | .70 Rd | | |
| | Brill | | |
| | C 720 E-VS₂ Prem 3280 | | |
| | EGL 2212584125 | | 3500 00 |
| | CM | | |
| | 6461 Eng | 1030 | 1000 00 |
| | Dia .43ᵗʰ | | |
| | 14K WG | | |
| | Total | | 4580 00 |
| | | | 230 00 |
| | Pd in full | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS, WITHOUT PAYMENT.

RECEIVED BY _Michael Wagner_

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

(NEBS) To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D000862



**VAN SCOY DIAMOND ▓▓▓ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE 12/24/04 |
|---|---|---|---|
| NAME | *Michael Lenoir* | | |
| ADDRESS | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| DS | | | ✓ | ISA | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | *Final* | | |
| | *payment* $ | | *1080 00* |
| | *Pd in full* | | |
| | *Bud* | | *0* |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY *Michael F. Lenoir*

| | |
|---|---|
| TAX | |
| TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
[NEBS] To Reorder
800-225-6380 or nebs.com

**THANK YOU**

D001751

**VAN SCOY DIAMOND ▮▮▮▮ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE |
|---|---|---|---|
| | 652-7697 | | 3/4/05 |

NAME  Robert & Juanita Moody

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| DV | X | | | | | |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | PSC S2T | | |
| | 1/31 .26 RD | | $410 00 |
| | Dia .06 TW 14 KD PSC 220 (121) | | |
| | S2T | 320 | 160 00 |
| | | $ | 570 00 |
| | | Dep | 300 00 |
| | | TAX | 270 00 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS
WITHOUT PAYMENT.

RECEIVED BY  Robert Moody Sr.

TOTAL

All claims and returned goods MUST be accompanied by this bill.

*NEBS* To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D000863

**VAN SCOY DIAMOND MINE OF DE, INC.**
1117 Churchmans Rd, Newark, DE 19713
www.vanscoydiamondmine.com
(302) 453-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE 3/9/05 |
|---|---|---|---|
| NAME Tom Sharras | | | |
| ADDRESS | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Payment | | 100 00 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY Thomas Sharras

| | | |
|---|---|---|
| TAX | | |
| TOTAL | 100 | 00 |

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D000870