# EXHIBIT O

# VAN SCOY DIAMOND ▓▓▓▓ OF DE, INC.
### 1117 Churchmans Road
### NEWARK, DELAWARE 19713
### (302) 454-7979
### CASH REFUND WITHIN 5 DAYS OF PURCHASE.
### NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO | PHONE | | DATE 02-03-05 |
|---|---|---|---|
| NAME Frank Reynolds | | | |
| ADDRESS Picked up by: Carol Doherty | | | |

| SOLD BY Kurt | CASH ✓ | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | DVS Dep. Check 02-03 |
|---|---|---|---|---|---|---|---|
| QTY. | DESCRIPTION | | | | | PRICE | AMOUNT |
| | Final Payment | | | | | | 13,160.00 |

Pd In Full & Deliv.

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS, WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

(NEBS) To Reorder

THANK YOU



DEPOSITION EXHIBIT
PX-29
9-19-05



D000979

**VAN SCOY DIAMOND ███ OF DE, INC.**
1117 Christmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 02-19-05 |
|---|---|---|---|---|
| NAME Pam +mattie Cawrey | | | | |
| ADDRESS | | | | |

| SOLD BY KVS | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Final Payment | 8000.00 | |

Paid In Full
+ Deli

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

TAX
TOTAL

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder
800-225-6380 or nebs.com

**THANK YOU**

D001092

**VAN SCOY DIAMOND ▆▆▆ OF DE, INC.**

▆▆▆▆▆▆▆▆ Road
NEWARK, DELAWARE 19713
▆▆▆▆▆▆▆▆▆
CASH REFUND WITHIN 7 DAYS OF PURCHASE
NO REFUNDS ON SPECIAL ORDERS

| CUSTOMER'S ORDER NO. | | PHONE 302-218-7500 | | DATE 12-2-04 |
|---|---|---|---|---|

NAME **Phil JoJo**

ADDRESS **9145 Gap Newport Pike**
**Avondale PA 19311**

| SOLD BY KIS | CASH X | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Grent's Gold chain | | |
| | "18" 14KT Y/G | | |
| | "Quality" Gold | | |
| | 3.75mm (CCA100) | | |
| | Aprox | $260.00 | |
| | overnight (shipp.) | $20.00 | |
| | total | $280.00 | |
| | paid | 200.00 | |
| | Bal. Due | $80.00 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT

RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
▆▆▆ To Reorder ▆▆▆▆▆▆
800-225-6380 or nebs.com

**THANK YOU**

D001395

**VAN SCOY DIAMOND ████████ OF DE, INC.**
11██ Christiana Road
NEWARK, ████████ 19713
████████████

CASH REFUND ████████ ██ PURCHASE.
NO REFUND ████ SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | DATE |
|---|---|---|---|---|
| | | 388-2880 | | 12·3·04 |

NAME  J. L. Capano

ADDRESS  P.O. Box 430

Middletown  DE· 19709

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| KVS | X | | | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | R1183-20          ADM | | |
| | HSI  1.05  EGL @ 407600533 | | |
| | Z-001-12L | | |
| | HSI  .81    AD  11/24 | | |
| | EGL 23115132016 | | |
| | INSI  1.53  ADM | | |
| | R-1546-20 | | |
| | EGL 245H38428 | | |
| | | | |
| | total  $ | 16,000.00 | |
| | paid | 500.00 | |
| | Bal.Due  $ | 15,500.00 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

| | | | |
|---|---|---|---|
| RECEIVED BY | | TAX | |
| | | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

NEBS  To Reorder:
800-225-6380 or nebs.com

THANK YOU

D001404

VAN SCOY DIAMOND ___ OF D
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302)454-2079
CASH REFUND WITHIN 7 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

LAU
2573D
14 KT W/G

DIA 2.10 TW

$2480.00

| CUSTOMER'S ORDER NO. | | | PHONE | | | DATE 12-04-04 | |
|---|---|---|---|---|---|---|---|
| NAME Tom Echols | | | | | | | |
| ADDRESS | | | | | | | |

| SOLD BY Mary Kristt | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | DIS |
|---|---|---|---|---|---|---|---|
| QTY. | DESCRIPTION | | | | | PRICE | AMOUNT |
| | LAU- 2573D 2.10 TW | | | | | | |
| | 14King common prong | | | | | | |
| | diamond hoops | | | | | 2300 00 | |
| | Prev. Pd. | | | | | 1085 00 | |
| | Bal | | | | | 1215 00 | |
| | Bal | | | | | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder
800-225-6380 or nebs.com

THANK YOU

D001416

VAN SCOY DIAMOND ████ OF DE, INC.
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 3 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 12-8-04 |
|---|---|---|---|---|
| NAME Joe Capano | | | | |
| ADDRESS | | | | |

| SOLD BY KVS | CASH ✓ | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | *Deposit* |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 3-Stone Dia Pend. | 16,000.00 | |
| | paid | 500.00 | |
| | Bal. | 15,500.00 | |
| | Paid | 15,500.00 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder:
800-225-6380 or nebs.com

THANK YOU

D001449

VAN SCOY DIAMOND ___ OF DE, INC.
___ land Road
NEW ___ 19713
CASH REFUND ___ PURCHASE
NO REFUNDS ___ ORDERS

| CUSTOMER'S ORDER NO. | | PHONE | | | DATE 12-8-04 | |
|---|---|---|---|---|---|---|

NAME    Ray Singleton
ADDRESS  413 Sylmar Rd.
Rising Sun MD. 21911

| SOLD BY KVS | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| | A50 720I RD | | | |
| | Seb 9/13 1A .49 | | 1,295 | 00 |
| | paid | | 450 | 00 |
| | Bal Due | | $1245 | 00 |
| | Put into customers | | | |
| | Ring | | | |
| | Bal Due | | $1,245 | 00 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods ___ accompanied by this bill.
NEBS To Reorder
800-225-6380 or nebs.com

THANK YOU

D001455

VAN SCOY DIAMOND ~~~~ OF DE, INC.

CASH REFUND ~~~~ PURCHASE.
NO REFUNDS ~~~~ ORDERS

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | 530-9694 | 12-9-04 |

NAME: Michael Quillen

ADDRESS: 5872 Summit Bridge Rd

Townsend DE 19734

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID-OUT |
|---|---|---|---|---|---|---|
| BW | Ck# 1542 | | | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 603/227     OV 1/2 | | |
| | A 5/21 | | |
| 10 | 0.51 OVAL | | |
| | "2" .20 oval chatum | | |
| | Emeralds | | |
| | 3 Stone Ring | | |
| | All 4/6      total | $2000.00 | |
| | paid | $100.00 | |
| 6 month's | Bal. Due | $1,900.00 | |
| Finance | | | |
| Bal | | | |
| | | $1,900.00 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned ~~~~
NEBS. To R~~~~
800-225-6380 or ~~~~

THANK YOU

D001464

VAN SCOY DIAMOND ~ OI INC.

NEWARK

CASH REFUND
NO REFUNDS

CUSTOMER'S ORDER NO.          PHONE                    DATE  12-10-04

NAME  Randal Boot right

ADDRESS  3308 Ridgeway Rd
Harrisburg Pa 17809

SOLD BY  Kurt   | CASH | C.O.D. | CHARGE X | ON ACCT. | MSE. RETD | PAID OUT

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Dia Heart W/Jewl Box | $99.00 | |
| | LAU Box phy 14KT Y/G | | |
| | total | $99.00 | |
| | paid | 99.00 | |
| | | ⊘ | |

P.D.W

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY  Robrt Gontup

| | TAX | |
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

To Reorder
800-225-6380 or nebs.com

THANK YOU

D001479

VAN SCOY DIAMOND ▓▓▓ OF DE, INC.

▓▓▓▓ ran Road
NEWA▓▓▓▓▓▓▓▓713

CASH REFUND WI▓▓▓▓▓▓▓OF PURCHASE
NO REFUNDS ON S▓▓▓▓ ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | | DATE 12-11-04 |
|---|---|---|---|---|---|
| NAME | Ray Singleton | | | | |
| ADDRESS | | | | | |

| SOLD BY KD | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| QTY. | DESCRIPTION | | | | PRICE | AMOUNT |
| | Pre Bal | | | | | $1,245.00 |
| | Paid | | | | | $1,245.00 |
| | | | | | | 0 |
| | ₽.D.M | | | | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

| RECEIVED BY Roma LSO | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

NEBS To Reorder
800-225-6380 or nebs.com

THANK YOU

D001488

VAN SCOY DIAMOND ~~~~~ OF DE, INC.

CASH REFUND ~~~~~ PURCHASE
NO REFUND ~~~~~

| CUSTOMER'S ORDER NO. | PHONE | | DATE 12-15-04 |
|---|---|---|---|

NAME *Richard W. Marshall Jr.*

ADDRESS *5 Flexberry Dr. Highland West*
*Wilm, DE. 19808*

| SOLD BY *Kurt* | CASH *Ck* | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Dia .47 T.W. | | 1060 00 |
| | K988 14KT W/G | | |
| | Dia Mtg | | |
| | paid | | 1060 00 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY *W Marshall Jr*

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and ~~~~~ this bill.
To Reorder
800-225-6380 or ~~~~~

THANK YOU

D001532

VAN SCO[illegible] OF DE, INC.

NEW [illegible] 713

PSP100B12/04
1.0 TW
$2275.00

PSP100B12/04
1.0 TW
$2275.00

CASH REFUND [illegible] PURCHAS[E]
NO REFUND [illegible] ORDERS

| CUSTOMER'S ORDER NO. | | PHONE | | | DATE | 12-15-04 |
|---|---|---|---|---|---|---|

NAME  Darrell Hill

ADDRESS  Jeff Bough (321-231-6127)

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| Kurt | | | Amet | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| ) | PSP100B12/04 | 2275 00 | 2275 00 |
| | paid | | |
| | 1.0TW | | |
| | princess studio | | ⊘ |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned [illegible] this bill.

[NEBS] To Reorder
800-225-6380 or nebs.com

THANK YOU

D001541

VAN SCOT... ...OF DE, INC.
...ford Road
NE... ...DE 19713

CASH REFUND                    ...PURCHASE
NO REFUN...                    ...DERS

| CUSTOMER'S ORDER NO. | PHONE | DATE 12-16-04 |
|---|---|---|

NAME *Dale Qsculus*

ADDRESS *C/O Cafe Venice - 116 W. Venice Ave*
*Venice FL 34285*

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | VISA | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1) | 1 RD 4520 | | |
| | 6 6 C 12/7 | | |
| | .75 | | |
| 2) | Belly Ring | | |
| | BC01   T.T. | | $1650 — |
| | | | |
| | VISA # | | |
| | 4886 6070 0640 5287 | | |
| | exp 09/05 | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY *Signature on File*

| TAX | |
|---|---|
| TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

[NEBS] To Reorder
800-225-6380 or nebs.com

THANK YOU

D001548



**VAN SCOY DIAMOND ▓▓▓ OF DE, INC.**
1112 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7079
CASH REFUND WITHIN 30 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

CUSTOMER'S ORDER NO.    PHONE 733-0154    DATE 12/17/04

NAME Steve Belford

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---------|------|--------|--------|----------|--------------|----------|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | I I M | | |
| | R 5988 | 4325 | |
| | WDRD | | 26000 |
| | BK o White | | |
| | ♡DIA Rng | | |
| | Pd in full | | |

LIM R5988WDK
$325.00

Ball

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| | TAX | |
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001573

**VAN SCOY DIAMOND ▬▬ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE
NO REFUNDS ON SPECIAL ORDERS.

VG550 11/04
.50 TW
$620.00

VG550 11/04
.50 TW
$620.00

| CUSTOMER'S ORDER NO | PHONE 302-999-1650 | DATE 12-17-04 |
|---|---|---|

NAME  JohnLIsaas III
ADDRESS  9 ANNE PLACE
WILmington De 19808

| SOLD BY Hurt | CASH | C.O.D. | CHARGE Visa | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Earring | | |
| | VG550 11/04 W/B | | $620.00 |
| | .50 | | |
| | paid | | 620.00 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY  John L Isaacs III

TAX

TOTAL

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001579

# VAN SCOY DIAMOND ~~STORE~~ OF DE, INC.

**1117 Churchmans Road**
**NEWARK, DELAWARE 19713**
**(302) 454-7979**
**CASH REFUND WITHIN 5 DAYS OF PURCHASE.**
**NO REFUNDS ON SPECIAL ORDERS.**

| CUSTOMER'S ORDER NO | PHONE | DATE 12-20-04 |
|---|---|---|

NAME  Chris Thurman
ADDRESS

| SOLD BY Kurt | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| QTY. | | DESCRIPTION | | | PRICE | AMOUNT |
| | LAU 2U30DS 14KWG | | | | | |
| | .50 Tw diamond | | | | | |
| | dangle Earrings | | | | ~~350~~ | 300 00 |

LAU
2U30DS          DIA .50 TW
14 KT W/G       $350.00

PotoDelw.

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT

| RECEIVED BY | | TAX |
|---|---|---|
| | | TOTAL |

All claims and returned goods MUST be accompanied by this bill.

(NEBS) To Reorder.
800-225-6380 or nebs.com

# THANK YOU.

D001607

**VAN SCOY DIAMOND ▓▓▓ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE
NO REFUNDS ON SPECIAL ORDERS.

14 KT W/O
2X000S
LAU.
DIA .25 TW
$250.00

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 12-21-04 | |
|---|---|---|---|---|---|
| NAME | Salvatore L. Strano | | | | |
| ADDRESS | 161 E. Ave | | | | |
| | Woodstown N.J. 08098 | | | | |

| SOLD BY 5nt | CASH | C.O.D. | CHARGE m/c | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Dia .25 T.W. | | |
| | 250.00   Earrings | | |
| | LAU. | | |
| | 2X000S 14KT W/O | | |
| | total | $250.00 | |
| | paid | 250.00 | |
| | | 0 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

RECEIVED BY _____

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

NEBS  To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001639

**VAN SCOY DIAMOND ~~████~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S OK | | PHONE | | DATE 12-21-04 |
|---|---|---|---|---|

NAME

ADDRESS   Tony Fusco Jr.
P.O. Box 665
New Castle DE 19720

| SOLD BY Kurt | CASH CK# | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| QTY. | DESCRIPTION | | | | PRICE | AMOUNT |

Lad. Dia. Eng. Ring

1.0CTW.        Total

♡ Shape           CK# 1344

H. SI₂  EGL 23065252527
602/892A
14640 W/G MTG
Size 4 3/4

paid          3980.00
              3980.00

P J M

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.           TAX

RECEIVED BY  Anthony M Fusco Jr.    TOTAL

All claims and returned goods MUST be accompanied by this bill.
(NEBS) To Reorder:
800-225-6380 or nebs.com          **THANK YOU**

D001650



**VAN SCOY DIAMOND ▓▓▓▓ OF DE. INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 454-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | | DATE 12-21-04 | | |
|---|---|---|---|---|---|---|---|
| NAME | Tony Fusco Jr. | | | | | | |
| ADDRESS | P.O. Box 665 | | | | | | |
| | New Castle DE 19720 | | | | | | |
| SOLD BY Hurt | CASH Ck° | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Lad. Dia. Eng. Ring | | |
| 1.2CTW. | total | | |
| | ♡ Shape | | |
| | Ck#1344 | | |
| | H. SI₂ | | |
| | 602/892 A | | |
| | 14Kt W/G MTG | | |
| | Size 4 3/4     paid | | 3980.00 |
| | | | 3980.00 |
| | | | 0 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS.
WITHOUT PAYMENT.

| | | TAX | |
|---|---|---|---|
| RECEIVED BY | | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
NEBS   To Reorder
800 225-6380 or nebs.com

**THANK YOU**

D001652

**VAN SCOY DIAMOND ~~~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) ~~~~~~~
CASH REFUND WITHIN 3 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 12-22-04 |
|---|---|---|---|---|
| NAME | Scott Doherty | | | |
| ADDRESS | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|---|
| KVS | ✓ | | | | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Final Payment | | |
| | Pre Bal. | $6,400.00 | |
| | paid | $6,400.00 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
[NEBS] To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001662



**VAN SCOY DIAMOND ~~~~ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
(302) 452-7979
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE Cell 302-420-7411 | | DATE 12-22-04 |
|---|---|---|---|
| NAME | Ron Bennett | | |
| ADDRESS | 231 Labydore Lane | | |
| | Townsend DE 19734 | | |

| SOLD BY Kurt | CASH X | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 14kt y/g Right Hand Ring STU# 63260 | | |
| | 1/2 Ttw diar | $1060.00 | |
| | paid | $1000.00 | |
| | | | |
| | Bal. | $60.00 | |
| | | | |
| | Bal. Due | 60.00 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
(NEBS) To Reorder:
800-225-6380 or nebs.com

**THANK YOU**

D001683

VAN SCOY DIAMOND ████ OF DE, INC.

MYSTIC FIRE
TOPAZ 1.45TW
$125.00

1117 Churchmans Road
NEWARK DELAWARE 19713
(302) 457-7379
CASH REFUND WITHIN 7 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 12-24-04 |
|---|---|---|---|---|

NAME  Patrick Parks

ADDRESS  504 South Gerald Dr.

Newark DE 19713

| SOLD BY KVS | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET'D. | PAID OUT | VISA |
|---|---|---|---|---|---|---|---|
| QTY. | DESCRIPTION | | | | | PRICE | AMOUNT |
| | Mystic Fire Topaz | | | | | | |
| | Pend | | | | | | |
| | 1.45 T.W. | | | | | $125.00 | |
| | WLC | | | paid | | $125.00 | |
| | WL00028/MT | | | | | | |
| | 14KT Y/G | | | | | | |
| | POP | | | | | | |
| | aW | | | | | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY  Patrick N. Parks

| | TAX | |
|---|---|---|
| | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.
NEBS To Reorder
800-225-6380 or nebs.com

THANK YOU

D001737

VAN SCOY DIAMOND ███ OF DE, INC.
1011 ████ Mans Road
NEWARK, ██████ 19713

CASH REFUND ██████ ████ ████ PURCHASE.
NO REFUND ██ ████ ORDERS.

| CUSTOMER'S ORDER NO. | | PHONE | | DATE -8-05 |
|---|---|---|---|---|
| NAME | | *LiALA Bessent* | | |
| ADDRESS | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|---|
| QTY. | DESCRIPTION | | | | PRICE | | AMOUNT |
| | | | | | | | |
| | *Jew. Cleaner* | | | | *N/c* | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

| | TAX | |
| RECEIVED BY | TOTAL | |

All claims and returned ████████████████████ this bill.
████ To R███████
800-225-6380 or ███████

THANK YOU

D001295

VAN SCOY DIAMOND ***** OF DE, INC.
*** ******ns Road
NEWARK, DELAWARE 19713
*** *** ****
CASH REFUND WITHIN 5 DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE 1-10-05 |
|---|---|---|---|
| NAME Kwaku Temeno | | | |
| ADDRESS | | | |

| SOLD BY KVS | CASH X | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Repair | $20.00 | |
| | Pard | 20.00 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

| | TAX | |
|---|---|---|
| RECEIVED BY Kwaku Temeno | TOTAL | |

All claims and returned *** *********** ** *** **** **** **** ****
**** To ***
800-225-6380 or ****.com

THANK YOU

D001299

**VAN SCOY DIAMOND ████ OF DE, INC.**
1117 Churchmans Road
NEWARK, DELAWARE 19713
█████████████
CASH REFUND WITHIN █ DAYS OF PURCHASE.
NO REFUNDS ON SPECIAL ORDERS.

| CUSTOMER'S ORDER NO. | PHONE | | DATE 1-18-05 |
|---|---|---|---|
| NAME | Greg Fellerman | | |
| ADDRESS | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | CK 15015 |
|---|---|---|---|---|---|---|---|
| QTY. | | DESCRIPTION | | | | PRICE | AMOUNT |
| | 5ctw | | | | | | |
| | 14kt wg dia brac | | | | | | |
| | TC | | | | | 3000— | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY

| TAX | pd & del |
|---|---|
| TOTAL | -0- |

All claims and returned goods MUST BE accompanied by this bill.
████ To Re██████████████
800-225-6380 or me██.com

**THANK YOU**

D001335

VAN SCOY DIAMOND ███████ OF DE, INC. ①

Newark, ███ 19713

CASH REFUND ████████████
NO REFUNDS ██████████████

ROUND
SOLIT.
.25 TW
14 KT Y/G

| CUSTOMER'S ORDER NO. | PHONE | | | | DATE 1-25-05 | |
|---|---|---|---|---|---|---|

NAME MARY White

ADDRESS 216 Kingsly Dr.
Newark DE 19711

| SOLD BY Knet X | CASH X | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Rd. | | |
| | Pr.WC .25 T.W. | | |
| | 14KT Y/G | | |
| | PSC 229161Y | | |
| | @ 04 | $499 00 | |
| | paid | 499 00 | |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

| | TAX | |
|---|---|---|

RECEIVED BY Mary White

| | TOTAL | |
|---|---|---|

All claims and returned █████████████ by the bill.

800-225-6380 or █████████

THANK YOU

D001362

VAN SCO ... OF DE, INC.

NEW ...

CASH REFUND ... PURCHASE
NO REFUND ... ORDERS

| CUSTOMER'S ORDER NO. | | PHONE 838-7904 | | DATE 01-29-05 | |
|---|---|---|---|---|---|
| NAME Al Palmer | | | | | |
| ADDRESS 64 willow Pl. | | | | | |
| Newark De 19702 | | | | | |

| SOLD BY Kurt | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET'D. | PAID OUT | VISA |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | LF 161 Eng & w/B ladies set 14KT.T. | | |
| | LF-Gw 161 gents w/B 14KT.T. | | 525.00 |

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.

RECEIVED BY *Alfred M. Palmer Jr.*

TAX

TOTAL

All claims and retur... ... To Re... 800-225-6380 or Ret...

THANK YOU

D001377

VAN SCO ... E OF DE, INC.

CASH REFUND
NO REFUND

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 1-50-05 |
|---|---|---|---|---|

NAME  Pam & Mortie Crawley

ADDRESS  106 Solomons Ridge Court

Millerville MD 21108

| SOLD BY Kurt | CASH | C.O.D. | CHARGE | ON ACCT. VISA | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | GGC10/04 PSP | | |
| | 150B/1.50 T.W. 3995.00 | | |
| | IVR P-2022 PRC | | |
| | ESI 2.02 | | |
| | total | $15,500.00 | |
| | paid | 7,500.00 | |
| | Bal | 8000.00 | |

GGC10/04 PSP
150B/1.50TW
$3995.00     GGC10/04 PSP
150B/1.50TW
$3995.00

LAY-A-WAY PAYMENTS MUST BE MADE BI-WEEKLY.
NOT RESPONSIBLE FOR ITEMS HELD AFTER 30 DAYS,
WITHOUT PAYMENT.
RECEIVED BY

| TAX | |
|---|---|
| TOTAL | |

All claims and
800-225-8380

THANK YOU

D001380

# EXHIBIT P

# REDACTED

# EXHIBIT Q

# REDACTED

# EXHIBIT R

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY | : | |
| PLAINTIFF | : | C.A.NO. 05-108 (KAJ) |
| | : | |
| V. | : | |
| | : | |
| VAN SCOY DIAMOND MINE OF | : | |
| DELAWARE, INC., : | | |
| KURT VAN SCOY AND | : | |
| DONNA VAN SCOY | : | |
| DEFENDANTS | : | |
| | : | |
| | : | |

## DEFENDANTS' RESPONSES TO PLAINTIFF'S
## FIRST SET OF REQUESTS FOR ADMISSIONS UNDER FRCP 36

Pursuant to Federal Rule of Civil Procedure 36, Defendants, through their counsel, hereby respond to Plaintiff's First Set of Requests For Admissions Under Fed. R. Civ.P.36.

## GENERAL OBJECTIONS

1.    Plaintiff's First Set Of Requests For Admissions Under Fed. R. Civ.P.36 is defective and, hence, invalid, in so far as it fails to comply with Fed. R. Civ. P. 36.

2.    Defendants object to all of Plaintiff's Definitions and Instructions in Plaintiff's First Set of Requests For Admissions Under Fed. R. Civ.P.36 to the extent that they do not conform to Fed. R. Civ.P.36.

3.    Defendants object to each and every request in its entirety to the extent it seeks admission that is not relevant to a claim or defense of this litigation and is not reasonably calculated to lead to the discovery of admissible evidence.

35.    Defendant Kurt Van Scoy's father, Tommy Van Scoy, filed for bankruptcy on September 23, 1994.

RESPONSE:  Admitted.


36.    Defendant Kurt Van Scoy's father, Tommy Van Scoy, filed for Chapter 13 bankruptcy on September 23, 1994.

RESPONSE:  Admitted.


37.    Defendant Kurt Van Scoy's father, Tommy Van Scoy, filed for Chapter 11 Bankruptcy on November 29, 1994.

RESPONSE:  Denied as stated above; admitted that Tommy Van Scoy's bankruptcy proceeding was converted from a Chapter 13 proceeding to a Chapter 11 proceeding on 29 November 1994.


38.    Defendant Kurt Van Scoy's father, Tommy Van Scoy, filed for Chapter 7 bankruptcy on December 29, 1994.

RESPONSE:  Denied as stated above; admitted that Tommy Van Scoy's bankruptcy proceeding was converted from a Chapter 11 proceeding to a Chapter 7 proceeding on 29 December 1994.


FOX ROTHSCHILD LLP

Date:  7 October 2005              By:

Charles N. Quinn
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

Attorney for Defendants and Counterclaim
Plaintiff

## CERTIFICATE OF SERVICE

I , the undersigned, hereby certify that the date written below adjacent to my signature I served the following document

### DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST
### SET OF REQUESTS FOR ADMISSIONS

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

MP@IPLaw-Petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Petock LLC**
**46 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA  19482-0856**

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. B1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP

Charles N. Quinn

7 October 2005
(date)

# EXHIBIT S

EXPRESS MAIL CERTIFICATE

NO. _EL840038641US_

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                    CHAPTER 7

THOMAS VAN SCOY

DEBTOR          :          NO.: 5-94-01241

## ORDER APPROVING AGREEMENT IN SETTLEMENT OF ADVERSARY PROCEEDINGS AND CONTESTED MATTERS, WITH RELEASES AND OTHER PROVISIONS

AND NOW this _4th_ day of _January_, 2000, upon consideration and review of the Agreement In Settlement of Adversary Proceedings and Contested Matters; with Releases and Other Provisions; and after notice and a hearing, it is

ORDERED, that the Agreement in Settlement of Adversary Proceedings and Contested Matters, with Releases and Other Provisions is hereby APPROVED as an order of this Court and the parties are directed to comply with its terms; and it is further

ORDERED, that in Adversary No. 5-95-00347A, the order entered on September 16, 1999, denying the Debtor, Thomas Van Scoy his chapter 7 discharge is hereby VACATED; the Debtor shall receive a chapter 7 discharge by a separate order of this Court; and this adversary proceeding is hereby dismissed with prejudice; and it is further



00034

ORDERED, that the order dated October 5, 1999, in the main bankruptcy case, allowing an administrative claim in the amount of $21,225.00 is hereby VACATED; and the motion filed by Thomas and Elizabeth Van Scoy seeking an administrative expense is hereby dismissed with prejudice; and it is further

ORDERED, that in Adversary No. 5-96-00180A, the judgment entered against Mr. and Mrs. Thomas Van Scoy in the amount of $146,683.43 is hereby VACATED; and the Complaint filed by the Trustee is hereby dismissed with prejudice; and it is further

ORDERED, that in Adversary No. 5-96-00196A, the order enjoining the use of the trademark "Van Scoy Diamond Mines" is hereby VACATED, except as to Richard and Betsy Williams, who are not parties to the Agreement; and any order requiring an accounting by any party is hereby VACATED, , except as to Richard and Betsy Williams, who are not parties to the Agreement; and any order of civil contempt is hereby VACATED, except as to Richard and Betsy Williams, who are not parties to the Agreement; and the Complaint is hereby dismissed with prejudice, except as to Richard and Betsy Williams, who are not parties to the Agreement; and it is further

ORDERED, in Adversary No. 5-95-00195A, the judgment against Richard and Betsy Williams shall not be VACATED, and the Complaint of the

2

00035

Plaintiff/Trustee shall not be dismissed; Wayne Van Scoy is hereby substituted for the Trustee as the party Plaintiff in the adversary; and it is further

ORDERED, that in Adversary No. 5-96-00194A, the judgment against Richard and Pamela Sendrick is hereby VACATED; and the Complaint of the Plaintiff/Trustee is dismissed with prejudice; and it is further

ORDERED, that in Adversary No. 5-99-00077A, the Complaint of the Plaintiff/Trustee is hereby dismissed with prejudice; and it is further

ORDERED, that the objections filed by the Debtor to the Trustee's Application to Compensate Accountants are hereby dismissed with prejudice; and it is further

ORDERED, that the Motion to Compel Abandonment and for Valuation filed by Thomas Van Scoy in the main bankruptcy case is hereby dismissed with prejudice; and it is further

ORDERED, that the above-captioned chapter 7 estate shall hereafter have no further right, title and interest in the trademark "Van Scoy Diamond Mines" and such trademark shall become the sole and exclusive property of Wayne Van Scoy; and it is further

ORDERED, that settlement proceeds of $70,000.00 shall be paid to Robert P. Sheils, Trustee, as follows: $45,000.00 shall be paid by Wayne Van Scoy; and

3

00036

$25,000.00 shall be paid by Richard and Pamela Sendrick; and these amounts shall be paid no later that January 2, 2001.

BY THE COURT:

JOHN J. THOMAS, JUDGE
U.S. BANKRUPTCY COURT

Wilkes-Barre, Pennsylvania

cc:     Joseph G. Murray, Esquire
        Robert C. Nowalis, Esquire
        Richard and Betsy Williams
        Peter J. Hoegen, Esquire
        U.S. Trustee's Office
        Robert P. Sheils, Jr., Esquire

4

00037