# FOX ROTHSCHILD LLP
### ATTORNEYS AT LAW

CITIZENS BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • FAX 302.656.8920 • www.foxrothschild.com

Sharon Oras Morgan
Direct Dial: (302) 622-4246
Internet Address: smorgan@foxrothschild.com

November 1, 2005

Clerk of Court
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Re:   **Wayne Van Scoy v. Van Scoy Diamond Mine of Delaware, Inc., et al.
C.A. No. 05-108-KAJ**

Dear Clerk of Court:

Enclosed please find bates stamped Exhibits E-9 and E-10 which were inadvertently left out of the Sealed Memorandum of Law in Support of Defendants Motion for Summary Judgment (D.I. 115). Please note that on this date a redacted version was filed via CM-ECF inclusive of the above referenced exhibits.

If you have any questions or concerns, please do not hesitate to contact me.

Very Truly Yours,

*/s/ Sharon Oras Morgan/*

Sharon Oras Morgan

SOM:blp