Kurt Van Scoy                                                        150

1   click on it or certainly E-mail us if they are interested
2   in purchasing or call us.
3       Q.    Have you made any sales through your website?
4       A.    One for a mounting. One.
5       Q.    Do you know where that customer was located?
6       A.    Actually, it was from a gentleman that I know
7   from DOD training. He lives in North Carolina. He
8   contacted his son. He had his son go on the website,
9   find a mounting that he liked. He contacted me and I
10  sent the mounting down to his son.
11      Q.    Do you have a picture of all your products on
12  your website?
13      A.    No.
14      Q.    On your current website,
15  vanscoydiamondsofdelaware, there are pictures of at least
16  716 of your products. Does that sound about right?
17      A.    Products that are available, sure.
18      Q.    Did you ever make any sales through your website
19  at vanscoydiamondmine.com?
20      A.    No. Actually, that was, it was a mounting. That
21  was it.
22      Q.    That was the sale that you made?
23      A.    The guy, he said, tell him to go to the website
24  and take a look at the mounting.

1   Q.   So you made your sale through the website,
2   vanscoydiamondmine.com?
3   A.   He had a style what he was looking for. And I
4   told him there was a picture on the website. If you go
5   to that picture, he took a look at it. And he said I'm
6   going to use your best judgment. Send me what you have
7   that looks similar to what he's looking for.
8   Q.   But that sale was made through
9   vanscoydiamondmine.com?
10  A.   I can't say that, no. Directly through that, no,
11  no.
12  Q.   I mean, when was this purchase made?
13  A.   Oh, God. Probably 10 months ago, 11 months ago
14  at least.
15  Q.   So at that time vanscoydiamondsofdelaware didn't
16  exist; it was vanscoydiamondmine.com, correct?
17  A.   I believe so.
18  Q.   Is Newark, Delaware, a different geographic
19  market for diamonds than Wilkes-Barre, PA?
20  A.   I don't understand that question. What do you
21  mean by that?
22  Q.   How would you define your sales market for your
23  business?
24  A.   Very competitive.

