IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY,<br><br>    Defendants and<br>    Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-108 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of November, 2005, **DEFENDANTS DESIGNATION OF CONFIDENTIAL-FOR ATTORNEYS EYES ONLY PORTIONS OF THE TRANSCRIPT OF THE DEPOSITION OF DEFENDANT KURT VAN SCOY** was served upon the following counsel of record at the address and in the manner indicated:

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

    mp@iplaw-petock.com and

    mfpetock@comcast.net

    jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

    **Michael C. Petock, Esquire**
    **Michael F. Petock, Esquire**
    **Petock & Pectock LLC**
    **4 The Commons at Valley Forge**
    **1220 Valley Forge Road**
    **P.O. Box 856**
    **Valley Forge, PA 19482-0856**

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP

By: /s/ Sharon Morgan
Sharon Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: smorgan@foxrothschild.com

Attorneys for Defendants and
Counterclaim Plaintiff

Dated: November 1, 2005

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

2