IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br><br>   Plaintiff and<br>   Counterclaim-Defendant,<br><br>   v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY,<br><br>   Defendants and<br>   Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-108 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER EXTENDING TIME

The parties, by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to amend the Scheduling Order dated April 26, 2005, to reflect the following extension of time:

Answering briefs and affidavits shall be served and filed on or before November 30, 2005.

FOX ROTHSCHILD LLP                                       ASHBY & GEDDES

By:   /s/ Sharon Morgan                                  By:   /s/ John G. Day
Sharon Morgan (Del. Bar No. 4287)                        Steven J. Balick (Del. Bar No. #2114)
Citizens Bank Center                                     John G. Day (Del. Bar No. #2403)
Suite 1300                                               P.O. Box 1150
919 North Market Street                                  222 Delaware Avenue
Wilmington, DE 19801-2323                                Wilmington, DE 19801
Phone: (302) 655-3667                                    Phone: (302) 654-1888
E-mail: smorgan@foxrothschild.com                        E-mail: sbalick@ashby-geddes.com
Attorneys for Defendants and                             E-mail: jday@ashby-geddes.com
Counterclaim Plaintiff                                   Attorney for Plaintiff

Dated: November 15, 2005                                 Dated: November 15, 2005

WM1A 67572v1 11/15/05

*OF COUNSEL:*

Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135

*OF COUNSEL:*

Michael F. Petock, Esquire
Michael C. Petock, Esquire
PETOCK & PETOCK
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

WM1A 67572v1 11/15/05