## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of November, 2005, a copy of the **STIPULATION AND ORDER EXTENDING TIME**, was served upon the following counsel of record at the address and in the manner indicated:

to Michael C. Petock, Esquire, via First Class U.S. Mail, addressed to:

> **Michael C. Petock, Esquire**
> **Michael F. Petock, Esquire**
> **Petock & Pectock LLC**
> **4 The Commons at Valley Forge**
> **1220 Valley Forge Road**
> **P.O. Box 856**
> **Valley Forge, PA 19482-0856**

and a copy sent as an attachment to an e-mail addressed to:

> mfpetock@comcast.net
> jday@ashby-geddes.com

and on John G. Day, Esquire by hand delivery to the following address:

> **John G. Day, Esquire**
> **Ashby & Geddes**
> **222 Delaware Avenue, 17th Floor**
> **P.O. Box 1150**
> **Wilmington, DE 19899**

WM1A 67572v1 11/15/05

<pre>
                                        FOX ROTHSCHILD LLP
                                        By:    /s/ Sharon Oras Morgan
                                        Sharon Oras Morgan (Del. Bar No. 4287)
                                        Citizens Bank Center
                                        Suite 1300
                                        919 North Market Street
                                        Wilmington, DE  19801-2323
                                        Phone:  (302) 655-3667
                                        E-mail:  smorgan@foxrothschild.com
                                        Attorneys for Defendants and
Dated:  November 15, 2005               Counterclaim Plaintiff
OF COUNSEL:
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135
</pre>