## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, <br><br> Plaintiff and <br> Counterclaim-Defendant, <br><br> v. <br><br> VAN SCOY DIAMOND MINE OF <br> DELAWARE, INC., a Delaware corporation, <br> KURT VAN SCOY, and DONNA VAN SCOY, <br><br> Defendants and <br> Counterclaim-Plaintiffs. | Case No. 05-108 (KAJ) |

### STIPULATION AND ORDER EXTENDING TIME

The parties, by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to amend the Scheduling Order dated April 26, 2005, to reflect the following extension of time:

Reply briefs shall be served and filed on or before December 23, 2005.

| | |
|---|---|
| FOX ROTHSCHILD LLP | ASHBY & GEDDES |
| By: /s/ Sharon Morgan <br> Sharon Morgan (Del. Bar No. 4287) <br> Citizens Bank Center <br> Suite 1300 <br> 919 North Market Street <br> Wilmington, DE 19801-2323 <br> Phone: (302) 655-3667 <br> E-mail: smorgan@foxrothschild.com <br> Attorneys for Defendants and <br> Counterclaim Plaintiff | By: /s/ John G. Day <br> Steven J. Balick (Del. Bar No. #2114) <br> John G. Day (Del. Bar No. #2403) <br> P.O. Box 1150 <br> 222 Delaware Avenue <br> Wilmington, DE 19801 <br> Phone: (302) 654-1888 <br> E-mail: sbalick@ashby-geddes.com <br> E-mail: jday@ashby-geddes.com <br> Attorney for Plaintiff |
| Dated: November 15, 2005 | Dated: November 15, 2005 |

| | |
|---|---|
| *OF COUNSEL:* | *OF COUNSEL:* |
| Charles N. Quinn<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA 19103<br>(215) 299-2135 | Michael F. Petock, Esquire<br>Michael C. Petock, Esquire<br>PETOCK & PETOCK<br>46 The Commons at Valley Forge<br>1220 Valley Forge Road<br>P.O. Box 856<br>Valley Forge, PA 19482-0856 |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge