## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of November, 2005, a copy of the **STIPULATION AND ORDER EXTENDING TIME**, was served upon the following counsel of record at the address and in the manner indicated:

to Michael C. Petock, Esquire, via First Class U.S. Mail, addressed to:

> **Michael C. Petock, Esquire**
> **Michael F. Petock, Esquire**
> **Petock & Pectock LLC**
> **4 The Commons at Valley Forge**
> **1220 Valley Forge Road**
> **P.O. Box 856**
> **Valley Forge, PA 19482-0856**

and a copy sent as an attachment to an e-mail addressed to:

> mfpetock@comcast.net
> jday@ashby-geddes.com

and on John G. Day, Esquire by hand delivery to the following address:

> **John G. Day, Esquire**
> **Ashby & Geddes**
> **222 Delaware Avenue, 17th Floor**
> **P.O. Box 1150**
> **Wilmington, DE 19899**

WM1A 67572v1 11/15/05

|  |  |
|---|---|
|  | FOX ROTHSCHILD LLP |
|  | By: /s/ Sharon Oras Morgan |
|  | Sharon Oras Morgan (Del. Bar No. 4287) |
|  | Citizens Bank Center |
|  | Suite 1300 |
|  | 919 North Market Street |
|  | Wilmington, DE 19801-2323 |
|  | Phone: (302) 655-3667 |
|  | E-mail: smorgan@foxrothschild.com |
|  | Attorneys for Defendants and |
| Dated: November 15, 2005 | Counterclaim Plaintiff |

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

WM1A 67572v1 11/15/05