IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, )<br>    Plaintiff, )<br>          )<br>v.         )<br>          )<br>VAN SCOY DIAMOND MINE OF DELAWARE, INC.,)<br>KURT VAN SCOY AND DONNA VAN SCOY,  )<br>          )<br>    Defendants. ) | C.A. No. 05-108-KAJ |

### **STIPULATED ORDER**

WHEREAS defendants have requested a further extension of the time, from November 30, 2005 until December 14, 2005, for service and filing of answering briefs and supporting affidavits in opposition to motions for summary judgment in the above matter; and

WHEREAS plaintiff does not oppose Defendant's request on the condition that reply briefs in support of motions for summary judgment also shall be extended from December 23, 2005 to January 18, 2006;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date for service and filing of answering briefs and supporting affidavits in opposition to motions for summary judgment in the above matter shall be extended to December 14, 2005, and the due date for reply briefs in support of motions for summary judgment shall be extended to January 18, 2006.

| ASHBY & GEDDES | FOX ROTHSCHILD |
|---|---|
| /s/ *John G. Day* | /s/ *Sharon Oras Morgan* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 (voice)<br>(302) 654-2067 (fax)<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com | Francis G.X. Pileggi (I.D. #2624)<br>Sharon Oras Morgan (I.D. 4287)<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 622-4246 (voice)<br>(302) 656-8920 (fax)<br>fpileggi@foxrothschild.com<br>smorgan@foxrothschild.com |
| *Attorneys for Plaintiff Wayne Van Scoy* | *Attorneys for Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge

163949.1