IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-108-KAJ |
| | ) | |
| VAN SCOY DIAMOND MINE OF DELAWARE, INC., | ) | |
| KURT VAN SCOY AND DONNA VAN SCOY | ) | |
| | ) | |
|     Defendants. | ) | |

### STIPULATED ORDER

WHEREAS defendants have requested a further extension of the time, from November 30, 2005 until December 5, 2005, for service and filing of answering briefs and supporting affidavits in opposition to motions for summary judgment in the above matter; and

WHEREAS on November 29, 2005 the Court orally granted said extension, and also orally granted an extension of the deadline for reply briefs in support of motions for summary judgment from December 23, 2005 to December 29, 2005;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date for service and filing of answering briefs and supporting affidavits in opposition to motions for summary judgment in the above matter shall be extended to December 5, 2005, and the due date for reply briefs in support of motions for summary judgment shall be extended to December 29, 2005.

| ASHBY & GEDDES | FOX ROTHSCHILD |
|---|---|
| */s/ John G. Day* | */s/ Sharon Oras Morgan* |
| Steven J. Balick (I.D. #2114) | Francis G. X. Pileggi (I.D. #2624) |
| John G. Day (I.D. #2403) | Sharon Oras Morgan (I.D. 4287) |
| 222 Delaware Avenue, 17th Floor | 919 N. Market Street, Suite 1300 |
| P.O. Box 1150 | P.O. Box 2323 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 654-1888 (voice) | (302) 622-4246 (voice) |
| (302) 654-2067 (fax) | (302) 656-8920 (fax) |
| sbalick@ashby-geddes.com | fpileggi@foxrothschild.com |
| jday@ashby-geddes.com | smorgan@foxrothschild.com |
| *Attorneys for Plaintiff Wayne Van Scoy* | *Attorneys for Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy* |

WM1A 68728v1 12/01/05

SO ORDERED this ___ day of _____, 2005.

                                             _____
                                             United States District Judge