IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 05-108-KAJ |
| VAN SCOY DIAMOND MINE OF DELAWARE, INC., KURT VAN SCOY, and DONNA VAN SCOY, | : |
|         Defendants. | : |

## ORDER

At Wilmington this **2nd** day of **December, 2005,**

IT IS ORDERED that:

1. Defense shall provide a term sheet of proposed settlement provisions by **Monday, December 12, 2005.**

2. Plaintiff shall respond to defendant's proposal by **Wednesday, December 21, 2005.**

3. A teleconference with the Magistrate Judge to be initiated by defense counsel is scheduled for **Friday, January 6, 2006 at 9:00 a.m.** The purpose of the teleconference is to discuss the status of negotiations and their effect on continued mediation.

4. Continued mediation is tentatively scheduled for **Thursday, January 19, 2006 to begin at 9:00 a.m.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE