FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, <br><br>   Plaintiff and <br>   Counterclaim-Defendant, <br><br>   v. <br><br> VAN SCOY DIAMOND MINE OF <br> DELAWARE, INC., a Delaware corporation, <br> KURT VAN SCOY, and DONNA VAN SCOY, <br><br>   Defendants and <br>   Counterclaim-Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No. 05-108 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ANSWERING BRIEF OF DEFENDANTS VAN SCOY DIAMOND MINE OF DELAWARE, KURT VAN SCOY & DONNA VAN SCOY TO PLAINTIFF WAYNE VAN SCOY'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' LACHES, ACQUIESCENCE AND ESTOPPEL DEFENSES**

FOX ROTHSCHILD, LLP

By:   */s/ Sharon Oras Morgan (#4287)*
      Sharon Oras Morgan
      919 North Market Street
      Suite 1300
      Wilmington, DE 19801
      Telephone: (302) 622-4246
      Facsimile:  (302) 656-8920
      E-mail: smorgan@foxrothschild.com
      *Attorneys for Defendants and*
      *Counterclaim Plaintiffs*

OF COUNSEL:

Charles N. Quinn Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2135
Facsimile:  (215) 299-2150
Dated: December 5, 2005

WM1A 68851v2 12/05/05

"FILED UNDER SEAL"