## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of December, 2005, a copy of the ANSWERING BRIEF OF DEFENDANTS VAN SCOY DIAMOND MINE OF DELAWARE, KURT VAN SCOY & DONNA VAN SCOY TO PLAINTIFF WAYNE VAN SCOY'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' LACHES, AQUIESCENCE AND ESTOPPEL DEFENSES, filed under seal, was served upon the following counsel of record at the address and in the manner indicated:

to Michael C. Petock, Esquire, via U.S. First Class Mail, addressed to:

> **Michael C. Petock, Esquire**
> **Michael F. Petock, Esquire**
> **Petock & Pectock LLC**
> **4 The Commons at Valley Forge**
> **1220 Valley Forge Road**
> **P.O. Box 856**
> **Valley Forge, PA  19482-0856**

and a copy sent as an attachment to an e-mail addressed to:

> mfpetock@comcast.net
> jday@ashby-geddes.com

and on John G. Day, Esquire by hand delivery to the following address:

> **John G. Day, Esquire**
> **Ashby & Geddes**
> **222 Delaware Avenue, 17th Floor**
> **P.O. Box 1150**
> **Wilmington, DE 19899**

                                                FOX ROTHSCHILD LLP

By:    /s/ Sharon Oras Morgan
      Sharon Oras Morgan (Del. Bar No. 4287)
      Citizens Bank Center
      Suite 1300
      919 North Market Street
      Wilmington, DE 19801-2323
      Phone: (302) 655-3667
      E-mail: smorgan@foxrothschild.com
      Attorneys for Defendants and

Dated: December 5, 2005       Counterclaim Plaintiff

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

WM1A 68891v1 12/04/05