IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE VAN SCOY, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VAN SCOY DIAMOND MINE OF | ) | Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim-Plaintiffs. | ) | |

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY AGAINST
DEFENDANTS' CLAIMS OF INVALIDITY AND ABANDONMENT**

This matter comes before the Court on Plaintiff's Motion for Summary Judgment Against Defendants' Claims of Invalidity and Abandonment pursuant to Rule 56 of the Federal Rules of Civil Procedure. After consideration of all of the evidence and the briefs and memorandum of the parties, it is hereby

**ORDER AND ADJUDGED** that Plaintiff's Motion for Summary Judgment Against Defendants' Claims of Invalidity and Abandonment is **DENIED** with prejudice.

**SO ORDERED,** this _____ day of _____, 200_____.

_____
United States District Judge

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on 5th day of December the following document was served upon the below-named counsel of record at the address and in the manner indicated.

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY AGAINST DEFENDANTS' CLAIMS OF INVALIDITY AND ABANDONMENT**

on Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

MP@IPLaw-Petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Pectock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA 19482-0856**
and
**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. B1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP

*/s/ Sharon Oras Morgan (#4287)*
Sharon Oras Morgan

PH2 244354v1 12/05/05