# Exhibit "A"

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF DELAWARE

 3                            * * *

 4    WAYNE VAN SCOY                  :
                                      :
 5         vs.                        : C.A. NO. 05-108-KAJ
                                      :
 6    VAN SCOY DIAMOND MINE OF        :
      DELAWARE, INC., KURT VAN SCOY   :
 7    and DONNA VAN SCOY              :

 8                            * * *

 9                      AUGUST 17, 2005

10                            * * *

11    PORTIONS OF THIS TRANSCRIPT CONTAIN CONFIDENTIAL

12                       INFORMATION

13                            * * *

14           Videotape deposition of WAYNE VAN SCOY,

15    taken pursuant to notice, was held at the law

16    offices of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP,

17    2000 Market Street, 10th Floor, Philadelphia,

18    Pennsylvania 19103-3291, beginning at 10:11 a.m.,

19    before McKinley Wise, a Registered Professional

20    Reporter and an approved Reporter of the United

21    States District Court.

22              ESQUIRE DEPOSITION SERVICES
                1880 John F. Kennedy Boulevard
23                       15th Floor
                Philadelphia, Pennsylvania 19103
24                     (215) 988-9191
```

WAYNE VAN SCOY - 8/17/05                116

```
 1      A.    Ask the question again.  I'm sorry.
 2      Q.    All right.  I believe you stated,
 3  and correct me if I'm wrong, that you had asked
 4  Kurt Van Scoy to pay for use of the mark in the
 5  past; is that correct?
 6            MR. MICHAEL F. PETOCK:  Objection.
 7      Mischaracterization of testimony.
 8      A.    I told him, You're using that name.
 9  You have no right to use that name.  You're not
10  paying anything for it.  Many a times.
11  BY MR. QUINN:
12      Q.    When was the first time you told him
13  that?
14      A.    Oh, I could -- for my ownership
15  since I own the name, over conversations over the
16  phone when my mom and dad were in the hospitals
17  and stuff.
18      Q.    When was the first time?
19      A.    Had to be -- let's see.  I was using
20  it in '96, '98.  Since 2001, whenever we might
21  have made phone conversations of my parents'
22  health and stuff.
23      Q.    When was the first time?
24      A.    2001.
```

WAYNE VAN SCOY - 8/17/05                    117

```
 1      Q.    Did you ever tell him that before
 2   you owned the mark?
 3      A.    He was aware.  I probably did during
 4   the bankruptcy, how Rick and I have to take the
 5   sign down and stuff.  I didn't say, You had to
 6   pay, because, you know, I can't make him pay for
 7   it.  I don't own it.
 8      Q.    How about when your father owned the
 9   mark?
10      A.    Did I?  No.  I don't -- not that I
11   recall.
12      Q.    When did you first realize that Kurt
13   Van Scoy was running a jewelry store under the
14   name Van Scoy Diamond Mine --
15      A.    Ninety --
16      Q.    -- in Newark, Delaware?
17      A.    '96 I saw the sign.
18      Q.    You were there personally --
19      A.    Yes.
20      Q.    -- in 1996?
21      A.    Yes.
22      Q.    At the store?
23      A.    Yes.
24      Q.    And to your knowledge, did he
```

WAYNE VAN SCOY - 8/17/05                    119

1       Q.      And you have owned the
2   registration -- registrations, pardon me, for the
3   mark Van Scoy Diamond Mine since emergence from
4   the bankruptcy; correct?
5       A.      Correct.
6       Q.      Which was in 2001?
7       A.      Yep.
8       Q.      January 2001?
9       A.      Yes, I believe January.
10      Q.      So you had the right to sue
11  commencing that day; correct?
12      A.      True.  Probably, yes.  Yep.
13      Q.      Why did you wait --
14              MR. MICHAEL F. PETOCK:  Objection as
15      to what -- what his legal rights were.
16  BY MR. QUINN:
17      Q.      Well, you owned the mark as of that
18  day; correct?
19      A.      Yes.
20      Q.      Why did you wait until November of
21  ninety -- of 2004 to give notice to Kurt Van Scoy
22  regarding use of the mark Van Scoy Diamond Mine?
23      A.      I had been telling him, telling him,
24  telling him, telling him.  Then he opens up the

A4

**Redacted**

Case 1:05-cv-00108-KAJ   Document 143-2   Filed 12/12/2005   Page 6 of 14

A4

**Redacted**

**Redacted**

**Redacted**

WAYNE VAN SCOY - 8/17/05                    119

1        Q.      And you have owned the
2    registration -- registrations, pardon me, for the
3    mark Van Scoy Diamond Mine since emergence from
4    the bankruptcy; correct?
5        A.      Correct.
6        Q.      Which was in 2001?
7        A.      Yep.
8        Q.      January 2001?
9        A.      Yes, I believe January.
10       Q.      So you had the right to sue
11   commencing that day; correct?
12       A.      True. Probably, yes. Yep.
13       Q.      Why did you wait --
14               MR. MICHAEL F. PETOCK: Objection as
15       to what -- what his legal rights were.
16   BY MR. QUINN:
17       Q.      Well, you owned the mark as of that
18   day; correct?
19       A.      Yes.
20       Q.      Why did you wait until November of
21   ninety -- of 2004 to give notice to Kurt Van Scoy
22   regarding use of the mark Van Scoy Diamond Mine?
23       A.      I had been telling him, telling him,
24   telling him, telling him. Then he opens up the

WAYNE VAN SCOY - 8/17/05                    120

1   Internet website, which then comes up into my
2   area. People can go on, click. He can ship them
3   merchandise. Now he's interfering with my
4   business.
5       Q.   Do you have any documents evidencing
6   you telling Kurt Van Scoy that he could not use
7   the mark Van Scoy Diamond Mine?
8       A.   No, no documents. Just phone
9   conversations.
10      Q.   Do you have any records of those
11  phone conversations?
12      A.   Probably. Or -- or when he called
13  me, something with my parents. Like I said, they
14  flared up with -- 90 percent of the phone
15  conversations or because it ended up with me
16  talking about it again. He admitted that.
17      Q.   Isn't it true that you changed the
18  name on the outside of the Mundy Street store at
19  one point?
20           MR. MICHAEL F. PETOCK:  I object to
21       the way this deposition is being taken.
22       Kurt Van Scoy is over there snickering at
23       the witness and making facial gestures and
24       trying to distract the witness while he's

A10

**Redacted**

**Redacted**

A11

WAYNE VAN SCOY - 8/17/05                    116

1      A.    Ask the question again.  I'm sorry.
2      Q.    All right.  I believe you stated,
3  and correct me if I'm wrong, that you had asked
4  Kurt Van Scoy to pay for use of the mark in the
5  past; is that correct?
6            MR. MICHAEL F. PETOCK:  Objection.
7      Mischaracterization of testimony.
8      A.    I told him, You're using that name.
9  You have no right to use that name.  You're not
10 paying anything for it.  Many a times.
11 BY MR. QUINN:
12     Q.    When was the first time you told him
13 that?
14     A.    Oh, I could -- for my ownership
15 since I own the name, over conversations over the
16 phone when my mom and dad were in the hospitals
17 and stuff.
18     Q.    When was the first time?
19     A.    Had to be -- let's see.  I was using
20 it in '96, '98.  Since 2001, whenever we might
21 have made phone conversations of my parents'
22 health and stuff.
23     Q.    When was the first time?
24     A.    2001.