# Exhibit "B"

```
          IN THE UNITED STATES DISTRICT COURT

                   DISTRICT OF DELAWARE


                        *   *   *
```



```
WAYNE VAN SCOY,              :
          Plaintiff and      :
          Counterclaim       :
          Defendant          :
                             :
     vs                      :
                             :
VAN SCOY DIAMOND MINE        :
OF DELAWARE, INC., KURT      :
VAN SCOY and DONNA           :
VAN SCOY,                    :
          Defendants and     :
          Counterclaim       :
          Defendants         :   NO. 05-108


                        *   *   *
```

Oral deposition of JACQUELINE SAVOCA, taken at the law offices of Burke & Burke, 1460 Wyoming Avenue, Forty Fort, Pennsylvania 18704, on Friday, September 30, 2005, beginning at 2:00 p.m. before Pamela Pratt, Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

```
                        *   *   *

                 ACCUSCRIPT, INC.
                 COURT REPORTERS
              218 North Wyoming Street
             Hazleton, Pennsylvania 18201
     (570) 455-4558   (570) 823-2667   (800) 596-0001
```

27

JACQUELINE SAVOCA

1  A.  The name.  You know, using Van Scoy
2  Diamond Mine.
3  Q.  When did those conversations start?
4  A.  Probably right after Wayne reopened.
5  When Wayne reopened the store.
6  Q.  What year was that?
7  A.  '90 -- well, no, not then.  It would be
8  probably after the whole bankruptcy thing was
9  settled out, in, like, 2000, in and around there.
10  Q.  What conversations did you have with
11  Wayne about use of the name?
12  A.  I really didn't have a whole lot.  I
13  would hear Wayne talking to Kurt about using the
14  name.
15  Q.  And what did you hear Wayne say to
16  Kurt?
17  A.  That he's using the name down there and
18  not paying for it -- didn't have to pay for it.
19  Q.  Did Wayne ask Kurt to stop using the
20  name?
21  A.  I don't know.
22  Q.  Did Wayne ask Kurt for money for using
23  the name?
24  A.  I'm not sure.
25  Q.  Did Wayne visit Kurt at the Delaware

ACCUSCRIPT, INC.

B1

JACQUELINE SAVOCA                                    37

1    A.    He said, you do what you have to do.
2    Q.    How many conversations did Wayne and
3    Kurt have about the use of the name before the
4    lawsuit was filed?
5    A.    Many.  I would say -- I don't know how
6    many, but many.
7    Q.    More than ten?
8    A.    Probably, yeah.
9    Q.    Over what period of time?
10   A.    Years.
11   Q.    By "years," more than two?
12   A.    Yes.
13   Q.    And where would those conversations
14   take place?
15   A.    Usually on the phone.
16   Q.    Okay.  How often were they?
17   A.    I couldn't be certain.  I mean...
18   Q.    More than once a month?
19   A.    No, I don't think so.
20   Q.    Okay.  Who would initiate the call or
21   the conversation?
22   A.    I have no idea.
23   Q.    Did Wayne place calls to Kurt to have
24   this discussion with him?
25   A.    I don't know.

38

JACQUELINE SAVOCA

1  Q.  Okay.  Prior to the lawsuit being
2 filed, what was Kurt's response to Wayne's
3 statement -- well, let me step back.
4      What exactly did Wayne say to Kurt
5 about the use of the name?
6  A.  Just you're using the name down there
7 and not paying for it.
8  Q.  "Using the name down there" -- I don't
9 want to put words in your mouth.
10  A.  Meaning Delaware.
11  Q.  What do you mean by --
12  A.  Using the name in Newark, Delaware at
13 the store and not paying for it.
14  Q.  And what did he ask Kurt to do about
15 it?
16  A.  That I'm not sure.  Probably, you know,
17 pay for it.
18  Q.  Did you ever hear him ask Kurt to pay
19 for it?
20  A.  No.  I mean, you know, in passing.
21  Q.  Did you ever hear him ask Kurt to stop
22 using the name?
23  A.  Probably, but I couldn't say exactly
24 when.  I don't -- you know.
25  Q.  You don't have a recollection one way