# Exhibit "E"

FROM : VANSCOY S                    FAX NO. : 302 456 0445           Dec. 10 2004 03:44PM  P2

LAW OFFICES OF
## MICHAEL F. PETOCK

FAX 610-933-9300
MFP@IPLaw-Petock.com
www.IPLaw-Petock.com

INTELLECTUAL PROPERTY ATTORNEY
46 THE COMMONS AT VALLEY FORGE
1220 VALLEY FORGE ROAD
POST OFFICE BOX 856
VALLEY FORGE, PENNSYLVANIA 19482-0856

PATENT, TRADEMARK
AND
RELATED MATTERS

TELEPHONE
610-935-8600

November 18, 2004

Kurt and Donna Van Scoy
Diamond Mine of Delaware, Inc.
4117 Churchmans Road
Newark, DE 19713

**CERTIFIED MAIL**
**Return Receipt Requested**

Re:  Infringement of Service Marks and Trademark of
     Mr. Wayne Van Scoy - U.S. Service Mark Reg. No.
     1,140,958 for the Mark "VAN SCOY DIAMOND MINE"
     for Retail Jewelry Store Services in International Class 42
     and Trademark Reg. No. 1,140,711 for the Mark
     "VAN SCOY DIAMOND MINE" for Jewelry and
     Precious Stones in International Class 14
     My File:  443-12

Dear Mr. and Mrs. Van Scoy:

I represent Mr. Wayne Van Scoy in intellectual property matters.

My client owns the rights in the above-identified service mark and trademark registrations. I am enclosing a copy of each of the above-identified registrations for your convenience.

It is hereby demanded that you immediately cease and desist from infringement of the above-identified federally registered service mark and trademark of Mr. Wayne Van Scoy and account for past infringement. You must immediately stop using any form of the name "VAN SCOY DIAMOND MINE" and confusing similar variations thereof on the name of your store, in advertising, in commercials, on stationary, boxes, bags, literature, internet website and any other place where you are using the mark in connection with your business. It is important that you stop all use immediately as Mr. Wayne Van Scoy intends to have a franchise moving into your area.

The Trademark Laws provide for significant remedies including, but not limited to, recovery of your profits, damages multiplied by three, an injunction and the payment of Mr. Wayne Van Scoy's attorney's fees.

E1

FROM : VANSCOY S                    FAX NO. : 302 456 0445              Dec. 10 2004 03:45PM  P3

Kurt and Donna Van Scoy                    -2-                    November 18, 2004

    A response to this letter is due within ten (10) days giving assurance that infringement will cease.

    This letter is written without prejudice to any position that Mr. Wayne Van Scoy may take should litigation prove necessary.

    If I do not receive a response from you, it will be understood that the foregoing is correct.

Sincerely,

*[signature]*

MICHAEL F. PETOCK

Certified Mail No. 7099 3400 0003 9206 3270

CC: Mr. Wayne Van Scoy

MFP/rks
KVanSc11.014

E2