Exhibit "G"

01/04/2002 13:46    17178260802            VAN SCOY DIA MINE                    PAGE 01

# Van Scoy
## Diamond Center

FACSIMILE TRANSMITTAL FORM DATE 1-4-02
PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Kurt

FIRM: Wayne

FROM: _____

No. of pages including cover sheet: 2

Message:
Hi Kurt
How is the family? I hope very good.
Please call this camp and ship statements to you.

IF YOU EXPERIENCE TROUBLE DURING TRANSMISSION CALL
(570) 826-0765

THANK YOU

Wayne

World Headquarters
154 Mundy Street, Wilkes-Barre, PA 18702 • 570-826-0765 • FAX 570-826-0802

G1
D001814