Exhibit "K"

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
WAYNE VAN SCOY,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    Civil Action No.
                                   )    05-108 (KAJ)
VAN SCOY DIAMOND MINE OF           )
DELAWARE, INC., KURT VAN SCOY      )
and DONNA VAN SCOY,                )
                                   )
          Defendants.              )
```

     Video deposition of KURT VAN SCOY taken pursuant to notice at the offices of Ashby & Geddes, 17th Floor, 222 Delaware Avenue, Wilmington, Delaware, beginning at 10:00 a.m. on Tuesday, July 26, 2005, before Anne L. Adams, Registered Professional Reporter and Notary Public.

APPEARANCES:

       MICHAEL F. PETOCK, ESQ.
       MICHAEL C. PETOCK, ESQ.
       PETOCK & PETOCK
         46 The Commons at Valley Forge
         1220 Valley Forge Road
         Valley Forge, Pennsylvania 19482-0856
         for the Plaintiff,

       CHARLES N. QUINN, ESQ.
       FOX ROTHSCHILD
         2000 Market Street, 10th Floor
         Philadelphia, Pennsylvania 19103-3291
         for the Defendants.

ALSO PRESENT:   Wayne Van Scoy
                Donna Van Scoy
                Lisa Bauer - Video Specialist

---

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477

W&F

WILCOX & FETZER LTD.
Registered Professional Reporters


COPY

my brother Kenny, quote, unquote, Kenny, I give him two months. No, I give him three months and he's going to be in so much debt he won't even know what happened to him, quote, unquote.

Q. Who selected the name Van Scoy Diamond Mine for your store?

A. My father and I.

Q. Why was the name Van Scoy Diamond Mine selected?

A. Because that's our family business.

Q. Did the name have goodwill attached to it?

A. The store was closed for 15 months, 16 months roughly, somewhere around there. That's what they said. The store was closed and people actually weren't very happy.

Q. Who wasn't happy?

A. Customers from the area that purchased rings in the past.

Q. Where did you receive that information?

A. From customers actually coming to the Wilkes-Barre store from driving up and weren't very happy. And also the fact after I opened the store, customers came in and, you here today, are you going to be here next week? So I had to put up with that for probably about two or three years.

Kurt Van Scoy                                                                72

```
 1     Q.    Did you receive a lot of complaints like that?
 2     A.    Quite a few, yes.
 3     Q.    Approximately how many?
 4     A.    The number off the top of my head, I can't
 5  recall.
 6     Q.    You have quite a few customers now that were also
 7  customers of your father's Van Scoy Diamond Mine; is that
 8  correct?
 9     A.    They've actually -- no.  I would have to say not
10  many, no, not many at all actually.
11     Q.    Well, you have people coming in that were very
12  upset that they had bought diamonds at your store, at
13  your father's store.  They had bought jewelry at your
14  father's store and then he closed down.
15     A.    Yes.
16     Q.    But now you are testifying that there weren't,
17  they weren't the same customers?
18     A.    People that came back, you know, just, geez, you
19  guys have left and, you know, you are back here.  Are you
20  here for another week and going again?  That's basically
21  what they were stating, not in goodwill.
22     Q.    So have you had repeat customers?  Have you had
23  customers that were your father's customers and now are
24  your customers?
```

1  in Delaware, Van Scoy Diamond Mine in Delaware, is there
2  goodwill associated with that mark in Delaware?
3      A.  I don't understand the question.
4      Q.  Is there a favorable attitude of the purchasing
5  public towards the goods and services that are coming
6  from your Van Scoy Diamond Mine in Newark, Delaware?
7      A.  I don't know that.
8      Q.  Do you think that the public has any sort of
9  attitude towards your goods and services coming from
10 Van Scoy Diamond Mine in Newark, Delaware?
11     A.  I don't know that.
12     Q.  Does your store have a reputation?
13     A.  Yes.
14     Q.  Does it have a good reputation?
15     A.  I do my best, yes.
16     Q.  Do you think, in your opinion, has some of that
17 good reputation come from the efforts of your father?
18     A.  I don't know that.  I do what I do.
19     Q.  Have you improved your store in any way since you
20 opened it?
21     A.  Yes, I have.
22     Q.  Could you tell me how you've improved your store?
23     A.  I added two more showcases and actually extended
24 the front room, showroom.