# EXHIBIT B



D001813



B0001