# EXHIBIT C



CONFIDENTIAL
ATTORNEY'S
EYES ONLY

C0001



C0002

CONFIDENTIAL
ATTORNEY'S
EYES ONLY

C0003