# EXHIBIT G

COPY

## United States Bankruptcy Court

*MIDDLE DISTRICT OF PENNSYLVANIA*

NOV 2 8 1994

| In re: VAN SCOY, THOMAS A | | 5-94-01241 |
|---|---|---|
| Debtor | | Case No.: |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | | 1 | $ 850,000.00 | | |
| B – Personal Property | | 4 | $ 48,657.50 | | |
| C – Property Claimed As Exempt | | 1 | | | |
| D – Creditors Holding Secured Claims | | 2 | | $ 647,405.56 | |
| E – Creditors Holding Unsecured Priority Claims | | 2 | | $ 12,853.26 | |
| F – Creditors Holding Unsecured Nonpriority Claims | | 10 | | $ 717,083.61 | |
| G – Executory Contracts and Unexpired Leases | | 1 | | | |
| H – Codebtors | | 1 | | | |
| I – Current Income of Individual Debtor(s) | | 2 | | | $ 27,413.00 |
| J – Current Expenditures of Individual Debtor(s) | | 4 | | | $ 26,287.18 |
| Summary Sheet | | 1 | | | |
| Total number of sheets → in ALL Schedules | | 29 | | | |
| Total Assets → | | | $ 898,657.50 | | |
| Total Liabilities → | | | | $ 1,377,342.43 | |

Total No. of Creditors     40

Matthew Bender & Co.

G0001

In re *VAN SCOY, THOMAS A*
Debtor

5-94-01241
Case No.:

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for husband, "W" for wife, "J" for joint, or "C" for community in the appropriate column. If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Description:** Commercial real property and improvements thereon **Location:** 154 Mundy Street, Wilkes-Barre, PA In debtor possession. | **Debtor Interest:** Fee simple tenants by the entireties **Secured creditor:** J-HAWK CORPORATION Claim: 559,000.00 | J | 500,000.00 | 559,000.00 |
| **Description:** Commercial real property and improvements thereon **Location:** Frederick Street, Wilkes-Barre, PA In debtor possession. | **Debtor Interest:** Fee simple tenants by the entireties **Secured creditor:** MELLON BANK NA Claim: 68,405.56 | J | 100,000.00 | 82,989.06 |
| **Description:** Residential real property and improvements thereon **Location:** 360 Joseph Drive, Kingston, PA In debtor possession. | **Debtor Interest:** Fee simple tenants by the entireties **Secured creditor:** SMALL BUS ADMINISTRATION Claim: 20,000.00 **Secured creditor:** J-HAWK CORPORATION Claim: 559,000.00 | J | 250,000.00 | 579,000.00 |
| | Total → (last page only) | | 850,000.00 | |

Report also on Summary of Schedules.

Matthew Bender & Co.

In re: VAN SCOY, THOMAS A                                    5-94-01241
                Debtor                                        Case No.:

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband ("H"), wife ("W"), both of them ("J"), or the marital community ("C") owns the property by placing an "H," "W," "J," or "C" in the appropriate column. If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Description:<br>Cash in wallet<br>Location:<br>In debtor possession. | H | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Description:<br>Operating account<br>Pioneer Bank<br>Acct. No. 50106368<br>Location:<br>In debtor possession. | H | 4,000.00 |
| | | Description:<br>Operating account for accepting charge deposits<br>Meridian Bank, Acct. No. 5193-9190<br>Location:<br>In debtor possession. | H | 4,000.00 |
| | | Description:<br>Payroll checking account<br>Meridian Bank<br>Acct. No. 5194-0164<br>Location:<br>In debtor possession. | H | 300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Description:<br>Household goods and furnishings<br>Location:<br>In debtor possession. | J | 3,000.00 |
| 5. Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Description:<br>Personal clothing | H | 300.00 |

_____ continuation sheets attached                                    Matthew Bender & Co.

G0003

In re: VAN SCOY, THOMAS A                                                    5-94-01241
                    Debtor                                                        Case No.:

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Location:** In debtor possession. | | |
| 7. Furs and jewelry. | | **Description:** Brown 3/4 length mink coat, black tail mink coat, muskrat coat | H | 500.00 |
| | | **Location:** In debtor possession. | | |
| | | **Description:** Diamond tie tack, gold bracelet, diamond lapel pin | H | 350.00 |
| | | **Location:** In debtor possession. | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit-sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Description:** Stock of Van Scoy Diamond Mines, Inc. **Location:** In debtor possession. | H | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sheet no. ___1___ of _____ continuation sheets
attached to Schedule B – Personal Property

Matthew Bender & Co.

Total → |

include amounts from any continuation sheets attached.
Total on last page only. Report total also on Summary of Schedules.

In re *VAN SCOY, THOMAS A* _____
        Debtor

5-94-01241
        Case No.

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor, including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor, other than those listed in the Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | Description: Trademark "Van Scoy Diamond Mines" Location: In debtor possession. | E | 0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Description: 1968 Ford state body 15' flatbed truck Location: In debtor possession. | E | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Description: Conference table with six chairs, two small refrigerators, two microwave ovens, eight desks, assorted office chairs, two personal computers, printer, fax machine, nine filing cabinets, photocopier Location: In debtor possession. | E | 1,200.00 |

Sheet no. ___2___ of _____ continuation sheets
attached to Schedule B - Personal Property

Matthew Bender & Co.

Total → _____

Include amounts from any continuation sheets attached.
Total on last page only. Report total also on Summary of Schedules.

G0005

In re *VAN SCOY, THOMAS A*                                          5-94-01241
         Debtor                                                    Case No:

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Description:** *Shop equipment (sizing, setting, polishing, repair equipment); two microscopes, six safes, eight 2'x4' showcases, twenty showroom chairs, assorted decorative items* **Location:** *In debtor possession.* | H | 7,860.00 |
| 28. Inventory. | | **Description:** *Inventory of the Wilkes-Barre retail location of Van Scoy Diamond Mines, including gold wedding bands, diamond wedding bands, diamond pendants, diamond tennis bracelets, men's and ladies' diamond rings, gold earrings, gold pendants, men's and ladies' gold rings, gold necklaces, gold bracelets, gold ring mountings* **Location:** *In debtor possession.* **Additional information:** *Value listed is liquidation value.* | H | 26,627.50 |
| 29. Animals. | X | | | |
| 30. Crops – growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet no. _____3_____ of _____ continuation sheets
attached to Schedule B - Personal Property

Matthew Bender & Co.                    Total → | 48,657.50

Include amounts from any continuation sheets attached.
Total on last page only. Report total also on Summary of Schedules.

In re: *VAN SCOY, THOMAS A*                                  5-94-01241
_____Debtor_____                                        Case No.:

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under  (Check one box)

☐ 11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d).  Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Cash in wallet | 42 Pa.C.S.A. 8123 (a) | 20.00 | 20.00 |
| Commercial real property and improvements thereon | 42 Pa.C.S.A. 8124 (Note 15) | 500,000.00 | 500,000.00 |
| Commercial real property and improvements thereon | 42 Pa.C.S.A. 8124 (Note 15) | 50,000.00 | 100,000.00 |
| Household goods and furnishings | 42 Pa.C.S.A. 8124 (Note 15) | 3,000.00 | 3,000.00 |
| Personal clothing | 42 Pa.C.S.A. 8124(a)(1) | 300.00 | 300.00 |
| Residential real property and improvements thereon | 42 Pa.C.S.A. 8124 (Note 15) | 250,000.00 | 250,000.00 |

_____ continuation sheets attached

Matthew Bender & Co.

G0007

In re *VAN SCOY, THOMAS A*
                                                          *5-94-01241*
Debtor                                                    Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor, as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband ("H"), wife ("W"), both of them ("J"), or the marital community ("C") may be liable on each claim by placing an "H," "W," "J," or "C" in the appropriate column.

If the claim is contingent, place a "C" in the appropriate column. If the claim is unliquidated, place a "U" in the column. If the claim is disputed, place a "D" in the column. (You may need to place more than one letter in this column.)

Report the total of all claims listed on the schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| Account Number 92-6771350-4 | | | | | | |
| J-HAWK CORPORATION ATTN STEPHEN J DAILY PO BOX 8216 6400 IMPERIAL DR WACO TX 76714 (817) 751-1750 | | J | Date incurred: 1989 Nature of lien: COMMERCIAL MORTGAGE Collateral description: Commercial real property and improvements thereon Collateral value: 500,000.00 Lien seniority: 1 Collateral description: Residential real property and improvements thereon Collateral value: 230,000.00 Lien seniority: 2 Total col. value: 730,000.00 Claim assigned to: Servicing agent RIVA FINANCIAL SERVICES ATTN: STEPHEN J DAILY 625 RIDGE PIKE BLDG A  SUITE 103 CONSHOHOCKEN PA  19428 (610) 825-3762 | D | 559,000.00 | 0.00 |
| Account Number 101-881-11143 | | | | | | |
| MELLON BANK NA NORTHEASTERN REGION ATTN DAVID R LEROY 8 W MARKET ST WILKES BARRE PA  18711 (717) 826-2611 | | J | Date incurred: 1983 Nature of lien: LINE OF CREDIT SECURED BY MORTGAGE Collateral description: Commercial real property and improvements thereon | D | 68,405.56 | 0.00 |
| | | | Subtotal (Total of this page) → | | 627,405.56 | |
| | | | Total (Use only on last page) → | | | |
| | | | (Report total also on Summary of Schedules) | | | |

___ continuation sheets attached

Matthew Bender & Co.

G0008

In re VAN SCOY, THOMAS A
Debtor

5-94-01241
Case No.:

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| | | Collateral value: 100,000.00 | | | |
| | | Lien seniority: 1 | | | |
| | | Total col. value: 100,000.00 | | | |
| | | Additional information: | | | |
| | | CREDITOR TOOK SETOFF JUNE 22, 1994 IN THE AMOUNT OF $16,408.21 BY APPLYING FUNDS FROM DEBTOR'S THEN-OWNED BANK ACCOUNT AND APPLYING THEM TO THIS DEBT. | | | |
| | | Claim assigned to: | | | |
| | | Attorney HOURIGAN KLUGER SPOHRER ATTN CHRISTINA MORRISON 700 MELLON BANK CENTER 8 W MARKET ST WILKES BARRE PA   18701 (717) 825-9401 | | | |
| Account Number DL 439789 10 00 WB | | | | | |
| SMALL BUS ADMINISTRATION 20 N PENNSYLVANIA AVE WILKES BARRE PA   18701 (717) 826-6497 | J | Date incurred: 1972 | | 20,000.00 | 0.00 |
| | | Nature of lien: | | | |
| | | Mortgage on primary residence - first lien | D | | |
| | | Collateral description: | | | |
| | | Residential real property and improvements thereon | | | |
| | | Collateral value: 250,000.00 | | | |
| | | Lien seniority: 1 | | | |
| | | Total col. value: 250,000.00 | | | |

Sheet _____ 1 _____ of _____ continuation sheets
attached to Schedule D - Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal [Total of this page] → | 20,000.00 | |
| Total (Use only on last page) → | 647,405.56 | |

(Report total also on Summary of Schedules)

Matthew Bender & Co.

G0009

In re *VAN SCOY, THOMAS A*                                                      5-94-01241
                              Debtor                                                Case No.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H" for husband, "W" for wife, "J" for joint, or "C" for "community" in the appropriate column.

If the claim is contingent, unliquidated, or disputed, place a "C," "U," or "D" in the corresponding column. (You may need to place more than one letter in the column.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐    **Extensions of Credit in an Involuntary Case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐    **Wages, Salaries, and Commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐    **Contributions to Employee Benefit Plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Certain Farmers and Fishermen**

Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐    **Deposits by Individuals**

Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. sec. 507(a)(8).

_____ continuation sheets attached                                    Matthew Bender & Co.

In re *VAN SCOY, THOMAS A*            *5-94-01241*
Debtor                        Case No.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

*Taxes*
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| Account Number 23-2106595 *INTERNAL REVENUE SERVICE PHILADELPHIA PA  19255* *(800) 829-1040* | | H | Date incurred:  3Q 1994 Consideration: *Federal employment taxes* | D | 597.74 | 597.74 |
| Account Number 23-2106595 *PA DEPT OF REVENUE 15TH FL STRAWBERRY SQ FOURTH & WALNUT STS HARRISBURG PA  17120* | | H | Date incurred:  '93-'94 Consideration: *STATE WITHHOLDING TAXES* | D | 12,255.52 | 12,255.52 |

Sheet no. ___I___ of _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) →    *12,853.26*

Total (Use only on last page of the completed Schedule E) →    *12,853.26*
(Report total also on Summary of Schedules)

Matthew Bender & Co.

G0011

In re VAN SCOY, THOMAS A _____     5-94-01241
          Debtor                                           Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use a continuation sheet.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband ("H"), wife ("W"), both of them ("J"), or the marital community ("C") may be liable on each claim by placing an "H," "W," "J," or "C" in the appropriate column.

If the claim is contingent, place a "C" in the appropriate column. If the claim is unliquidated, place a "U" in the column. If the claim is disputed, place "D" in the column. (You may need to place more than one letter in this column.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| **Account Number** | | | | | |
| AMIKAM 1212 AVE OF THE AMERICAS NY NY 10036 (212) 869-1889 | | H | Date incurred: 1992-93 Consideration: GOODS DELIVERED | D | 10,664.55 |
| **Account Number** | | | | | |
| MARILYN BARTOLI C/O MOSES & GELSO 120 S FRANKLIN ST WILKES BARRE PA 18701 (717) 826-1401 | | H | Date incurred: 1990 Consideration: Sewer line dispute Claim assigned to: Attorney MOSES & GELSO JOHN P MOSES ESQUIRE 120 S FRANKLIN ST WILKES BARRE PA 18701 (717) 826-1401 | D | UNKNOWN |
| **Account Number** | | | | | |
| CAESARS ATLANTIC CITY ATTN VINCENT SCALISE 2100 PACIFIC AVE ATLANTIC CITY NJ 08401 (609) 348-4411 | | H | Date incurred: 1993 Consideration: GAMBLING DEBT Claim assigned to: Attorney CRANER NELSON SATKIN M RICHARD SCHEER ESQ 320 PARK AVE SCOTCH PLAINS NJ 07076 (908) 322-2333 | D | 15,257.05 |
| **Account Number** 5230-3030-1277-0783 | | | | | |

                                   continuation sheets attached           Subtotal ▶ 25,921.60

                                                                Total ▶

Matthew Bender & Co.

                                                       (Report total also on Summary of Schedules)

In re: *VAN SCOY, THOMAS A*                                  *5-94-01241*

                 Debtor                                                         Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| CHARGE-IT SYSTEM MC ATTN BANKRUPTCY DEPT PO BOX 94008 PALATINE IL 60094-4008 (800) 445-4631 | | H | Date Incurred: 1993  Consideration: CREDIT CARD DEBT | D | 1,133.29 |
| Account Number 4017-0410-1182-8503 | | | | | |
| CHARGE-IT SYSTEM VISA ATTN BANKRUPTCY DEPT PO BOX 94010 PALATINE IL 60094-4010 (800) 445-4631 | | H | Date Incurred: 1993  Consideration: CREDIT CARD DEBT | D | 10,435.62 |
| Account Number 4310 0145 0004 2369 | | | | | |
| CHEMICAL BANK VISA ATTN BANKRUPTCY DEPT PO BOX 8508 HICKSVILLE NY 11802-8508 (800) 356-5555 | | H | Date Incurred: 1993  Consideration: CREDIT CARD DEBT | D | 3,116.16 |
| Account Number 5093200 | | | | | |
| CONFEDERATION LIFE ATTN BANKRUPTCY DEPT PO BOX 105103 ATLANTA GA 30348 (800) 233-4634 | | H | Date Incurred: 1992  Consideration: LOAN AGAINST LIFE INSURANCE | D | 59,238.40 |
| Account Number VANSCO | | | | | |
| DA GOLD PRODUCTS CORP 1180 AVE OF THE AMERICAS NY NY 10036 (212) 819-1111 | | H | Date Incurred: 1993  Consideration: GOODS DELIVERED | D | 1,314.45 |
| Account Number VANSCO | | | | | |
| DAVILAR INTERNATIONAL 2 W 46TH ST STE 1010 NY NY 10036 (800) 477-4521 | | H | Date Incurred: 1993-94  Consideration: GOODS DELIVERED | D | 74,808.98 |

Sheet no. ___1 of ___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims         (Total of this page)   Subtotal  → | **150,046.90**

(Use only on last page of the compiled Schedule F)   Total  →

(Report total also on Summary of Schedules)

Matthew Bender & Co. ⚖

G0013

In re *VAN SCOY, THOMAS A*                                                 *5-94-01241*

Debtor                                                                    Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| **Account Number** | | | | | |
| *DELMARVA BROADCASTING CO PO BOX 7492 WILMINGTON DE 19803* | | H | Date incurred: *1992* <br> Consideration: <br> *ADVERTISING* <br> Claim assigned to: <br> *Attorney* <br> *KEVIN K KERCHER ESQ* <br> *SCHATTENSTEIN AND AMATO* <br> *NEWPOINTE OFFICE CENTER* <br> *100 BRODHEAD RD STE 150* <br> *BETHLEHEM PA 18017-8930* <br> *(215) 866-0400* | D | *16,460.00* |
| **Account Number** 2433 | | | | | |
| *DIACO AMERICA 1185 AVE OF THE AMERICAS NY NY 10036 (800) 223-2354* | | H | Date incurred: *1992* <br> Consideration: <br> *GOODS DELIVERED* | D | *2,193.75* |
| **Account Number** | | | | | |
| *EUROPA DIAMOND SYNDICATE C/O RONALD AMATO ESQUIRE 150 NEWPOINTE OFFICE CTR 100 BRODHEAD RD BETHLEHEM PA 18017-8930 (610) 866-0400* | | H | Date incurred: *1992* <br> Consideration: <br> *Goods delivered* <br> Claim assigned to: <br> *Attorney* <br> *SCHATTENSTEIN AND AMATO* <br> *RONALD AMATO ESQUIRE* <br> *150 NEWPOINTE OFFICE CTR* <br> *100 BRODHEAD RD* <br> *BETHLEHEM PA 18017-8930* <br> *(610) 866-0400* | D | *12,000.00* |
| **Account Number** | | | | | |
| *MARC GERALD FLORES C/O BEDNARZ & PENDOLPHI 405 BICENTENNIAL BLDG 15 PUBLIC SQUARE WILKESBRE PA 18703-0191* | | H | Date incurred: *UNKNOWN* <br> Consideration: <br> *CUSTOMER CLAIM - RING LEFT FOR REPAIRS IN DEBTOR'S STORE* | D | *UNKNOWN* |

Sheet no. _2_ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Matthew Bender & Co.

(Total of this page)  Subtotal ➤ | *30,653.75*

(Use only on last page of the completed Schedule F)  Total ➤ |

(Report Total Also on Summary of Schedules)

G0014

In re VAN SCOY, THOMAS A                                                    5-94-01241
                              Debtor                                              Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| | | | Claim assigned to: Attorney BEDNARZ & PENDOLPHI MICHAEL A PENDOLPHI ESQ 405 BICENTENNIAL BLDG 15 PUBLIC SQUARE WILKESBRE PA 18703-0191 Bureau of Consumer Protection OFFICE OF ATTY GENERAL BUREAU OF CONSUMER PROT ATTN JAMES AITA 214 SAMTER BLDG 101 PENN SCRANTON PA 18503 (717) 963-4913 | | |
| **Account Number** | | | | | |
| FUSCO ENTERPRISES C/O CHURCHMANS RD SHOP C 200 AIRPORT RD NEW CASTLE DE 19720 (302) 328-6251 | | H | Date incurred: 1992-93 Consideration: FORMER LANDLORD - DELAWARE STORE Claim assigned to: Attorney CLIFFORD B HEARN JR PA ATTN MICHAEL W MODICA 606 MARKET ST MALL PO BOX 1205 WILMINGTON DE 19899 (302) 575-0220 | D | UNKNOWN |
| **Account Number** | | | | | |
| TED S GLADSTONE C/O RONALD AMATO ESQ NEWPOINTE OFFICE CENTER 100 BROADHEAD RD STE 150 BETHLEHEM PA 18017-8930 (215) 866-0400 | | H | Date incurred: 1992 Consideration: FORMER LANDLORD - ORANGE, CT STORE Claim assigned to: Attorney RONALD AMATO ESQ NEWPOINTE OFFICE CENTER 100 BRODHEAD RD STE 150 BETHLEHEM PA 18017-8930 (215) 866-0400 | D | 40,161.11 |

Sheet no. ___3of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Matthew Bender & Co.

(Total of this page) Subtotal →

[Use only on last page of the completed Schedule E)  Total →

(Report total also on Summary of Schedules)

40,161.11

40,161.11

In re: *VAN SCOY, THOMAS A*                                                    5-94-01241
_____                                        _____
                    Debtor                                                      Case No.

# SCHEDULE F · CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| **Account Number** 808812 | | | | | |
| *JEWELMONT CORPORATION PO BOX 2525 BUFFALO NY 14250-2525 (612) 546-3800* | | H | *Date incurred: 1992-93* **Consideration:** *GOODS DELIVERED* Claim assigned to: *THE JEWELERS BOARD OF TRADE THE JEWLRS BRD OF TRADE COLLECTION DEPARTMENT PO BOX 6928 PROVIDENCE RI 02940 (401) 438-0750* | D | 4,050.00 |
| **Account Number** | | | | | |
| *KARR JEWELRY INC C/O PETER J BUDDOCK ESQ 901 W LEHIGH ST PO BOX 1279 BETHLEHEM PA 18016-1279 (610) 691-3450* | | H | *Date incurred: 1993* **Consideration:** *GOODS DELIVERED* Claim assigned to: *Attorney PETER J BUDDOCK ESQ 901 W LEHIGH ST PO BOX 1279 BETHLEHEM PA 18016-1279 (610) 691-3450* | D | 12,000.00 |
| **Account Number** | | | | | |
| *KASHI INC 98 CUTTER MILL RD GREAT NECK NY   11023* | | H | *Date incurred: 1992* **Consideration:** *GOODS DELIVERED* Claim assigned to: *Attorney JAMES A GIBBONS ESQ 436 JEFFERSON AVE SCRANTON PA 18510 (717) 961-1064* | D | 55,890.09 |
| **Account Number** | | | | | |

Sheet no. __4__ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Matthew Bender & Co. ⬥

(Total of this page)  Subtotal ➤ | 71,940.09

(Use only on last page of the completed Schedule E)  Total ➤

(Report total also on Summary of Schedules)

G0016

In re VAN SCOY, THOMAS A

Debtor

5-94-01241

Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| MAGIC 93 WMGS FM<br>PO BOX 930<br>AVOCA PA 18641<br>(717) 655-2271 | | H | Date incurred: 1993<br><br>Consideration:<br>ADVERTISING | D | 6,582.60 |
| Account Number<br>31a-392245 | | | | | |
| MARYLAND CASUALTY CO<br>STE 135 NAT'L RECOVERY<br>3910 KESWICK RD<br>PO BOX 17116<br>BALTIMORE MD  21203-7116<br>(800) 782-6269 | | H | Date incurred: 1993<br><br>Consideration:<br>OVERPAYMENT OF LOSS BENEFITS | D | 9,161.94 |
| Account Number | | | | | |
| MEADOWS MANAGEMENT CORP<br>235 MOORE ST<br>HACKENSACK NJ 07601<br>(201) 489-0335 | | H | Date incurred: 1994<br><br>Consideration:<br>FORMER LANDLORD - VESTAL, NY | D | 5,851.82 |
| Account Number | | | | | |
| MERCURY JEWELS INC<br>36 W 47TH ST #603<br>NY NY 10036 | | H | Date incurred: 1993<br><br>Consideration:<br>GOODS DELIVERED | D | 5,753.00 |
| Account Number | | | | | |
| MICHAEL F PETOCK ESQ<br>46 THE COMMONS AT V F<br>1220 VALLEY FORGE RD<br>PO BOX 856<br>V FORGE PA 19482-0856 | | H | Date incurred: 1993<br><br>Consideration:<br>PROFESSIONAL LEGAL SERVICES | D | 4,247.90 |
| Account Number | | | | | |
| ELKANA MINSKY<br>C/O SANDOR YELEN ESQ<br>1000 MELLON BANK CENTER<br>WILKES BARRE PA 18701<br>(717) 825-2768 | | H | Date incurred: 1993<br><br>Consideration:<br>GOODS DELIVERED<br>Claim assigned to: | D | 171,570.70 |

Sheet no. _5_ of _1_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Total of this page)  Subtotal ▶    203,167.96

(Use only on last page of the completed Schedule F)  Total ▶

Matthew Bender & Co.

(Report total also on Summary of Schedules)

G0017

In re VAN SCOY, THOMAS A                                    5-94-01241
                        Debtor                                      Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| | | | Attorney SANDOR YELEN ESQ 1000 MELLON BANK CENTER WILKES BARRE PA 18701 (717) 825-2768 | | |
| **Account Number** NOBLE BROADCAST GROUP C/O PAUL BREEN ESQ STE 1410 260 S BROAD ST PHILADELPHIA PA 19102 (215) 546-3131 | | H | Date Incurred: 1990 Consideration: ADVERTISING Claim assigned to: Attorney PAUL BREEN ESQ STE 1410 260 S BROAD ST PHILADELPHIA PA 19102 (215) 546-3131 | D | 20,981.34 |
| **Account Number** PARAS DIAMOND CORP 1212 AVE OF THE AMERICAS NY NY 10036 (800) 223-7640 | | H | Date Incurred: 1993 Consideration: GOODS DELIVERED | D | 15,466.98 |
| **Account Number** 81541 ROCK 107 WEZX FM THE TIMES BLDG 149 PENN AVE SCRANTON PA 18503 | | H | Date Incurred: 1993 Consideration: ADVERTISING Claim assigned to: Attorney HAGGERTY MCDONNELL OBRIE JOSEPH J O'BRIEN ESQUIRE 203 FRANKLIN AVE SCRANTON PA 18503-1922 (717) 344-9845 | D | 2,479.62 |
| **Account Number** 352/A SENTRY ALARMS | | H | Date Incurred: UNKNOWN | | 1,040.90 |

Sheet no. ___6o___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)  Subtotal ▶ | 39,968.84

Matthew Bender & Co. ⬥                                    (Use only on last page of the completed Schedule E)  Total ▶ |

(Report total also on Summary of Schedules)

In re *VAN SCOY, THOMAS A*                                   *5-94-01241*
            Debtor                                              Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| *137 LAUREL AVE BINGHAMTON NY  13905 (607) 723-2934* | | | Consideration: *Security/alarm services* | D | |
| **Account Number** | | | | | |
| *SUMIT DIAMOND CORP C/O MICHAEL D BART ESQ PO BOX 191 65 N WASHINGTON ST WILKES BARRE PA 18703 (717) 822-6147* | | H | Date incurred: *1993* Consideration: *GOODS DELIVERED* Claim assigned to: *Attorney MICHAEL D BART ESQ PO BOX 191 65 N WASHINGTON ST WILKES BARRE PA 18703 (717) 822-6147* | D | 3,049.00 |
| **Account Number** | | | | | |
| *TRUMP PLAZA ASSOCIATES C/O DORAN & NOWALIS SUITE 700 69 PUBLIC SQUARE WILKESBRE PA  18701-2588 (717) 823-9111* | | H | Date incurred: *1992* Consideration: *GAMBLING DEBT* Claim assigned to: *Attorney DORAN & NOWALIS ROBERT C NOWALIS ESQUIRE SUITE 700 69 PUBLIC SQUARE WILKESBRE PA  18701-2588 (717) 823-9111 Attorney SLATER & TENAGLIA PA MARC B SLATER ESQUIRE 26 W MAIN ST MARLTON NJ  08053 (609) 596-0100* | D | 50,000.00 |
| **Account Number** | | | | | |
| *TRUMP'S CASTLE CASINO ATTN COLLECTIONS HURON AVE AND BRIGANTINE* | | H | Date incurred: *1993* Consideration: *GAMBLING DEBT* | D | 15,000.00 |

Sheet no. __7__ of __ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Matthew Bender & Co.

(Total of this page)   Subtotal →          68,049.00

(Use only on last page of the completed Schedule F)   Total →

(Report total also on Summary of Schedules)

In re *VAN SCOY, THOMAS A*                                          *5-94-01241*

Debtor                                                    Case No.:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| *ATLANTIC CITY NJ  08401* *(609) 441-2000* | | | Claim assigned to: *Attorney* *COOPER PERSKIE APRIL* *MICHAEL JACOBSON ESQUIRE* *EXECUTIVE PLAZA* *2111 NEW RD* *NORTHFIELD NJ  08255* *(609) 383-1300* *Attorney* *LORETTA I VISCOUNT ESQ* *PO BOX 7119* *ATLANTIC CITY NJ  08404* *(609) 441-8640* | | |
| **Account Number** *WAYNE VAN SCOY* *360 JOSEPH DR* *KINGSTON PA  18704* | | H | Date Incurred: *'92-'93* Consideration: *GOODS DELIVERED* | D | 65,532.31 |
| **Account Number** 870631 *WAAL FM* *BUTTERNUT BROADCASTING* *PO BOX 997* *BINGHAMTON NY 13902* | | H | Date Incurred: *1992* Consideration: *ADVERTISING* | D | 11,169.05 |
| **Account Number** *1-19* *WKGB FM 92.5* *PO BOX 192 ESS* *BINGHAMTON NY 13904-0192* *(607) 723-2925* | | H | Date Incurred: *UNKNOWN* Consideration: *Advertising* | D | 1,473.00 |
| **Account Number** *WZZV RADIO* *C/O ROBERT CORDARO ESQ* *633 E DRINKER ST* *DUNMORE PA  18512* *(717) 343-2500* | | H | Date Incurred: *1992* Consideration: *Advertising* Claim assigned to: *Attorney* | D | 9,000.00 |

Sheet no. __8__ of __ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Matthew Bender & Co.

(Total of this page) Subtotal → 87,174.36

(Use only on last page of the completed Schedule E) Total →

(Report total also on Summary of Schedules)

In re *VAN SCOY, THOMAS A* _____    5-94-01241
                    Debtor                                   Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| | | | *ROBERT CORDARO ESQUIRE*<br>*633 E DRINKER ST*<br>*DUNMORE PA  18512*<br>*(717) 343-2500* | | |
| | | | DUPLICATE LISTING OF CODEBTORS (FOR ALL CLAIMS):<br><br>Non-filing spouse liable for scheduled debt(s)<br><br>*ELIZABETH J VAN SCOY*<br><br>*360 JOSEPH DR*<br>*KINGSTON PA  18704*<br>*(717) 287-3607* | | |

Sheet no. __9 of__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Matthew Bender & Co.

(Total of this page)  Subtotal ➔    0.00

(Use only on last page of the completed Schedule E)  Total ➔   717,083.61

(Report total also on Summary of Schedules)

G0021

In re _VAN SCOY, THOMAS A_        5-94-01241

         Debtor                                            Case No.:

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Matthew Bender & Co.

G0022

In re: *VAN SCOY, THOMAS A*                                                          *5-94-01241*
                          Debtor                                                          Case No.:

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Non-Filing Spouse:**<br><br>*ELIZABETH J VAN SCOY*<br>*360 JOSEPH DR*<br>*KINGSTON PA   18704* | *J-HAWK CORPORATION*<br>*ATTN STEPHEN J DAILY*<br>*PO BOX 8216*<br>*6400 IMPERIAL DR*<br>*WACO TX   76714*<br><br>*MELLON BANK NA*<br>*NORTHEASTERN REGION*<br>*ATTN DAVID R LEROY*<br>*8 W MARKET ST*<br>*WILKES BARRE PA   18711*<br><br>*SMALL BUS ADMINISTRATION*<br>*20 N PENNSYLVANIA AVE*<br>*WILKES BARRE PA   18701* |

Matthew Bender & Co.

G0023

In re: *VAN SCOY, THOMAS A*                                      *5-94-01241*
_____                                 _____
                          Debtor                                 Case No. (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: *Married and living together* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | Living with debtor(s): *Elizabeth, wife* | |
| **EMPLOYMENT:** | DEBTOR | |
| Occupation | NONE | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

Income: (Estimate of average monthly income)

| | | |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | *0.00* |
| Estimated monthly overtime | | *0.00* |
| SUBTOTAL | | *0.00* |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | | *0.00* |
| b. Insurance | | *0.00* |
| c. Union dues | | *0.00* |
| d. Other (specify) | | *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | *0.00* |
| TOTAL NET MONTHLY TAKE HOME PAY | | *0.00* |
| Regular income from operation of business or profession or farm (attach detailed statement) | | *26,213.00* |
| Income from real property | | *0.00* |
| Interest and dividends | | *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | *0.00* |
| Social security or other government assistance (specify) *Social Security* | | *1,200.00* |
| Pension or retirement income | | *0.00* |
| Other monthly income (specify) | | *0.00* |
| TOTAL MONTHLY INCOME | | *27,413.00* |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

*These income and expense figures represent a six-month average from May, 1994 through October, 1994. Due to numerous creditor actions which have taken place during this time period, along with other factors, Debtor was unable to devote his full time and attention to his business. Debtor believes his income will increase now that all actions are stayed and have been consolidated in this bankruptcy action. Therefore, while Debtor believes these Schedules I and J are an accurate picture of his current (six-month) income and expenses, he believes*

G0024

In re *VAN SCOY, THOMAS A*
_____Debtor_____                                          *5-94-01241*
                                                          Case No. (if known)

that future income will increase and expenses will remain fairly constant and
therefore net income will increase.

G0025

In re: *VAN SCOY, THOMAS A*                                         *5-94-01241*
            Debtor                                              Case No. (if known)

# ATTACHMENT TO SCHEDULE J - BUSINESS INCOME AND EXPENDITURES

### CURRENT MONTHLY BUSINESS INCOME
Total: *26,213.00*
Source: *Operation of retail business*

### CURRENT MONTHLY BUSINESS EXPENSES                  *DEBTOR*

| | | |
|---|---|---:|
| 1. | Rent/Mortgage payment | *7,665.00* |
| 2. | Repair/Upkeep | *60.00* |
| 3. | Electricity and heating fuel | *650.00* |
| 4. | Water and sewer | *0.00* |
| 5. | Telephone | *475.00* |
| 6. | Garbage | *47.00* |
| 7. | Security | *55.00* |
| 8. | Other utilities: | |
| | *Music system* | *48.00* |
| 9. | Insurance: | |
| | *Business insurance* | *234.00* |
| | *Vehicle insurance* | *153.00* |
| | *Workers' Comp. insurance* | *61.00* |
| 10. | Taxes: | |
| | *All taxes* | *3,500.00* |
| 11. | Installment payments on equipment: | *0.00* |
| 12. | Rental/lease payments: | *0.00* |
| 13. | Maintenance of equipment: | *0.00* |
| 14. | Advertising | *500.00* |
| 15. | Bank service charges | *0.00* |
| 16. | Interest | *0.00* |
| 17. | Depreciation | *0.00* |
| 18. | Office expenses | *200.00* |
| 19. | Dues and publications | *0.00* |
| 20. | Laundry or cleaning | *0.00* |
| 21. | Supplies and materials | *5,000.00* |
| 22. | Freight | *50.00* |
| 23. | Travel and entertainment | *105.00* |
| 24. | Wages and salaries | *850.00* |
| 25. | Commissions | *0.00* |
| 26. | Employee benefit programs | *2,444.00* |
| 27. | Pensions/profit sharing plans | *0.00* |
| 28. | Production costs: | *0.00* |
| 29. | Other expenses: | |
| | *Legal fees* | *1,350.00* |
| | *Accountant fees* | *215.00* |
| | *Check guarantee svc.* | *285.00* |
| | *Shop supplies* | *250.00* |
| | *Payroll accountant* | *120.00* |
| | *Misc.* | *250.00* |

G0026

In re: *VAN SCOY, THOMAS A*                                      *5-94-01241*
            Debtor                                              Case No. (if known)

Total Current Monthly Expenses                    24,567.00

Excess of Income over Expenses                     1,646.00

Page  2

G0027

In re: *VAN SCOY, THOMAS A*                                                    *5-94-01241*
_____
            Debtor                                                              Case No. (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete and label a separate schedule of expenditures.

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . . . . | | 268.00 |
| Are real estate taxes included?      Yes_____   No ✓ | | |
| Is property insurance included?      Yes_____   No ✓ | | |
| Utilities: | Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 195.00 |
| | Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 77.00 |
| | Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30.00 |
| | Garbage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| | Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| | Cable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 82.00 |
| Home Maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 60.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 350.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| | Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 115.00 |
| | Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42.28 |
| | Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 386.00 |
| | Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) | | 0.00 |
| Installment payments (in chapter 12 & 13 cases, do not list payments to be included in the plan) | | 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . . . . . . . | | 24,567.00 |
| (See Attachment to Schedule J) | | |

## TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . .     | 26,287.28 |

In re *VAN SCOY, THOMAS A* _____    *5-94-01241*
$\qquad$ Debtor $\qquad$ Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, *THOMAS A VAN SCOY*, named as debtor in this case, declare under penalty of perjury that I have read
the foregoing *Summary and Schedules*, consisting of *27* sheets (including this declaration), and that it
is true and correct to the best of my information and belief.

Signature: _____

THOMAS A VAN SCOY

Date: _____

Page  2

G0029