# EXHIBIT K

WMIA 29410v1 12/05/05

USPTO Assignments on the Web    Page 1 of 1

United States Patent and Trademark Office 
Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 1
    **Serial #:** 73169526    **Filing Dt:** 05/08/1978    **Reg #:** 1140711    **Reg. Dt:** 10/21/1980
**Registrant:** VAN SCOY DIAMOND MINES, INC.
    **Mark:** VAN SCOY DIAMOND MINE
**Assignment:** 1
    **Reel/Frame:** 2307/0686    **Received:** 08/13/2001    **Recorded:** 04/16/2001    **Pages:** 6
    **Conveyance:** BANKRUPTCY COURT ORDER & MEMORANDUM
    **Assignor:** VAN SCOY DIAMOND MINES, INC.    **Exec Dt:** 01/04/2001
      **Entity Type:** CORPORATION
      **Citizenship:** PENNSYLVANIA

    **Assignee:** VAN SCOY, WAYNE    **Entity Type:** INDIVIDUAL
      154 MUNDY STREET    **Citizenship:** UNITED STATES
      WILKES-BARRE, PENNSYLVANIA 18702
    **Correspondent:** MICHAEL F. PETOCK
      46 THE COMMONS AT VALLEY FORGE
      1220 VALLEY FORGE RD., P.O.BOX 856
      VALLEY FORGE, PA 19482

Search Results as of: 09/30/2005 11:44 AM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

D002075

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
  **Serial #:** 73169527   **Filing Dt:** 05/08/1978   **Reg #:** 1140958   **Reg. Dt:** 10/28/1980
  **Registrant:** Van Scoy Diamond Mines, Inc.
    **Mark:** VAN SCOY DIAMOND MINE
**Assignment: 1**
  **Reel/Frame:** 2307/0686   **Received:** 08/13/2001   **Recorded:** 04/16/2001   **Pages:** 6
  **Conveyance:** BANKRUPTCY COURT ORDER & MEMORANDUM
  **Assignor:** VAN SCOY DIAMOND MINES, INC.   **Exec Dt:** 01/04/2001
                                                **Entity Type:** CORPORATION
                                                **Citizenship:** PENNSYLVANIA
  **Assignee:** VAN SCOY, WAYNE                 **Entity Type:** INDIVIDUAL
               154 MUNDY STREET                  **Citizenship:** UNITED STATES
               WILKES-BARRE, PENNSYLVANIA 18702
  **Correspondent:** MICHAEL F. PETOCK
                    46 THE COMMONS AT VALLEY FORGE
                    1220 VALLEY FORGE RD., P.O.BOX 856
                    VALLEY FORGE, PA 19482

Search Results as of: 12/04/2005 03:06 PM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT