# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WAYNE VAN SCOY,                    )
                                   )
            Plaintiff,             )
                                   )
v.                                 )    Civil Action No.
                                   )      05-108 (KAJ)
VAN SCOY DIAMOND MINE OF           )
DELAWARE, INC., KURT VAN SCOY      )
and DONNA VAN SCOY,                )
                                   )
            Defendants.            )

        Video deposition of KURT VAN SCOY taken
pursuant to notice at the offices of Ashby & Geddes, 17th
Floor, 222 Delaware Avenue, Wilmington, Delaware,
beginning at 10:00 a.m. on Tuesday, July 26, 2005, before
Anne L. Adams, Registered Professional Reporter and
Notary Public.

APPEARANCES:

            MICHAEL F. PETOCK, ESQ.
            MICHAEL C. PETOCK, ESQ.
            PETOCK & PETOCK
              46 The Commons at Valley Forge
              1220 Valley Forge Road
              Valley Forge, Pennsylvania 19482-0856
              for the Plaintiff,

            CHARLES N. QUINN, ESQ.
            FOX ROTHSCHILD
              2000 Market Street, 10th Floor
              Philadelphia, Pennsylvania 19103-3291
              for the Defendants.

ALSO PRESENT:   Wayne Van Scoy
                Donna Van Scoy
                Lisa Bauer - Video Specialist

---------------------------------------------------------

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477

**W&F**

WILCOX & FETZER LTD.
Registered Professional Reporters



L0001

1    A.    Offhand, I don't know.

2    Q.    Do you hold corporate meetings on a regular

3    basis?

4    A.    We do once a year, twice a year sometimes, yes.

5    Q.    Do you remember what trade name you were using at

6    the time in 1996, August 22nd?

7              MR. QUINN:  Objection.  Define trade name.

8    Q.    Kurt, could you define trade name issues to what

9    it means to you today?

10   A.    It's the name of my business.

11   Q.    Which is what?

12   A.    Van Scoy Diamond Mine of Delaware, Incorporated.

13   Q.    Is it the name you use in your advertising?

14   A.    Actually, no.

15   Q.    How is it different?

16   A.    It's Van Scoy Diamond Mine.  That's what my

17   father gave me.

18   Q.    What do you mean your father gave you the name

19   Van Scoy Diamond Mine?  Could you explain that to me?

20   A.    I sure will.  In 1994, prior opening of our

21   business on November 12th, my father actually gave me the

22   sign, literally gave me the sign, Van Scoy Diamond Mine,

23   from our warehouse and actually brought that down to our

24   location here in Delaware.

Kurt Van Scoy                                         9

1      Q.    What was the date that he gave you the sign that

2  said Van Scoy Diamond Mine?

3      A.    The exact date I can't recall.  I know it was

4  roughly, probably, about a month prior to the November

5  12th.  So I would have to say sometime in October.

6      Q.    November 12th was the opening of your store?

7      A.    That is correct.

8      Q.    Does that sign still exist?

9      A.    Absolutely.

10     Q.    Is it on your store now?

11     A.    Yes, it is.

12     Q.    Does it say Van Scoy or does it say Van Scoy

13  Diamond Mine?

14     A.    It says Van Scoy Diamond Mine.

15     Q.    Where is that located on your store?

16     A.    On the front of the store.

17     Q.    Did your dad actually tell you you had permission

18  to the use the mark or did you infer that from the fact

19  that he gave you the sign?

20     A.    He gave me the right to use that name.

21     Q.    What did he say to you exactly?

22     A.    Here's the sign.  Good luck to you.  I love you

23  very much and I'm proud of you.

24     Q.    Getting back to the minutes, your testimony is