# EXHIBIT O

1

```
1

2              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
3

4    WAYNE VAN SCOY,              :
                                 :
5         Plaintiff              :
                                 :
6    -vs-                        :
                                 :   # 05-108
7    VAN SCOY DIAMOND MIND       :
     OF DELAWARE, INC., ET AL,   :
8                                :
          Defendants             :
9

10            Valley Forge, Pennsylvania

11               October 5, 2005

12

13

14            Pretrial examination of LEW HILL,

15   taken on behalf of the Plaintiff at the

16   offices of  PETOCK & PETOCK,  46 The

17   Commons at Valley Forge, Valley Forge,

18   Pennsylvania, on the above date, commencing

19   at 1:30  p.m., before Julie Zatuchni,

20   Registered Professional Reporter.

21

22            JULIE ZATUCHNI, RPR
                202 Fairfax Court
23            Wayne, Pennsylvania 19087

24
```

74

1
2    Junior would visit from time to time just
3    to compare notes on business operation, you
4    know, who designed your cases and what kind
5    of carpet is that because he was building
6    some stores.
7              He built a store prior to the
8    store he just built recently and he came
9    and looked at what we had done, so I would
10   see him from time to time, but it was not a
11   representation of the franchise board, so
12   to speak.
13   Q.        Of Mr. Van Scoy, Senior?
14   A.        Right.
15   Q.        Subsequent to the signing of this
16   Agreement, did anyone come in any
17   representative capacity?
18   A.        Not in a representative
19   capacity.  Tommy, Junior came to the store
20   just recently, months ago to look at, get
21   some thoughts on the store, but not to
22   represent the organization.
23   Q.        So to your knowledge, from at
24   least 1993 until now, no one representing

75

1

2  the owner of the federal registration for

3  the trademark at issue in this case has

4  inspected your store; is that correct?

5  A.      Not to my knowledge.

6          MR. QUINN:  I have no further

7  questions.

8  BY MR. PETOCK:

9  Q.      When you refer to the late

10 1990's, what are you referring to?

11 A.      In answer to what?

12 Q.      You've mentioned the late 1990's,

13 with respect to various things, but in

14 particular I guess it was when you switched

15 from Van Scoy Diamond Mine to Van Scoy

16 Jewelers, approximately, what do you mean

17 by late 1990's?

18 A.      I can find out when the

19 fictitious title was filed, it'll give you

20 an exact date, but I just don't recall.

21 Q.      1998, '97. I don't know.

22 Q.      Prior to 1997, you were licensed

23 by Tommy Van Scoy, Senior to use the mark

24 Van Scoy Diamond Mine; correct?