# EXHIBIT P

1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2         THE DISTRICT OF DELAWARE
 3                 - - -
      WAYNE VAN SCOY       :
 4                         :
           v.              :
 5                         :
      VAN SCOY DIAMOND     :
 6    MINE OF DELAWARE,    :
      INC., KURT VAN SCOY  :
 7    AND DONNA VAN SCOY   :  NO. 05-108(KAJ)
 8                 - - -
              October 6, 2005
 9                 - - -
10
11              Oral deposition of MARK
12    MAURER, taken pursuant to notice, was
13    held at the law offices of Michael
14    Petock, 46 The Commons at Valley
15    Forge, 1220 Valley Forge Road, Valley
16    Forge, Pennsylvania, commencing at
17    1:50 p.m., on the above date, before
18    Sherry L. Stills, Court Reporter and
19    Notary Public for the Commonwealth of
20    Pennsylvania.
21                 - - -
22         ESQUIRE DEPOSITION SERVICES
           1880 John F. Kennedy Boulevard
23                   15th Floor
           Philadelphia, Pennsylvania 19103
24               (215) 988-9191
```

ESQUIRE DEPOSITION SERVICES

P0001

MARK MAURER                    27

```
 1   for bankruptcy only about 70 miles
 2   away or 80 or however far it is, that
 3   tremendously damaged the name in the
 4   area for me.
 5        Q.    Okay.  You no longer use
 6   the name Van Scoy Diamond Mine in any
 7   of your advertising?
 8        A.    I do in private
 9   communication to the about 10,000
10   customers I built up.  Absolutely.
11             MR. MICHAEL F. PETOCK:
12        What's the manner of advertizing?
13             THE WITNESS:  Direct mail.
14   BY MR. MICHAEL C. PETOCK:
15        Q.    You do not do the -- do
16   you use the name Van Scoy Diamond Mine
17   in advertising?
18        A.    To those customers, yes.
19        Q.    In what medium?
20        A.    In direct mail.
21        Q.    And how do you
22   communicate with them through direct
23   mail?
24        A.    I have also used it, by
```