# EXHIBIT A

CREDS, 341Held, FeeDueCt, PreACT

# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Wilkes-Barre)
### Bankruptcy Petition #: 5:94-bk-01241-JJT

*Assigned to:* John J. Thomas
Chapter 7
Previous chapter 13
Voluntary
Asset

*Date Filed:* 09/23/1994
*Date Converted:* 12/29/1994
*Date Discharged:*
01/23/2001

**Thomas A. Van Scoy**
360 JOSEPH DRIVE
KINGSTON, PA 18704
SSN: xxx-xx-2280
*Debtor*
*ta*
**Van Scoy Diamond Mine**

represented by  **Thomas K. Feissner, Esq**
218 NORTH WYOMING STREET
HAZLETON, PA 18201
570 455-4558

**Robert P. Sheils, Jr (Trustee)**
Sheils Law Associates, PC
108 North Abington Road
Clarks Summit, PA 18411
570 587-2600
*Trustee*

represented by  **Jill M. Spott**
Sheils Law Associates, PC
108 North Abington Road
Clarks Summit, PA 18411
570 587-2600
Fax : 570 585-0313
Email: jspottesq@sheilslaw.com

**Robert P. Sheils, Jr**
Sheils Law Associates, PC
108 North Abington Road
Clarks Summit, PA 18411
570 587-2600
Email: RSheils@SheilsLaw.com

**United States Trustee**
PO Box 969
Harrisburg, PA 17108
717-221-4515
*Asst. U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/23/1994 | 1 | VOLUNTARY PETITION under chapter 13 , [EF], ORIGINAL NIBS DOCKET ENTRY #1 (Entered: 09/23/1994) |
| 09/23/1994 | 2 | NOTICE of intent to dismiss case unless missing documents are filed: |

| | | |
|---|---|---|
| | | due by 10/11/94 Re: Item # 1 [Rescheduled], [EF], ORIGINAL NIBS DOCKET ENTRY #2 (Entered: 09/23/1994) |
| 09/23/1994 | 3 | MOTION for extension of time to file Schedules, Ch. 13 Plan and summary Re: Item # 2, [GS], ORIGINAL NIBS DOCKET ENTRY #3 (Entered: 09/27/1994) |
| 09/27/1994 | 4 | ORDER extending time for filing Schedules, Ch. 13 Plan and summary: due by 10/26/94 Re: Item # 3 [Rescheduled] [Entered: 09/27/94], [GS] This entry cancels the previous due date. Re: Item # 2, [GS], ORIGINAL NIBS DOCKET ENTRY #4 (Entered: 09/27/1994) |
| 10/04/1994 | 5 | ENTRY OF APPEARANCE of Doran and Nowalis for Trump Plaza Associates d/b/a Trump Plaza Hotel and Casino, [GS], ORIGINAL NIBS DOCKET ENTRY #5 (Entered: 10/05/1994) |
| 10/12/1994 | 6 | ENTRY OF APPEARANCE of Joseph E. Kluger for Mellon Bank, N.A., [GS], ORIGINAL NIBS DOCKET ENTRY #6 (Entered: 10/14/1994) |
| 10/12/1994 | 7 | WITHDRAWAL OF APPEARANCE of Charles R. Pedri, Esq. as attorney for debtor., [GS], ORIGINAL NIBS DOCKET ENTRY #7 (Entered: 10/14/1994) |
| 10/19/1994 | 8 | MOTION for extension of time to file Schedules, Ch. 13 Plan and summary Re: Item # 4, [GS], ORIGINAL NIBS DOCKET ENTRY #8 (Entered: 10/19/1994) |
| 10/20/1994 | 9 | ORDER extending time for filing Schedules, Ch. 13 Plan and summary: due by 11/04/94 Re: Item # 8 [Rescheduled] [Entered: 10/20/94], [GS] This entry cancels the previous due date. Re: Item # 4, [GS], ORIGINAL NIBS DOCKET ENTRY #9 (Entered: 10/20/1994) |
| 11/08/1994 | 10 | MOTION for extension of time to file Schedules, Ch. 13 Plan and summary Re: Item # 9, [GS], ORIGINAL NIBS DOCKET ENTRY #10 (Entered: 11/10/1994) |
| 11/10/1994 | 11 | MATRIX Re: Item # 9, [GS], ORIGINAL NIBS DOCKET ENTRY #11 (Entered: 11/10/1994) |
| 11/14/1994 | 12 | ORDER extending time for filing Schedules, Ch. 13 Plan and summary: due by 12/07/94 Re: Item # 10 [Entered: 11/14/94], [GS] This entry cancels the previous due date. THIS ORDER IS VACATED BY ORDER #18. Re: Item # 9, [GS], ORIGINAL NIBS DOCKET ENTRY #12 (Entered: 11/14/1994) |

| 11/14/1994 | 13 | OBJECTION by Trump Plaza Associates Re: Item # 10, [GS], ORIGINAL NIBS DOCKET ENTRY #13 (Entered: 11/15/1994) |
|---|---|---|
| 11/14/1994 | 14 | MOTION for expedited hearing by Trump Plaza Associates Re: Item # 13 [Disposed], [GS], ORIGINAL NIBS DOCKET ENTRY #14 (Entered: 11/15/1994) |
| 11/14/1994 | 15 | MOTION to convert from chapter 13 to chapter 7 by Trump Plaza Associates, [GS], ORIGINAL NIBS DOCKET ENTRY #15 (Entered: 11/15/1994) |
| 11/14/1994 | 16 | MOTION for expedited hearing by Trump Plaza Associates Re: Item # 15 [Disposed], [GS], ORIGINAL NIBS DOCKET ENTRY #16 (Entered: 11/15/1994) |
| 11/14/1994 | 17 | OBJECTION by Mellon Bank, N.A. Re: Item # 10, [GS], ORIGINAL NIBS DOCKET ENTRY #17 (Entered: 11/15/1994) |
| 11/14/1994 | 18 | ORDER vacating Re: Item # 12 [Entered: 11/15/94], [GS] ORDER fixing expedited hearing on 11/29/94 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 14 [Entered: 11/15/94], [GS] ORDER approving Re: Item # 14 [Entered: 11/15/94], [GS] ORDER approving Re: Item # 16 [Entered: 11/15/94], [GS] ORDER fixing expedited hearing on 11/29/94 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 15 [Entered: 11/15/94], [GS] ORDER fixing expedited hearing on 11/29/94 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 17, [GS], ORIGINAL NIBS DOCKET ENTRY #18 (Entered: 11/15/1994) |
| 11/16/1994 | 19 | CERTIFICATE of service Re: Item # 18, [GS], ORIGINAL NIBS DOCKET ENTRY #19 (Entered: 11/18/1994) |
| 11/18/1994 | 20 | ANSWER by debtor Re: Item # 15, [GS], ORIGINAL NIBS DOCKET ENTRY #20 (Entered: 11/22/1994) |
| 11/18/1994 | 21 | JOINDER by Ted S. Gladstone Real Estate Re: Item # 13, [GS], ORIGINAL NIBS DOCKET ENTRY #21 (Entered: 11/22/1994) |
| 11/18/1994 | 22 | ENTRY OF APPEARANCE of Kevin K. Kercher, Esq. for Steinman Stations, Inc. and request for notices, [GS], ORIGINAL NIBS DOCKET ENTRY #22 (Entered: 11/22/1994) |
| 11/21/1994 | 23 | CERTIFICATE of service Re: Item # 20, [GS], ORIGINAL NIBS DOCKET ENTRY #23 (Entered: 11/22/1994) |

| 11/22/1994 | 24 | ENTRY OF APPEARANCE of Kevin K. Kercher, Esq. for Europa Diamond Syndicate and request for notices, [GS], ORIGINAL NIBS DOCKET ENTRY #24 (Entered: 11/22/1994) |
|---|---|---|
| 11/22/1994 | 25 | ENTRY OF APPEARANCE of Kevin K. Kercher, Esq. forTed S. Gladstone Real Estate and request for notices, [GS], ORIGINAL NIBS DOCKET ENTRY #25 (Entered: 11/22/1994) |
| 11/22/1994 | 26 | JOINDER by Europa Diamond Syndicate Re: Item # 13, [GS], ORIGINAL NIBS DOCKET ENTRY #26 (Entered: 11/22/1994) |
| 11/22/1994 | 27 | JOINDER by Steinman Stations, Inc. Re: Item # 13, [GS], ORIGINAL NIBS DOCKET ENTRY #27 (Entered: 11/22/1994) |
| 11/22/1994 | 28 | CERTIFICATE of service Re: Item # 22 [Entered: 11/23/94], [GS] CERTIFICATE of service Re: Item # 24 [Entered: 11/23/94], [GS] CERTIFICATE of service Re: Item # 25 [Entered: 11/23/94], [GS] CERTIFICATE of service Re: Item # 27 [Entered: 11/23/94], [GS] CERTIFICATE of service Re: Item # 26 [Entered: 11/23/94], [GS] CERTIFICATE of service Re: Item # 21, [GS], ORIGINAL NIBS DOCKET ENTRY #28 (Entered: 11/23/1994) |
| 11/23/1994 | 29 | MOTION for relief from stay by Mellon Bank, N.A., [GS], ORIGINAL NIBS DOCKET ENTRY #29 (Entered: 11/23/1994) |
| 11/23/1994 | 30 | ORDER setting 12-8-94 answer date and setting hrg. on 12/19/94 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 29, [GS], ORIGINAL NIBS DOCKET ENTRY #30 (Entered: 11/23/1994) |
| 11/23/1994 | 45 | CERTIFICATE of service Re: Item # 29 [Entered: 12/01/94], [GS] CERTIFICATE of service Re: Item # 30, [GS], ORIGINAL NIBS DOCKET ENTRY #45 (Entered: 12/01/1994) |
| 11/25/1994 | 31 | CERTIFICATE of service Re: Item # 20, [EL], ORIGINAL NIBS DOCKET ENTRY #31 (Entered: 11/25/1994) |
| 11/25/1994 | 32 | JOINDER by Kashi, Inc. Re: Item # 13, [GS], ORIGINAL NIBS DOCKET ENTRY #32 (Entered: 11/28/1994) |
| 11/25/1994 | 33 | MOTION to dismiss by Kashi, Inc. [Disposed], [GS], ORIGINAL NIBS DOCKET ENTRY #33 (Entered: 11/28/1994) |
| 11/28/1994 | 34 | Schedules, statements, matrix and list of 20 largest unsecured creditors. Re: Item # 12, [MM], ORIGINAL NIBS DOCKET ENTRY #34 (Entered: 11/29/1994) |
|  |  |  |

| | | |
|---|---|---|
| 11/28/1994 | 35 | PROCEEDING MEMO re hearing HELD. Case to be converted. Re: Item # 8, [AG], ORIGINAL NIBS DOCKET ENTRY #35 (Entered: 11/29/1994) |
| 11/28/1994 | 36 | MOTION to convert from chapter 13 to chapter 11 by debtor [Disposed], [GS], ORIGINAL NIBS DOCKET ENTRY #36 (Entered: 11/29/1994) |
| 11/29/1994 | 37 | ORDER converting chapter 13 to chapter 11 Fee paid on November 30, 1994.Motion disposed Re: Item # 36, [GS], ORIGINAL NIBS DOCKET ENTRY #37 (Entered: 11/29/1994) |
| 11/29/1994 | 38 | ORDER to Debtor to file Final Report and List of Post-Petition Debts. Re: Item # 37, [GS], ORIGINAL NIBS DOCKET ENTRY #38 (Entered: 11/29/1994) |
| 11/29/1994 | 39 | ORDER directing Trustee to file Final Report: due on 12/29/94 Re: Item # 37, [GS], ORIGINAL NIBS DOCKET ENTRY #39 (Entered: 11/29/1994) |
| 11/30/1994 | 40 | ORDER to operate business , [MM], ORIGINAL NIBS DOCKET ENTRY #40 (Entered: 11/30/1994) |
| 12/01/1994 | 41 | Amended caption of case. Re: Item # 1, [MM], ORIGINAL NIBS DOCKET ENTRY #41 (Entered: 12/01/1994) |
| 12/01/1994 | 42 | NOTICE to Debtor of defective amendment Re: Item # 41, [MM], ORIGINAL NIBS DOCKET ENTRY #42 (Entered: 12/01/1994) |
| 12/01/1994 | 43 | Disclosure of Compensation paid or promised to Attorney Feissner., [BC], ORIGINAL NIBS DOCKET ENTRY #43 (Entered: 12/01/1994) |
| 12/01/1994 | 44 | APPLICATION to employ Thomas K. Feissner, Esq. as counsel for the debtor. [Disposed], [BC], ORIGINAL NIBS DOCKET ENTRY #44 (Entered: 12/01/1994) |
| 12/02/1994 | 46 | NOTICE of 341 Meeting , [MM], ORIGINAL NIBS DOCKET ENTRY #46 (Entered: 12/02/1994) |
| 12/02/1994 | 47 | CERTIFICATE of fees and BILL for collection: PAID. due on 01/02/95 Re: Item # 46, [MM], ORIGINAL NIBS DOCKET ENTRY #47 (Entered: 12/02/1994) |
| 12/05/1994 | 48 | FINAL REPORT of Ch. 13 Trustee Re: Item # 39, [RY], ORIGINAL NIBS DOCKET ENTRY #48 (Entered: 12/06/1994) |

| 12/06/1994 | 49 | ANSWER by the debtor. Re: Item # 29, [BC], ORIGINAL NIBS DOCKET ENTRY #49 (Entered: 12/06/1994) |
| 12/06/1994 | 50 | ANSWER by the debtor. Re: Item # 33, [BC], ORIGINAL NIBS DOCKET ENTRY #50 (Entered: 12/06/1994) |
| 12/07/1994 | 60 | Amendment to signature page. Re: Item # 1, [MM], ORIGINAL NIBS DOCKET ENTRY #60 (Entered: 12/22/1994) |
| 12/12/1994 | 51 | ORDER Approving Employment Re: Item # 44, [BC], ORIGINAL NIBS DOCKET ENTRY #51 (Entered: 12/12/1994) |
| 12/13/1994 | 52 | PRAECIPE/WITHDRAWAL Re: Item # 33, [BC], ORIGINAL NIBS DOCKET ENTRY #52 (Entered: 12/13/1994) |
| 12/14/1994 | 53 | FINAL REPORT of Debtor & Statement of Post-Petition Debts Re: Item # 38, [BC], ORIGINAL NIBS DOCKET ENTRY #53 (Entered: 12/16/1994) |
| 12/14/1994 | 54 | APPLICATION to employ George T. Bell as appraiser by the debtor.Mooted by conversion, [BC], ORIGINAL NIBS DOCKET ENTRY #54 (Entered: 12/16/1994) |
| 12/16/1994 | 55 | APPOINTMENT of Unsecured Creditors' Committee , [BC], ORIGINAL NIBS DOCKET ENTRY #55 (Entered: 12/16/1994) |
| 12/19/1994 | 56 | AFFIDAVIT of George Bell. Re: Item # 54, [BC], ORIGINAL NIBS DOCKET ENTRY #56 (Entered: 12/19/1994) |
| 12/19/1994 | 57 | PROCEEDING MEMO re: Hrg. held. Final hrg. set on 01/17/95 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 30, [AG], ORIGINAL NIBS DOCKET ENTRY #57 (Entered: 12/19/1994) |
| 12/21/1994 | 58 | Monthly Income and Expense Statement for October, 1994 Re: Item # 40, [RY], ORIGINAL NIBS DOCKET ENTRY #58 (Entered: 12/21/1994) |
| 12/21/1994 | 59 | ENTRY OF APPEARANCE of the Jewelers Board of Trade as agents for Diaco International Corp., [BC], ORIGINAL NIBS DOCKET ENTRY #59 (Entered: 12/22/1994) |
| 12/22/1994 | 61 | CERTIFICATE of service Re: Item # 54, [PJ], ORIGINAL NIBS DOCKET ENTRY #61 (Entered: 12/22/1994) |
| 12/23/1994 | 62 | APPLICATION to employ Kronick, Kalada, Berdy & Co. as |

| | | |
|---|---|---|
| | | accountants for the debtor.Mooted by conversion, [BC], ORIGINAL NIBS DOCKET ENTRY #62 (Entered: 12/29/1994) |
| 12/29/1994 | 63 | CERTIFICATE of service on U.S. Trustee. Re: Item # 62, [BC], ORIGINAL NIBS DOCKET ENTRY #63 (Entered: 12/29/1994) |
| 12/29/1994 | 64 | APPLICATION to employ David C. Shattenstein, Esq., as counsel for the Creditors' Committee.Mooted by conversion [Disposed], [BC], ORIGINAL NIBS DOCKET ENTRY #64 (Entered: 12/29/1994) |
| 12/29/1994 | 65 | MOTION to convert from chapter 11 to chapter 7 by the debtor. [Disposed], [BC], ORIGINAL NIBS DOCKET ENTRY #65 (Entered: 12/29/1994) |
| 12/29/1994 | 66 | ORDER converting chapter 11 to chapter 7 Re: Item # 65, [BC], ORIGINAL NIBS DOCKET ENTRY #66 (Entered: 12/30/1994) |
| 12/29/1994 | 68 | AFFIDAVIT by Robert M. Caster, CPA, Concannon, Gallagher, Miller & Co., re retention as accountants for Creditors' Committee. [Disposed] [Entered: 12/30/94], [JK] APPLICATION to employ Concannon, Gallagher & Miller as accountants nunc pro tunc as of 12/19/94, by Creditors' Committee. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #68 (Entered: 05/05/1995) |
| 12/30/1994 | 67 | ORDER to Debtor to file Final Report and List of Post-Petition Debts. Re: Item # 66, [BC], ORIGINAL NIBS DOCKET ENTRY #67 (Entered: 12/30/1994) |
| 12/30/1994 | 70 | APPOINTMENT of Trustee , [RK], ORIGINAL NIBS DOCKET ENTRY #70 (Entered: 01/04/1995) |
| 01/03/1995 | 69 | ENTRY OF APPEARANCE of James Adelman, Esq., Morris & Adelman, on behalf of WARM Broadcasting Co. , [JK], ORIGINAL NIBS DOCKET ENTRY #69 (Entered: 01/03/1995) |
| 01/03/1995 | 71 | CERTIFICATION by U. S. Trustee that 341 Meeting was held as scheduled , [MM], ORIGINAL NIBS DOCKET ENTRY #71 (Entered: 01/04/1995) |
| 01/13/1995 | 72 | NOTICE of 341 Meeting , [RK], ORIGINAL NIBS DOCKET ENTRY #72 (Entered: 01/13/1995) |
| 01/13/1995 | 73 | PRAECIPE by US Attorney to add names & addresses of federal agencies to mailing matrix. Re: Item # 11, [JK], ORIGINAL NIBS DOCKET ENTRY #73 (Entered: 01/17/1995) |

| 01/17/1995 | 75 | PROCEEDING MEMO re hearing held. Re: Item # 29 [Entered: 01/19/95], [AG]<br>ORDER granting relief from stay Re: Item # 29, [AG], ORIGINAL NIBS DOCKET ENTRY #75 (Entered: 01/19/1995) |
| --- | --- | --- |
| 01/18/1995 | 74 | FINAL REPORT of Debtor & Statement of Post-Petition Debts Re: Item # 67, [JK], ORIGINAL NIBS DOCKET ENTRY #74 (Entered: 01/18/1995) |
| 01/19/1995 | 76 | APPLICATION of Trustee to appoint himself as Attorney for Trustee [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #76 (Entered: 01/19/1995) |
| 01/20/1995 | 77 | ADDITION to matrix Re: Item # 11, [EF], ORIGINAL NIBS DOCKET ENTRY #77 (Entered: 01/25/1995) |
| 01/31/1995 | 78 | ORDER Approving Employment Re: Item # 76, [JK], ORIGINAL NIBS DOCKET ENTRY #78 (Entered: 01/31/1995) |
| 02/06/1995 | 79 | CERTIFICATE of service of 341 notice to additional creditors Re: Item # 72, [EF], ORIGINAL NIBS DOCKET ENTRY #79 (Entered: 02/07/1995) |
| 02/10/1995 | 80 | APPLICATION for allowance of compensation & expenses by Concannon, Gallagher, Miller & Co. as accountants for Creditors' Committee, in the amount of $8,410.00 for period through 12/31/94. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #80 (Entered: 02/10/1995) |
| 02/10/1995 | 81 | CERTIFICATE of mailing to additional creditors of 341 meeting. Re: Item # 72, [EF], ORIGINAL NIBS DOCKET ENTRY #81 (Entered: 02/13/1995) |
| 02/13/1995 | 82 | APPLICATION to employ Doran & Nowalis as his counsel, by Trustee. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #82 (Entered: 02/13/1995) |
| 02/14/1995 | 83 | Amendment to Schedule[s]: B,C,E & F Re: Item # 34, [EF], ORIGINAL NIBS DOCKET ENTRY #83 (Entered: 02/14/1995) |
| 02/23/1995 | 84 | ORDER Approving Employment Re: Item # 82, [JK], ORIGINAL NIBS DOCKET ENTRY #84 (Entered: 02/23/1995) |
| 03/02/1995 | 85 | 341 MINUTE SHEET: meeting was held as scheduled. , [RK], ORIGINAL NIBS DOCKET ENTRY #85 (Entered: 03/02/1995) |
| 03/13/1995 | 86 | CERTIFICATE of outstanding U. S. Trustee quarterly fees , [JK], |

| | | |
|---|---|---|
| | | ORIGINAL NIBS DOCKET ENTRY #86 (Entered: 03/13/1995) |
| 03/13/1995 | 87 | MOTION for relief from stay by Elkana Minsky [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #87 (Entered: 03/13/1995) |
| 03/13/1995 | 88 | ORDER fixing 3/28/95 as answer date and fixing hearing on 04/10/95 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 87, [JK], ORIGINAL NIBS DOCKET ENTRY #88 (Entered: 03/13/1995) |
| 03/13/1995 | 89 | DEBTOR'S RESPONSE Re: Item # 87, [JK], ORIGINAL NIBS DOCKET ENTRY #89 (Entered: 03/13/1995) |
| 03/17/1995 | 90 | CERTIFICATE of service Re: Item # 87 [Entered: 03/17/95], [JK] CERTIFICATE of service Re: Item # 88, [JK], ORIGINAL NIBS DOCKET ENTRY #90 (Entered: 03/17/1995) |
| 04/03/1995 | 91 | ORDER granting Re: Item # 29, [JK], ORIGINAL NIBS DOCKET ENTRY #91 (Entered: 04/03/1995) |
| 04/03/1995 | 92 | APPLICATION to employ Howard Cohen, CPA, Parente Randolph Orlando Carey & Assoc., as accountants, by Trustee. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #92 (Entered: 04/03/1995) |
| 04/10/1995 | 93 | PROCEEDING MEMO re hearing held. Re: Item # 87 [Entered: 04/10/95], [AG] ORDER denying Motion. Re: Item # 87, [AG], ORIGINAL NIBS DOCKET ENTRY #93 (Entered: 04/10/1995) |
| 04/11/1995 | 94 | ADVERSARY PROCEEDING FILED NO. 5-95-00346A. [Entered: 04/12/95], [JK] Terminated Re: Item # 94, [RY], ORIGINAL NIBS DOCKET ENTRY #94 (Entered: 02/20/1996) |
| 04/11/1995 | 95 | ADVERSARY PROCEEDING FILED NO. 5-95-00347A., [JK], ORIGINAL NIBS DOCKET ENTRY #95 (Entered: 04/12/1995) |
| 04/13/1995 | 96 | ORDER Approving Employment Re: Item # 92, [JK], ORIGINAL NIBS DOCKET ENTRY #96 (Entered: 04/13/1995) |
| 05/03/1995 | 97 | APPLICATION to employ Leonard Levine, as gemologist, by Trustee. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #97 (Entered: 05/03/1995) |
| 05/05/1995 | 98 | ORDER Approving Employment Re: Item # 68, [JK], ORIGINAL NIBS DOCKET ENTRY #98 (Entered: 05/05/1995) |

| 05/16/1995 | 99 | NOTICE sent to counsel for mailing fixing answer/objection date Re: Item # 80, [JK], ORIGINAL NIBS DOCKET ENTRY #99 (Entered: 05/16/1995) |
| 05/18/1995 | 100 | CERTIFICATE of service Re: Item # 97, [JK], ORIGINAL NIBS DOCKET ENTRY #100 (Entered: 05/18/1995) |
| 05/19/1995 | 101 | REQUEST FOR NOTICES by Robert Opel, II, Esq., [JK], ORIGINAL NIBS DOCKET ENTRY #101 (Entered: 05/19/1995) |
| 05/23/1995 | 102 | MOTION for relief from stay by Kashi, Inc. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #102 (Entered: 05/23/1995) |
| 05/23/1995 | 103 | ORDER fixing 6/7/95 as answer date and fixing hearing on 06/15/95 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 102, [JK], ORIGINAL NIBS DOCKET ENTRY #103 (Entered: 05/23/1995) |
| 05/26/1995 | 104 | CERTIFICATE of service Re: Item # 102 [Entered: 05/26/95], [JK] CERTIFICATE of service Re: Item # 103, [JK], ORIGINAL NIBS DOCKET ENTRY #104 (Entered: 05/26/1995) |
| 05/26/1995 | 105 | CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 06/08/95 Re: Item # 80, [JK], ORIGINAL NIBS DOCKET ENTRY #105 (Entered: 05/26/1995) |
| 05/30/1995 | 106 | ORDER Approving Employment Re: Item # 97, [JK], ORIGINAL NIBS DOCKET ENTRY #106 (Entered: 05/30/1995) |
| 06/02/1995 | 107 | DEBTOR'S RESPONSE Re: Item # 102, [JK], ORIGINAL NIBS DOCKET ENTRY #107 (Entered: 06/02/1995) |
| 06/06/1995 | 108 | ANSWER by Trustee Re: Item # 102, [JK], ORIGINAL NIBS DOCKET ENTRY #108 (Entered: 06/07/1995) |
| 06/08/1995 | 109 | OBJECTION by Trustee Re: Item # 80, [JK], ORIGINAL NIBS DOCKET ENTRY #109 (Entered: 06/09/1995) |
| 06/12/1995 | 110 | NOTICE to parties of hearing on 07/31/95 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 80, [JK], ORIGINAL NIBS DOCKET ENTRY #110 (Entered: 06/12/1995) |
| 06/15/1995 | 111 | PROCEEDING MEMO re: Hrg. held; findings and conclusions on record. ORDER entered granting relief regarding bank accounts and denying relief as to all other assets. Re: Item # 102, [AG], ORIGINAL NIBS DOCKET ENTRY #111 (Entered: 06/15/1995) |

| 07/13/1995 | 112 | MOTION for relief from stay by J-Hawk Corp. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #112 (Entered: 07/13/1995) |
| 07/13/1995 | 113 | ORDER fixing 7/28/95 as answer date and fixing hearing on 07/31/95 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 112 [Rescheduled], [JK], ORIGINAL NIBS DOCKET ENTRY #113 (Entered: 07/13/1995) |
| 07/19/1995 | 114 | DEBTOR'S RESPONSE Re: Item # 112, [JK], ORIGINAL NIBS DOCKET ENTRY #114 (Entered: 07/19/1995) |
| 07/19/1995 | 115 | CERTIFICATE of service Re: Item # 112 [Entered: 07/19/95], [JK] CERTIFICATE of service Re: Item # 113, [JK], ORIGINAL NIBS DOCKET ENTRY #115 (Entered: 07/19/1995) |
| 07/31/1995 | 116 | MOTION to compel abandonment by Debtor of real property known as 154 Mundy St., Wilkes-Barre, Pa. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #116 (Entered: 07/31/1995) |
| 07/31/1995 | 117 | ORDER that answers are due on 08/15/95 Re: Item # 116, [JK], ORIGINAL NIBS DOCKET ENTRY #117 (Entered: 07/31/1995) |
| 07/31/1995 | 118 | PROCEEDING MEMO re: Hrg. held. ORDER overruling Objection of Trustee and approving Fee Application of Accountants. Re: Item # 80, [AG], ORIGINAL NIBS DOCKET ENTRY #118 (Entered: 08/01/1995) |
| 07/31/1995 | 119 | PROCEEDING MEMO re hearing cancelled. Rescheduled at request of party on 08/14/95 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 113 [Rescheduled], [AG], ORIGINAL NIBS DOCKET ENTRY #119 (Entered: 08/01/1995) |
| 08/02/1995 | 120 | CERTIFICATE of service Re: Item # 116 [Entered: 08/02/95], [JK] CERTIFICATE of service Re: Item # 117, [JK], ORIGINAL NIBS DOCKET ENTRY #120 (Entered: 08/02/1995) |
| 08/10/1995 | 121 | CORRESPONDENCE from Atty. Paley confirming continuance. Re: Item # 119, [AG], ORIGINAL NIBS DOCKET ENTRY #121 (Entered: 08/10/1995) |
| 08/14/1995 | 122 | PROCEEDING MEMO re hearing cancelled. Rescheduled at request of party on 08/28/95 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 119, [AG], ORIGINAL NIBS DOCKET ENTRY #122 (Entered: 08/14/1995) |
| 08/21/1995 | 123 | CERTIFICATE of service of notice of intention to obtain default |

| | | |
|---|---|---|
| | | judgment Re: Item # 116, [RY], ORIGINAL NIBS DOCKET ENTRY #123 (Entered: 08/22/1995) |
| 08/22/1995 | 124 | ANSWER by trustee; or in the alternative to approve partial sale of property. Re: Item # 116, [GP], ORIGINAL NIBS DOCKET ENTRY #124 (Entered: 08/23/1995) |
| 08/24/1995 | 125 | MOTION for expedited hearing filed by debtor. Re: Item # 116 [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #125 (Entered: 08/24/1995) |
| 08/28/1995 | 127 | PROCEEDING MEMO re hearing held; Order to be entered. Re: Item # 112, [JK], ORIGINAL NIBS DOCKET ENTRY #127 (Entered: 09/01/1995) |
| 08/28/1995 | 128 | STIPULATION by Trustee and J-Hawk Corp. in settlement Re: Item # 112, [JK], ORIGINAL NIBS DOCKET ENTRY #128 (Entered: 09/01/1995) |
| 08/31/1995 | 126 | CERTIFICATE OF MAILING of Notice by Trustee to Creditors re sale of inventory, personal property and various motor vehicles to be held at 154 Mundy St., Wilkes-Barre, Pa., on 9/22/95, 9/23/95, 9/24/95, and an auction sale to be held 9/30/95 on any remaining property. Objections due on 09/19/95, [JK], ORIGINAL NIBS DOCKET ENTRY #126 (Entered: 09/01/1995) |
| 09/01/1995 | 129 | ORDER approving Stipulation #128. Re: Item # 112, [JK], ORIGINAL NIBS DOCKET ENTRY #129 (Entered: 09/01/1995) |
| 09/01/1995 | 130 | ORDER denying Re: Item # 125, [JK], ORIGINAL NIBS DOCKET ENTRY #130 (Entered: 09/01/1995) |
| 09/06/1995 | 131 | APPLICATION to employ Colonel Steve Sitar & Co., as auctioneer, by Trustee. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #131 (Entered: 09/06/1995) |
| 09/06/1995 | 132 | NOTICE to parties of hearing on 10/12/95 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 116 [Rescheduled], [JK], ORIGINAL NIBS DOCKET ENTRY #132 (Entered: 09/06/1995) |
| 09/19/1995 | 133 | OBJECTION by Elkana Minsky to sale Re: Item # 126, [JK], ORIGINAL NIBS DOCKET ENTRY #133 (Entered: 09/19/1995) |
| 09/20/1995 | 134 | ORDER Approving Employment Re: Item # 131, [JK], ORIGINAL NIBS DOCKET ENTRY #134 (Entered: 09/21/1995) |

| 09/21/1995 | 135 | PRAECIPE to withdraw objection Re: Item # 133, [JK], ORIGINAL NIBS DOCKET ENTRY #135 (Entered: 09/21/1995) |
|------------|-----|------------------------------------------------------------------------------------------------------------|
| 09/21/1995 | 136 | ORDER approving Re: Item # 135, [JK], ORIGINAL NIBS DOCKET ENTRY #136 (Entered: 09/22/1995) |
| 09/28/1995 | 137 | PROCEEDING MEMO re hearing cancelled. Rescheduled at request of party on 10/17/95 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 132, [AG], ORIGINAL NIBS DOCKET ENTRY #137 (Entered: 09/28/1995) |
| 10/17/1995 | 138 | STIPULATION by Trustee and Debtor in settlement Re: Item # 116 [Entered: 10/17/95], [JK] This disposes of prior pleading Re: Item # 116, [GP], ORIGINAL NIBS DOCKET ENTRY #138 (Entered: 10/03/2001) |
| 11/07/1995 | 139 | NOTICE by Trustee of change to asset case: claims bar date to be set., [JK], ORIGINAL NIBS DOCKET ENTRY #139 (Entered: 11/07/1995) |
| 11/07/1995 | 140 | NOTICE sent to Trustee for mailing Re: Item # 139, [JK], ORIGINAL NIBS DOCKET ENTRY #140 (Entered: 11/07/1995) |
| 11/20/1995 | 141 | CERTIFICATE of mailing of notice by trustee fixing claims bar date. Re: Item # 139, [JK], ORIGINAL NIBS DOCKET ENTRY #141 (Entered: 11/20/1995) |
| 12/12/1995 | 142 | APPLICATION for payment of administrative expenses by Thomas & Elizabeth Van Scoy for $21,225.00 for rent. [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #142 (Entered: 12/12/1995) |
| 12/12/1995 | 143 | NOTICE sent to counsel for mailing fixing answer/objection date Re: Item # 142, [JK], ORIGINAL NIBS DOCKET ENTRY #143 (Entered: 12/12/1995) |
| 12/18/1995 | 144 | CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 01/04/96 Re: Item # 142, [JK], ORIGINAL NIBS DOCKET ENTRY #144 (Entered: 12/19/1995) |
| 12/18/1995 | 145 | CERTIFICATE of service Re: Item # 142, [JK], ORIGINAL NIBS DOCKET ENTRY #145 (Entered: 12/19/1995) |
| 12/28/1995 | 146 | OBJECTION by Massoud Zar Re: Item # 142, [JK], ORIGINAL NIBS DOCKET ENTRY #146 (Entered: 12/28/1995) |
| 01/02/1996 | 147 | OBJECTION by Trustee Re: Item # 142, [JK], ORIGINAL NIBS DOCKET ENTRY #147 (Entered: 01/02/1996) |

USBC PAM - LIVE - V2.7 - Docket Report

| 01/04/1996 | 148 | OBJECTION by Kashi, Inc. Re: Item # 142, [JK], ORIGINAL NIBS DOCKET ENTRY #148 (Entered: 01/04/1996) |
| 01/04/1996 | 149 | REPORT of sale by Trustee Re: Item # 126, [JK], ORIGINAL NIBS DOCKET ENTRY #149 (Entered: 01/04/1996) |
| 01/09/1996 | 150 | NOTICE to parties of hearing on 03/11/96 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 142 [Rescheduled], [JK], ORIGINAL NIBS DOCKET ENTRY #150 (Entered: 01/09/1996) |
| 02/02/1996 | 151 | APPLICATION of Debtor's counsel for fees of $19,497.60 for period 9/23/94 to 10/19/95, and expenses of $344.69., [JK], ORIGINAL NIBS DOCKET ENTRY #151 (Entered: 02/02/1996) |
| 02/02/1996 | 152 | CERTIFICATE of service Re: Item # 151, [JK], ORIGINAL NIBS DOCKET ENTRY #152 (Entered: 02/02/1996) |
| 02/02/1996 | 153 | NOTICE sent to counsel for mailing fixing answer/objection date Re: Item # 151, [JK], ORIGINAL NIBS DOCKET ENTRY #153 (Entered: 02/02/1996) |
| 02/20/1996 | 154 | CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 03/07/96 Re: Item # 151, [RY], ORIGINAL NIBS DOCKET ENTRY #154 (Entered: 02/21/1996) |
| 02/29/1996 | 155 | OBJECTION by Massoud Zar. Re: Item # 151, [JK], ORIGINAL NIBS DOCKET ENTRY #155 (Entered: 02/29/1996) |
| 03/06/1996 | 156 | OBJECTION by Kashi, Inc. Re: Item # 151, [JK], ORIGINAL NIBS DOCKET ENTRY #156 (Entered: 03/06/1996) |
| 03/07/1996 | 157 | OBJECTION by Trustee Re: Item # 151, [JK], ORIGINAL NIBS DOCKET ENTRY #157 (Entered: 03/07/1996) |
| 03/08/1996 | 158 | MOTION to continue hearing, by Debtor Re: Item # 150 [Disposed], [JK], ORIGINAL NIBS DOCKET ENTRY #158 (Entered: 03/08/1996) |
| 03/11/1996 | 159 | CERTIFICATE OF SERVICE of notice rescheduling hearing on 04/30/96 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 150 [Rescheduled], [JK], ORIGINAL NIBS DOCKET ENTRY #159 (Entered: 03/12/1996) |
| 03/11/1996 | 160 | CORRESPONDENCE and FAX Motion for Continuance from Atty. Feissner. Motion granted. Re: Item # 158, [AG], ORIGINAL NIBS DOCKET ENTRY #160 (Entered: 03/12/1996) |

| 03/14/1996 | 161 | NOTICE to parties of hearing on 04/30/96 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 151, [JK], ORIGINAL NIBS DOCKET ENTRY #161 (Entered: 03/14/1996) |
| --- | --- | --- |
| 03/22/1996 | 162 | CORRESPONDENCE from Massoud Zar requesting continuance of hearing Re: Item # 142 [Entered: 03/22/96], [JK] CORRESPONDENCE from Massoud Zar requesting continuance of hearing Re: Item # 151, [JK], ORIGINAL NIBS DOCKET ENTRY #162 (Entered: 03/22/1996) |
| 03/22/1996 | 163 | NOTICE TO PARTIES rescheduling hearingNOTICE TO PARTIES rescheduling hearing on 05/22/96 at 10:00 a.m. at Courtroom #1, Federal Building, 197 South Main Street, Wilkes-Barre, PA Re: Item # 159 [Rescheduled], [JK], ORIGINAL NIBS DOCKET ENTRY #163 (Entered: 03/22/1996) |
| 05/23/1996 | 164 | PROCEEDING MEMO re hearing cancelled. Rescheduled at request of party on 06/20/96 at 10:00 a.m. at Courtroom 1, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA Re: Item # 163, [AG], ORIGINAL NIBS DOCKET ENTRY #164 (Entered: 05/23/1996) |
| 05/23/1996 | 165 | PROCEEDING MEMO re hearing cancelled. Rescheduled at request of party on 06/20/96 at 10:00 a.m. at Courtroom 1, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA Re: Item # 163 [Rescheduled], [AG], ORIGINAL NIBS DOCKET ENTRY #165 (Entered: 05/23/1996) |
| 05/29/1996 | 166 | CORRESPONDENCE from Atty. Nowalis confirming new hearing date. Re: Item # 164, [AG], ORIGINAL NIBS DOCKET ENTRY #166 (Entered: 05/29/1996) |
| 06/20/1996 | 167 | PROCEEDING MEMO re: Hrg. held. Settled; Stipulation to be filed: due by 07/22/96 Re: Item # 151 [Complied], [AG], ORIGINAL NIBS DOCKET ENTRY #167 (Entered: 06/20/1996) |
| 06/20/1996 | 168 | PROCEEDING MEMO re: Hrg. held. To be merged with Complaint filed this date and heard at that time. Re: Item # 142, [AG], ORIGINAL NIBS DOCKET ENTRY #168 (Entered: 06/20/1996) |
| 06/20/1996 | 169 | ADVERSARY PROCEEDING FILED NO. 5-96-00180A., [JK], ORIGINAL NIBS DOCKET ENTRY #169 (Entered: 06/25/1996) |
| 07/03/1996 | 170 | ADVERSARY PROCEEDING FILED NO. 5-96-00193A. [Entered: 07/03/96], [JK] Terminated , [GP], ORIGINAL NIBS DOCKET ENTRY #170 |

| | | |
|---|---|---|
| | | (Entered: 10/27/1999) |
| 07/03/1996 | 172 | ADVERSARY PROCEEDING FILED NO. 5-96-00195A. [Entered: 07/03/96], [JK] Terminated , [GP], ORIGINAL NIBS DOCKET ENTRY #172 (Entered: 10/27/1999) |
| 07/03/1996 | 173 | ADVERSARY PROCEEDING FILED NO. 5-96-00196A., [JK], ORIGINAL NIBS DOCKET ENTRY #173 (Entered: 07/03/1996) |
| 07/25/1996 | 174 | CORRESPONDENCE from Comm. of PA/Dept. of Labor and Industry withdrawing Claim NO.# 67 in the amount of $119.92 , [RY], ORIGINAL NIBS DOCKET ENTRY #174 (Entered: 07/25/1996) |
| 07/26/1996 | 175 | STIPULATION by in Settlement by Trustee, Zar, Kashi, and Atty. Feissner to Fee Application Re: Item # 167, [RY], ORIGINAL NIBS DOCKET ENTRY #175 (Entered: 07/26/1996) |
| 08/08/1996 | 176 | ORDER APPROVING STIPULATION. Re: Item # 175, [GP], ORIGINAL NIBS DOCKET ENTRY #176 (Entered: 08/08/1996) |
| 11/07/1996 | 177 | APPLICATION to employ ACCOUNTANTS by Attorney for Trustee. [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #177 (Entered: 11/12/1996) |
| 11/20/1996 | 178 | ORDER approving Re: Item # 177, [GP], ORIGINAL NIBS DOCKET ENTRY #178 (Entered: 11/20/1996) |
| 07/25/1997 | 179 | MOTION for relief from stay by U.S.A. [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #179 (Entered: 07/25/1997) |
| 07/25/1997 | 180 | ORDER fixing 08/11/97 as answer date and fixing hearing on 08/13/97 at 10:00 a.m. at Courtroom 1, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA Re: Item # 179 [Rescheduled], [GP], ORIGINAL NIBS DOCKET ENTRY #180 (Entered: 07/25/1997) |
| 07/30/1997 | 181 | CERTIFICATE of service Re: Item # 179 [Entered: 07/31/97], [RY] CERTIFICATE of service Re: Item # 180, [RY], ORIGINAL NIBS DOCKET ENTRY #181 (Entered: 07/31/1997) |
| 07/30/1997 | 182 | ANSWER by Debtors Re: Item # 179, [RY], ORIGINAL NIBS DOCKET ENTRY #182 (Entered: 07/31/1997) |
| 08/08/1997 | 183 | TRUSTEE'S consent to Motion of USA Re: Item # 179, [RY], ORIGINAL NIBS DOCKET ENTRY #183 (Entered: 08/08/1997) |

| 08/13/1997 | 184 | PROCEEDING MEMO re hearing cancelled. Rescheduled at request of party on 10/15/97 at 10:00 a.m. at Courtroom 1, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA Re: Item # 180, [AG], ORIGINAL NIBS DOCKET ENTRY #184 (Entered: 08/13/1997) |
|---|---|---|
| 10/24/1997 | 185 | PROCEEDING MEMO re hearing not held; settled. Re: Item # 179 [Complied] [Entered: 10/24/97], [AG] ORDER that Stipulation be filed within 30 days or proceeding will be dismissed without prejudice; stipulation due by 11/24/97 Re: Item # 179 [Complied], [AG], ORIGINAL NIBS DOCKET ENTRY #185 (Entered: 10/24/1997) |
| 11/12/1997 | 186 | STIPULATION by U.S.A. and debtor that upon approval of stipulation that stay is lifted. Re: Item # 185, [GP], ORIGINAL NIBS DOCKET ENTRY #186 (Entered: 11/13/1997) |
| 11/17/1997 | 187 | ORDER granting Re: Item # 179, [GP], ORIGINAL NIBS DOCKET ENTRY #187 (Entered: 11/18/1997) |
| 11/02/1998 | 188 | ADVERSARY PROCEEDING FILED NO. 5-98-00242A, [GP], ORIGINAL NIBS DOCKET ENTRY #188 (Entered: 11/03/1998) |
| 01/15/1999 | 189 | APPLICATION for allowance of compensation & expenses for accountant. [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #189 (Entered: 01/19/1999) |
| 01/19/1999 | 190 | NOTICE sent to counsel for mailing fixing answer/objection date Re: Item # 189, [GP], ORIGINAL NIBS DOCKET ENTRY #190 (Entered: 01/19/1999) |
| 01/21/1999 | 191 | CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 02/09/99 Re: Item # 189, [GP], ORIGINAL NIBS DOCKET ENTRY #191 (Entered: 01/22/1999) |
| 04/22/1999 | 192 | ADVERSARY PROCEEDING FILED NO. 5-99-00077A, [SAB], ORIGINAL NIBS DOCKET ENTRY #192 (Entered: 04/22/1999) |
| 05/10/1999 | 193 | CERTIFICATE of no objection Re: Item # 189, [GP], ORIGINAL NIBS DOCKET ENTRY #193 (Entered: 05/11/1999) |
| 05/11/1999 | 194 | ORDER approving Re: Item # 189, [GP], ORIGINAL NIBS DOCKET ENTRY #194 (Entered: 05/12/1999) |
| 06/14/1999 | 195 | APPLICATION to employ SM Wolfe Real Estate. [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #195 (Entered: 06/14/1999) |

| 06/14/1999 | 196 | ORDER approving Re: Item # 195, [GP], ORIGINAL NIBS DOCKET ENTRY #196 (Entered: 06/14/1999) |
| 09/09/1999 | 197 | ENTRY OF APPEARANCE of Joseph G. Murray, Esq. for Elizabeth Williams & Rich Williams i/t/a Van Scoy Diamond Mines. , [JT], ORIGINAL NIBS DOCKET ENTRY #197 (Entered: 09/10/1999) |
| 09/13/1999 | 198 | TRANSCRIPT of testimony of 341 meeting held on 2-10-95. Re: Item # 1, [GP], ORIGINAL NIBS DOCKET ENTRY #198 (Entered: 09/14/1999) |
| 09/29/1999 | 199 | CORRESPONDENCE from Atty. Feissner confirming phone conference set for 10/01/99 at 10:30 a.m. Re: Item # 142, [AG], ORIGINAL NIBS DOCKET ENTRY #199 (Entered: 09/29/1999) |
| 10/05/1999 | 200 | PROCEEDING MEMO re: Telephone Conference held 10/1/99 re: Motion for Allowance of Administrative Claim. ORDER that Movants, Thomas and Elizabeth Van Scoy are awarded an administrative allowance of Twenty-One Thousand Two Hundred Twenty-Five [$21,225.00 ] Dollars; subject, however, to whatever setoff rights the Trustee may assert in the future. Re: Item # 142 [Disposed], [AG], ORIGINAL NIBS DOCKET ENTRY #200 (Entered: 10/05/1999) |
| 10/06/1999 | 201 | Application of Trustee to compensate Real Estate Expert [Sam Wolfe Real Estate] [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #201 (Entered: 10/06/1999) |
| 10/07/1999 | 202 | ORDER approving application to compensate SM Wolfe Real Estate for $475.00 Re: Item # 201, [GP], ORIGINAL NIBS DOCKET ENTRY #202 (Entered: 10/08/1999) |
| 10/08/1999 | 203 | DEBTOR'S MOTION for Order compelling abandonment and for valuation. , [GP], ORIGINAL NIBS DOCKET ENTRY #203 (Entered: 10/08/1999) |
| 10/08/1999 | 204 | NOTICE sent to counsel for mailing fixing answer/objection date Re: Item # 203, [GP], ORIGINAL NIBS DOCKET ENTRY #204 (Entered: 10/08/1999) |
| 10/13/1999 | 205 | APPLICATION for interim fees and expenses for McGrail, Merkel, Quinn and Associates [$2,476.35] [SECOND] [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #205 (Entered: 10/13/1999) |
| 10/13/1999 | 206 | NOTICE sent to counsel for mailing fixing answer/objection date Re: Item # 205, [GP], ORIGINAL NIBS DOCKET ENTRY #206 (Entered: 10/13/1999) |

| 10/14/1999 | 207 | CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 11/03/99 Re: Item # 205, [GP], ORIGINAL NIBS DOCKET ENTRY #207 (Entered: 10/15/1999) |
| 10/15/1999 | 208 | CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 11/15/99 Re: Item # 203, [GP], ORIGINAL NIBS DOCKET ENTRY #208 (Entered: 10/18/1999) |
| 10/19/1999 | 209 | ANSWER by Trustee. Re: Item # 203, [GP], ORIGINAL NIBS DOCKET ENTRY #209 (Entered: 10/20/1999) |
| 10/27/1999 | 171 | Terminated [Entered: 10/27/99], [GP] ADVERSARY PROCEEDING FILED NO. 5-96-00194A., [JK], ORIGINAL NIBS DOCKET ENTRY #171 (Entered: 07/03/1996) |
| 10/28/1999 | 210 | OBJECTION by debtors. Re: Item # 205, [GP], ORIGINAL NIBS DOCKET ENTRY #210 (Entered: 10/29/1999) |
| 11/08/1999 | 211 | NOTICE TO ALL CREDITORS of ORDER OF 9-17-99 denying the Discharge. , [GP], ORIGINAL NIBS DOCKET ENTRY #211 (Entered: 11/08/1999) |
| 11/12/1999 | 212 | NOTICE to parties of hearing on 01/13/00 at 10:00 A.M. at Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 Re: Item # 205, [GP], ORIGINAL NIBS DOCKET ENTRY #212 (Entered: 11/12/1999) |
| 01/13/2000 | 213 | PROCEEDING MEMO re: Hrg. held. Matter taken under advisement. Brief due from Objector within fifteen [15] days; Brief from Trustee within thirty [30] days. Re: Item # 205, [AG], ORIGINAL NIBS DOCKET ENTRY #213 (Entered: 01/19/2000) |
| 01/28/2000 | 214 | BRIEF in support of opposition. Re: Item # 210, [GP], ORIGINAL NIBS DOCKET ENTRY #214 (Entered: 01/31/2000) |
| 02/04/2000 | 215 | TRANSCRIPT of testimony of trial held 9-14-99. [Trial transcript relates to adversary numbers 5-95-00347A, 5-96-00180A, 5-96-00196A and 5-99-00077A] Re: Item # 192, [PJ], ORIGINAL NIBS DOCKET ENTRY #215 (Entered: 02/04/2000) |
| 02/04/2000 | 216 | TRANSCRIPT of testimony of trial held 9-15-99 [Trial transcript relates to adversary numbers 5-95-00347A, 5-96-00180A, 5-96-00196A and 5-99-00077A] Re: Item # 192, [PJ], ORIGINAL NIBS DOCKET ENTRY #216 (Entered: 02/04/2000) |
| 02/04/2000 | 217 | TRANSCRIPT of testimony of trial held 9-16-99. [Trial transcript relates to adversary numbers 5-95-00347A, 5-96-00180A, 5-96- |

| | | |
|---|---|---|
| | | 00196A and 5-99-00077A] Re: Item # 192, [PJ], ORIGINAL NIBS DOCKET ENTRY #217 (Entered: 02/04/2000) |
| 02/15/2000 | 218 | BRIEF of Trustee in support of App. # 205 Re: Item # 205, [GP], ORIGINAL NIBS DOCKET ENTRY #218 (Entered: 02/15/2000) |
| 12/04/2000 | 219 | SETTLEMENT AGREEMENT of Adversary Proceedings and contested matters with releases and other provisions. This relates to #203 This relates to #205 This related to #142 , [GP], ORIGINAL NIBS DOCKET ENTRY #219 (Entered: 12/06/2000) |
| 12/04/2000 | 220 | TRUSTEE'S MOTION for approval of settlement Re: Item # 219 [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #220 (Entered: 12/06/2000) |
| 12/04/2000 | 221 | CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 12/26/00 Re: Item # 219, [GP], ORIGINAL NIBS DOCKET ENTRY #221 (Entered: 12/06/2000) |
| 12/14/2000 | 222 | INDIVIDUAL MOTION TO APPROVE SETTLEMENT regarding Motion #203.[Notice sent in #221] [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #222 (Entered: 12/18/2000) |
| 12/14/2000 | 223 | INDIVIDUAL MOTION TO APPROVE SETTLEMENT re: Ojbection to Adminstrative Claim #142. [Notice sent in #221] [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #223 (Entered: 12/18/2000) |
| 12/14/2000 | 224 | INDIVIDUAL MOTION TO APPROVE SETTLEMENT re: Objection to Application for Compensation #205.[Notice sent in #221 [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #224 (Entered: 12/18/2000) |
| 01/04/2001 | 225 | CERTIFICATE of no objection Re: Item # 221, [GP], ORIGINAL NIBS DOCKET ENTRY #225 (Entered: 01/08/2001) |
| 01/04/2001 | 226 | ORDERED that Order of 10/05/99 allowing an administrative claim in the maount of $21,225.00 is hereby vacated and Motion seeking adminstrative expenses is dismissed with prejudice. Re: Item # 142 [Entered: 01/08/01], [GP] This disposes of prior pleading ORDERED that the Motion to comepl adandonment and for valuation filed by debtor is dismissed with prejudice. ORDERED dismissing debtor's objectio with prejudice. ORDERED that trademark "Van Scoy Diamond Mines" become the sole and exclusive property of Way ne Van Scoy. ORDERED that settlement proceeds of $70,000. shall be paid to R. Sheils, Esq. Trustee. Re: Item # 200 [Entered: 01/08/01], [GP] |

|  |  | This disposes of prior pleading Re: Item # 222 [Entered: 01/08/01], [GP]<br>This disposes of prior pleading Re: Item # 223 [Entered: 01/08/01], [GP]<br>This disposes of prior pleading Re: Item # 224, [GP], ORIGINAL NIBS DOCKET ENTRY #226 (Entered: 01/08/2001) |
|---|---|---|
| 01/26/2001 | 227 | NOTICE to creditors of Order of 1-4-01 vacating denial of discharge Re: Item # 226, [GP], ORIGINAL NIBS DOCKET ENTRY #227 (Entered: 01/29/2001) |
| 01/26/2001 | 228 | DISCHARGE OF DEBTOR[S] entered on 1-23-01. Cert of Mail , [GP], ORIGINAL NIBS DOCKET ENTRY #228 (Entered: 01/29/2001) |
| 02/05/2001 | 229 | CERTIFICATE of fees and BILL for collection: $76.50 [copies of claims] due on 02/15/01, [GP], ORIGINAL NIBS DOCKET ENTRY #229 (Entered: 02/05/2001) |
| 02/20/2001 | 230 | CERTIFICATE of fees and BILL for collection: $37.00[ copies of claims] due on 03/02/01, [GP], ORIGINAL NIBS DOCKET ENTRY #230 (Entered: 02/20/2001) |
| 04/18/2001 | 231 | ORDER approving compensation for Accountants, McGrail, Merkel & Quinn in the amount of $2,476.35. Re: Item # 205, [GP], ORIGINAL NIBS DOCKET ENTRY #231 (Entered: 04/19/2001) |
| 08/23/2001 | 232 | APPLICATION for interim fees and expenses for Doran and Nowalis, counsel to Trustee [Disposed], [GP], ORIGINAL NIBS DOCKET ENTRY #232 (Entered: 08/27/2001) |
| 08/24/2001 | 233 | CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 09/14/01 Re: Item # 232, [GP], ORIGINAL NIBS DOCKET ENTRY #233 (Entered: 08/27/2001) |
| 09/21/2001 | 234 | CERTIFICATE of no objection Re: Item # 232, [GP], ORIGINAL NIBS DOCKET ENTRY #234 (Entered: 09/24/2001) |
| 09/26/2001 | 235 | ORDER approving interim compensation in the amount of $60,000. and expenses of $1274.50 Re: Item # 232, [GP], ORIGINAL NIBS DOCKET ENTRY #235 (Entered: 09/27/2001) |
| 10/30/2001 | 236 | Request for Court Costs from Trustee. , [GP], ORIGINAL NIBS DOCKET ENTRY #236 (Entered: 10/30/2001) |
| 10/30/2001 | 237 | CERTIFICATE of fees and BILL for collection: $750.00 due on 11/09/01 Re: Item # 236, [GP], ORIGINAL NIBS DOCKET ENTRY |

| | | #237 (Entered: 10/30/2001) |
|---|---|---|
| 04/17/2002 | 238 | TRUSTEE"S MOTION for an Order allowing Amendments to Proofs of Claim , [GP], ORIGINAL NIBS DOCKET ENTRY #238 (Entered: 04/18/2002) |
| 04/19/2002 | 239 | CERTIFICATE of service Re: Item # 238, [GP], ORIGINAL NIBS DOCKET ENTRY #239 (Entered: 04/22/2002) |
| 04/22/2002 | 240 | ORDER approving Re: Item # 238, [GP], ORIGINAL NIBS DOCKET ENTRY #240 (Entered: 04/22/2002) |
| 06/10/2002 | 241 | CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 07/10/02 Re: Item # 238, [GP], ORIGINAL NIBS DOCKET ENTRY #241 (Entered: 06/11/2002) |
| 03/25/2003 | 242 | OBJECTION to Claim #4, Kashi, Inc. [Entered: 03/26/03], [JT] OBJECTION to Claim #13 John H. Martin [Entered: 03/26/03], [JT] OBJECTION to Claim #21, US Small Business Administration [Entered: 03/26/03], [JT] OBJECTION to Claim #45 Kashi, Inc. [Entered: 03/26/03], [JT] OBJECTION to Claim #48 Boardwalk Regency Corp. [Entered: 03/26/03], [JT] OBJECTION to Claim #53 Thomas & Elizabeth Van Scoy [Entered: 03/26/03], [JT] OBJECTION to Claim #54 Trumps Castle Casino Resort [Entered: 03/26/03], [JT] OBJECTION to Claim #57 Trump Plaza Asc dba Trump Hotel [Entered: 03/26/03], [JT] OBJECTION to Claim #59 Noble Broadcast Group [Entered: 03/26/03], [JT] OBJECTION to Claim #61 Charge It System [Entered: 03/26/03], [JT] OBJECTION to Claim #68 J Hawk Corp. c/o Riva Financial [Entered: 03/26/03], [JT] OBJECTION to Claim #69 Maryland Casualty Co [Entered: 03/26/03], [JT] CERTIFICATE of mailing of notice sent by counsel: answers/objections are due on 04/24/03, [JT], ORIGINAL NIBS DOCKET ENTRY #242 Additional attachment(s) added on 7/7/2005 (JK). (Entered: 03/26/2003) |
| 04/23/2003 | 243 | ANSWER by Kashi, Inc. Re: Item # 242, [GP], ORIGINAL NIBS DOCKET ENTRY #243 (Entered: 04/23/2003) |
| 04/25/2003 | 244 | AMENDMENT to Trustee's Objection to claims: correcting filing date of debtor Re: Item # 242, [GP], ORIGINAL NIBS DOCKET ENTRY #244 (Entered: 04/28/2003) |

| 04/25/2003 | 245 | REQUEST of Trustee to set hearing on objection of Kashi, Inc. Re: Item # 243, [GP], ORIGINAL NIBS DOCKET ENTRY #245 (Entered: 04/28/2003) |
| 04/28/2003 | 246 | CERTIFICATE of service of notice of intention to obtain default judgment against the following claimants: # 13, 48, 53, 54, 57, 61, & 69. Re: Item # 242, [GP], ORIGINAL NIBS DOCKET ENTRY #246 (Entered: 04/29/2003) |
| 04/29/2003 | 247 | NOTICE to parties of hearing on 06/24/03 at 09:30 A.M. at Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 Re: Item # 243, [GP], ORIGINAL NIBS DOCKET ENTRY #247 (Entered: 04/29/2003) |
| 05/01/2003 | 248 | ANSWER by trustee to answer of Kashi, Inc. to objection to proof of claim Re: Item # 242, [GP], ORIGINAL NIBS DOCKET ENTRY #248 (Entered: 05/01/2003) |
| 05/02/2003 | 249 | MOTION for default judgment against Claimants # 13, 48, 53, 54, 57, 61, and 69 Re: Item # 242, [GP], ORIGINAL NIBS DOCKET ENTRY #249 (Entered: 05/02/2003) |
| 05/12/2003 | 250 | Correspondence from Richard Scheer on behalf of Boardwalk Regency Corp re: Claim #48 will be honored and additional claim will be expunged. (RE: related document(s)[249] ). (Piemontese, Geri) (Entered: 05/16/2003) |
| 05/21/2003 | 251 | Stipulation Filed by Robert P. Sheils, Jr Esq of Sheils Law Associates, PC and U.S.Small Business Administration in settlement of objection to claim #21 (RE: related document(s)242 ). (Piemontese, Geri) (Entered: 05/22/2003) |
| 05/23/2003 | 252 | Order approving Stipulation to settle objection to Claim #21 of U.S.B.A. and claim is disallowed. (RE: related document(s)[251] ). (Piemontese, Geri) (Entered: 05/27/2003) |
| 06/24/2003 | 253 | Proceeding Memo re: Objection to Claim of Kashi, Inc. ORDER that claim is found to be secured in the amount of Seventeen Thousand Eight Hundred Thirty-Two and 12/100 ($17,832.12) Dollars and unsecured for the balance per argument and attached letter. (RE: related document(s)242, [243], [248], [247] ). (Griffith, Ann) (Entered: 06/27/2003) |
| 06/30/2004 | 254 | Objection to Claim # 31 and 50. Notice sent to claimant. Filed by Trustee. Answers are due on: 7/30/2004. (Attachments: # 1 Proposed Order)(Spott, Jill) (Entered: 06/30/2004) |
|  |  |  |

| | | |
|---|---|---|
| 03/18/2005 | 255 | Motion to Allow *Notice by Publication* Filed by Jill M. Spott of Sheils Law Associates, PC on behalf of Robert P. Sheils, Jr (Trustee). (Attachments: # 1 Exhibit A-Envelope# 2 Exhibit B-Address Change Form# 3 Exhibit C-Proposed Notice for Publication# 4 Proposed Order) (Spott, Jill) (Entered: 03/18/2005) |
| 03/23/2005 | 256 | Order Granting Motion To Allow Notice by publication. (RE: related document(s)255 ). (GP) (Entered: 03/23/2005) |
| 05/02/2005 | 257 | Answer Filed by Andrew T Klinges: to notification of objection to his claim by trustee. (RE: related document(s)255 ). (GP) (Entered: 05/03/2005) |
| 05/04/2005 | 258 | Notice to Parties: (RE: related document(s)255, 257 ). Hearing scheduled for 6/30/2005 at 09:30 AM at 197 South Main Street, Courtroom 2, Max Rosenn US Courthouse, Wilkes-Barre, PA. (Attachments: # 1 answer to objection to claim# 2 Certificate of Service) (GP) (Entered: 05/04/2005) |
| 06/30/2005 | 259 | Request for Court Costs. (There is no image or paper document associated with this entry.). (sheils, Jr(kd), Robert) (Entered: 06/30/2005) |
| 06/30/2005 | 260 | Proceeding Memo re: Objection to Claim of Andrew Klinges; record made. Settled; ORDER that claim is allowed for One Hundred Fifty ($150.00) Dollars as unsecured, nonpriority. (RE: related document(s) 255, 257 ). (Attachments: # 1 Certificate of Service) (AMG) (Entered: 06/30/2005) |
| 07/06/2005 | 261 | Motion for Default Judgment *on Objections to Claims 13 - John Martin; 50 WGAL Television; 53 - Thomas & Elizabeth Van Scoy; 54 - Trumps Castle Casino Resort; 57 - Trump Plaza Asc dba Trump Hotel; 59 - Noble Broadcast Group; 61 - Charge It System; 68 - J-Hawk Corp. c/o Riva Financial; 69 - Maryland Casualty Co.* Filed by Jill M. Spott of Sheils Law Associates, PC on behalf of Robert P. Sheils, Jr (Trustee) (RE: related document(s)242, 254 ). (Attachments: # 1 Proposed Order) (Spott, Jill) (Entered: 07/06/2005) |
| 07/06/2005 | 262 | Certificate of fees and bill for collection: 750.00 (RE: related document(s)[259] ). (GP) (Entered: 07/06/2005) |
| 07/12/2005 | 263 | Order Granting Motion For Default Judgment: Order that the following claims are stricken: 50,53,54,57,59,61,68 and 69. (RE: related document(s)261 ). (Attachments: # 1 Certificate of Service) (GP) (Entered: 07/12/2005) |
| 07/12/2005 | 264 | Order that Claim #13 is amended for unsecured in the amount of |

| | | |
|---|---|---|
| | | $300.00 (RE: related document(s)242 ). (Attachments: # 1 Certificate of Service) (GP) (Entered: 07/12/2005) |
| 09/23/2005 | 265 | Withdrawal of Claim(s): #45 as it is a duplicate to Claim #4 Filed by Kevin J. Dempsey of Roth and Dempsey, P.C. on behalf of Kashi, Inc. . (CDS) (Entered: 09/26/2005) |

### PACER Service Center

#### Transaction Receipt

##### 12/02/2005 08:11:16

| PACER Login: | fr0009 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 5:94-bk-01241-JJT Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| Billable Pages: | 12 | Cost: | 0.96 |