# EXHIBIT B

09/19/2005 14:47 FAX 5705850313           Sheils Law Associates                      ☒019

In re: VAN SCOY, THOMAS A                                              5-94-01241
       Debtor                                                          Case No.

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband ("H"), wife ("W"), both of them ("J"), or the marital community ("C") owns the property by placing an "H," "W," "J," or "C" in the appropriate column. If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Description:<br>Cash in wallet<br>Location:<br>In debtor possession. | H | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Description:<br>Operating account<br>Pioneer Bank<br>Acct. No. 50106368<br>Location:<br>In debtor possession. | H | 4,000.00 |
| | | Description:<br>Operating account for accepting charge deposits<br>Meridian Bank, Acct. No. 5193-9190<br>Location:<br>In debtor possession. | H | 4,000.00 |
| | | Description:<br>Payroll checking account<br>Meridian Bank<br>Acct. No. 5194-0164<br>Location:<br>In debtor possession. | H | 300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Description:<br>Household goods and furnishings<br>Location:<br>In debtor possession. | J | 3,000.00 |
| 5. Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Description:<br>Personal clothing | H | 300.00 |

_____ continuation sheets attached                                    Matthew Bender & Co.

B0001

In re: VAN SCOY, THOMAS A　　　　　　　　　　　　　　　　　　　　　　　5-94-01241
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.:

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Location: In debtor possession. Description: Brown 3/4 length mink coat, black tail mink coat, muskrat coat Location: In debtor possession. | H | 500.00 |
| | | Description: Diamond tie tack, gold bracelet, diamond lapel pin Location: In debtor possession. | H | 350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit-sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Description: Stock of Van Scoy Diamond Mines, Inc. Location: In debtor possession. | H | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sheet no. ___1___ of _____ continuation sheets　　Matthew Bender & Co.　　Total →
attached to Schedule B - Personal Property

Include amounts from any continuation sheets attached.
Total on last page only. Report total also on Summary of Schedules.

B0002

09/19/2005 14:48 FAX 5705850313         Shells Law Associates                        ☒021

In re VAN SCOY, THOMAS A                                            5-94-01241
         Debtor                                                      Case No.

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor, including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor, other than those listed in the Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | Description: Trademark "Van Scoy Diamond Mines" Location: In debtor possession. | H | 0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Description: 1968 Ford state body 15' flatbed truck Location: In debtor possession. | H | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Description: Conference table with six chairs, two small refrigerators, two microwave ovens, eight desks, assorted office chairs, two personal computers, printer, fax machine, nine filing cabinets, photocopier Location: In debtor possession. | H | 1,200.00 |

Sheet no. __2__ of _____ continuation sheets         Matthew Bender & Co.    Total →
attached to Schedule B - Personal Property
                                                       Include amounts from any continuation sheets attached.
                                                       Total on last page only. Report total also on Summary of Schedules.

B0003

09/19/2005 14:48 FAX 5705850313  Sheils Law Associates  ☒022

In re: VAN SCOY, THOMAS A  
Debtor

Case No.: 5-94-01241

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Description: Shop equipment (sizing, setting, polishing, repair equipment); two microscopes, six safes, eight 2'x4' showcases, twenty showroom chairs, assorted decorative items  Location: In debtor possession. | H | 7,860.00 |
| 28. Inventory. | | Description: Inventory of the Wilkes-Barre retail location of Van Scoy Diamond Mines, including gold wedding bands, diamond wedding bands, diamond pendants, diamond tennis bracelets, men's and ladies' diamond rings, gold earrings, gold pendants, men's and ladies' gold rings, gold necklaces, gold bracelets, gold ring mountings  Location: In debtor possession.  Additional information: Value listed is liquidation value. | H | 26,627.50 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet no. __3__ of _____ continuation sheets attached to Schedule B - Personal Property

Matthew Bender & Co.

Total → 48,657.50

Include amounts from any continuation sheets attached. Total on last page only. Report total also on Summary of Schedules.

B0004