# EXHIBIT C

P443-2

169526 -6

| 1. REG. NO. | 3. MARK _1000_ | 4. SER. NO. 001 |
|---|---|---|
| 1140711 | VAN SCOY DIAMOND MINE | 169526 |
| 2. Registration Date | | 5. Examiner |
| 21 OCT 1980 | | |

| 6. INTERNATIONAL CLASS | 7. PRIOR U.S. CLASS | 8. FILING DATE | 9. SERIAL NUMBER |
|---|---|---|---|
| 14 | 28 | 05/06/78 | 169526 |

**10. APPLICANT AND POST OFFICE**
VAN SCOY DIAMOND MINES, INC.
GATEWAY SHOPPING CENTER
EDWARDSVILLE, PENNSYLVANIA 18704
PENNSYLVANIA CORP.

**16. EXAMINER**
111-PEVERADA ROBERT

**17. TYPE OF MARK**
TRADEMARK

**18. FIRST USE** 03/11/1977
ICL 014 007 171970

**19. IN COMMERCE** 03/11/1977
ICL 014 007 171970

at least as early as

**20. PRIOR REGISTRATION**

**11. SEND CORRESPONDENCE TO**
Michael F. Petock
3060 Valley Forge South
440 E. Swedesford Rd.
Wayne, PA 19087

**13.**

MICHAEL F. PETOCK

**14. ASSOCIATE ATTORNEY**

**15. GOODS—SERVICES**
014—JEWELRY AND PRECIOUS STONES .

**NEW CERTIFICATE**
PTO-102L U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE

21. Other Data: Applicant makes no claim to the exclusive use of the word "Diamond" apart from the mark as shown but reserves any common law rights it may have therein in accordance with Section 6 of the Trademark Act.

| | PRINCIPAL REGISTER | 25. Supervisory Examiner |
|---|---|---|
| 22. AMENDER | | 26. Examiner |
| 23. APPROVED | Section 8 _____ | 27. Passed for Publication |
| | Section 15 _S. Gasvrett_ | _Robert Peverada II_ |
| | Section 12C _____ | 28. Passed for Registration |
| | | 29. O.G. Date |
| 24. RENEWAL | Passed for Renewal _Rodney W. Mahl_ | |
| | Renewed From OCTOBER 21, 2000 | PUBLISHED APR 29 1980 |

PTO-15-2 (Rev. 1-77) (Formerly PTO-101) U.S. Dept. of Commerce - Patent and Trademark Office

68 8P28051



**169526**





CLASS

*14*

73 169526
FILING DATE        REGISTRATION #
05/08/1978        1140711

# CONTENTS:

*Application Cross-references and Papers.*

1 6 JAN 1979

1. ........................................
2. ........................................ Jun 3/79
3. ........................................ July 5/79
4. SEP 27 1979
5. ........................................ Jan. 15/80
6. ........................................
7. SECTION 8 & 15      JUN 9  1996
8. Section 8 & 9   4-16-01, PC
9. ........................................
10. ........................................
11. ........................................
12. ........................................
13. ........................................
14. ........................................
15. ........................................
16. ........................................
17. ........................................
18. ........................................
19. ........................................
20. ........................................
21. ........................................
22. ........................................
23. ........................................
24. ........................................
25. ........................................
26. ........................................
27. ........................................
28. ........................................
29. ........................................
30. ........................................
31. ........................................

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

Reg. No. 1,140,711
Registered Oct. 21, 1980

## TRADEMARK
Principal Register

## VAN SCOY DIAMOND MINE

Van Scoy Diamond Mines, Inc. (Pennsylvania corporation)
Gateway Shopping Center
Edwardsville, Pa. 18704

For: JEWELRY AND PRECIOUS STONES, in CLASS 14 (U.S. Cl. 28).

First use Mar. 11, 1977; in commerce Mar. 11, 1977.

Applicant makes no claim to the exclusive use of the word "Diamond" apart from the mark as shown, but reserves any common law rights it may have therein.

Ser. No. 169,526, filed May 8, 1978.

ROBERT PEVERADA, Primary Examiner

Int. Cl.: 14

Prior U.S. Cl.: 28

Reg. No. 1,140,711

United States Patent and Trademark Office    Registered Oct. 21, 1980

10 Year Renewal/New Cert.    Renewal Term Begins Oct. 21, 2000

TRADEMARK
PRINCIPAL REGISTER
REGISTRATION ASSIGNED

VAN SCOY DIAMOND MINE

VAN SCOY, WAYNE (UNITED STATES CITIZEN)
151 MUNDY STREET
WILKES-BARRE, PA 18702, BY ASSIGN-MENT VAN SCOY DIAMOND MINES, INC. (PENNSYLVANIA CORPORA-TION) EDWARDSVILLE, PA.
APPLICANT MAKES NO CLAIM TO THE EXCLUSIVE USE OF THE WORD "DIAMOND" APART FROM THE MARK AS SHOWN, BUT RESERVES ANY COM-MON LAW RIGHTS IT MAY HAVE THEREIN.

FOR: JEWELRY AND PRECIOUS STONES, IN CLASS 14 (U.S. CL. 28).

FIRST USE 3-11-1977, IN COMMERCE 3-11-1977.

SER. NO. 73-165,516, FILED 3-8-1978.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 2, 2001.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

C0004

MICHAEL F. PETOCK
ATTORNEY AT LAW
3221 IVB BUILDING
1700 MARKET STREET
PHILADELPHIA, PA. 19103
—
215-563-0600

PATENTS
—
TRADEMARKS
—
COPYRIGHTS

May 4, 1978

Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

I am enclosing herewith the following document(s)
set forth below, which are to be filed in the Patent and
Trademark Office.

Please charge all government fees with respect to the
here-enclosed document(s) to my Deposit Account #16-1428.

In the case of document(s) comprising an Assignment,
please record the same, and return the recorded Assignment
to me.

I hereby certify that this correspondence is being deposited
with the United States Postal Service as First Class Mail in an
envelope addressed to: Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on_____

Respectfully submitted,

BY: _____
MICHAEL F. PETOCK, ESQUIRE
Registration No. 26,015

MFP:mr
Encl.

~~PATENT~~/ TRADEMARK/ ~~SERVICE MARK~~ APPLICATION ENTITLED:

"VAN SCOY'S DIAMOND MINE"

FILED BY:  Van Scoy Diamond Mines, Inc.

FILING DATE:

SERIAL NO.:

ENCLOSED APPLICATION, DRAWING AND 5 SPECIMENS

443-2                          1/2

**169526**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: VAN SCOY'S
DIAMOND MINE

International Class: 14

TO THE HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS:

Van Scoy Diamond Mines, Inc., a Pennsylvania Corporation having a principal place of business at Gateway Shopping Center, Edwardsville, Pennsylvania 18704, has adopted and is using the trademark shown in the accompanying drawing for jewelry and precious stones and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The trademark was first used in connection with the goods at least as early as November, 1976, was first used in interstate commerce at least as early as October, 1977 and is now in use in such commerce.

The mark is used by applying it to the packages for the goods and five specimen packages showing the mark as used are annexed hereto.

Thomas A. Van Scoy, declares: that he is the President of applicant corporation and is authorized to execute this Declaration on behalf of said corporation; and that he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods and services of such other person, to cause confusion, or to cause mistake, or to deceive, and that all statements made herein of his knowledge are true and that

D3700 05/18/78 169526        16-1428 P 201        35.00CH

'443-2                    -1-

C0006

all statements made on information and belief are believed
to be true; and further that these statements were made with the
knowledge that willful false statements and the like so made are
punishable by fine or imprisonment, or both, under Section 1001 of
Title 18 of the United States Code and that such willful false
statements may jeopardize the validity of the application or document
or any registration resulting therefrom.

VAN SCOY DIAMOND MINES, INC.

DATE: April 28, 1978                    BY: _____
                                            THOMAS A. VAN SCOY
                                            President

Please recognize Michael F. Petock, Esquire, Registration No.
26,015, 3232 IVB Building, 1700 Market Street, Philadelphia,
Pennsylvania 19103, telephone number 215-563-0500 as our attorney
with full power of substitution and revocation to prosecute this
application and to transact all business in connection therewith and
to receive the Certificate of Registration.

VAN SCOY DIAMOND MINES, INC.

DATE: April 28, 1978                    BY: _____
                                            THOMAS A. VAN SCOY
                                            President

-2-

P 443-2

C0007

INT. CL. 14
PRIOR U.S. CL. 28

169526

Van Scoy Diamond Mines, Inc.

Gateway Shopping Center

Edwardsville, Pennsylvania  18704

Date of First Use: At least as early as November, 1976.

Date of First Use in Interstate Commerce: At least

as early as October, 1977.

For: Jewelry and Precious stones.



Canc

VAN SCOY'S
DIAMOND MINE

MAIL ROOM
MAY
8
1978

5

P 433-2

4

C0008



MAIL ROOM
MAY
8
15
1978
PAT. & TRADEMARK OFF.



After review of the above identified application for trade-
mark and/or service mark registration, applicant is advised
as follows:

Applicant is advised that an application is pending in this
Office for the registration of a mark which so resembles
applicant's mark as to be likely, as used in connection
with the goods and/or services, to cause confusion, or to
cause mistake, or to deceive. Since the filing date of the
instant application is subsequent to the filing date of
the other pending application, the latter, if and when it
matures into a registration, will be cited against the instant
application. Trademark Rule 2.83. A photocopy of the drawing
from the pending application, Serial No. 164475, as filed
in the Trademark Search Room, is attached.

The descriptive word(s) "diamond" should be disclaimed apart
from the mark as shown. Section 6 of the Trademark Act;
TMEP Sections 904.02(a) and (e).

The specimens are not acceptable because they are in the
nature of retail shopping bags and, as such, are not regarded
as evidence of actual trademark use. Applicant should submit
five specimens (e.g., tags, labels, or containers or photo-
graphs thereof) of a type actually used. Use of the substitute
specimens as of a date at least as early as the filing date
of this application must be supported by an affidavit or
by a declaration in accordance with Trademark Rule 2.20.
TMEP Section 808.10. The specimens do not show use in inter-
state commerce.

A proper response to THIS OFFICE action must be received within 6 months from the date of this action in order
to avoid ABANDONMENT.

6

-2-

A search of the Office records fails to show that the mark, when applied to applicant's goods and/or services, so resembles any registered mark as to be likely to cause confusion, or to cause mistake, or to deceive. TMEP Section 1105.01.

R.P.:jec

Robert Peverada
Trademark Attorney, Div. 5
(703) 557-5380

INT. CL. 42

PRIOR U.S. CL. 101

164475

APPLICANT - The Diamond Mine, Ltd.

P.O. ADDRESS - 65 Passaic Avenue, Fairfield, New Jersey 07006

DATE OF FIRST USE - October 7, 1977   COMMERCE - on or about
November 1, 1977

GOODS or SERVICES -  retail jewelry store services

THE DIAMOND MINE

3

1

C0012

9/11/

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:   Application of                    Trademark Div.

        Van Scoy Diamond Mines, Inc.

Serial No:  169,526

For: "VAN SCOY'S DIAMOND MINE"         Examiner:


NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER


Commissioner of Patents and Trademarks
Washington, D.C. 20231


        Please be advised that the address of the attorney of

record in the above-identified matter has changed to the new

address as follows:

                Michael F. Petock, Esquire
                2414 P.S.F.S. Building
                12 S. Twelfth Street
                Philadelphia, Pennsylvania  19107

        With the new telephone number (215) 922-5550.


                        Respectfully submitted,


                        MICHAEL F. PETOCK, ESQUIRE
                        Registration No. 26,015
                        2414 P.S.F.S. Building
                        12 S. Twelfth Street
                        Philadelphia, Pennsylvania  19107
                        (215) 922-5550


4



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re:    Trademark Application of    Trademark Division V

       Van Scoy Diamond Mines, Inc.

Serial No: 169,526

For:    "VAN SCOY DIAMOND MINE"    Examiner: Robert Peverada

AMENDMENT

    In response to the Office Action dated January 16, 1979, please amend, without prejudice, the above-identified trademark application as follows:

    Please amend the mark in accordance with the new drawing submitted herewith.

    Please amend the recitation of dates of use and the recitation of the manner of use as follows:

    --The trademark was first used by a predecessor in title in connection with the goods at least as early as March 11, 1977; was first used in interstate commerce by a predecessor in title at least as early as March 11, 1977 and is now in use in such commerce.

    The mark is used by applying it to containers for the goods in the form of ring boxes and five specimen photographs showing the mark as used on the ring boxes are annexed hereto.--

    Applicant makes no claim to the exclusive use of the word "DIAMOND" apart from the mark as shown in the drawings, but reserves any commonlaw rights it may have therein in accordance with Section 6 of the Trademark Act.

        S3429 07/13/79 169526    16-142B 1 201    35.00CH

443-2        P8796 08/30/79 169326    16-142B 1 201    35.00CR

C0014

REMARKS

Applicant has amended the mark to bring it into exact con-
formance with the new specimens being submitted herewith.  The new
specimens being submitted are photographs of ring boxes showing the
mark as used on the inside cover.  The ring boxes do not fit the re-
quirement of a flat specimen as required by the rules.  Therefore,
the photographs were taken of the ring boxes to show the mark on
the inside of the top of the ring boxes.

The date of first use of the mark in interstate commerce
has been amended to bring it into conformance to the fact that it
was actually in use in interstate commerce on March 11, 1977, rather
than at least as early as October 19, 1977 as recited in the applica-
tion as originally filed.  Applicant has ascertained this after a
detailed review of the facts.  In addition, the dates of first use
in intrastate and interstate commerce are recited to be by a pre-
decessor in title, namely the sole proprietorship of Mr. Thomas A.
Van Scoy.  The amendment to the date of first use in interstate
commerce and the fact that it was by a predecessor in title, are
supported by the Declaration of Mr. Thomas A. Van Scoy, which
accompanies this amendment.

The applciation has been amended to recite that the mark
is used by applying it to containers for the goods, namely ring
boxes.  The container specimens overcome the objection of the Examiner
as to the specimens, and is specifically one of the types of speci-
mens suggested by the Examiner.

Applicant has disclaimed the word "DIAMOND" apart from
its mark as shown in accordance with the request of the Examiner by
disclaiming any exclusive right to use the word "DIAMOND" apart from
the mark as shown in the drawings, but reserves any common law rights
it may have therein in accordance with Section 6 of the Trademark
Act.

C0015

Applicant notes with great regret and dismay the failure of the Examiner to comply with TMEP Section 1206.02 (b) by his failure to give notice to applicant when the earliest application, application serial no. 164,475, was forwarded for publication. Applicant had relied upon the Examiner's duty to give such notice and this notice has been customarily received in the past.

VAN SCOY DIAMOND MINES, INC.

BY: _Michael F Petock_

MICHAEL F. PETOCK, ESQUIRE
Attorney for Applicant
Registration No. 26,015
2414 P.S.F.S. Building
12 S. 12th Street
Philadelphia, Pennsylvania  19107
(215) 922-5550

443-2

-3-

C0016



LAW OFFICES OF

MICHAEL F. PETOCK

2414 PSFS BUILDING
12 SOUTH TWELFTH STREET
PHILADELPHIA PA 19107

PATENT, TRADEMARK
AND
RELATED MATTERS

TELEPHONE
215-922-5550

July 2, 1979

Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

I am enclosing herewith the following document(s)
set forth below, which are to be filed in the Patent and
Trademark Office.

Please charge all government fees with respect to the
here-enclosed document(s) to my Deposit Account #16-1428.

In the case of document(s) comprising an Assignment,
please record the same, and return the recorded Assignment
to me.

I hereby certify that this correspondence is being deposited
with the United States Postal Service as First Class Mail in an
envelope addressed to: Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on _July 2, 1979_____

Respectfully submitted,

BY: _Michael F. Petock_
MICHAEL F. PETOCK, ESQUIRE
Registration No. 26,015

MFP:mr
Encl.

PATENT/TRADEMARK/SERVICEMARK APPLICATION ENTITLED: "VAN SCOY DIAMOND MINE

FILED BY: Van Scoy Diamond Mines, Inc.

FILING DATE: May 8, 1978

SERIAL NO: 169,526

ENCLOSED  AMENDMENT, DECLARATION OF THOMAS A. VAN SCOY, NEW DRAWING
5 PHOTOGRAPHS                    FEE: $35.00

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re:          Trademark Application of        Trademark Division  V

                Van Scoy Diamond Mines, Inc.

Serial No:      169,526

For:            "VAN SCOY DIAMOND MINE"         Examiner: Robert Peverada


DECLARATION OF THOMAS A. VAN SCOY


I, Thomas A. Van Scoy, declare as follows:

1.  I am the president of the applicant corporation.

2.  The trademark sought to be registered for jewelry and
precious stones was first used by a predecessor in title, namely my-
self, for jewelry and precious stones at least as early as March 11,
1977 and was first used by a predecessor in title, namely myself, in
interstate commerce at least as early as March 11, 1977.

3   The trademark sought to be registered is now in use in
intrastate and interstate commerce with respect to jewelry and precious
stones.

4.  The trademark is used on the inside of the top cover of
ring boxes and five photograph specimens clearly showing the use of
the mark on the inside of the top cover of the ring boxes as actually
used at least as early as  May 8, 1978,   the filing date of this
application, are attached to this response.

Thomas A. Van Scoy declares that he is authorized to execute
this Declaration on behalf of applicant; and that he believes appli-
cant to be the owner of the mark sought to be registered; that
to the best of his knowledge and belief no other person, firm, corp-
oration* or association has the right to use said mark in commerce,
either in the identical form or in such near resemblance thereto as
may be likely, when applied to the goods of such other person to

443-2

C0018

cause confusion, or to cause mistake, or to deceive; that all state-
ments made herein and the accompanying Amendment are of his own know-
ledge true and that all statements made on information and belief are
believed to be true; and further, that these statements were made
with the knowledge that willful false statements and the like so
made are punishable by fine or imprisonment, or both, under Section
1001 of Title 18 of the United States Code and that such willful
statements may jeopardize the validity of the application or document
or any registration resulting therefrom.

VAN SCOY DIAMOND MINES, INC.

DATE: June 26, 1979

THOMAS A. VAN SCOY
President

* The Diamond Mine, Ltd. has no legal nor proper right to use
applicant's mark or any mark likely to cause confusion therewith.

*169526*

Van Scoy Diamond Mines, Inc.

Gateway Shopping Center

Edwardville, Pennsylvania 18704

Date of First Use: At least as early as March 11, 1977;

Date of First Use in Interstate Commerce: At least

as early as March 11, 1977;

For. Jewelry and precious stones



433-2



C0021

**U.S. DEPARTMENT OF COMMERC**
Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

| 1. SER. NO. | 2. MARK | 5. PAPER NO. |
| --- | --- | --- |
| 160526 | VAN SCOY DIAMOND MINE | |

3. APPLICANT

VAN SCOY DIAMOND MINES, INC.

4. ADDRESS

MICHAEL F. PETOCK
2414 P.S.F.S. BLDG.
12 S. TWELFTH ST.
PHILADELPHIA, PA  19107

ADDRESS
COMMISSIONER OF PATENTS
AND TRADEMARKS
WASHINGTON D. C. 20231
AND
FURNISH YOUR ZIP CODE
AND TELEPHONE
NUMBER IN ALL
CORRESPONDENCE

6. MAILING DATE

SEP 27 1979

Responsive to communication filed May 11, 1979.

Applicant is advised that its reply has been closely reviewed and made of record. However, application serial number 164,475 has since matured to registration. Accordingly, the following action has been taken in the case at hand:

Registration is refused because the mark, when applied to the goods and/or services of the applicant, so resembles the mark(s) cited below as to be likely to cause confusion, or to cause mistake, or to deceive. Section 2(d) of the Trademark Act; TMEP Section 1205. (see attached copies):

    Reg. No(s). 1,111,524

The instant applicant has adopted the entirety of the registered mark and added nothing of Trademark significance to it. In cases such as this, doubt as to the likelihood of confusion must be resolved against the later user. See *Jiffy Inc. v. Jordon Industries, Inc.*, 179 USPQ 169.

If applicant chooses to respond to the refusal of record, the following additional informalities should be addressed in applicant's written response:

Applicant should submit a new drawing of the mark, typed entirely on the same line.

For the applicant's information, it should be noted that the above cited registration was pointed out by the Examiner in the initial Office Action. At this time the actual registration had not yet been recorded by this Office, so there was no way in which the Examiner could have been aware of said registration number. For all purposes it appeared that the registered mark was still pending. It should be futher noted that it is not encumbent upon the Examiner to check the Official Gazette for published marks confusingly

A proper response to THIS OFFICE action must be received within 6 months from the date of this action in order to avoid ABANDONMENT.

PTOL-89                                                              1—Trademark Application File Co

C0022

-2-

similar to each application, but rather upon the applicant,
or, its attorney. This Office should not be held responsible
for their failure to do so.

RP:dth

*Robert Peverada*

Robert Peverada
Trademark Attorney, Div. V
703 - 557-5380

C0023

Int. Cl.: 42

Prior U.S. Cl.: 101

United States Patent and Trademark Office

Reg. No. 1,111,524
Registered Jan. 16, 1979

## SERVICE MARK
Principal Register

## THE DIAMOND MINE

The Diamond Mine, Ltd. (New Jersey corporation)
65 Passaic Ave.
Fairfield, N.J.  07006

For: RETAIL JEWELRY STORE SERVICES, in CLASS 42 (U.S. Cl. 101).

First use on or about Oct. 7, 1977; in commerce on or about Nov. 1, 1977.

The right to the exclusive use of the word "Diamond" is disclaimed apart from the mark as shown.

Ser. No. 164,475, filed Mar. 31, 1978.

C0024

LAW OFFICES OF
MICHAEL F. PETOCK
2414 PSFS BUILDING
12 SOUTH TWELFTH STREET
PHILADELPHIA PA.19107

TELEPHONE
215 922-5550

PATENT, TRADEMARK
AND
RELATED MATTERS

5

January 10, 1980

Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

I am enclosing herewith the following document(s)
set forth below, which are to be filed in the Patent and
Trademark Office.

Please charge all government fees with respect to the
here-enclosed document(s) to my Deposit Account #16-1428

In the case of document(s) comprising an Assignment,
please record the same, and return the recorded Assignment
to me.

I hereby certify that this correspondence is being deposited
with the United States Postal Service as First Class Mail in an
envelope addressed to:  Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on_____

Respectfully submitted,

BY: _Michael F. Petock_____
    MICHAEL F. PETOCK, ESQUIRE
    Registration No. 26,015

MFP:mr
Encl.

~~PATENT~~/TRADEMARK/~~SERVICE MARK~~ APPLICATION ENTITLED: "VAN SCOY DIAMOND
                                                                      MINE"

FILED BY:  Van Scoy Diamond Mines, Inc.

FILING DATE: May 8, 1978

SERIAL NO.  169,526

ENCLOSED  AMENDMENT, NEW DRAWING, COPY OF CANCELLATION OF REG. #1,111,524

5

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re   Trademark Application of        Trademark Division V
        VAN SCOY DIAMOND MINES, INC.
Serial No. 169,526
For:  "VAN SCOY DIAMOND MINE"          Examiner:  Robert Peverada

AMENDMENT

        In response to the Office Action dated September 27, 1979
in the above-identified service mark application, please amend,
without prejudice, the drawing by substitution of the new drawing
attached hereto as required in the Examiner's Office Action of
September 27, 1979.

        The refusal to register based upon registration no. 1,111,524
has been overcome by the cancellation of said registration.  A copy
of the judgment in Cancellation no. 12,279 is attached hereto.

        In view of the above, it is believed that the mark in this
application is now in condition for publication in the Trademark
Official Gazette.

        If Trademark Attorney Examiner should discover any other
informality, he is respectfully requested to telephone the undersigned
collect in an effort to resolve the matter possibly by    Examiner's
Amendment.

                        Respectfully submitted,

                        VAN SCOY DIAMOND MINES, INC.

                   By: _Michael F. Petock_
                        MICHAEL F. PETOCK, ESQUIRE
                        2414 P.S.F.S. Building
                        12 S. Twelfth Street
                        Philadelphia, Pennsylvania  19107
                        (215) 922-5550

443-2

C0026

*Sub. Dwg.*    *169526*

Van Scoy Diamond Mines, Inc.

Gateway Shopping Center

Edwardsville, Pennsylvania  18704

Date of First Use:  At least as early as March 11, 1977;

Date of First Use in Interstate Commerce:  At least as

early as March 11, 1977

For:  Jewelry and precious stones.

VAN SCOY DIAMOND MINE

1140711

RECEIVED

OCT 27 1980

PAT. & T.M.

PUBLISHED
APR 29 1980

C0027

*Clark*

U. S. DEPARTMENT OF COMMERCE
Patent and Trademark Office
Washington D.C. 20231

MARK
VAN SCOY DIAMOND MINE

Van Scoy Diamond Mines, Inc.

PUBLICATION DATE
APR. 29, 1980

NOTICE OF PUBLICATION UNDER SECTION 12(a)

The mark of the application above identified appears to be
entitled to registration. The mark will, in accordance with
section 12(a) of The Trademark Act of 1946, be published in
the Official Gazette on the date indicated above for the
purpose of opposition by any person who believes he will
be damaged by the registration of the mark. If no opposition
is filed within the time specified by section 13 of the
statute or by Rules 2.101 and 2.102 of the Trademark Rules,
the Commissioner of Patents and Trademarks may issue a
Certificate of Registration.

Copies of the Trademark portion of the Official Gazette
containing the publication of the mark may be obtained at
$2.75 each from the Superintendent of Documents, Government
Printing Office.

By Direction of the Commissioner

SEND ALL CORRESPONDENCE TO:

Michael F. Petock
Petock Petock & Petock
Plymouth Meeting Mall
Plymouth Mtg. PA, 19107

C0028

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re: Trademark/Service Mark  Registration No.: 1,140,711

Issue date: October 21, 1980

For: "VAN SCOY DIAMOND MINE"

Registrant: Van Scoy Diamond Mines, Inc.   Section 8 §15 Branch

## NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

Please be advised that the address and telephone number
of the attorney of record in the above-identified matter will
change effective August 3, 1984, to the following address and
telephone number:

              Michael F. Petock, Esquire
             Michael F. Petock, Esq., P.C
               3060 Valley Forge South
              440 East Swedesford Road
                 Wayne, PA  19087

New telephone number (215) 687-3300


                    Reapectfully submitted,


                    *Michael F Petock*
                    Michael F. Petock, Esquire
                    Michael F. Petock, Esq., P.C.
                    Registration No. 26,015
                    3060 Valley Forge South
                    440 East Swedesford Road
                    Wayne, PA  19087


443-2

C0029



LAW OFFICES OF

MICHAEL F. PETOCK

3060 VALLEY FORGE SOUTH

440 E. SWEDESFORD ROAD

WAYNE, PENNSYLVANIA 19087

TELEPHONE

215-687-5306

MAIL ADDRESS

P. O. BOX 423

SOUTHEASTERN, PA 19399

PATENT, TRADEMARK

AND

RELATED MATTERS

June 5, 1986

Commissioner of Patents and Trademarks
Washington, D.C.    20231

Dear Sir:

I am enclosing herewith the following document(s) set
forth below, which are to be filed in the Patent and Trademark
Office.

Please charge all government fees with respect to the here-
enclosed document(s) to my Deposit Account #16-1428. All govern-
ment fees with respect to the enclosed document(s) are to be
charged to this Deposit Account in the correct amount whether
or not the correct amount of the fee or any amount of the fee
is indicated below.

In the case of document(s) comprising an Assignment,
please record the same, and return the recorded Assignment to me.

Respectfully submitted,

MICHAEL F. PETOCK, ESQUIRE

I hereby certify that this correspondence is being de-
posited with the United States Postal Service as First Class
Mail in an envelope addressed to:  Commissioner of Patents and
Trademarks, Washington D.C.    20231, on  6/5/86 .

By: 

MICHAEL F. PETOCK, ESQUIRE

MFP:mjs

~~PATENT/~~ TRADEMARK/~~SERVICE MARK~~ APPLICATION ENTITLED:  "VAN SCOY DIAMOND MINE"

FILED BY:   Van Scoy Diamond Mines, Inc.
REGISTRATION
~~FILING~~ DATE:   October 21, 1980
REGISTRATION
~~SERIAL~~ NO.:   1,140,711

ENCLOSED:   COMBINED DECLARATIONS UNDER §§8 & 15 WITH ONE ATTACHED SPECIMEN;
            FEE:  $200.00

PHOTOGRAPH

(M) #7

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  VAN SCOY DIAMOND MINE

Registration No. 1,140,711

Registered:  October 21, 1980

International Class:  14

U.S. Class:  28

I HEREBY CERTIFY THAT THIS CORRES-
PONDENCE IS BEING DEPOSITED WITH
THE UNITED STATES POSTAL SERVICE
AS FIRST CLASS MAIL IN AN ENVELOPE
ADDRESSED TO COMMISSIONER OF
PATENTS AND TRADEMARKS, WASHINGTON
D.C. 20231, ON THE DATE INDICATED
BELOW.
DATE  6/5/86
BY

COMBINED DECLARATIONS UNDER SECTIONS 8 and 15

    Thomas A. Van Scoy states that he is President of Van
Scoy Diamond Mines, Inc., a Pennsylvania corporation, having a
place of business at Gateway Shopping Center, Edwardsville,
Pennsylvania 18704; that Van Scoy Diamond Mines, Inc. owns regis-
tration no. 1,140,711 issued October 21, 1980; that the mark
shown therein has been in continuous use in interstate commerce
for five consecutive years from October 21, 1980 to the present
for jewelry and precious stones; and that said mark is still in
use in interstate commerce as evidenced by the attached photo-
graph specimen showing the mark as currently used on ring
boxes; that there has been no final decision adverse to regis-
trant's claim of ownership of the mark or to its right to regis-
ter the same or maintain it on the register; and that there is
no proceeding involving any of said rights pending and not dis-

P 30300  05/12/86  1140711      16-142H  030  311      200.00CH

443-2
8+15AFF

C0031

posed of either in the United States Patent and Trademark Office or in the Courts.

Registrant hereby appoints Michael F. Petock, Esquire, registration no. 26,015, with a mailing address of P.O. Box 423, Southeastern, Pennsylvania 19399 and a street address of 3060 Valley Forge South, 440 E. Swedesford Road, Wayne, Pa. 19087 (telephone no. 215-687-3300), as its attorney to file and prosecute this Combined Declaration under Sections 8 and 15 and to do all things in the United States Patent and Trademark Office in connection therewith with full power of substitution and revocation.

The undersigned declares: that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that the statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 or Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the registration identified above.

VAN SCOY DIAMOND MINES, INC.

Date: 6/3/86

THOMAS A. VAN SCOY
President

443-2
8+15AFF

-2-

C0032



C0033



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1140711        SERIAL NO. 73/169526        PAPER NO.
                                                            MAILING DATE:  09/29/86

MARK: VAN SCOY DIAMOND MINE

REGISTRANT: VAN SCOY DIAMOND MINES, INC.

CORRESPONDENCE ADDRESS:
   MICHAEL F. PETOCK
   3060 VALLEY FORGE SOUTH
   440 E. SWEDESFORD RD.
   WAYNE, PA  19087

*Please furnish the following
in all correspondence:*

1. Your phone number and zip code.
2. Mailing date of this action.
3. Allocant-Renewal Examiner's name.
4. The address of all correspondence
   not containing fees should include
   the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

*PAEverett*

PATRICIA ANN EVERETT
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

C0034

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re:  Trademark Registration No.:  1,140,711

Registered:  October 21, 1980

For:  "VAN SCOY DIAMOND MINE"

Registrant:  Van Scoy Diamond Mines, Inc.

NOTICE OF CHANGE OF ADDRESS

Please be advised that the address and telephone number of
the attorney of record in the above-identified matter will
change effective December 2, 1986 as follows:

> Michael F. Petock, Esquire
> 46 The Commons at Valley Forge
> 1220 Valley Forge Road
> Post Office Box 856
> Valley Forge, Pennsylvania  19481-0856
>
> (215) 935-8600

The telephone number of (215) 687-3300 will be retained in
addition to the new number.

Respectfully submitted,

I HEREBY CERTIFY THAT THIS CORRES-
PONDENCE IS BEING DEPOSITED WITH
THE UNITED STATES POSTAL SERVICE
AS FIRST CLASS MAIL IN AN ENVELOPE
ADDRESSED TO  COMMISSIONER OF
PATENTS AND TRADEMARKS, WASHINGTON
D.C. 20231, ON THE DATE INDICATED
BELOW

DATE _December 9, 1986_

BY _Martha J. Saul_

MICHAEL F. PETOCK, ESQUIRE
Registration No. 26,015
46 The Commons at Valley Forge
1220 Valley Forge Road
Post Office Box 856
Valley Forge, PA  19481-0856
(215) 935-8600

443-2

C0035

EXPRESS MAIL CERTIFICATE

NO. EL840038641US

LAW OFFICES OF

# MICHAEL F. PETOCK

INTELLECTUAL PROPERTY ATTORNEY

46 THE COMMONS AT VALLEY FORGE

1220 VALLEY FORGE ROAD

POST OFFICE BOX 856

VALLEY FORGE, PENNSYLVANIA 19482-0856

TELEPHONE

610-935-8600

FAX 610-933-9300
MFP@IPLaw-Petock.com
www.IPLaw-Petock.com

PATENT, TRADEMARK
AND
RELATED MATTERS

April 16, 2001

Box POST REG FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

ATTORNEY DOCKET 443-2

04-16-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #34

Dear Sir:

I am enclosing herewith the following document(s) set forth below, which are to be filed in the Patent and Trademark Office.

Please charge all government fees with respect to the here-enclosed document(s) to my Deposit Account #16-1428. All government fees with respect to the enclosed document(s) are to be charged to this Deposit Account in the correct amount whether or not the correct amount of the fee or any amount of the fee is indicated below.

Please immediately date stamp and return to me the enclosed postage prepaid post card as acknowledgement of receipt of the enclosed document(s).

Respectfully submitted,

MICHAEL F. PETOCK, ESQUIRE

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail in an envelope addressed to: Box Post Reg Fee, Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA on April 16, 2001.

Respectfully submitted,

MICHAEL F. PETOCK, ESQUIRE

MFP/rkm

Trademark Entitled: VAN SCOY DIAMOND MINE
Registration No.: 1,140,711
Filed By:     Van Scoy Diamond Mines, Inc.
ENCLOSED: Combined Application for Renewal Under Section 9 and Declaration under Section 8 including specimen in the form of the inside of a box for holding the goods
FEE: $825.00

C0036

PRU

EX..ESS MAIL CERTIFICATE

NO. EL840038641US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: VAN SCOY DIAMOND MINE

Registration No.: 1,140,711                    04-16-2001

International Class: 14                    U.S. Patent & TMOfc/TM Mail Rcpt Dt. #34

## COMBINED APPLICATION FOR RENEWAL UNDER SECTION 9
## AND DECLARATION UNDER SECTION 8

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Wayne Van Scoy, an individual having a principal place of business at 154 Mundy

Street, Wilkes-Barre, Pennsylvania 18702, now owns Registration No. 1,140,711 issued

October 21, 1980 by reason of a transfer of rights via a Bankruptcy Proceeding of all right

and title to said trademark registration, said trademark and the good will associated with said

trademark, said transfer of rights being submitted herewith for recording in the Patent and

Trademark Office, be renewed in accordance with the provisions of Section 9 of the Act of

July 5, 1946.  The registrant requests that the registration be renewed for jewelry and

precious stones in International Class 14.

Pursuant to Section 8 of the Trademark Act, the owner is using through a related

company, the mark in commerce on or in connection with jewelry and precious stones, as

evidenced by the attached specimen in the form of the inside of a box for holding the goods

showing the mark as currently used in commerce.

If possible, it is requested that the renewed registration be issued with a new

certificate of registration (reprinted) showing Wayne Van Scoy as the owner of the

RenAp84.111                    -1-
443-2

C0037

registration. If necessary, you are authorized to procure a trademark title report showing recorded title in the name of Wayne Van Scoy.

Wayne Van Scoy declares: that he is the owner of Registration No. 1,140,711, that the mark shown therein is in use through a related company in interstate commerce in connection with jewelry and precious stones as recited in the registration; that the attached specimen in the form of the inside of a box for holding the goods shows the mark as currently used in connection with said goods; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

Please recognize Michael F. Petock, Esquire, a member of the Bars of the Supreme Court of the United States and the Supreme Court of Pennsylvania, Registration No. 26,015, who has a mailing address of P.O. Box 856, Valley Forge, Pennsylvania 19482-0856 and a street address of 1220 Valley Forge Road, Valley Forge, Pennsylvania 19482-0856, telephone number (610) 935-8600, facsimile number (610) 933-9300, as my attorney with full power of substitution and revocation to prosecute this application and to transact all business in connection therewith.

Date: 4-13-01    Wayne Van Scoy
                 Wayne Van Scoy

RenAp0+.111
443-2                    -2-

C0038

You are authorized to charge the following fees in connection with his application to the undersigned's deposit account 16-1428:

| | |
|---|---|
| Fee for Section 9 Declaration | $400.00 |
| Additional Fee for Grace Period of Section 9 | $100.00 |
| Fee for Section 8 Declaration | $100.00 |
| Additional Fee for Grace Period of Section 8 | $100.00 |
| Issuance of a new Certificate of Registration (Reprinting) showing new owner | $100.00 |
| Title Report | $25.00 |
| Total | $825.00 |

Additionally, you are authorized to charge any additional fees necessary in connection with this filing or credit any overcharges to the Undersigned's deposit account 16-1428.

MICHAEL F. PETOCK, ESQUIRE
Registration No. 26,015

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail in an envelope addressed to: Box POST REG FEE, Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513, on the date shown below.

MICHAEL F. PETOCK, ESQ.                    April 16, 2001
                                           DATE

RenApr04.315
443-2                              -3-

C0

Van Scoy

C0040

## CERTIFICATE OF MAILING BY EXPRESS MAIL

EXPRESS MAIL Mailing Label No.: EL840038641US

Date of Deposit: April 16, 2001

     I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to Box POST REG FEE, Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513.

                                 *Rachel K McCurdy*

                                Actual Mailer: Rachel K. McCurdy
                                46 The Commons at Valley Forge
                                1220 Valley Forge Road
                                P.O. Box 856
                                Valley Forge, PA 19482-0856
                                (610) 935-8600
                                Facsimile: (610) 701-0604

Document(s) Express Mailed:(1)   Registration No. 1,140,711:
                                Combined Application for Renewal Under Section 9 and Declaration under Section 8 including specimen in the form of the inside of a box; Fee: $825.00

             (2)   Registration No. 1,140,958:
                                  Combined Application for Renewal Under Section 9 and Declaration under Section 8 including certificate and sales receipt specimens; Fee: $825.00

             (3)   Trademark Recordation Cover Sheet; Order of the United States Bankruptcy Court for the Middle District of Pennsylvania dated 1/4/01 in the matter of re: Thomas Van Scoy, Debtor including Memorandum Re: Transfer of Trademark and Service Mark, Registrations, Good Will and Right to Recover for Past Infringement; Fee: $65.00

             (4)   Letter of Michael F. Petock, Esquire.

C0041