# EXHIBIT D



# Corporations

Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification

**Date:** 12/3/2005

**Filed Documents**
(Business Entity Filing History)

### Business Name History

| Name | Name Type |
|---|---|
| VAN SCOY DIAMOND MINES, INC. | Current Name |

### Business Corporation - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 624670 |
| **Status:** | Active |
| **Entity Creation Date:** | 12/29/1977 |
| **Registered Office Address:** | GATEWAY SHOPPING CENTER EDWARDSVILLE PA 18704-0 |
| **Mailing Address:** | No Address |

Home | Site Map | Site Feedback | View as Text Only | Employment



Home

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement

http://www.corporations.state.pa.us/corp/soskb/Corp.asp?401291

D0001