# EXHIBIT G

WMIA 29410v1 12/05/05

```
                                                              1


     1              IN THE UNITED STATES DISTRICT COURT

     2                  FOR THE DISTRICT OF DELAWARE

     3                           * * *

     4    WAYNE VAN SCOY                  :
                                          :
     5           vs.                      : C.A. NO. 05-108-KAJ
                                          :
     6    VAN SCOY DIAMOND MINE OF        :
          DELAWARE, INC., KURT VAN SCOY   :
     7    and DONNA VAN SCOY              :

     8                           * * *

     9                     AUGUST 17, 2005

    10                           * * *

    11    PORTIONS OF THIS TRANSCRIPT CONTAIN CONFIDENTIAL

    12                       INFORMATION

    13                           * * *

    14            Videotape deposition of WAYNE VAN SCOY,

    15    taken pursuant to notice, was held at the law

    16    offices of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP,

    17    2000 Market Street, 10th Floor, Philadelphia,

    18    Pennsylvania 19103-3291, beginning at 10:11 a.m.,

    19    before McKinley Wise, a Registered Professional

    20    Reporter and an approved Reporter of the United

    21    States District Court.

    22              ESQUIRE DEPOSITION SERVICES
                   1880 John F. Kennedy Boulevard
    23                      15th Floor
                 Philadelphia, Pennsylvania 19103
    24                    (215) 988-9191
```

WAYNE VAN SCOY - 8/17/05                        137

1     A.    Probably when my dad was running the
2  stores with him.
3     Q.    So prior to --
4     A.    1994.
5     Q.    -- 1999?
6     A.    Prior to 1994. Yes, '99.
7     Q.    Prior to 1994?
8     A.    Yes.
9     Q.    Do you know what Mark Mauer's
10 occupation is?
11    A.    No.
12    Q.    Do you have any business
13 relationship with him now?
14    A.    No.
15    Q.    Do you know whether your lawyers
16 have talked with him?
17    A.    I don't know for sure.
18    Q.    Do you have any knowledge about his
19 use or nonuse of the mark Van Scoy Diamond Mine?
20    A.    No, not that I know of.
21    Q.    Who is John Sulik?
22    A.    Don't know. Mark and John. Maybe
23 that was John's last name. I don't know for sure.
24    Q.    You don't know.

WAYNE VAN SCOY - 8/17/05                           117

1    Q.    Did you ever tell him that before
2  you owned the mark?
3    A.    He was aware. I probably did during
4  the bankruptcy, how Rick and I have to take the
5  sign down and stuff. I didn't say, You had to
6  pay, because, you know, I can't make him pay for
7  it. I don't own it.
8    Q.    How about when your father owned the
9  mark?
10   A.    Did I? No. I don't -- not that I
11 recall.
12   Q.    When did you first realize that Kurt
13 Van Scoy was running a jewelry store under the
14 name Van Scoy Diamond Mine --
15   A.    Ninety --
16   Q.    -- in Newark, Delaware?
17   A.    '96 I saw the sign.
18   Q.    You were there personally --
19   A.    Yes.
20   Q.    -- in 1996?
21   A.    Yes.
22   Q.    At the store?
23   A.    Yes.
24   Q.    And to your knowledge, did he

1  continue to run that store after that?
2      A.     '98, when I went back down or for
3  checkups possibly when I went down with my dad and
4  mom to get checked up, drove past, saw it.  And
5  then for sure I was down there in '98 again
6  because of my father's surgeries.
7      Q.     And you saw the store?
8      A.     Yes.
9      Q.     And you saw the sign?
10     A.     Yes.
11     Q.     And what did the sign say?
12     A.     "Van Scoy's Diamond Mine."  I
13 think -- from the road I don't know if it said "of
14 Delaware" on the edge of it.  I don't know for
15 sure on that.
16     Q.     And after that, did you visit the
17 store?
18     A.     2003.  My mom.
19     Q.     And after that?
20     A.     No.
21     Q.     So you have known that he has been
22 running a jewelry store under the mark Van Scoy
23 Diamond Mine since 1996?
24     A.     '6, yes.

WS081705 (2).ASC

```
 6   would -- I think I'm right on the others. And
 7   then this here, I don't know about that one. I
 8   would think, yes. Again, find out.
 9        Q.     Ms. Savoca, who works for you, does
10   she take care of the financial side of the
11   business?
12        A.     Meaning exactly what?
13        Q.     The books.
14        A.     She breaks down the receipts or I --
15   I used to do it too.
16        Q.     Who computes the --
17        A.     Whoever has time.
18        Q.     -- profit or loss?
19        A.     My accountant.
20        Q.     Who is that?
21        A.     Pat Noonan.
22        Q.     What's his address?
23        A.     Nanticoke I think he goes by or
24   Hanover. I don't know his address.
```

ESQUIRE DEPOSITION SERVICES

WAYNE VAN SCOY - 8/17/05                    136

```
 1        Q.     How do you spell the name?
 2        A.     N-o-o-n-a-n.
 3        Q.     Pat?
 4        A.     Pat, yes.
 5        Q.     Male or female?
 6        A.     Male.
```

G0004

WS081705 (2).ASC

```
 7      Q.      Mr. Van Scoy, who is Mark Mauer?
 8      A.      He was an owner of one of the
 9   licenses down in Allentown area.
10      Q.      Do you know him personally?
11      A.      God, I don't -- I used to know him
12   when I was younger when I went with my dad to the
13   stores, when he went around.
14      Q.      Would you recognize him if he walked
15   in this door?
16      A.      I don't know. People change. So I
17   don't know for sure. I think, you know. Facial.
18   Maybe. I don't know for sure.
19              MR. MICHAEL F. PETOCK: I'll
20          undesignate this as not -- designate as not
21          being confidential now.
22   BY MR. QUINN:
23      Q.      When was the last time you spoke
24   with Mark Mauer?
```

ESQUIRE DEPOSITION SERVICES

WAYNE VAN SCOY - 8/17/05                    137

```
 1      A.      Probably when my dad was running the
 2   stores with him.
 3      Q.      So prior to --
 4      A.      1994.
 5      Q.      -- 1999?
 6      A.      Prior to 1994. Yes, '99.
 7      Q.      Prior to 1994?
```
Page 132

```
                    WS081705 (2).ASC
   8      A.    Yes.
   9      Q.    Do you know what Mark Mauer's
  10  occupation is?
  11      A.    No.
  12      Q.    Do you have any business
  13  relationship with him now?
  14      A.    No.
  15      Q.    Do you know whether your lawyers
  16  have talked with him?
  17      A.    I don't know for sure.
  18      Q.    Do you have any knowledge about his
  19  use or nonuse of the mark Van Scoy Diamond Mine?
  20      A.    No, not that I know of.
  21      Q.    Who is John Sulik?
  22      A.    Don't know. Mark and John. Maybe
  23  that was John's last name. I don't know for sure.
  24      Q.    You don't know.


            ESQUIRE DEPOSITION SERVICES
               WAYNE VAN SCOY - 8/17/05              138


   1      A.    No.
   2      Q.    I represent to you that John and
   3  Mark at one time were partners. Does that --
   4      A.    Yes. Okay.
   5      Q.    -- refresh your recollection?
   6      A.    Then it is, yes.
   7      Q.    Do you know John Sulik?
   8      A.    I've met them the same time as Mark.
                        Page 133
```

```
                    WS081705 (2).ASC
 9       Q.     Have you seen him since?
10       A.     No.
11       Q.     Spoke with him?
12       A.     No.
13       Q.     Communicated in any way with him?
14       A.     No.
15       Q.     Do you know what he does now?
16       A.     One of them -- I think they sold out
17  one to the other in the jewelry business, and
18  that's all I -- that's all I know on that.
19       Q.     Do you have any knowledge about his
20  use or nonuse of the mark Van Scoy Diamond Mine?
21       A.     No, not offhand.
22       Q.     Who is Lou Hill?
23       A.     He also owned a jewelry store.
24       Q.     Where?
```

ESQUIRE DEPOSITION SERVICES

WAYNE VAN SCOY - 8/17/05                         139

```
 1       A.     I think the Reading area.
 2       Q.     Was it a store franchised by your
 3  dad?
 4       A.     Yes.  Or at least licensed name,
 5  yes.
 6       Q.     When was the last time you spoke
 7  with Lou Hill?
 8       A.     Probably around the same time.
 9       Q.     Have you had any communications with
```
Page 134

G0007

WS081705 (2).ASC

10  him since?
11      A.  No.
12      Q.  Would you know him if he walked in
13  that door?
14      A.  Same thing. I think. I don't know
15  for sure.
16      Q.  Do you have any business
17  relationship with him now?
18      A.  No.
19      Q.  Do you have any knowledge about his
20  use or nonuse of the mark Van Scoy Diamond Mine?
21      A.  Not exact, no.
22      Q.  Not exact? Do you have any belief,
23  any understanding?
24      A.  Again, it was -- there were several


ESQUIRE DEPOSITION SERVICES

WAYNE VAN SCOY - 8/17/05                    140


1   owners down there and I don't know exactly who
2   changed hands and stuff like that or when they
3   were bought out from each other and stuff.
4       Q.  Who is Bob Cook?
5       A.  He runs a jewelry store down in
6   North Carolina.
7       Q.  Under what name does he run that
8   store?
9       A.  I don't -- I don't know for sure on
10  that. I think it -- I think it's Van Scoy

Page 135

G0008

WS081705 (2).ASC

```
11   Diamonds.
12        Q.    When was the last time you had any
13   communication with Mr. Cook?
14        A.    About the same time, if not --
15        Q.    Could you please be more specific?
16        A.    Sorry.  Same time the other boys,
17   Mark, John.
18        Q.    1999 --
19        A.    Yes.
20        Q.    -- or prior?
21        A.    '4, yes.
22        Q.    Do you have any actual knowledge
23   about the name under which he runs his store?
24        A.    I believe again it's Van Scoy
```

ESQUIRE DEPOSITION SERVICES

WAYNE VAN SCOY - 8/17/05                    141

```
 1   Diamonds, according to the Internet.
 2        Q.    Okay.
 3              MR. QUINN:  Let's go off the record
 4        for a minute.
 5              THE VIDEOGRAPHER:  Off the record,
 6        3:58.
 7                    * * *
 8              (Whereupon, a short recess was
 9        taken.)
10                    * * *
11              THE VIDEOGRAPHER:  Back on the
                    Page 136
```