# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, | ) |
| | ) |
| Plaintiff and | ) |
| Counterclaim-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| VAN SCOY DIAMOND MINE OF | )  Case No. 05-108 (KAJ) |
| DELAWARE, INC., a Delaware corporation, | ) |
| KURT VAN SCOY, and DONNA VAN SCOY, | ) |
| | ) |
| Defendants and | ) |
| Counterclaim-Plaintiffs. | ) |

### APPENDIX TO MEMORANDUM OF LAW IN SUPPORT OF REPLY BRIEF OF DEFENDANTS' VAN SCOY DIAMOND MINE OF DELAWARE, INC., KURT VAN SCOY AND DONNA VAN SCOY, IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

FOX ROTHSCHILD LLP

By:   /s/ Sharon Oras Morgan
Sharon Oras Morgan, Esquire
Delaware Bar No. 4287
919 North Market Street
Suite 1300
Wilmington, DE  19801
Telephone: (302) 622-4246
Facsimile:  (302) 656-8920
E-mail: smorgan@foxrothschild.com
*Attorneys for Defendants and Counterclaim Plaintiffs*

OF COUNSEL:
Charles N. Quinn, Esquire
Fox Rothschild LLP
200 Market Street, 10th Floor
Philadelphia, PA  19103
Telephone: (215) 299-2135
Facsimile:  (215) 299-2150
E-mail: cquinn@foxrothschild.com

Dated:  December 29, 2005

# TABLE OF CONTENTS

| | Page |
|---|---|
| Exhibit A - Deposition Transcript of Wayne Van Scoy taken August 17, 2005 | 2, 5 |
| Exhibit B - Deposition Transcript of Wayne Van Scoy on behalf of Rings of Romance taken October 4, 2005 | 2, 5 |
| Exhibit C - Deposition Transcript of Jacqueline Savoca taken September 30, 2005 | 2, 5 |
| Exhibit D - AutoZone, Inc. and AutoZone Parts, Inc.'s Uncontested Motion to Vacate Judgment | 2 |
| Exhibit E - Plaintiff's Answering Brief to Defendants' Motion for Summary judgment, pgs. 14-14 | 6, 12 |
| Exhibit F - Deposition Transcript of Kurt Van Scoy taken July 26, 2005 | 6, 17 |
| Exhibit G - Affadavit of Kurt Van Scoy | 6, 12 |