# EXHIBIT A

```
                                                                1

 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF DELAWARE

 3                              * * *

 4     WAYNE VAN SCOY                    :
                                         :
 5           vs.                         : C.A. NO. 05-108-KAJ
                                         :
 6     VAN SCOY DIAMOND MINE OF          :
       DELAWARE, INC., KURT VAN SCOY     :
 7     and DONNA VAN SCOY                :

 8                              * * *

 9                        AUGUST 17, 2005

10                              * * *

11      PORTIONS OF THIS TRANSCRIPT CONTAIN CONFIDENTIAL

12                          INFORMATION

13                              * * *

14              Videotape deposition of WAYNE VAN SCOY,

15     taken pursuant to notice, was held at the law

16     offices of FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP,

17     2000 Market Street, 10th Floor, Philadelphia,

18     Pennsylvania 19103-3291, beginning at 10:11 a.m.,

19     before McKinley Wise, a Registered Professional

20     Reporter and an approved Reporter of the United

21     States District Court.

22               ESQUIRE DEPOSITION SERVICES
                 1880 John F. Kennedy Boulevard
23                        15th Floor
                 Philadelphia, Pennsylvania 19103
24                      (215) 988-9191


                    ESQUIRE DEPOSITION SERVICES
```

WAYNE VAN SCOY - 8/17/05                          82

1    front fee used for the name, then yes.  You know
2    what I mean?
3    BY MR. QUINN:
4         Q.    So you would pick and choose among
5    the agreements to honor; is that correct?
6         A.    Well, it's only if there was a
7    dollar -- a fee paid for the use.
8         Q.    Is Van Scoy Diamond Mine a famous
9    mark?
10        A.    Yes.
11        Q.    What is the significance of all of
12   the 20-year-plus-old advertising documents
13   provided to us?
14        A.    What -- say that again.
15        Q.    What --
16        A.    I'm sorry?
17             MR. QUINN:  Read the question back,
18   please.
19                      * * *
20             (Whereupon, the requested portion of
21   the record was read.)
22                      * * *
23             MR. MICHAEL F. PETOCK:  Objection.
24   Seeking legal conclusion.
             ESQUIRE DEPOSITION SERVICES

PH2 246050v1 12/28/05

```
                WAYNE VAN SCOY - 8/17/05                    83

 1   BY MR. QUINN:
 2        Q.     You can answer the question.
 3        A.     I don't fully understand the
 4   question.  In other words, like 20 years of
 5   advertising, what do I think it is or -- I don't
 6   understand it.
 7        Q.     Let me try to rephrase it in a way
 8   that will be more understandable.
 9               We requested certain documents --
10   and I'll get the exact quotation from the papers
11   after lunch -- relating to advertising --
12        A.     Yes.
13        Q.     -- that has been done for the mark
14   Van Scoy Diamond Mine.
15        A.     Yes.
16        Q.     Correct?
17        A.     Yes.
18        Q.     You're aware of that?
19        A.     Yes.
20        Q.     And some of the documents we
21   received are -- and pardon my characterization
22   because I may not have this exactly correct --
23        A.     Yes.
24        Q.     -- are copies of programs from
                  ESQUIRE DEPOSITION SERVICES
```

WAYNE VAN SCOY - 8/17/05                              84

1    NASCAR races for which your father's company or
2    your father was a sponsor --
3         A.    Yes.
4         Q.    -- back in the early to mid-1980s.
5         A.    Yes.
6         Q.    And those documents are at least 20
7    years old.
8         A.    Yes.
9         Q.    Maybe 25.
10        A.    Okay.
11        Q.    My question is, do those documents
12   show Van Scoy Diamond Mine to be a famous mark?
13        A.    Well, if anybody sponsors a stock-
14   car race, they've got to be -- got to be a well-
15   known company.  I mean, that's why when you go to
16   races, you see Coors Light, Coors Light, Coors
17   Light.  At least -- Nike, same thing.  You just --
18   you get to see it.  And if they -- if they sponsor
19   a big event, it's got to be.
20        Q.    Okay.  I understand that.
21        A.    You know what I mean?
22        Q.    I understand your answer.
23              MR. QUINN:  Let's go off the record
24         for a minute just 'cause it's going to take
                ESQUIRE DEPOSITION SERVICES

```
                WAYNE VAN SCOY - 8/17/05                85

  1         me a minute to get these --

  2                 THE VIDEOGRAPHER:  Off the record --

  3         off the record at 11:45.

  4                         * * *

  5                 (Whereupon, a discussion was held

  6         off the record.)

  7                         * * *

  8                 (Whereupon, Exhibit D-1 was marked

  9         for identification.)

 10                         * * *

 11                 THE VIDEOGRAPHER:  Back on the

 12         record at 11:53.

 13    BY MR. QUINN:

 14         Q.      Mr. Van Scoy, you have in front of

 15    you a document that's been marked as Defendant's

 16    Exhibit 1.  Do you recognize that document?

 17         A.      Yes.  It looks like a receipt of

 18    ours.

 19         Q.      It's a receipt from your store?  Is

 20    that what you're saying?

 21         A.      154 Mundy Street, yes, it looks like

 22    it.

 23         Q.      When did you start using this type

 24    of receipt?
```