# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

* * *

| | |
|---|---|
| WAYNE VAN SCOY, | : |
|     Plaintiff and | : |
|     Counterclaim | : |
|     Defendant | : |
| | : |
| vs | : |
| | : |
| VAN SCOY DIAMOND MINE | : |
| OF DELAWARE, INC., KURT | : |
| VAN SCOY and DONNA | : |
| VAN SCOY, | : |
|     Defendants and | : |
|     Counterclaim | : |
|     Defendants | : NO. 05-108 |

* * *

Oral deposition of JACQUELINE SAVOCA, taken at the law offices of Burke & Burke, 1460 Wyoming Avenue, Forty Fort, Pennsylvania 18704, on Friday, September 30, 2005, beginning at 2:00 p.m. before Pamela Pratt, Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

* * *

ACCUSCRIPT, INC.
COURT REPORTERS
218 North Wyoming Street
Hazleton, Pennsylvania 18201
(570) 455-4558   (570) 823-2667   (800) 596-0001

ACCUSCRIPT, INC.

PH2 246054v1 12/28/05

54

JACQUELINE SAVOCA

1    A.    No. That was years ago.

2    Q.    By "years ago," are we taking about the

3    '80s, or some other time frame?

4    A.    Possibly, yeah.

5    Q.    Okay. Do you consider Van Scoy Diamond

6    Mine to be a famous mark?

7    A.    Yes.

8    Q.    Why?

9    A.    Because it's well-known through

10   advertising and Mr. Van Scoy being in business for

11   65 years.

12   Q.    Where do you consider it to be

13   well-known?

14   A.    Up and down the East Coast.

15   Q.    Do you have an opinion as to whether

16   Donna Van Scoy should have been named in this

17   action?

18         MR. PETOCK:  Objection.

19   BY MS. MORGAN:

20   Q.    You can answer it.

21   A.    I don't have an opinion.

22         MS. MORGAN:  I have nothing further. I

23   don't know if Mr. Petock does.

24               *  *  *

25               EXAMINATION

ACCUSCRIPT, INC.

```
                                                          55
                        JACQUELINE SAVOCA
  1                         *   *   *
  2     BY MR. PETOCK:
  3          Q.    You testified that there were three
  4     NASCAR and one Indy 500 race under the name Van
  5     Scoy Diamond Mine 500 a number of years ago?
  6          A.    Yes.
  7          Q.    Did there come a time in June of this
  8     year when you say saw something related to those
  9     races?
 10               MS. MORGAN:  Objection.  Leading
 11     question.
 12     BY MS. MORGAN:
 13          Q.    Can you tell us whether you ever saw
 14     anything in connection with those races recently?
 15          A.    Yes.  The day of Mr. Van Scoy's
 16     viewing, his grandson had gone to the race and
 17     there was a banner hanging that he took a picture
 18     of and brought it back to the funeral home.  And it
 19     was the day of the NASCAR race up in the Poconos
 20     and the banner said, God bless Tommy Van Scoy and
 21     Van Scoy Diamond Mine 500.  I saw the picture that
 22     he took.
 23          Q.    Do you know whether the Scranton store
 24     is licensed by Wayne Van Scoy?
 25          A.    No, I don't.
                                ACCUSCRIPT, INC.
```