# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WAYNE VAN SCOY, )
                                      )
          Plaintiff,                  )
                                      )
v.                                    )     Civil Action No.
                                      )        05-108 (KAJ)
VAN SCOY DIAMOND MINE OF              )
DELAWARE, INC., KURT VAN SCOY )
and DONNA VAN SCOY,                   )
                                      )
          Defendants.                 )

          Video deposition of KURT VAN SCOY taken
pursuant to notice at the offices of Ashby & Geddes, 17th
Floor, 222 Delaware Avenue, Wilmington, Delaware,
beginning at 10:00 a.m. on Tuesday, July 26, 2005, before
Anne L. Adams, Registered Professional Reporter and
Notary Public.

APPEARANCES:

          MICHAEL F. PETOCK, ESQ.
          MICHAEL C. PETOCK, ESQ.
          PETOCK & PETOCK
            46 The Commons at Valley Forge
            1220 Valley Forge Road
            Valley Forge, Pennsylvania 19482-0856
            for the Plaintiff,

          CHARLES N. QUINN, ESQ.
          FOX ROTHSCHILD
            2000 Market Street, 10th Floor
            Philadelphia, Pennsylvania 19103-3291
            for the Defendants.

ALSO PRESENT:   Wayne Van Scoy
                Donna Van Scoy
                Lisa Bauer - Video Specialist

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                    WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
                    (302) 655-0477



**WILCOX & FETZER LTD.**
Registered Professional Reporters



```
 1      A.    I can't answer that.

 2      Q.    2000, 2001?

 3      A.    I don't know.

 4      Q.    Have you done more or less advertising this year

 5   than last year?

 6      A.    To be honest, I don't know that.  I don't know

 7   that.

 8      Q.    Last year you spent 52,270 on advertising.  And

 9   you are not sure how much you spent this year?

10      A.    I really don't know.

11      Q.    So far, obviously.

12      A.    Right.

13      Q.    If you are forced to stop using the mark now, do

14   you think you will be prejudiced in any way?

15      A.    I don't understand that.

16      Q.    Do you think that, if you were forced to stop

17   using the mark right now, you would be placed in a

18   position that you think is somehow unfair?

19      A.    Yes.

20      Q.    Could you tell me why?

21      A.    My father gave me the name.

22      Q.    Is that the only reason why you think you would

23   be prejudiced if you were forced to stop using the mark

24   now?
```

Kurt Van Scoy

98

1      A.    My father gave me the name and he gave me the

2    sign for the store.

3      Q.    Is that the only reason why you think you would

4    be prejudiced?

5      A.    Yes.

6             MR. F. PETOCK:  Could you speak up a little

7    bit?

8             THE WITNESS:  Yes.  My father gave me the

9    name and he gave me the sign.  And, yes, that's the

10   reason why, yes, absolutely.

11            MR. F. PETOCK:  Thank you.

12            THE WITNESS:  Sure.

13   BY MR. PETOCK:

14     Q.    Do you think there is a likelihood of confusion

15   between your store and Wayne's store?

16     A.    I don't understand that.

17     Q.    Would the average member of the public think that

18   there is some sort of connection between the goods and

19   services that you to offer and the goods and services

20   that Wayne's store offers under the mark Van Scoy Diamond

21   Mine?

22     A.    I don't know that.  I can't answer for a

23   customer.

24     Q.    Have you ever experienced a customer being

**W&F**

**WILCOX & FETZER LTD.**

Registered Professional Reporters