## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of December, 2005, a copy of the **REPLY BRIEF OF DEFENDANTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**, was served upon the following counsel of record at the address and in the manner indicated:

to Michael C. Petock, Esquire, via Federal Express, addressed to

>   **Michael C. Petock, Esquire**
>   **Michael F. Petock, Esquire**
>   **Petock & Pectock LLC**
>   **4 The Commons at Valley Forge**
>   **1220 Valley Forge Road**
>   **P.O. Box 856**
>   **Valley Forge, PA  19482-0856**

and  a copy sent as an attachment to an e-mail addressed to:

>   mfpetock@comcast.net
>   jday@ashby-geddes.com

and on John G. Day, Esquire by hand delivery to the following address:

>   **John G. Day, Esquire**
>   **Ashby & Geddes**
>   **222 Delaware Avenue, 17th Floor**
>   **P.O. Box 1150**
>   **Wilmington, DE 19899**

                **FOX ROTHSCHILD LLP**
By:   <u>/s/ **Sharon Oras Morgan**</u>
       Sharon Oras Morgan, Esquire
       Delaware Bar No. 4287
       919 North Market Street
       Suite 1300
       Wilmington, DE 19801
       Telephone: (302) 622-4246
       Facsimile: (302) 656-8920
       E-mail: smorgan@foxrothschild.com
       *Attorneys for Defendants and*
       *Counterclaim Plaintiffs*

OF COUNSEL:
Charles N. Quinn, Esquire
Fox Rothschild LLP
200 Market Street, 10th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2135
Facsimile: (215) 299-2150
E-mail: cquinn@foxrothschild.com
Dated: December 29, 2005