IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY,<br>    Defendants and<br>    Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-108 (KAJ)<br>)<br>)<br>)<br>) |

## REQUEST FOR ORAL ARGUMENT

Defendants Kurt Van Scoy, Donna Van Scoy & Van Scoy Diamond Mine of Delaware, Inc., by and through their undersigned counsel, pursuant to Local Rule 7.1.4, hereby request Oral Argument on Defendants and Counterclaim-Plaintiffs' Motion for Summary Judgment, in addition to Plaintiff and Counterclaim-Defendant's three Motions for Summary Judgment.

FOX ROTHSCHILD LLP

/s/ Sharon Oras Morgan
Sharon Oras Morgan (DE Bar No. 4287)
919 N. Market Street
Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 622-4246
Facsimile: (302) 656-8920

OF COUNSEL:
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135
*Attorneys for Defendants and Counterclaim Plaintiff*

Dated: December 29, 2005

WM1A 70445v1 12/29/05