IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY,<br>    Defendants and<br>    Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-108 (KAJ)<br>)<br>)<br>)<br>) |

**COMPENDIUM OF UNREPORTED CASES CITED IN
REPLY BRIEF OF DEFENDANTS VAN SCOY DIAMOND MINE
OF DELAWARE, INC., KURT VAN SCOY AND DONNA VAN SCOY
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

FOX ROTHSCHILD LLP

/s/ Sharon Oras Morgan
Sharon Oras Morgan (DE Bar No. 4287)
919 N. Market Street
Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 622-4246
Facsimile: (302) 656-8920

OF COUNSEL:
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

*Attorneys for Defendants and
Counterclaim Plaintiff*

Dated: December 30, 2005

WM1A 70512v1 12/30/05

## COMPENDIUM OF UNREPORTED CASES

*AutoZone, Inc. v. Tri-State Automobile Outlet, Inc.*,
    2005 WL 1353797 (D. Del. June 7, 2005).......................................................... Exhibit A