IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WAYNE VAN SCOY,                        )
                                       )
            Plaintiff,                 )
                                       )        C.A. No. 05-108-KAJ
      v.                               )
                                       )
VAN SCOY DIAMOND MINE OF               )
DELAWARE, INC., a Delaware corporation,)
KURT VAN SCOY, and DONNA VAN SCOY,     )
                                       )
            Defendants.                )

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff, Wayne Van Scoy, hereby requests oral argument

on Defendants' Motion for Summary Judgment and on Plaintiff's three Motions for Summary

Judgment.  These Motions are more specifically identified as follows:

1.      Motion of Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy

and Donna Van Scoy, for Summary Judgment (D.I. 116);

2.      Plaintiff's Wayne Van Scoy's Motion for Summary Judgment of Infringement and

Willful Infringement by Defendants (D.I. 108);

3.      Plaintiff's Wayne Van Scoy's Motion for Summary Judgment against Defendants'

Claims of Invalidity and Abandonment (D.I. 110); and

4.      Plaintiff's Wayne Van Scoy's Motion for Summary Judgment on Defendants'

Laches, Acquiescence and Estoppel Defenses (D.I. 112).

ASHBY & GEDDES

*/s/ John G. Day*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600
MP@IPLaw-Petock.com

Dated: January 3, 2006
165206.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2006, the attached **REQUEST FOR ORAL ARGUMENT** was served upon the below-named counsel of record at the address and in the manner indicated:

Francis G.X. Pileggi, Esquire  
Sharon Oras Morgan, Esquire  
Fox Rothschild LLP  
Citizen Bank Center  
919 North Market Street  
Suite 1300  
Wilmington, DE  19801-2323  

<u>HAND DELIVERY</u>

Charles N. Quinn, Esquire  
Fox Rothschild LLP  
2000 Market Street  
Tenth Floor  
Philadelphia, PA  19103  

<u>VIA ELECTRONIC MAIL</u>  
<u>and FIRST CLASS MAIL</u>

*/s/ John G. Day*
_____
John G. Day