# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

WAYNE VAN SCOY,                              :
                                             :
              Plaintiff,                     :
                                             :
       v.                                    :    Civil Action No. 05-108-KAJ
                                             :
VAN SCOY DIAMOND MINE OF                     :
DELAWARE, INC., KURT VAN SCOY,               :
and DONNA VAN SCOY,                          :
                                             :
              Defendants.                    :

## ORDER

At Wilmington this **6th** day of **January, 2006,**

IT IS ORDERED that a teleconference with the Magistrate Judge to be initiated by Charles Quinn, Esquire is scheduled for **Monday, January 9, 2006 at 3:00 p.m.** The purpose of the teleconference is to discuss the status of negotiations and their effect on continued mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE