IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-108-KAJ |
| | ) |
| VAN SCOY DIAMOND MINE OF | ) |
| DELAWARE, INC., a Delaware | ) |
| corporation, KURT VAN SCOY, and | ) |
| DONNA VAN SCOY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Oral argument on all pending summary judgment motions in the above-captioned action will be heard on **January 24, 2006** beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.


_____
UNITED STATES DISTRICT JUDGE

January 9, 2006
Wilmington, Delaware