IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, | ) |
| Plaintiff and Counterclaim-Defendant, | ) ) ) ) |
| v. | ) ) |
| VAN SCOY DIAMOND MINE OF DELAWARE, INC., a Delaware corporation, KURT VAN SCOY, and DONNA VAN SCOY, | ) ) ) ) |
| Defendants and Counterclaim-Plaintiffs. | ) ) |

Case No. 05-108 (KAJ)

### STATEMENT BY DEFENDANTS COUNSEL UNDER LOCAL RULE 7.1.1 RESPECTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

I, Charles N. Quinn, hereby state that I am a partner in the firm of Fox Rothschild LLP, counsel for the defendants in this action, that I am admitted in good standing as a member of the Bar of the Supreme Court of Pennsylvania and the United States District Court for the Easter District of Pennsylvania, that I have been admitted pro hace vice to represent the defendants in this action, and that I have made reasonable efforts to reach agreement with counsel for the plaintiff respecting the matters set forth in the instant motion.

FOX ROTHSCHILD LLP

/s/ Charles N. Quinn
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

*Attorneys for Defendants and Counterclaim Plaintiff*

Dated: January 23, 2006