IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, <br><br> Plaintiff and <br> Counterclaim-Defendant, <br><br> v. <br><br> VAN SCOY DIAMOND MINE OF DELAWARE, INC., a Delaware corporation, KURT VAN SCOY, and DONNA VAN SCOY, <br><br> Defendants and <br> Counterclaim-Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 05-108 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

AND NOW, this _____ day of January, 2006, upon Motion of Defendants' Kurt Van Scoy, Donna Van Scoy & Van Scoy Diamond Mine of Delaware, Inc., for Leave To File An Amended Answer, Affirmative Defenses and Counterclaims in its favor and against Plaintiffs and any response thereto, it is hereby Ordered that the Motion is GRANTED, and that Defendants Proposed Amended Answer, Affirmative Defenses and Counterclaims is hereby deemed filed.

_____
The Honorable Kent A. Jordan