## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of January, 2006, a copy of

**Defendants Motion For Leave To File An Amended Answer, Affirmative Defenses**

**And Counter Claims**, was served upon the following counsel of record at the address

and in the manner indicated:

**US MAIL, POSTAGE PRE-PAID AND E-MAIL**
**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Petock LLC**
**4 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA 19482-0856**
mfpetock@comcast.net


**HAND DELIVER AND E-MAIL**
**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. Box 1150**
**Wilmington, DE 19899**
jday@ashby-geddes.com


/s/ Sharon Oras Morgan
Sharon Oras Morgan (DE Bar No. 4287)

Dated: January 23, 2006

WM1A 71712v1 01/23/06