## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of January, 2006, a copy of **Defendants Brief in Support of Motion For Leave to File an Amended Answer, Affirmative Defenses and Counterclaims**, was served upon the following counsel of record at the address and in the manner indicated:

<u>**US MAIL, POSTAGE PRE-PAID AND E-MAIL**</u>
Michael C. Petock, Esquire
Michael F. Petock, Esquire
Petock & Petock LLC
4 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA  19482-0856
mfpetock@comcast.net

<u>**HAND DELIVER AND E-MAIL**</u>
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com

/s/ Sharon Oras Morgan
Sharon Oras Morgan (DE Bar No. 4287)

Dated: January 23, 2006

WM1A 71765v1 01/23/06