UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware corporation,<br>KURT VAN SCOY, and DONNA VAN SCOY,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-108 (KAJ)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX TO BRIEF IN SUPPORT OF MOTION
BY DEFENDANTS KURT VAN SCOY, DONNA VAN SCOY, AND
VAN SCOY DIAMOND MINE OF DELAWARE, INC.
FOR LEAVE TO FILE AN
<u>AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS</u>**

                                    FOX ROTHSCHILD LLP
                                    Sharon Oras Morgan (DE Bar No. 4287)
                                    919 N. Market Street
                                    Suite 1300
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 622-4246
                                    Facsimile: (302) 656-8920

                                    *Attorneys for Defendants and*
                                    *Counterclaim Plaintiff*

OF COUNSEL:
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

Dated: January 23, 2006

# TABLE OF CONTENTS

**Affidavit of Kurt Van Scoy** ...............................................................................Appendix 1

**Trademark Registration Assigned
October 21, 1980** .............................................................................................Appendix 2

**Bankruptcy Docket Sheet and Schedules of
Thomas Van Scoy Senior** ................................................................................Appendix 3

**Trustees' Answer to Motion for Relief from Automatic
Stay**..................................................................................................................Appendix 4

**January 4, 2001 Bankruptcy Order** ...............................................................Appendix 5

**Defendants' Amended Answer, Affirmative
Defenses and Counterclaims** ..........................................................................Appendix 6

**Defendants' Amended Answer, Affirmative
Defenses and Counterclaims, marked with
brackets and underlining indicating text
deleted from and added to Defendants' Answer,
Affirmative Defenses and Counterclaims
as originally filed**............................................................................................Appendix 7