# Appendix
## "3"

# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Wilkes-Barre)
## Bankruptcy Petition #: 5:94-bk-01241-JJT

*Assigned to:* John J. Thomas
Chapter 7
Previous chapter 13
Voluntary
Asset

*Date Filed:* 09/23/1994
*Date Converted:*
12/29/1994
*Date Discharged:*
01/23/2001

**Thomas A. Van Scoy**
360 JOSEPH DRIVE
KINGSTON, PA 18704
SSN: xxx-xx-2280
*Debtor*
*ta*
**Van Scoy Diamond Mine**

represented by **Thomas K. Feissner, Esq**
218 NORTH WYOMING STREET
HAZLETON, PA 18201
570 455-4558

**Robert P. Sheils, Jr (Trustee)**
Sheils Law Associates, PC
108 North Abington Road
Clarks Summit, PA 18411
570 587-2600
*Trustee*

represented by **Jill M. Spott**
Sheils Law Associates, PC
108 North Abington Road
Clarks Summit, PA 18411
570 587-2600
Fax : 570 585-0313
Email: jspottesq@sheilslaw.com

**Robert P. Sheils, Jr**
*Sheils Law Associates, PC
108 North Abington Road
Clarks Summit, PA 18411
570 587-2600
Email: RSheils@SheilsLaw.com

10/24/2005

C-1

In re: *VAN SCOY, THOMAS A*                                                        *5-94-01241*
_____Debtor_____                                                                   Case No.:

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Location:** *In debtor possession.* **Description:** *Brown 3/4 length mink coat, black tail mink coat, muskrat coat* **Location:** *In debtor possession.* | H | 500.00 |
| | | **Description:** *Diamond tie tack, gold bracelet, diamond lapel pin* **Location:** *In debtor possession.* | H | 350.00 |
| 8. Firearms and sports, photographic. and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit-sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Description:** *Stock of Van Scoy Diamond Mines, Inc.* **Location:** *In debtor possession.* | H | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sheet no. _____1_____ of _____ continuation sheets
attached to Schedule B – Personal Property

Matthew Bender & Co.  ◆          Total ➔ | |

Include amounts from any continuation sheets attached.
Total on last page only. Report total also on Summary of Schedules.

In re: **VAN SCOY, THOMAS A**                                                      **5-94-01241**

Debtor                                                                              Case No.:

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor, including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor, other than those listed in the Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | Description: Trademark "Van Scoy Diamond Mines" Location: In debtor possession. | H | 0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Description: 1968 Ford state body 15' flatbed truck Location: In debtor possession. | H | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Description: Conference table with six chairs, two small refrigerators, two microwave ovens, eight desks, assorted office chairs, two personal computers, printer, fax machine, nine filing cabinets, photocopier Location: In debtor possession. | H | 1,200.00 |

Sheet no. _____2_____ of _____ continuation sheets
attached to Schedule B - Personal Property

Matthew Bender & Co.

Total ➤

Include amounts from any continuation sheets attached.
Total on last page only. Report total also on Summary of Schedules.

09/19/2005 14:48 FAX 5705850313          Sheils Law Associates                    ☑022

In re: *VAN SCOY, THOMAS A*                                              *5-94-01241*
          Debtor                                                              Case No.:

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Description:** *Shop equipment (sizing, setting, polishing, repair equipment); two microscopes, six safes, eight 2'x4' showcases, twenty showroom chairs, assorted decorative items* **Location:** *In debtor possession.* | H | 7,860.00 |
| 28. Inventory. | | **Description:** *Inventory of the Wilkes-Barre retail location of Van Scoy Diamond Mines, including gold wedding bands, diamond wedding bands, diamond pendants, diamond tennis bracelets, men's and ladies' diamond rings, gold earrings, gold pendants, men's and ladies' gold rings, gold necklaces, gold bracelets, gold ring mountings* **Location:** *In debtor possession.* **Additional information:** *Value listed is liquidation value.* | H | 26,627.50 |
| 29. Animals. | X | | | |
| 30. Crops – growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet no. ____3____ of _____ continuation sheets
attached to Schedule B – Personal Property

Matthew Bender & Co.          Total → | 48,657.50

Include amounts from any continuation sheets attached.
Total on last page only. Report total also on Summary of Schedules.

09/19/2005 14:46 FAX 5705850313          Shells Law Associates                    ☑017



COPY

# United States Bankruptcy Court
### MIDDLE DISTRICT OF PENNSYLVANIA

NOV 2 8 1994

In re: *VAN SCOY, THOMAS A*
                          Debtor

5-94-01241
                          Case No.:

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 850,000.00 | | |
| B - Personal Property | | 4 | $ 48,657.50 | | |
| C - Property Claimed As Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 2 | | $ 647,405.56 | |
| E - Creditors Holding Unsecured Priority Claims | | 2 | | $ 12,853.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 10 | | $ 717,083.61 | |
| G - Executory Contracts and Unexpired Leases | | 1 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | | 2 | | | $ 27,413.00 |
| J - Current Expenditures of Individual Debtor(s) | | 4 | | | $ 26,287.28 |
| Summary Sheet | | 1 | | | |
| Total number of sheets in ALL Schedules → | | 29 | | | |
| Total Assets → | | | $ 898,657.50 | | |
| Total Liabilities → | | | | $ 1,377,342.43 | |

Total No. of Creditors     40

Matthew Bender & Co.

In re: _VAN SCOY, THOMAS A_                                      _5-94-01241_
　　　　　　　　　　Debtor                                              Case No.:

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under  (Check one box)

☐  11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d).  Note: These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| _Cash in wallet_ | _42 Pa.C.S.A. 8123 (a)_ | 20.00 | 20.00 |
| _Commercial real property and improvements thereon_ | _42 Pa.C.S.A. 8124 (Note 15)_ | 500,000.00 | 500,000.00 |
| _Commercial real property and improvements thereon_ | _42 Pa.C.S.A. 8124 (Note 15)_ | 50,000.00 | 100,000.00 |
| _Household goods and furnishings_ | _42 Pa.C.S.A. 8124 (Note 15)_ | 3,000.00 | 3,000.00 |
| _Personal clothing_ | _42 Pa.C.S.A. 8124(a)(1)_ | 300.00 | 300.00 |
| _Residential real property and improvements thereon_ | _42 Pa.C.S.A. 8124 (Note 15)_ | 250,000.00 | 250,000.00 |

_____ continuation sheets attached

Matthew Bender & Co.

In re: *VAN SCOY, THOMAS A*                                              *5-94-01241*
_____                              _____
                Debtor                                              Case No.:

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor, as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor." Include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband ("H"), wife ("W"), both of them ("J"), or the marital community ("C") may be liable on each claim by placing an "H," "W," "J," or "C" in the appropriate column.

If the claim is contingent, place a "C" in the appropriate column. If the claim is unliquidated, place a "U" in the column. If the claim is disputed, place a "D" in the column. (You may need to place more than one letter in this column.)

Report the total of all claims listed on the schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| **Account Number** 92-8771350-4 *J-HAWK CORPORATION ATTN STEPHEN J DAILY PO BOX 8216 6400 IMPERIAL DR WACO TX  76714 (817) 751-1750* | | J | Date incurred:  *1989* **Nature of lien:** *COMMERCIAL MORTGAGE* **Collateral description:** *Commercial real property and improvements thereon* Collateral value: *500,000.00* **Lien seniority:** *1* **Collateral description:** *Residential real property and improvements thereon* **Collateral value:** *230,000.00* **Lien seniority:** *2* **Total col. value:** *730,000.00* **Claim assigned to:** *Servicing agent RIVA FINANCIAL SERVICES ATTN: STEPHEN J DAILY 625 RIDGE PIKE BLDG A  SUITE 103 CONSHOHOCKEN PA  19428 (610) 825-3762* | D | 559,000.00 | 0.00 |
| **Account Number** 101-881-11143 *MELLON BANK NA NORTHEASTERN REGION ATTN DAVID R LEROY 8 W MARKET ST WILKES BARRE PA  18711 (717) 826-2611* | | J | Date incurred:  *1983* **Nature of lien:** *LINE OF CREDIT SECURED BY MORTGAGE* **Collateral description:** *Commercial real property and improvements thereon* | D | 68,405.56 | 0.00 |

_____ continuation sheets attached

Subtotal ➤ (Total of this page)                    627,405.56

Total ➤ (Use only on last page)

(Report total also on Summary of Schedules)

Matthew Bender & Co.

In re: *VAN SCOY, THOMAS A*                                              *5-94-01241*

Debtor                                                          Case No.:

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| | | | Collateral value: *100,000.00* | | | |
| | | | Lien seniority: *1* | | | |
| | | | Total col. value: *100,000.00* | | | |
| | | | Additional Information: | | | |
| | | | *CREDITOR TOOK SETOFF JUNE 22, 1994 IN THE AMOUNT OF $16,408.21 BY APPLYING FUNDS FROM DEBTOR'S THEN-OWNED BANK ACCOUNT AND APPLYING THEM TO THIS DEBT.* | | | |
| | | | Claim assigned to: | | | |
| | | | *Attorney HOURIGAN KLUGER SPOHRER ATTN CHRISTINA MORRISON 700 MELLON BANK CENTER 8 W MARKET ST WILKES BARRE PA  18701 (717) 825-9401* | | | |
| Account Number *DL 439789 10 00 WB* *SMALL BUS ADMINISTRATION 20 N PENNSYLVANIA AVE WILKES BARRE PA  18701 (717) 826-6497* | | *J* | Date incurred: *1972* Nature of lien: *Mortgage on primary residence - first lien* Collateral description: *Residential real property and improvements thereon* Collateral value: *250,000.00* Lien seniority: *1* Total col. value: *250,000.00* | *D* | *20,000.00* | *0.00* |

Sheet _____ *1* of _____ continuation sheets
attached to Schedule D - Creditors Holding Secured Claims

Subtotal ➛
(Total of this page)                *20,000.00*

Total ➛
(Use only on last page)            *647,405.56*

(Report total also on Summary of Schedules)

Matthew Bender & Co.

In re: *VAN SCOY, THOMAS A*                                                  *5-94-01241*
_____                                    _____
                    Debtor                                                    Case No.:

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H" for "husband," "W" for "wife," "J" for "joint," or "C" for "community" in the appropriate column.

If the claim is contingent, unliquidated, or disputed, place a "C," "U," or "D" in the corresponding column. (You may need to place more than one letter in the column.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Extensions of Credit in an Involuntary Case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, Salaries, and Commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to Employee Benefit Plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain Farmers and Fishermen**

Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by Individuals**

Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Controller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. sec. 507(a)(8).

_____ continuation sheets attached

Matthew Bender & Co. 

In re: *VAN SCOY, THOMAS A*                                              *5-94-01241*
_____                              _____
            Debtor                                                    Case No.:

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes**
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| **Account Number** 23-2106595 *INTERNAL REVENUE SERVICE PHILADELPHIA PA  19255* (800) 829-1040 | | H | **Date incurred:**  3Q 1994 **Consideration:** *Federal employment taxes* | D | 597.74 | 597.74 |
| **Account Number** 23-2106595 *PA DEPT OF REVENUE 15TH FL STRAWBERRY SQ FOURTH & WALNUT STS HARRISBURG PA  17120* | | H | **Date incurred:**  '93-'94 **Consideration:** *STATE WITHHOLDING TAXES* | D | 12,255.52 | 12,255.52 |

Sheet no. ___1___ of _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  →  12,853.26

Total (Use only on last page of the completed Schedule E)  →  12,853.26

(Report total also on Summary of Schedules)

Matthew Bender & Co.

09/19/2005 14:50 FAX 5705850313          Sheils Law Associates                           ☑028

In re: **VAN SCOY, THOMAS A**                                      **5-94-01241**
_____                           _____
        Debtor                                                Case No.;

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use a continuation sheet.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband ("H"), wife ("W"), both of them ("J"), or the marital community ("C") may be liable on each claim by placing an "H," "W," "J," or "C" in the appropriate column.

If the claim is contingent, place a "C" in the appropriate column. If the claim is unliquidated, place a "U" in the column. If the claim is disputed, place "D" in the column. (You may need to place more than one letter in this column.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION. IF ANY |
|---|---|---|---|---|---|
| **Account Number** | | | | | |
| AMIKAN 1212 AVE OF THE AMERICAS NY NY 10036 (212) 869-1889 | | H | Date incurred: 1992-93 Consideration: GOODS DELIVERED | D | 10,664.55 |
| **Account Number** | | | | | |
| MARILYN BARTOLI C/O MOSES & GELSO 120 S FRANKLIN ST WILKES BARRE PA 18701 (717) 826-1401 | | H | Date incurred: 1990 Consideration: Sewer line dispute Claim assigned to: Attorney MOSES & GELSO JOHN P MOSES ESQUIRE 120 S FRANKLIN ST WILKES BARRE PA 18701 (717) 826-1401 | D | UNKNOWN |
| **Account Number** | | | | | |
| CAESARS ATLANTIC CITY ATTN VINCENT SCALISE 2100 PACIFIC AVE ATLANTIC CITY NJ 08401 (609) 348-4411 | | H | Date incurred: 1993 Consideration: GAMBLING DEBT Claim assigned to: Attorney CRANER NELSON SATKIN M RICHARD SCHEER ESQ 320 PARK AVE SCOTCH PLAINS NJ 07076 (908) 322-2333 | D | 15,257.05 |
| **Account Number** 5230-3030-1277-0789 | | | | | |

_____ continuation sheets attached

Subtotal ➤ | 25,921.60

Total ➤ |

(Report total also on Summary of Schedules)

Matthew Bender & Co.

In re: *VAN SCOY, THOMAS A*                                              5-94-01241

Debtor                                                                Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| *CHARGE-IT SYSTEM MC ATTN BANKRUPTCY DEPT PO BOX 94008 PALATINE IL 60094-4008 (800) 445-4631* | | H | **Date Incurred:** *1993* **Consideration:** *CREDIT CARD DEBT* | D | *1,133.29* |
| **Account Number** *4017-0410-1182-8503* | | | | | |
| *CHARGE-IT SYSTEM VISA ATTN BANKRUPTCY DEPT PO BOX 94010 PALATINE IL 60094-4010 (800) 445-4631* | | H | **Date Incurred:** *1993* **Consideration:** *CREDIT CARD DEBT* | D | *10,435.62* |
| **Account Number** *4310 0145 0004 2369* | | | | | |
| *CHEMICAL BANK VISA ATTN BANKRUPTCY DEPT PO BOX 8508 HICKSVILLE NY 11802-8508 (800) 356-5555* | | H | **Date Incurred:** *1993* **Consideration:** *CREDIT CARD DEBT* | D | *3,116.16* |
| **Account Number** *5093200* | | | | | |
| *CONFEDERATION LIFE ATTN BANKRUPTCY DEPT PO BOX 105103 ATLANTA GA 30348 (800) 233-4634* | | H | **Date Incurred:** *1992* **Consideration:** *LOAN AGAINST LIFE INSURANCE* | D | *59,238.40* |
| **Account Number** *VANSCO* | | | | | |
| *DA GOLD PRODUCTS CORP 1180 AVE OF THE AMERICAS NY NY 10036 (212) 819-1111* | | H | **Date Incurred:** *1993* **Consideration:** *GOODS DELIVERED* | D | *1,314.45* |
| **Account Number** *VANSCO* | | | | | |
| *DAVILAR INTERNATIONAL 2 W 46TH ST STE 1010 NY NY 10036 (800) 477-4521* | | H | **Date Incurred:** *1993-94* **Consideration:** *GOODS DELIVERED* | D | *74,808.98* |

Sheet no. _1_ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Total of this page)   Subtotal ➤  *150,046.90*

(Use only on last page of the completed Schedule F)   Total ➤

(Report total also on Summary of Schedules)

Matthew Bender & Co.

09/19/2005 14:50 FAX 5705850313          Sheills Law Associates                         ☑030

In re: *VAN SCOY, THOMAS A*                                          *5-94-01241*
_____                                       _____
        Debtor                                                       Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| **Account Number** | | | | | |
| *DELMARVA BROADCASTING CO PO BOX 7492 WILMINGTON DE 19803* | | *H* | **Date incurred:** *1992* **Consideration:** *ADVERTISING* **Claim assigned to:** *Attorney KEVIN K KERCHER ESQ SCHATTENSTEIN AND AMATO NEWPOINTE OFFICE CENTER 100 BRODHEAD RD STE 150 BETHLEHEM PA 18017-8930 (215) 866-0400* | *D* | *16,460.00* |
| **Account Number** 2433 | | | | | |
| *DIACO AMERICA 1185 AVE OF THE AMERICAS NY NY 10036 (800) 223-2354* | | *H* | **Date incurred:** *1992* **Consideration:** *GOODS DELIVERED* | *D* | *2,193.75* |
| **Account Number** | | | | | |
| *EUROPA DIAMOND SYNDICATE C/O RONALD AMATO ESQUIRE 150 NEWPOINTE OFFICE CTR 100 BRODHEAD RD BETHLEHEM PA 18017-8930 (610) 866-0400* | | *H* | **Date incurred:** *1992* **Consideration:** *Goods delivered* **Claim assigned to:** *Attorney SCHATTENSTEIN AND AMATO RONALD AMATO ESQUIRE 150 NEWPOINTE OFFICE CTR 100 BRODHEAD RD BETHLEHEM PA 18017-8930 (610) 866-0400* | *D* | *12,000.00* |
| **Account Number** | | | | | |
| *MARC GERALD FLORES C/O BEDNARZ & PENDOLPHI 405 BICENTENNIAL BLDG 15 PUBLIC SQUARE WILKESBRE PA 18703-0191* | | *H* | **Date incurred:** *UNKNOWN* **Consideration:** *CUSTOMER CLAIM - RING LEFT FOR REPAIRS IN DEBTOR'S STORE* | *D* | *UNKNOWN* |

Sheet no. ___2___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Matthew Bender & Co.

(Total of this page) Subtotal ➔ | *30,653.75*

(Use only on last page of the completed Schedule F) Total ➔

(Report total also on Summary of Schedules)

In re: *VAN SCOY, THOMAS A*                                              *5-94-01241*
_____                          _____
                    Debtor                                                Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| | | | Claim assigned to:<br>*Attorney*<br>*BEDNARZ & PENDOLPHI*<br>*MICHAEL A PENDOLPHI ESQ*<br>*405 BICENTENNIAL BLDG*<br>*15 PUBLIC SQUARE*<br>*WILKESBRE PA 18703-0191*<br>Bureau of Consumer Protection<br>*OFFICE OF ATTY GENERAL*<br>*BUREAU OF CONSUMER PROT*<br>*ATTN JAMES AITA*<br>*214 SAMTER BLDG 101 PENN*<br>*SCRANTON PA 18503*<br>*(717) 963-4913* | | |
| **Account Number** | | | | | |
| *FUSCO ENTERPRISES*<br>*C/O CHURCHMANS RD SHOP C*<br>*200 AIRPORT RD*<br>*NEW CASTLE DE 19720*<br>*(302) 328-6251* | | H | Date incurred: *1992-93*<br>**Consideration:**<br>*FORMER LANDLORD - DELAWARE STORE*<br>Claim assigned to:<br>*Attorney*<br>*CLIFFORD B HEARN JR PA*<br>*ATTN MICHAEL W NODICA*<br>*606 MARKET ST MALL*<br>*PO BOX 1205*<br>*WILMINGTON DE 19899*<br>*(302) 575-0220* | D | *UNKNOWN* |
| **Account Number** | | | | | |
| *TED S GLADSTONE*<br>*C/O RONALD AMATO ESQ*<br>*NEWPOINTE OFFICE CENTER*<br>*100 BROADHEAD RD STE 150*<br>*BETHLEHEM PA 18017-8930*<br>*(215) 866-0400* | | H | Date incurred: *1992*<br>**Consideration:**<br>*FORMER LANDLORD - ORANGE, CT STORE*<br>Claim assigned to:<br>*Attorney*<br>*RONALD AMATO ESQ*<br>*NEWPOINTE OFFICE CENTER*<br>*100 BROADHEAD RD STE 150*<br>*BETHLEHEM PA 18017-8930*<br>*(215) 866-0400* | D | *40,161.11* |

Sheet no.___*3*of____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Total of this page)  Subtotal ➤   *40,161.11*

(Use only on last page of the completed Schedule E)  Total ➤

Matthew Bender & Co.

(Report total also on Summary of Schedules)

In re: *VAN SCOY, THOMAS A*                                        *5-94-01241*
                        Debtor                                                Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| **Account Number** *808812* *JEWELMONT CORPORATION PO BOX 2525 BUFFALO NY 14250-2525 (612) 546-3800* | | H | Date incurred: *1992-93* Consideration: *GOODS DELIVERED* Claim assigned to: *THE JEWELERS BOARD OF TRADE THE JEWLRS BRD OF TRADE COLLECTION DEPARTMENT PO BOX 6928 PROVIDENCE RI 02940 (401) 438-0750* | D | *4,050.00* |
| **Account Number** *KARR JEWELRY INC C/O PETER J BUDDOCK ESQ 901 W LEHIGH ST PO BOX 1279 BETHLEHEM PA 18016-1279 (610) 691-3450* | | H | Date incurred: *1993* Consideration: *GOODS DELIVERED* Claim assigned to: *Attorney PETER J BUDDOCK ESQ 901 W LEHIGH ST PO BOX 1279 BETHLEHEM PA 18016-1279 (610) 691-3450* | D | *12,000.00* |
| **Account Number** *KASHI INC 98 CUTTER MILL RD GREAT NECK NY 11023* | | H | Date incurred: *1992* Consideration: *GOODS DELIVERED* Claim assigned to: *Attorney JAMES A GIBBONS ESQ 436 JEFFERSON AVE SCRANTON PA 18510 (717) 961-1064* | D | *55,890.09* |
| **Account Number** | | | | | |

Sheet no. ___4of___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Total of this page)  Subtotal ➤ | *71,940.09*

(Use only on last page of the completed Schedule E)  Total ➤

(Report total also on Summary of Schedules)

Matthew Bender & Co.  ▲

In re: *VAN SCOY, THOMAS A*                                                  *5-94-01241*

Debtor                                                                      Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| *MAGIC 93 WMGS FM* <br> *PO BOX 930* <br> *AVOCA PA 18641* <br> *(717) 655-2271* <br><br> **Account Number** <br> *31a-392245* | | H | **Date incurred:** *1993* <br><br> **Consideration:** <br> *ADVERTISING* | D | *6,582.60* |
| *MARYLAND CASUALTY CO* <br> *STE 135 NAT'L RECOVERY* <br> *3910 KESWICK RD* <br> *PO BOX 17116* <br> *BALTIMORE MD  21203-7116* <br> *(800) 782-6269* <br><br> **Account Number** | | H | **Date incurred:** *1993* <br><br> **Consideration:** <br> *OVERPAYMENT OF LOSS BENEFITS* | D | *9,161.94* |
| *MEADOWS MANAGEMENT CORP* <br> *235 MOORE ST* <br> *HACKENSACK NJ 07601* <br> *(201) 489-0335* <br><br> **Account Number** | | H | **Date incurred:** *1994* <br><br> **Consideration:** <br> *FORMER LANDLORD - VESTAL, NY* | D | *5,851.82* |
| *MERCURY JEWELS INC* <br> *36 W 47TH ST #603* <br> *NY NY 10036* <br><br> **Account Number** | | H | **Date incurred:** *1993* <br><br> **Consideration:** <br> *GOODS DELIVERED* | D | *5,753.00* |
| *MICHAEL F PETOCK ESQ* <br> *46 THE COMMONS AT V F* <br> *1220 VALLEY FORGE RD* <br> *PO BOX 856* <br> *V FORGE PA 19482-0856* <br><br> **Account Number** | | H | **Date incurred:** *1993* <br><br> **Consideration:** <br> *PROFESSIONAL LEGAL SERVICES* | D | *4,247.90* |
| *ELKANA MINSKY* <br> *C/O SANDOR YELEN ESQ* <br> *1000 MELLON BANK CENTER* <br> *WILKES BARRE PA 18701* <br> *(717) 825-2768* | | H | **Date incurred:** *1993* <br><br> **Consideration:** <br> *GOODS DELIVERED* <br> **Claim assigned to:** | D | *171,570.70* |

Sheet no. ___5___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Total of this page)  Subtotal ➤   *203,167.96*

(Use only on last page of the completed Schedule E)  Total ➤

(Report total also on Summary of Schedules)

Matthew Bender & Co.

09/19/2005 14:51 FAX 5705850313     Sheils Law Associates     ☑034

In re: **VAN SCOY, THOMAS A**       **5-94-01241**

Debtor                 Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| | | | *Attorney*<br>*SANDOR YELEN ESQ*<br>*1000 MELLON BANK CENTER*<br>*WILKES BARRE PA 18701*<br>*(717) 825-2768* | | |
| **Account Number** | | | | | |
| *NOBLE BROADCAST GROUP*<br>*C/O PAUL BREEN ESQ*<br>*STE 1410*<br>*260 S BROAD ST*<br>*PHILADELPHIA PA 19102*<br>*(215) 546-3131* | | H | *Date Incurred: 1990*<br>**Consideration:**<br>*ADVERTISING*<br>Claim assigned to:<br>*Attorney*<br>*PAUL BREEN ESQ*<br>*STE 1410*<br>*260 S BROAD ST*<br>*PHILADELPHIA PA 19102*<br>*(215) 546-3131* | D | 20,981.34 |
| **Account Number** | | | | | |
| *PARAS DIAMOND CORP*<br>*1212 AVE OF THE AMERICAS*<br>*NY NY 10036*<br>*(800) 223-7640* | | H | *Date Incurred: 1993*<br>**Consideration:**<br>*GOODS DELIVERED* | D | 15,466.98 |
| **Account Number**<br>*81541* | | | | | |
| *ROCK 107 WEZX FM*<br>*THE TIMES BLDG*<br>*149 PENN AVE*<br>*SCRANTON PA 18503* | | H | *Date Incurred; 1993*<br>**Consideration:**<br>*ADVERTISING*<br>Claim assigned to:<br>*Attorney*<br>*HAGGERTY MCDONNELL OBRIE*<br>*JOSEPH J O'BRIEN ESQUIRE*<br>*203 FRANKLIN AVE*<br>*SCRANTON PA 18503-1922*<br>*(717) 344-9845* | D | 2,479.62 |
| **Account Number**<br>*352/A* | | | | | |
| *SENTRY ALARMS* | | H | *Date Incurred; UNKNOWN* | | 1,040.90 |

Sheet no. _____6_of_____ sheets attached to Schedule of      (Total of this page)   Subtotal ➤     39,968.84
Creditors Holding Unsecured Nonpriority Claims

            (Use only on last page of the completed Schedule E)   Total ➤

Matthew Bender & Co.   ⬧                           (Report total also on Summary of Schedules)

In re: *VAN SCOY, THOMAS A*                                          *5-94-01241*
_____                          _____
           Debtor                                                               Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| 137 LAUREL AVE BINGHAMTON NY  13905 (607) 723-2934 | | | **Consideration:** *Security/alarm services* | D | |
| **Account Number** | | | | | |
| *SUMIT DIAMOND CORP C/O MICHAEL D BART ESQ PO BOX 191 65 N WASHINGTON ST WILKES BARRE PA 18703 (717) 822-6147* | | H | **Date incurred:** *1993* **Consideration:** *GOODS DELIVERED* Claim assigned to: *Attorney MICHAEL D BART ESQ PO BOX 191 65 N WASHINGTON ST WILKES BARRE PA 18703 (717) 822-6147* | D | 3,049.00 |
| **Account Number** | | | | | |
| *TRUMP PLAZA ASSOCIATES C/O DORAN & NOWALIS SUITE 700 69 PUBLIC SQUARE WILKESBRE PA  18701-2588 (717) 823-9111* | | H | **Date incurred:** *1992* **Consideration:** *GAMBLING DEBT* Claim assigned to: *Attorney DORAN & NOWALIS ROBERT C NOWALIS ESQUIRE SUITE 700 69 PUBLIC SQUARE WILKESBRE PA  18701-2588 (717) 823-9111 Attorney SLATER & TENAGLIA PA MARC B SLATER ESQUIRE 26 W MAIN ST MARLTON NJ  08053 (609) 596-0100* | D | 50,000.00 |
| **Account Number** | | | | | |
| *TRUMP'S CASTLE CASINO ATTN COLLECTIONS HURON AVE AND BRIGANTINE* | | H | **Date incurred:** *1993* **Consideration:** *GAMBLING DEBT* | D | 15,000.00 |

Sheet no. ___7__ of _____ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Total of this page) Subtotal ➤ | 68,049.00

(Use only on last page of the completed Schedule F) Total ➤

Matthew Bender & Co.

(Report total also on Summary of Schedules)

In re: *VAN SCOY, THOMAS A*    *5-94-01241*
Debtor    Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| ATLANTIC CITY NJ  08401<br>(609) 441-2000 | | | Claim assigned to:<br>Attorney<br>COOPER PERSKIE APRIL<br>MICHAEL JACOBSON ESQUIRE<br>EXECUTIVE PLAZA<br>2111 NEW RD<br>NORTHFIELD NJ  08255<br>(609) 383-1300<br>Attorney<br>LORETTA I VISCOUNT ESQ<br>PO BOX 7119<br>ATLANTIC CITY NJ  08404<br>(609) 441-8640 | | |
| Account Number<br><br>WAYNE VAN SCOY<br>360 JOSEPH DR<br>KINGSTON PA  18704 | | H | Date incurred: '92-'93<br><br>Consideration:<br>GOODS DELIVERED | D | 65,532.31 |
| Account Number<br>870631<br>WAAL FM<br>BUTTERNUT BROADCASTING<br>PO BOX 997<br>BINGHAMTON NY 13902 | | H | Date incurred: 1992<br><br>Consideration:<br>ADVERTISING | D | 11,169.05 |
| Account Number<br>1-19<br>WKGB FM 92.5<br>PO BOX 192 ESS<br>BINGHAMTON NY 13904-0192<br>(607) 723-2925 | | H | Date incurred: UNKNOWN<br><br>Consideration:<br>Advertising | D | 1,473.00 |
| Account Number<br><br>WZZV RADIO<br>C/O ROBERT CORDARO ESQ<br>633 E DRINKER ST<br>DUNMORE PA  18512<br>(717) 343-2500 | | H | Date incurred: 1992<br><br>Consideration:<br>Advertising<br>Claim assigned to:<br>Attorney | D | 9,000.00 |

Sheet no. __8__ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Total of this page)  Subtotal ➡ | 87,174.36

(Use only on last page of the completed Schedule E)  Total ➡

Matthew Bender & Co.

(Report total also on Summary of Schedules)

In re: *VAN SCOY, THOMAS A*
                        Debtor

5-94-01241
                        Case No.:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE. | C U D | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| | | | *ROBERT CORDARO ESQUIRE*<br>*633 E DRINKER ST*<br>*DUNMORE PA  18512*<br>*(717) 343-2500* | | |
| | | | **DUPLICATE LISTING OF CODEBTORS (FOR ALL CLAIMS):**<br><br>**Non-filing spouse liable for scheduled debt(s)**<br><br>*ELIZABETH J VAN SCOY*<br><br><br>*360 JOSEPH DR*<br>*KINGSTON PA  18704*<br>*(717) 287-3607* | | |

Sheet no. __9__ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Matthew Bender & Co.

(Total of this page)  Subtotal  →   0.00

(Use only on last page of the completed Schedule E)   Total  →   717,083.61

(Report total also on Summary of Schedules)

09/19/2005 14:52 FAX 5705850313          Sheils Law Associates                     ☑038

In re *VAN SCOY, THOMAS A*                                          *5-94-01241*
_____                          _____
            Debtor                                              Case No.:

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Matthew Bender & Co.

In re: *VAN SCOY, THOMAS A*                                     *5-94-01241*
        _____         _____
                    Debtor                                    Case No.:

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Non-Filing Spouse:**<br><br>*ELIZABETH J VAN SCOY*<br>*360 JOSEPH DR*<br>*KINGSTON PA  18704* | *J-HAWK CORPORATION*<br>*ATTN STEPHEN J DAILY*<br>*PO BOX 8216*<br>*6400 IMPERIAL DR*<br>*WACO TX  76714*<br><br>*MELLON BANK NA*<br>*NORTHEASTERN REGION*<br>*ATTN DAVID R LEROY*<br>*8 W MARKET ST*<br>*WILKES BARRE PA  18711*<br><br>*SMALL BUS ADMINISTRATION*<br>*20 N PENNSYLVANIA AVE*<br>*WILKES BARRE PA  18701* |

Matthew Bender & Co.

In re: *VAN SCOY, THOMAS A*                                                      *5-94-01241*
_____                                        _____
                    Debtor                                                      Case No. (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married and living together* | | |
| | Living with debtor(s): | *Elizabeth, wife* | |
| **EMPLOYMENT:** | DEBTOR | |
| Occupation | NONE | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

Income: (Estimate of average monthly income)

| | |
|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | *0.00* |
| Estimated monthly overtime | *0.00* |
| SUBTOTAL | *0.00* |
| LESS PAYROLL DEDUCTIONS | |
|   a.  Payroll taxes and social security | *0.00* |
|   b.  Insurance | *0.00* |
|   c.  Union dues | *0.00* |
|   d.  Other (specify) | *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | *0.00* |
| TOTAL NET MONTHLY TAKE HOME PAY | *0.00* |
| Regular income from operation of business or profession or farm (attach detailed statement) | *26,213.00* |
| Income from real property | *0.00* |
| Interest and dividends | *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | *0.00* |
| Social security or other government assistance (specify) | |
|   *Social Security* | *1,200.00* |
| Pension or retirement income | *0.00* |
| Other monthly income (specify) | *0.00* |
| TOTAL MONTHLY INCOME | *27,413.00* |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

*These income and expense figures represent a six-month average from May, 1994 through October, 1994. Due to numerous creditor actions which have taken place during this time period, along with other factors, Debtor was unable to devote his full time and attention to his business. Debtor believes his income will increase now that all actions are stayed and have been consolidated in this bankruptcy action. Therefore, while Debtor believes these Schedules I and J are an accurate picture of his current (six-month) income and expenses, he believes*

09/19/2005 14:53 FAX 5705850313          Sheils Law Associates                    ☑041

In re: *VAN SCOY, THOMAS A*                                    *5-94-01241*
                    Debtor                                     Case No. (if known)

that future income will increase and expenses will remain fairly constant and
therefore net income will increase.

**Page 2**

09/19/2005 14:53 FAX 5705850313    Sheils Law Associates    ☑042

In re: *VAN SCOY, THOMAS A*                                          5-94-01241
_____                            _____
            Debtor                                          Case No. (if known)

# ATTACHMENT TO SCHEDULE J - BUSINESS INCOME AND EXPENDITURES

## CURRENT MONTHLY BUSINESS INCOME
    Total:  *26,213.00*
    Source: *Operation of retail business*

## CURRENT MONTHLY BUSINESS EXPENSES                    DEBTOR

| No. | Item | Amount |
|-----|------|--------|
| 1. | Rent/Mortgage payment | 7,665.00 |
| 2. | Repair/Upkeep | 60.00 |
| 3. | Electricity and heating fuel | 650.00 |
| 4. | Water and sewer | 0.00 |
| 5. | Telephone | 475.00 |
| 6. | Garbage | 47.00 |
| 7. | Security | 55.00 |
| 8. | Other utilities: | |
| | *Music system* | 48.00 |
| 9. | Insurance: | |
| | *Business insurance* | 234.00 |
| | *Vehicle insurance* | 153.00 |
| | *Workers' Comp. insurance* | 61.00 |
| 10. | Taxes: | |
| | *All taxes* | 3,500.00 |
| 11. | Installment payments on equipment: | 0.00 |
| 12. | Rental/lease payments: | 0.00 |
| 13. | Maintenance of equipment: | 0.00 |
| 14. | Advertising | 500.00 |
| 15. | Bank service charges | 0.00 |
| 16. | Interest | 0.00 |
| 17. | Depreciation | 0.00 |
| 18. | Office expenses | 200.00 |
| 19. | Dues and publications | 0.00 |
| 20. | Laundry or cleaning | 0.00 |
| 21. | Supplies and materials | 5,000.00 |
| 22. | Freight | 50.00 |
| 23. | Travel and entertainment | 105.00 |
| 24. | Wages and salaries | 850.00 |
| 25. | Commissions | 0.00 |
| 26. | Employee benefit programs | 2,444.00 |
| 27. | Pensions/profit sharing plans | 0.00 |
| 28. | Production costs: | 0.00 |
| 29. | Other expenses: | |
| | *Legal fees* | 1,350.00 |
| | *Accountant fees* | 215.00 |
| | *Check guarantee svc.* | 285.00 |
| | *Shop supplies* | 250.00 |
| | *Payroll accountant* | 120.00 |
| | *Misc.* | 250.00 |

09/19/2005 14:53 FAX 5705850313          Sheils Law Associates                    ☒043

In re: *VAN SCOY, THOMAS A*                                          *5-94-01241*
          Debtor                                                    Case No. (if known)

| | |
|---|---|
| Total Current Monthly Expenses | 24,567.00 |
| Excess of Income over Expenses | 1,646.00 |

09/19/2005 14:53 FAX 5705850313        Sheils Law Associates                    ☑044

In re: *VAN SCOY, THOMAS A*                                          5-94-01241
_____                                         _____
          Debtor                                                    Case No. (If known)

# SCHEDULE J · CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete and label a separate schedule of expenditures.

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 268.00 |
|    Are real estate taxes included?   Yes_____   No ✓ | | |
|    Is property insurance included?   Yes_____   No ✓ | | |
| Utilities:   Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 195.00 |
|    Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 77.00 |
|    Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 30.00 |
|    Garbage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
|    Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
|    Cable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 82.00 |
| Home Maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 60.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 350.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . | | 50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . | | 0.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|    Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 115.00 |
|    Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 42.28 |
|    Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 386.00 |
|    Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) | | 0.00 |
| Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan) | | 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . | | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . . . . . . | | 24,567.00 |
| (See Attachment to Schedule J) | | |

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) . . . . . . . . | 26,287.28 |

In re: *VAN SCOY, THOMAS A*                                    *5-94-01241*
_____                                    _____
              Debtor                                              Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, *THOMAS A VAN SCOY*, named as debtor in this case, declare under penalty of perjury that I have read
the foregoing *Summary and Schedules*, consisting of *27* sheets (including this declaration), and that it
is true and correct to the best of my information and belief.

Signature: _____

         THOMAS A VAN SCOY

Date: _____

**Page 2**

09/19/2005 14:54 FAX 5705850313          Sheils Law Associates                    ☑046

*THOMAS K. FEISSNER              60746*
*LAW OFFICE OF THOMAS K. FEISSNER*
*21 E BROAD ST*
*HAZLETON PA   18201*
*(717) 455-4558*
**Attorney for the Petitioner**

# UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

In re                                    Case No.: *5-94-01241*
**THOMAS A VAN SCOY**
**Social Security No.:** *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*
                                         *Creditors Holding the 20 Largest*
                                         *Unsecured Claims*
                                         **Chapter:***11*

09/19/2005 14:54 FAX 5705850313          Shells Law Associates                    ☑047

In re: **VAN SCOY, THOMAS A**                                        **5-94-01241**
_____                                        _____
              Debtor                                                Case No.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) [C]ontingent [U]nliquidated [D]isputed [S]etoff | (5) Amount of claim (If secured, also state value of security) |
|---|---|---|---|---|
| ELKANA MINSKY C/O SANDOR YELEN ESQ 1000 MELLON BANK CENTER WILKES BARRE PA 18701 (717) 825-2768 | ELKANA MINSKY C/O SANDOR YELEN ESQ 1000 MELLON BANK CENTER WILKES BARRE PA 18701 (717) 825-2768 | GOODS DELIVERED | D | 171,570.70 |
| DAVILAR INTERNATIONAL 2 W 46TH ST STE 1010 NY NY 10036 (800) 477-4521 | DAVILAR INTERNATIONAL 2 W 46TH ST STE 1010 NY NY 10036 (800) 477-4521 | GOODS DELIVERED | D | 74,808.98 |
| CONFEDERATION LIFE ATTN BANKRUPTCY DEPT PO BOX 105103 ATLANTA GA 30348 (800) 233-4634 | CONFEDERATION LIFE ATTN BANKRUPTCY DEPT PO BOX 105103 ATLANTA GA 30348 (800) 233-4634 | LOAN AGAINST LIFE INSURANCE | D | 59,238.40 |
| KASHI INC 98 CUTTER MILL RD GREAT NECK NY 11023 | KASHI INC 98 CUTTER MILL RD GREAT NECK NY 11023 | GOODS DELIVERED | D | 55,890.09 |
| TRUMP PLAZA ASSOCIATES C/O DORAN & NOWALIS SUITE 700 69 PUBLIC SQUARE WILKESBRE PA 18701-2588 (717) 823-9111 | TRUMP PLAZA ASSOCIATES C/O DORAN & NOWALIS SUITE 700 69 PUBLIC SQUARE WILKESBRE PA 18701-2588 (717) 823-9111 | GAMBLING DEBT | D | 50,000.00 |
| TED S GLADSTONE C/O RONALD AMATO ESQ NEWPOINTE OFFICE CENTER 100 BROADHEAD RD STE 150 BETHLEHEM PA 18017-8930 (215) 866-0400 | TED S GLADSTONE C/O RONALD AMATO ESQ NEWPOINTE OFFICE CENTER 100 BROADHEAD RD STE 150 BETHLEHEM PA 18017-8930 (215) 866-0400 | FORMER LANDLORD - ORANGE, CT STORE | D | 40,161.11 |
| NOBLE BROADCAST GROUP C/O PAUL BREEN ESQ | NOBLE BROADCAST GROUP C/O PAUL BREEN ESQ | ADVERTISING | | 20,981.34 |

In re: *VAN SCOY, THOMAS A*                                          **5-94-01241**

Debtor                                                                Case No.:

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>[C]ontingent<br>[U]nliquidated<br>[D]isputed<br>[S]etoff | (5)<br>Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| STE 1410<br>260 S BROAD ST<br>PHILADELPHIA PA 19102<br>(215) 546-3131 | STE 1410<br>260 S BROAD ST<br>PHILADELPHIA PA 19102<br>(215) 546-3131 | | D | |
| DELMARVA BROADCASTING CO<br>PO BOX 7492<br>WILMINGTON DE 19803 | DELMARVA BROADCASTING CO<br>PO BOX 7492<br>WILMINGTON DE 19803 | ADVERTISING | D | 16,460.00 |
| PARAS DIAMOND CORP<br>1212 AVE OF THE AMERICAS<br>NY NY 10036<br>(800) 223-7640 | PARAS DIAMOND CORP<br>1212 AVE OF THE AMERICAS<br>NY NY 10036<br>(800) 223-7640 | GOODS DELIVERED | D | 15,466.98 |
| CAESARS ATLANTIC CITY<br>ATTN VINCENT SCALISE<br>2100 PACIFIC AVE<br>ATLANTIC CITY NJ 08401<br>(609) 348-4411 | CAESARS ATLANTIC CITY<br>ATTN VINCENT SCALISE<br>2100 PACIFIC AVE<br>ATLANTIC CITY NJ 08401<br>(609) 348-4411 | GAMBLING DEBT | D | 15,257.05 |
| TRUMP'S CASTLE CASINO<br>ATTN COLLECTIONS<br>HURON AVE AND BRIGANTINE<br>ATLANTIC CITY NJ  08401<br>(609) 441-2000 | TRUMP'S CASTLE CASINO<br>ATTN COLLECTIONS<br>HURON AVE AND BRIGANTINE<br>ATLANTIC CITY NJ  08401<br>(609) 441-2000 | GAMBLING DEBT | D | 15,000.00 |
| PA DEPT OF REVENUE<br>15TH FL STRAWBERRY SQ<br>FOURTH & WALNUT STS<br>HARRISBURG PA  17120 | PA DEPT OF REVENUE<br>15TH FL STRAWBERRY SQ<br>FOURTH & WALNUT STS<br>HARRISBURG PA  17120 | STATE WITHHOLDING TAXES | D | 12,255.52 |
| EUROPA DIAMOND SYNDICATE<br>C/O RONALD AMATO ESQUIRE<br>150 NEWPOINTE OFFICE CTR<br>100 BRODHEAD RD<br>BETHLEHEM PA  18017-8930<br>(610) 866-0400 | EUROPA DIAMOND SYNDICATE<br>C/O RONALD AMATO ESQUIRE<br>150 NEWPOINTE OFFICE CTR<br>100 BRODHEAD RD<br>BETHLEHEM PA  18017-8930<br>(610) 866-0400 | Goods delivered | D | 12,000.00 |
| KARR JEWELRY INC | KARR JEWELRY INC | GOODS DELIVERED | | 12,000.00 |

In re: **VAN SCOY, THOMAS A**                                              5-94-01241
_____                                  _____
          Debtor                                                              Case No.:

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>[C]ontingent [U]nliquidated [D]isputed [S]etoff | (5)<br>Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| C/O PETER J BUDDOCK ESQ<br>901 W LEHIGH ST<br>PO BOX 1279<br>BETHLEHEM PA 18016-1279<br>(610) 691-3450 | C/O PETER J BUDDOCK ESQ<br>901 W LEHIGH ST<br>PO BOX 1279<br>BETHLEHEM PA 18016-1279<br>(610) 691-3450 | | D | |
| WAAL FM<br>BUTTERNUT BROADCASTING<br>PO BOX 997<br>BINGHAMTON NY 13902 | WAAL FM<br>BUTTERNUT BROADCASTING<br>PO BOX 997<br>BINGHAMTON NY 13902 | ADVERTISING | D | 11,169.05 |
| AMIKAM<br>1212 AVE OF THE AMERICAS<br>NY NY 10036<br>(212) 869-1889 | AMIKAM<br>1212 AVE OF THE AMERICAS<br>NY NY 10036<br>(212) 869-1889 | GOODS DELIVERED | D | 10,664.55 |
| CHARGE-IT SYSTEM VISA<br>ATTN BANKRUPTCY DEPT<br>PO BOX 94010<br>PALATINE IL 60094-4010<br>(800) 445-4631 | CHARGE-IT SYSTEM VISA<br>ATTN BANKRUPTCY DEPT<br>PO BOX 94010<br>PALATINE IL 60094-4010<br>(800) 445-4631 | CREDIT CARD DEBT | D | 10,435.62 |
| MARYLAND CASUALTY CO<br>STE 135 NAT'L RECOVERY<br>3910 KESWICK RD<br>PO BOX 17116<br>BALTIMORE MD 21203-7116<br>(800) 782-6269 | LAURA N SULLIVAN<br>STE 135 NAT'L RECOVERY<br>3910 KESWICK RD<br>PO BOX 17116<br>BALTIMORE MD 21203-7116<br>(800) 782-6269 | OVERPAYMENT OF LOSS BENEFITS | D | 9,161.94 |
| WZZV RADIO<br>C/O ROBERT CORDARO ESQ<br>633 E DRINKER ST<br>DUNMORE PA 18512<br>(717) 343-2500 | C/O ROBERT CORDARO ESQ<br>633 E DRINKER ST<br>DUNMORE PA 18512<br>(717) 343-2500 | Advertising | D | 9,000.00 |
| MAGIC 93 WMGS FM<br>PO BOX 930<br>AVOCA PA 18641<br>(717) 655-2271 | MAGIC 93 WMGS FM<br>PO BOX 930<br>AVOCA PA 18641<br>(717) 655-2271 | ADVERTISING | D | 6,582.60 |

Matthew Bender & Co.

In re: *VAN SCOY, THOMAS A*                                                    *5-94-01241*
                        Debtor                                                  Case No.:

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, *THOMAS A VAN SCOY*, named as debtor in this case, declare under penalty of perjury that I have read the foregoing *List of 20 Largest Unsecured Claims*, consisting of *4* sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Signature: _Thomas A Van Scoy_
              THOMAS A VAN SCOY

Date: _11/26/94_

Page  *4*

09/19/2005 14:55 FAX 5705850313           Sheils Law Associates                         ☑051

# United States Bankruptcy Court

### MIDDLE DISTRICT OF PENNSYLVANIA

In re: **VAN SCOY, THOMAS A**                                              **5-94-01241**

                          Debtor                                                               Case No.:

## STATEMENT OF FINANCIAL AFFAIRS

**1.    Income from employment or operation of business.**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.

| | | |
|---|---|---|
| This year: *1994* | Amount: | *212,178.00* |
| Source: *Operation of business* | | |
| Last year: *1993* | Amount: | *614,858.00* |
| Source: *Operation of business* | | |
| Previous year: *1992* | Amount: | *620,882.00* |
| Source: *Operation of business* | | |

**2.    Income other than from employment or operation of business.**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

| | | |
|---|---|---|
| This year: *1994* | Amount: | *12,000.00* |
| Source: *Social Security* | | |
| Last year: *1993* | Amount: | *76,365.00* |
| Source: *Social Security, gambling winnings* | | |
| Previous year: *1992* | Amount: | *103,372.00* |
| Source: *Social Security, gambling winnings* | | |

**3.    Payments to creditors.**

None ☐   a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

*J-HAWK CORPORATION*
*ATTN STEPHEN J DAILY*             Amount still owing:       *559,000.00*
*PO BOX 8216*
*6400 IMPERIAL DR*
*WACO TX   76714*
*(817) 751-1750*
*REGULAR MORTGAGE PAYMENTS HAVE BEEN MAINTAINED.   PAYMENTS ARE CURRENT.*

None ☑   b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

**4.    Suits and administrative proceedings, executions, garnishments, and attachments.**

None ☐   a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

*DELMARVA BROADCASTING CO*          Status: *Lawsuit is pending.*
*DELMARVA BROADCASTING CO. INC. v VAN SCOY DIAMOND MINES INC.*

In re: *VAN SCOY, THOMAS A*                                          *5-94-01241*
_____                                 _____
                    Debtor                                         Case No. (if known)

NO. 2423-C OF 1994
COURT OF COMMON PLEAS OF LUZERNE COUNTY, PENNSYLVANIA
COMPLAINT FOR MONIES OWED

EUROPA DIAMOND SYNDICATE          Status: Lawsuit went to judgment.
Confession of judgment filed 04-04-94

FUSCO ENTERPRISES                 Status: Lawsuit is pending.


TED S GLADSTONE                   Status: Lawsuit is pending.
TED S. GLADSTONE v THOMAS A. VAN SCOY, INDIVIDUALLY AND DOING
BUSINESS AS VAN SCOY DIAMOND MINE
NO. 2769C OF 1993
COURT OF COMMON PLEAS OF LUZERNE COUNTY, PENNSYLVANIA
COMPLAINT FOR MONIES OWED

KARR JEWELRY INC                  Status: Lawsuit is pending.
KARR JEWELRY, INC. v VAN SCOY DIAMOND MINES, INC.
NO. 4778-C-1994
IN THE COURT OF COMMON PLEAS OF LUZERNE COUNTY, PENNSYLVANIA
COMPLAINT FOR MONIES OWED

KASHI INC                         Status: Lawsuit is pending.
KASHI, INC. v. THOMAS VAN SCOY, T/A VAN SCOY DIAMOND MINES
CIVIL NO. 4:CV-94-00997
IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF PA
COMPLAINT FOR MONIES OWED

MELLON BANK NA                    Status: Lawsuit went to judgment.
MELLON BANK NA v. THOMAS VAN SCOY AND ELIZABETH VAN SCOY
COURT OF COMMON PLEAS, LUZERNE COUNTY
COMPLAINT FOR CONFESSION OF JUDGMENT
NO. 1182-L OF 1994

ELKANA MINSKY                     Status: Lawsuit is pending.
ELKANA MINSKY v THOMAS VAN SCOY a/k/a THOMAS A. VAN SCOY AND
ELIZABETH J. VAN SCOY, HIS WIFE, t/a VAN SCOY DIAMOND MINE
NO. 548-C OF 1994
IN THE COURT OF COMMON PLEAS OF LUZERNE COUNTY, PENNSYLVANIA
COMPLAINT FOR MONIES OWED

NOBLE BROADCAST GROUP             Status: Lawsuit is pending.
NOBLE BROADCAST GROUP v VAN SCOY DIAMOND MINE
NO. 3130-C OF 1993
LUZERNE COUNTY COURT OF COMMON PLEAS, PENNSYLVANIA
COMPLAINT FOR MONIES OWED

PA DEPT OF REVENUE                Status: Lawsuit went to judgment.
PA DEPT OF REVENUE v. THOMAS VAN SCOY
TAX LIENS FILED 09-27-93 AND 01-31-94

SUMIT DIAMOND CORP                Status: Lawsuit is pending.

In re: *VAN SCOY, THOMAS A*                                      *5-94-01241*
_____                                 _____
          Debtor                                                Case No. (if known)

*SUMIT DIAMOND CORPORATION v VAN SCOY DIAMOND MINE, INC.*
*NO. 7070-C OF 1993*
*IN THE COURT OF COMMON PLEAS OF LUZERNE COUNTY, PENNSYLVANIA*
*COMPLAINT FOR MONIES OWED*

*TRUMP PLAZA ASSOCIATES*              Status: *Lawsuit went to judgment.*
*TRUMP PLAZA ASSOCIATES v. THOMAS VAN SCOY*
*COURT OF COMMON PLEAS, LUZERNE COUNTY*
*NO. 1802-L OF 1994 (FOREIGN JUDGMENT)*

*WZZV RADIO*                          Status: *Lawsuit went to judgment.*
*UNKNOWN*

---

None.  **b.**   Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year
 ☑      immediately preceding the commencement of this case.

---

**5.    Repossessions, foreclosures, and returns.**

None.   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
 ☑      foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

---

**6.    Assignments and receiverships.**

None.  **a.**   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the
 ☑      commencement of this case.

---

None.  **b.**   List all property which has been in the hands of a custodian, receiver or court appointed official within one year immediately
 ☑      preceding the commencement of this case.

---

**7.    Gifts.**

None.   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except
 ☑      ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
        contributions aggregating less than $100 per recipient.

---

**8.    Losses.**

None.   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or
 ☑      since the commencement of this case.

---

**9.    Payments related to debt counseling or bankruptcy.**

None.   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
 ☐      concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately
        preceding the commencement of this case.

*LAW OFFICE OF THOMAS K. FEISSNER*
*21 E BROAD ST*
*HAZLETON PA   18201*
*(717) 455-4558*

Filing fee:            *160.00*

Attorney's fees:       *4,079.44*
Source was:            *Debtor's earnings*
Date(s) of payment:    *11-02-94 - $1,572.50*

In re: *VAN SCOY, THOMAS A*                                                  5-94-01241

_____                            _____
Debtor                                                                              Case No. (If known)

*11-26-94 - $2,506.94*

_____

### 10.    Other transfers.

None  
☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.

*1. 1978 Lincoln from Van Scoy Diamond Mines to Wayne Van Scoy*
*2. 1986 Mercedes from Van Scoy Diamond Mines to Wayne Van Scoy*
*3. 1989 Lincoln from Thomas Van Scoy to Wayne Van Scoy*
*4. Furnishings of Van Scoy Diamond Mines (VSDM) of Binghamton,*
*NY from VSDM to Betsy and Rich Williams in April, 1994.*
*Contents = three showcases and sample wedding bands. Williams*
*is paying the rent on the leased location, but the lease was*
*never formally transferrred.*
*5. Furnishings of VSDM of Scranton, PA from VSDM to Wayne Van*
*Scoy and Richard Sendrick, December 27, 1993, subsequently*
*transferred to Richard and Pamela Sendrick, June 1994. Lease*
*formally transferred to Sendrick, who paid $7,000.00 in back*
*rent owed at that time. Contents = several small showcases,*
*one safe, shop equipment and sample wedding bands.*
*6. VSDM of Wilkes-Barre to Wayne Van Scoy, Richard and Pamela*
*Sendrick, Dec. 27, 1993. Transfer encompassed all personal*
*property of VSDM.*

_____

### 11.    Closed financial accounts.

None  
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.

*Mellon Bank checking account*
*operating account of VSDM*
*Acct. No. 802003319*
*Account balance of $16,408.21 was taken by Mellon Bank on*
*06-22-94 to offset Mellon Bank loan No. 101-881-11143*

*First Fidelity (formerly First Peoples) checking account*
*account used to accept VISA/MasterCard charge deposits*
*Acct. No. 10003 477 2*
*Account garnished by Kashi, Inc. in the amount of $17,832.12*

_____

### 12.    Safe deposit boxes.

None  
☑

List each safe deposit box or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

_____

### 13.    Setoffs.

None  
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

_____

### 14.    Property held for another person.

None  
☐

List all property owned by another person that the debtor holds or controls.

*1. Property belonging to son, Wayne Van Scoy.*
*Wayne Van Scoy lives in the Debtor's residence.*
*The following items located in or at Debtor's residence belong*

In re: *VAN SCOY, THOMAS A*
　　　　　　　　Debtor

*5-94-01241*
Case No. (if known)

> to Wayne Van Scoy:  two snowmobiles with trailer, 1986
> Mercedes 560, 1989 Lincoln Mark VII, 1986 Honda four-wheeler,
> 1986 Coleman pop-up camper, various and sundry personal items
> 2. Property belonging to son, Keith Van Scoy - boat, furniture
> located at Frederick Street warehouse.
> 3. Property belonging to son, Kenneth Van Scoy - van,
> bulldozer located at Frederick Street warehouse.

**15.    Prior address of debtor.**

None ☒    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

**16.    Nature, location, and name of business.**

None ☒    a.    For individuals, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

None ☒    b.    If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

None ☒    c.    If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

**17.    Books, records, and financial statements.**

None ☒    a.    List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.

None ☒    d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

**18.    Inventories.**

None ☐    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

> *06-21-94*
> *Inventory performed by the Sheriff's office in accordance with*
> *a Writ of Execution issued on behalf of Kashi, Inc.*

None ☐    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

> *06-21-94*

Page  5

In re: *VAN SCOT, THOMAS A*                                                    *5-94-01241*
                    Debtor                                              Case No. (if known)

*In Debtor possession*

| | | |
|---|---|---|
| | **19.** | **Current Partners, Officers, Directors, and Shareholders.** |
| None ☑ | a. | If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| None ☑ | b. | If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation. |

| | | |
|---|---|---|
| | **20.** | **Former partners, officers, directors, and shareholders.** |
| None ☑ | a. | If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. |
| None ☑ | b. | If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. |

| | | |
|---|---|---|
| | **21.** | **Withdrawals from a partnership or distributions by a corporation.** |
| None ☑ | | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case. |

In re: __VAN SCOY, THOMAS A__ _____          __5-94-01241__
                    Debtor                                                          Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, *THOMAS A VAN SCOY*, named as debtor in this case, declare under penalty of perjury that I have read
the foregoing *Statement of Financial Affairs*, consisting of 7 sheets (including this declaration),
and that it is true and correct to the best of my information and belief.

Signature: _____
                    THOMAS A VAN SCOY
Date: ___11/26/94_____

09/19/2005 14:57 FAX 5705850313          Sheils Law Associates                    ☒058

THOMAS K. FEISSNER          60746
LAW OFFICE OF THOMAS K. FEISSNER
21 E BROAD ST
HAZLETON PA  18201
(717) 455-4558
**Attorney for the Petitioner**

# UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

In re                                   **Case No.: 5-94-01241**
THOMAS A VAN SCOY
Social Security No.: 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        Debtor Statement of Intention

                                        **Chapter:11**

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

   a. **Property to be surrendered**
      No property to be surrendered.

   b. **Property to be retained**
      No property to be retained.

3. I understand that section 521(2)(b) of the Bankruptcy Code requires that I perform the above-stated intentions within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date: _11/26/94_          _____
                                    Signature of debtor

THOMAS K. FEISSNER          60746
LAW OFFICE OF THOMAS K. FEISSNER
21 E BROAD ST
HAZLETON PA  18201
(717) 455-4558
**Attorney for the Petitioner**

# UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

In re                                       **Case No:** 5-94-01241
THOMAS A VAN SCOY
t/a VAN SCOY DIAMOND MINE                   *Rule 2016(b) - Statement of*
Debtor                                      *Attorney Compensation*
Social Security No: 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
                                            **Chapter:**11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. sec. 329(a) and Bankruptcy Rule 2106(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        *See below*

    Prior to the filing of this statement, I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        *4,079.44*

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        *See below*

    *As per signed Attorney/Client Agreement*

2.  The source of the compensation paid to me was:

    ☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid me is:

    ☑ Debtor                    ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
       of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates
       of my law firm.

       A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters:

    e.   Other provisions:

         *None*

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    *N/A*

09/19/2005 14:58 FAX 5705850313          Sheils Law Associates                              ☑060

In re *VAN SCOY, THOMAS A*                                                    *5-94-01241*
                          Debtor                                                   Case No. (if known)

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_11-28-94_                                          _Thomas K. Feissner_
   Date                                               Signature of Attorney

                                                   *LAW OFFICE OF THOMAS K.*
                                                   *FEISSNER*
                                                      Name of Law Firm

**Page 2**

09/19/2005 14:58 FAX 5705850313        Sheills Law Associates                    ☒061

*THOMAS K. FEISSNER              60746*
*LAW OFFICE OF THOMAS K. FEISSNER*
*21 E BROAD ST*
*HAZLETON PA  18201*
*(717) 455-4558*
**Attorney for the Petitioner**

# UNITED STATES BANKRUPTCY COURT FOR THE
### *MIDDLE DISTRICT OF PENNSYLVANIA*

In re                                        Case No.: *5-94-01241*
*THOMAS A VAN SCOY*
Debtor                                        *20 Largest Unsecured Creditors*
Social Security No.: *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*            *Mailing Matrix*

                                             Chapter:*11*
                                             **DECLARATION**

The undersigned declare(s), under penalty of perjury, that to the best of my/our knowledge, the attached mailing list of creditors, consisting of      *6* pages (including this declaration), is complete, true, and consistent with the debtor's schedules pursuant to local bankruptcy rules.

Date: _11/26/94_                    _____
                                    THOMAS A VAN SCOY

ELKANA MINSKY
C/O SANDOR YELEN ESQ
1000 MELLON BANK CENTER
WILKES BARRE PA 18701

TRUMP'S CASTLE CASINO
ATTN COLLECTIONS
HURON AVE AND BRIGANTINE
ATLANTIC CITY NJ   08401

DAVILAR INTERNATIONAL
2 W 46TH ST
STE 1010
NY NY 10036

PA DEPT OF REVENUE
15TH FL STRAWBERRY SQ
FOURTH & WALNUT STS
HARRISBURG PA  17120

CONFEDERATION LIFE
ATTN BANKRUPTCY DEPT
PO BOX 105103
ATLANTA GA 30348

EUROPA DIAMOND SYNDICATE
C/O RONALD AMATO ESQUIRE
150 NEWPOINTE OFFICE CTR
100 BRODHEAD RD
BETHLEHEM PA  18017-8930

KASHI INC
98 CUTTER MILL RD
GREAT NECK NY  11023

KARR JEWELRY INC
C/O PETER J BUDDOCK ESQ
901 W LEHIGH ST
PO BOX 1279
BETHLEHEM PA 18016-1279

TRUMP PLAZA ASSOCIATES
C/O DORAN & NOWALIS
SUITE 700
69 PUBLIC SQUARE
WILKESBRE PA  18701-2588

WAAL FM
BUTTERNUT BROADCASTING
PO BOX 997
BINGHAMTON NY 13902

TED S GLADSTONE
C/O RONALD AMATO ESQ
NEWPOINTE OFFICE CENTER
100 BROADHEAD RD STE 150
BETHLEHEM PA 18017-8930

AMIKAM
1212 AVE OF THE AMERICAS
NY NY 10036

NOBLE BROADCAST GROUP
C/O PAUL BREEN ESQ
STE 1410
260 S BROAD ST
PHILADELPHIA PA 19102

CHARGE-IT SYSTEM VISA
ATTN BANKRUPTCY DEPT
PO BOX 94010
PALATINE IL 60094-4010

DELMARVA BROADCASTING CO
PO BOX 7492
WILMINGTON DE 19803

MARYLAND CASUALTY CO
STE 135 NAT'L RECOVERY
3910 KESWICK RD
PO BOX 17116
BALTIMORE MD  21203-7116

PARAS DIAMOND CORP
1212 AVE OF THE AMERICAS
NY NY 10036

WZZV RADIO
C/O ROBERT CORDARO ESQ
633 E DRINKER ST
DUNMORE PA  18512

CAESARS ATLANTIC CITY
ATTN VINCENT SCALISE
2100 PACIFIC AVE
ATLANTIC CITY NJ 08401

MAGIC 93 WMGS FM
PO BOX 930
AVOCA PA 18641

09/19/2005 14:58 FAX 5705850313          Shells Law Associates                    ☐063

*THOMAS K. FEISSNER*          60746
*LAW OFFICE OF THOMAS K. FEISSNER*
*21 E BROAD ST*
*HAZLETON PA  18201*
*(717) 455-4558*
**Attorney for the Petitioner**

# UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

In re                                          Case No: 5-94-01241
*THOMAS A VAN SCOY*
Debtor                                         *Mailing Matrix*
Social Security No: 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
                                               Chapter:11
                                                   **DECLARATION**

The undersigned declare(s), under penalty of perjury, that to the best of my/our knowledge, the attached mailing list of creditors, consisting of     4  pages (including this declaration), is complete, true, and consistent with the debtor's schedules pursuant to local bankruptcy rules.

Date: __11/26/94__                    _____
                                         THOMAS A VAN SCOY

**Page  4**

09/19/2005 14:47 FAX 5705850313          Sheills Law Associates                    Ø018

In re VAN SCOY, THOMAS A                                    5-94-01241
_____                            _____
           Debtor                                             Case No:

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for husband, "W" for wife, "J" for joint, or "C" for community in the appropriate column. If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Description:** *Commercial real property and improvements thereon* **Location:** *154 Mundy Street, Wilkes-Barre, PA In debtor possession.* | **Debtor Interest:** *Fee simple tenants by the entireties* **Secured creditor:** *J-HAWK CORPORATION* Claim: *559,000.00* | J | 500,000.00 | 559,000.00 |
| **Description:** *Commercial real property and improvements thereon* **Location:** *Frederick Street, Wilkes-Barre, PA In debtor possession.* | **Debtor Interest:** *Fee simple tenants by the entireties* **Secured creditor:** *MELLON BANK NA* Claim: *68,405.56* | J | 100,000.00 | 82,989.06 |
| **Description:** *Residential real property and improvements thereon* **Location:** *360 Joseph Drive, Kingston, PA In debtor possession.* | **Debtor interest:** *Fee simple tenants by the entireties* **Secured creditor:** *SMALL BUS ADMINISTRATION* Claim: *20,000.00* **Secured creditor:** *J-HAWK CORPORATION* Claim: *559,000.00* | J | 250,000.00 | 579,000.00 |
| | Total ➔ (last page only) | | 850,000.00 | |

Report also on Summary of Schedules.                    Matthew Bender & Co.