## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of January, 2006, a copy of **Appendix to Defendants Brief in Support of Motion For Leave to File an Amended Answer, Affirmative Defenses and Counterclaims**, was served upon the following counsel of record at the address and in the manner indicated:

> **US MAIL, POSTAGE PRE-PAID AND E-MAIL**
> Michael C. Petock, Esquire
> Michael F. Petock, Esquire
> Petock & Petock LLC
> 4 The Commons at Valley Forge
> 1220 Valley Forge Road
> P.O. Box 856
> Valley Forge, PA 19482-0856
> mfpetock@comcast.net
>
> **HAND DELIVER AND E-MAIL**
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> jday@ashby-geddes.com

> /s/ Sharon Oras Morgan
> Sharon Oras Morgan (DE Bar No. 4287)

Dated: January 23, 2006