## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY,                     ) | |
|                                     ) | |
|   Plaintiff and                     ) | |
|   Counterclaim-Defendant,           ) | |
|                                     ) | |
|       v.                            ) | |
|                                     ) | Case No. 05-108 (KAJ) |
| VAN SCOY DIAMOND MINE OF            ) | |
| DELAWARE, INC., a Delaware corporation, ) | |
| KURT VAN SCOY, and DONNA VAN SCOY,  ) | |
|                                     ) | |
|   Defendants and                    ) | |
|   Counterclaim-Plaintiff.           ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 26th day of January, 2006, **DEFENDANTS' FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FOURTH SET OF REQUEST FOR PRODUCTION OF DOCUMENTS, DEFENDANTS' FIFTH SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS, and DEFENDANTS' FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** were served upon the following counsel of record at the address and in the manner indicated:

Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

MP@IPLaw-Petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

**Michael C. Petock, Esquire**
**Michael F. Petock, Esquire**
**Petock & Petock LLC**
**46 The Commons at Valley Forge**
**1220 Valley Forge Road**
**P.O. Box 856**
**Valley Forge, PA  19482-0856**
and
**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. B1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP
By:_____/s/ Sharon Oras Morgan_____
Sharon Oras Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE  19801-2323
Phone:  (302) 655-3667
E-mail:  smorgan@foxrothschild.com
Attorneys for Defendants and
Counterclaim Plaintiff

Dated: January 26, 2006

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA  19103
(215) 299-2135

2