IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, </br></br>  Plaintiff and </br>  Counterclaim-Defendant, </br></br> v. </br></br> VAN SCOY DIAMOND MINE OF </br> DELAWARE, INC., a Delaware corporation, </br> KURT VAN SCOY, and DONNA VAN SCOY, </br></br>  Defendants and </br>  Counterclaim-Plaintiff. | Case No. 05-108 (KAJ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of January, 2006, **DEFENDANTS' SIXTH SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were served upon the following counsel of record at the address and in the manner indicated:

Michael C. Petock, Esquire, as an attachment to e-mails addressed to:

MP@IPLaw-Petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, as an attachment to an e-mail addressed to:

jday@ashby-geddes.com

and by United States Postal Service first class mail, postage prepaid, to the following addresses:

> **Michael C. Petock, Esquire**
> **Michael F. Petock, Esquire**
> **Petock & Petock LLC**
> **46 The Commons at Valley Forge**
> **1220 Valley Forge Road**
> **P.O. Box 856**
> **Valley Forge, PA  19482-0856**

and

**John G. Day, Esquire**
**Ashby & Geddes**
**222 Delaware Avenue, 17th Floor**
**P.O. B1150**
**Wilmington, DE 19899**

FOX ROTHSCHILD LLP

By:    /s/ Sharon Oras Morgan
     Sharon Oras Morgan (Del. Bar No. 4287)
     Citizens Bank Center
     Suite 1300
     919 North Market Street
     Wilmington, DE 19801-2323
     Phone: (302) 655-3667
     E-mail: smorgan@foxrothschild.com
     Attorneys for Defendants and
Dated: January 27, 2006      Counterclaim Plaintiff

*OF COUNSEL:*
Charles N. Quinn
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103
(215) 299-2135

WM1A 72187v1 01/27/06