## AMENDED CERTIFICATE OF SERVICE

I hereby certify that the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Michael C. Petock, Esquire, on the 27th day of January, 2006 as an attachment to e-mails addressed to:

MP@IPLaw-Petock.com and

mfpetock@comcast.net

and on John G. Day, Esquire, on the 27th day of January, 2006 as an attachment to e-mails addressed to:

jday@ashby-geddes.com

and on the 30th day of January 2006 by United States Postal Service first class mail, postage prepaid, to the following addresses:

>  **Michael C. Petock, Esquire**
>  **Michael F. Petock, Esquire**
>  **Petock & Petock LLC**
>  **46 The Commons at Valley Forge**
>  **1220 Valley Forge Road**
>  **P.O. Box 856**
>  **Valley Forge, PA  19482-0856**

>  and

>  **John G. Day, Esquire**
>  **Ashby & Geddes**
>  **222 Delaware Avenue, 17th Floor**
>  **P.O. B1150**
>  **Wilmington, DE 19899**

        /s/ Sharon Morgan
        Sharon Morgan (#4287)