# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 1, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 N. King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: Wayne Van Scoy v. Van Scoy Diamond Mine of Delaware, Inc. et al.,  
C.A. No. 05-108-KAJ

Dear Judge Jordan:

We apologize for contacting the Court again, but after review of the transcript from last week's oral argument, we thought the following may be helpful to the Court.

In response to the Court's concern that Plaintiff had the right to terminate the license at any time, we note that Plaintiff in November 2004 terminated Defendants' alleged license (alleged oral permission) in response to Defendants' breach of the alleged license by offering jewelry for sale via the internet in Plaintiff's trading area, which Plaintiff discovered in July of 2004. Further, independent of any alleged license, Plaintiff could not bring suit for trademark infringement until he discovered Defendants' website in July 2004.

Please see page 18 of Plaintiff's Answering Brief to Defendants' Motion for Summary Judgment (D.I. 134); pages 4-6, 13-15, 20-21 and <u>particularly the top of page 21</u> of Plaintiff's Opening Brief for Summary Judgment on Defendants' Defenses of Laches, Acquiescence and Estoppel (D.I. 113) and pages 8, 10-12 and 18-19 of Plaintiff's Reply Brief (D.I. 146).

Respectfully submitted,

/s/ *John G. Day*

John G. Day (I.D. 2403)

JGD/ nml  
166261.1

cc: Francis X. Pileggi, Esquire (via ECF File and Serve)  
Charles N. Quinn, Esquire (via electronic mail)  
Michael F. Petock, Esquire (via electronic mail)  
Michael C. Petock, Esquire (via electronic mail)