IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VAN SCOY DIAMOND MINE OF )<br>DELAWARE, INC., a Delaware corporation, )<br>KURT VAN SCOY, and DONNA VAN SCOY, )<br>)<br>Defendants. ) | C.A. No. 05-108-KAJ |

## ORDER DENYING DEFENDANTS' MOTION
## BY DEFENDANTS KURT VAN SCOY, DONNA VAN SCOY, AND VAN SCOY DIAMOND MINE OF DELAWARE, INC. FOR LEAVE TO FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

This matter comes before the Court on the Motion by Defendants Kurt Van Scoy, Donna Van Scoy and Van Scoy Diamond Mine of Delaware, Inc. for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims. After consideration of all of the evidence and the briefs and memorandum of the parties, it is hereby

**ORDERED and ADJUDGED** that Defendants' Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims is hereby **DENIED**.

IT IS SO ORDERED

Date:_____    _____
United States District Judge

166263.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2006, the attached **ORDER DENYING DEFENDANTS' MOTION BY DEFENDANTS KURT VAN SCOY, DONNA VAN SCOY, AND VAN SCOY DIAMOND MINE OF DELAWARE, INC. FOR LEAVE TO FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Sharon Oras Morgan, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | **HAND DELIVERY** |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | **VIA FEDERAL EXPRESS** |

/s/ John G. Day
_____
John G. Day