IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 05-108-KAJ |
| | ) |
| VAN SCOY DIAMOND MINE OF DELAWARE, INC., | ) |
| KURT VAN SCOY AND DONNA VAN SCOY | ) |
| | ) |
|     Defendants. | ) |

**STIPULATED ORDER**

WHEREAS defendants have requested an extension of the time, from February 7, 2006 until February 21, 2006, for service and filing of Defendants' reply brief to Defendants' Motion to Seek Leave to Amend its Answer, Counterclaim and Affirmative Defenses;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date for service and filing of Defendants' reply brief to Defendants' Motion to Seek Leave to Amend its Answer, Counterclaim and Affirmative Defenses in the above matter shall be extended to February 21, 2006.

ASHBY & GEDDES

/s/ *John G. Day*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801
(302) 654-1888 (voice)
(302) 654-2067 (fax)
sbalick@ashby-geddes.com
jday@ashby-geddes.com
*Attorneys for Plaintiff Wayne Van Scoy*

FOX ROTHSCHILD

/s/ *Sharon Oras Morgan*
Francis G. X. Pileggi (I.D. #2624)
Sharon Oras Morgan (I.D. 4287)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
(302) 622-4246 (voice)
(302) 656-8920 (fax)
fpileggi@foxrothschild.com
smorgan@foxrothschild.com
*Attorneys for Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy*

SO ORDERED this ___ day of _____, 2006.

_____
**The Honorable Kent A. Jordan**

WM1A 72642v1 02/03/06