## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the enclosed **Stipulation** was served this 3rd day of February, 2006 upon the following individuals by first class mail and electronic mail:

>Michael C. Petock, Esquire
>Michael F. Petock, Esquire
>Petock & Pectock LLC
>4 The Commons at Valley Forge
>1220 Valley Forge Road
>P.O. Box 856
>Valley Forge, PA  19482-0856
>mfpetock@comcast.net

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899
>jday@ashby-geddes.com

>/s/ Sharon Oras Morgan
>**Sharon Oras Morgan (4287)**

WM1A 72642v1 02/03/06