# FOX ROTHSCHILD LLP
### ATTORNEYS AT LAW

CITIZENS BANK CENTER ♦ SUITE 1300 ♦ 919 NORTH MARKET STREET ♦ P.O. BOX 2323 ♦ WILMINGTON, DE 19899-2323
302.654.7444 ♦ FAX 302.656.8920 ♦ www.foxrothschild.com

Sharon Oras Morgan
Direct Dial: (302) 622-4246
Internet Address: smorgan@foxrothschild.com

February 3, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    **Wayne Van Scoy v. Kurt Van Scoy, et al.**
            **C.A. No. 05-108-KAJ**

Dear Judge Jordan:

    Enclosed for the Court's consideration is a stipulation extending time for Defendants to file a Reply Brief to Defendants' Motion to Seek Leave to Amend its Answer, Counterclaim and Affirmative Defenses. This stipulation is being submitted because my colleague, Charles Quinn, needed to leave town on short notice due to a serious illness in his family.

    The Court's consideration is appreciated.

                                                      Respectfully,

                                                      Sharon Oras Morgan (#4287)

SOM/mlr
Enclosure

cc:    Michael C. Petock, Esquire
       Michael F. Petock, Esquire
       John Day, Esquire