## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of February, 2006, a copy of *Defendants' Reply Brief in Further Support of Their Motion For Leave to File an Amended Answer, Affirmative Defenses and Counterclaims*, was served upon the following counsel of record at the address and in the manner indicated:

### US MAIL, POSTAGE PRE-PAID AND E-MAIL

Michael C. Petock, Esquire
Michael F. Petock, Esquire
Petock & Petock LLC
4 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
mfpetock@comcast.net

### HAND DELIVERY AND E-MAIL

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com

/s/ Sharon Oras Morgan
Sharon Oras Morgan (DE Bar No. 4287)

Dated: February 21, 2006