IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-108-KAJ |
| v. ) | |
| ) | |
| VAN SCOY DIAMOND MINE OF ) | |
| DELAWARE, INC., a Delaware corporation, ) | |
| KURT VAN SCOY, and DONNA VAN SCOY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION REQUESTING LEAVE TO FILE
PLAINTIFF WAYNE VAN SCOY'S SUPPLEMENT TO HIS
ANSWERING BRIEF IN OPPOSITION TO MOTION OF DEFENDANTS
VAN SCOY DIAMOND MINE OF DELAWARE, INC., KURT VAN SCOY
AND DONNA VAN SCOY FOR SUMMARY JUDGMENT**

Plaintiff respectfully requests that the Court grant leave to file the attached Plaintiff Wayne Van Scoy's Supplement to His Answering Brief in Opposition to Motion of Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy for Summary Judgment. The purpose of the supplement is to clarify and elaborate on the applicability of the Doctrine of Progressive Encroachment.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801
(302) 654-1888

*Attorneys for Wayne Van Scoy*

*Of Counsel:*

Michael F. Petock
Michael C. Petock
PETOCK & PETOCK, LLC
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 856
Valley Forge, PA 19482-0856
(610) 935-8600

Dated: March 7, 2006
167303.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel have discussed the attached motion, but an agreement could not be reached.

*/s/ John G. Day*
_____
John G. Day

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2006, the attached **PLAINTIFF'S MOTION REQUESTING LEAVE TO FILE PLAINTIFF WAYNE VAN SCOY'S SUPPLEMENT TO HIS ANSWERING BRIEF IN OPPOSITION TO MOTION OF DEFENDANTS VAN SCOY DIAMOND MINE OF DELAWARE, INC., KURT VAN SCOY AND DONNA VAN SCOY FOR SUMMARY JUDGMENT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Sharon Oras Morgan, Esquire<br>Fox Rothschild LLP<br>Citizen Bank Center<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE  19801-2323 | <u>VIA ELECTRONIC MAIL</u> |
| Charles N. Quinn, Esquire<br>Fox Rothschild LLP<br>2000 Market Street<br>Tenth Floor<br>Philadelphia, PA  19103 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ John G. Day*
_____
John G. Day