# EXHIBIT 1

Case 1:05-cv-00108-KAJ    Document 182-3    Filed 04/21/2006    Page 1 of 4

THE UNITED STATES DISTRICT COURT
THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE VAN SCOY<br>　　　　　Plaintiff<br><br>V.<br><br>VAN SCOY DIAMOND MINE OF<br>DELAWARE, INC., a Delaware Corporation<br>KURT VAN SCOY, and<br>DONNA VAN SCOY<br>　　　　　Defendants | Civil Action No. 05-108-KAJ |

### **PERMANENT INJUNCTION**

This Court, having reviewed and approved the Settlement Agreement executed by Plaintiff Wayne Van Scoy and Defendants Kurt Van Scoy, Donna Van Scoy and Van Scoy Diamond Mine of Delaware, Inc. (the name of which is in the process of being changed to "Van Scoy Diamonds of Delaware, Incorporated"), and being fully advised of the premises, enters this Permanent Injunction in this trademark action, as agreed between the parties in their Settlement Agreement.

It is ORDERED, ADJUDGED AND DECREED that:

1. Wayne Van Scoy, Kurt Van Scoy, Donna Van Scoy and Van Scoy Diamond Mine of Delaware, Inc. (which shall in the future be named "Van Scoy Diamonds of Delaware, Incorporated") are ordered to abide by the terms of the signed Settlement Agreement dated April 11, 2006.

2. Under the terms of the settlement, Kurt Van Scoy, Donna Van Scoy and Van Scoy Diamond Mine of Delaware, Inc. (which shall in the future be named "Van Scoy Diamonds of Delaware, Incorporated"), its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order

        by personal service or otherwise, are permanently enjoined from the following conduct:

        i.    using the mark "Van Scoy Diamond Mine" or the word "mine" as part or all of a trade name, business name, corporate name, service mark, trademark or trade designation description in connection with either the word "Van Scoy" or the word "Diamond" in connection with jewelry sales and services, provided however that defendants shall have the right to continue to use the mark "Van Scoy Diamond Mine" on whatever stock is on hand of packaging, gift boxes, purchase bags and the like in ordinary course of business at their Newark, Delaware store until such stock is exhausted or 31 October 2006, whichever comes first; or

        ii.    placing print and broadcast media, and outdoor signage advertising under the mark "Van Scoy Diamonds of Delaware" anywhere other than in the Newark/Wilmington, Delaware area.

3.    This Court retains jurisdiction to enforce this Order, including the Injunction in paragraph 2 and the Settlement Agreement. The Court finds that the settlement constitutes a resolution of all claims between plaintiff Wayne Van Scoy and defendants Kurt Van Scoy, Donna Van Scoy and Van Scoy Diamond Mine of Delaware, Inc. (which shall in the future be named "Van Scoy Diamonds of Delaware, Incorporated"); and under Federal Rule of Civil Procedure 54(b), that there is no just reason for delay in the entry of judgment, and that this Permanent Injunction should be entered as a Final Judgment. Each party is to bear its own costs and attorney's fees

IT IS SO ORDERED.

Dated: _____, 2006

                                                  Kent A. Jordan
                                                 United States District Judge

_____      _____
Steven J. Balick, Esquire             Sharon Oras Morgan, Esquire
John G. Day, Esquire                  Francis G.X. Pileggi, Esquire
Ashby & Geddes                        Fox Rothschild LLP
222 Delaware Avenue, 17th Floor       Suite 1300
P.O. Box 1150                         919 N. Market Street
Wilmington, DE 19899                  Wilmington, DE 1980

*Attorneys for Plaintiff*              *Attorneys for Defendants*


*Of Counsel:*                          *Of Counsel:*

Michael F. Petock, Esquire             Charles N. Quinn, Esquire
Michael C. Petock, Esquire             Fox Rothschild LLP
Petock & Petock, LLC                   2000 Market Street
46 The Commons at Valley Forge         Tenth Floor
1220 Valley Forge Road                 Philadelphia, PA 19103-3291
P.O. Box 856
Valley Forge, PA 19482-0856

PH2 253693v1 03/31/06