REVIEWED
By Larisha Davis at 11:47 am, Jun 26, 2007

CLOSED, MEDIATION, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00108-KAJ
### Internal Use Only

| | |
|---|---|
| Van Scoy v. Van Scoy Diamond Mine of Delaware Inc. et al | Date Filed: 02/23/2005 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 05/05/2006 |
| Cause: 15:1051 Trademark Infringement | Jury Demand: None |
| | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Wayne Van Scoy**  represented by  **John G. Day**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: jday@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. Petock**
Pro Hac Vice
Email: mcp@iplaw-petock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Balick**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Geyer Lydon**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: tlydon@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael F. Petock**
Pro Hac Vice
Email: mfpetock@comcast.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Van Scoy Diamond Mine of Delaware Inc.**  represented by  **Sharon Oras Morgan**
*a Delaware corporation*                                            Fox Rothschild LLP
                                                                    919 North Market Street, Suite 1300
                                                                    P.O. Box 2323
                                                                    Wilmington, DE 19899-2323
                                                                    (302) 622-4246
                                                                    Email: smorgan@foxrothschild.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Charles N. Quinn**
                                                                    Pro Hac Vice
                                                                    Email: cquinn@foxrothschild.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Francis G.X. Pileggi**
                                                                    Fox Rothschild LLP
                                                                    919 North Market Street, Suite 1300
                                                                    P.O. Box 2323
                                                                    Wilmington, DE 19899-2323
                                                                    (302) 654-7444
                                                                    Email: fpileggi@foxrothschild.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Seth Andrew Niederman**
                                                                    Fox Rothschild LLP
                                                                    919 North Market Street, Suite 1300
                                                                    P.O. Box 2323
                                                                    Wilmington, DE 19899-2323
                                                                    (302) 654-7444
                                                                    Email: sniederman@foxrothschild.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Sheldon Kevin Rennie**
                                                                    Fox Rothschild LLP
                                                                    919 North Market Street, Suite 1300
                                                                    P.O. Box 2323
                                                                    Wilmington, DE 19899-2323
                                                                    (302) 654-7444
                                                                    Email: srennie@foxrothschild.com
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Kurt Van Scoy**                                represented by  **Sharon Oras Morgan**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Francis G.X. Pileggi**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Seth Andrew Niederman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Donna Van Scoy**                               represented by  **Sharon Oras Morgan**

|   |   |
|---|---|
|   | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Francis G.X. Pileggi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   | **Seth Andrew Niederman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Van Scoy Diamond Mine of Delaware Inc.**<br>*a Delaware corporation* | represented by | **Sharon Oras Morgan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Francis G.X. Pileggi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Kurt Van Scoy** | represented by | **Sharon Oras Morgan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Francis G.X. Pileggi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Donna Van Scoy** | represented by | **Sharon Oras Morgan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Francis G.X. Pileggi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**Wayne Van Scoy**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2005 | 1 | COMPLAINT filed against Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 138233.) - filed by Wayne Van Scoy.(dab, ) (Entered: 02/23/2005) |
| 02/23/2005 |  | Summons Issued as to Van Scoy Diamond Mine of Delaware Inc. on 2/23/2005; Kurt Van Scoy on 2/23/2005; Donna Van Scoy on 2/23/2005. (dab, ) (Entered: 02/23/2005) |
| 02/23/2005 | 2 | Report to the Commissioner of Patents for Trademark Number(s) 1,140,711; 1,140,958; (dab, ) (Entered: 02/23/2005) |

|  |  | Admission by Plaintiff Wayne Van Scoy by Wayne Van Scoy.(Day, John) (Entered: 10/06/2005) |
|---|---|---|
| 10/06/2005 | 99 | NOTICE OF SERVICE of Serving of Signed Transcript with Errata Sheet to Defendants' Counsel by Wayne Van Scoy.(Day, John) (Entered: 10/06/2005) |
| 10/06/2005 | 100 | NOTICE OF SERVICE of Plaintiff's Designation of Confidential and Confidential - For Attorney Eyes Only Portions of the Transcript of the Deposition of Plaintiff Wayne Van Scoy Taken August 17, 2005 by Wayne Van Scoy.(Day, John) (Entered: 10/06/2005) |
| 10/06/2005 | 101 | NOTICE OF SERVICE of Plaintiff's Production of Document Numbers 01328-01654 by Wayne Van Scoy.(Day, John) (Entered: 10/06/2005) |
| 10/10/2005 | 102 | NOTICE of Service of Defendants' Responses to Plaintiffs Second Set of Interrrogatories by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 10/10/2005) |
| 10/10/2005 | 103 | NOTICE of Service of Defendants' Responses to Plaintiffs First Set of Requests for Admisssions Under FRCP 36 by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 10/10/2005) |
| 10/10/2005 | 104 | NOTICE of Service of Defendants' Fourth Supplemental Responses to Plaintiffs First Set of Requests for Production of Documents by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 10/10/2005) |
| 10/10/2005 | 105 | NOTICE of Service of Defendants' Repsonses to Plaintiffs Fourth Set of Requests for Production of Documents by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 10/10/2005) |
| 10/11/2005 | 106 | First STIPULATION TO EXTEND TIME to serve and file case dispositive motions, opening briefs, and supporting affidavits to October 25, 2005 - filed by Wayne Van Scoy. (Day, John) (Entered: 10/11/2005) |
| 10/13/2005 |  | SO ORDERED, re 106 First STIPULATION TO EXTEND TIME to serve and file case dispositive motions, opening briefs, and supporting affidavits to October 25, 2005. Signed by Judge Kent A. Jordan on 10/13/05. (rwc, ) (Entered: 10/13/2005) |
| 10/13/2005 | 107 | NOTICE OF SERVICE of Plaintiff's Production of Document Numbers 01697-01712 by Wayne Van Scoy.(Day, John) (Entered: 10/13/2005) |
| 10/25/2005 | 108 | MOTION for Summary Judgment *of Infringement and Willful Infringement by Defendants* - filed by Wayne Van Scoy. (Lydon, Tiffany) (Entered: 10/25/2005) |
| 10/25/2005 | 109 | SEALED OPENING BRIEF in Support re 108 MOTION for Summary Judgment *of Infringement and Willful Infringement by Defendants* filed by Wayne Van Scoy.Answering Brief/Response due date per Local Rules is 11/8/2005. (Lydon, Tiffany) (Entered: 10/25/2005) |
| 10/25/2005 | 110 | MOTION for Summary Judgment *Against Defendants' Claims of Invalidity and Abandonment* - filed by Wayne Van Scoy. (Lydon, Tiffany) (Entered: 10/25/2005) |
| 10/25/2005 | 111 | SEALED OPENING BRIEF in Support re 110 MOTION for Summary Judgment *Against Defendants' Claims of Invalidity and Abandonment* filed by Wayne Van Scoy.Answering Brief/Response due date per Local Rules is 11/8/2005. (Lydon, Tiffany) (Entered: 10/25/2005) |
| 10/25/2005 | 112 | MOTION for Summary Judgment *on Defendants' Laches, Acquiescence and Estoppel Defenses* - filed by Wayne Van Scoy. (Lydon, Tiffany) (Entered: 10/25/2005) |
|  |  |  |

| | | |
|---|---|---|
| 10/25/2005 | 113 | SEALED OPENING BRIEF in Support re 112 MOTION for Summary Judgment *on Defendants' Laches, Acquiescence and Estoppel Defenses* filed by Wayne Van Scoy.Answering Brief/Response due date per Local Rules is 11/8/2005. (Lydon, Tiffany) (Entered: 10/25/2005) |
| 10/25/2005 | 114 | NOTICE of Filing of Motion for Summary Judgment filed Under Seal by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 10/25/2005) |
| 10/25/2005 | 115 | SEALED Memorandum in Support of Motion 116 for Summary Judgment filed under seal by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy (Morgan, Sharon) Modified on 10/26/2005 (rwc, ). (Entered: 10/25/2005) |
| 10/25/2005 | 116 | MOTION for Summary Judgment - filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 10/25/2005) |
| 10/25/2005 | 117 | NOTICE of Filing of Motion for Summary Judgment by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 10/25/2005) |
| 10/25/2005 | 118 | PROPOSED ORDER Proposed Order for Defendants Motion for Summary Judgment by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Morgan, Sharon) (Entered: 10/25/2005) |
| 10/26/2005 | | CORRECTING ENTRY: Docket Entries 115 and 116 were improperly filed as "Notices" and were corrected by the Court. (rwc, ) (Entered: 10/26/2005) |
| 11/01/2005 | 119 | REDACTED VERSION of 115 Notice (Other) *Memorandum of Law in Support of Defendants Motion for Summary Judgment* by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Appendix # 2 Certificate of Compliance # 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I# 12 Exhibit J# 13 Exhibit K# 14 Exhibit L# 15 Exhibit M# 16 Exhibit N# 17 Exhibit O# 18 Exhibit P# 19 Exhibit Q# 20 Exhibit R)(Morgan, Sharon) (Entered: 11/01/2005) |
| 11/01/2005 | 120 | REDACTED VERSION of 113 Opening Brief in Support *of Plaintiff's Motion for Summary Judgment on Defendants' Laches, Acquiescense and Estoppel Defenses* by Wayne Van Scoy. (Attachments: # 1 Exhibit A and B# 2 Exhibit C through H)(Day, John) (Entered: 11/01/2005) |
| 11/01/2005 | 121 | REDACTED VERSION of 109 Opening Brief in Support *of Plaintiff's Motion for Summary Judgment of Infringement and Willful Infringement* by Wayne Van Scoy. (Attachments: # 1 Exhibit A through D (part 1)# 2 Exhibit D (part 2)# 3 Exhibit E through H# 4 Exhibit I and J# 5 Exhibit K through N# 6 Exhibit O through S)(Day, John) (Entered: 11/01/2005) |
| 11/01/2005 | 122 | Letter to Clerk of Court from Sharon Oras Morgan - re 115 Notice (Other). (Attachments: # 1 Supplement E-9 through E-10# 2 Certificate of Service)(Morgan, Sharon) (Entered: 11/01/2005) |
| 11/01/2005 | 123 | REDACTED VERSION of 111 Opening Brief in Support *of Plaintiff's Motion for Summary Judgment Against Defendants' Claims of Invalidity and Abandonment* by Wayne Van Scoy. (Attachments: # 1 Exhibit A through C# 2 Exhibit D through I# 3 Exhibit J through M)(Day, John) (Entered: 11/01/2005) |
| 11/01/2005 | 124 | NOTICE of Service of Defendants Designation of Confidential for Attorneys Eyes Only Portions of the Transcript of the Deposition of Defendant Kurt Van Scoy by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy (Attachments: # 1 CERTIFICATE OF SERVICE)(Morgan, Sharon) (Entered: 11/01/2005) |
| 11/02/2005 | 125 | NOTICE OF SERVICE of Plaintiff's Production of Document Numbers 00664 and 01713-01723 (with Certificate of Service) by Wayne Van Scoy.(Day, John) (Entered: |

| | | |
|---|---|---|
| | | 11/02/2005) |
| 11/02/2005 | 126 | NOTICE OF SERVICE of Plaintiff Wayne Van Scoy's Third Supplemental Responses to First Request of Defendants Kurt Van Scoy, Donna Van Scoy and Van Scoy Diamond Mine of Delaware, Inc. for Production of Documents and Things by Plaintiff Wayne Van Scoy (with Certificate of Service) by Wayne Van Scoy.(Day, John) (Entered: 11/02/2005) |
| 11/02/2005 | 127 | NOTICE OF SERVICE of Plaintiff's Supplemental Responses to Fourth Request of Defendants Kurt Van Scoy, Donna Van Scoy and Van Scoy Diamond Mine of Delaware, Inc. for Production of Documents and Things by Plaintiff Wayne Van Scoy (with Certificate of Service) by Wayne Van Scoy.(Day, John) (Entered: 11/02/2005) |
| 11/15/2005 | 128 | STIPULATION TO EXTEND TIME to file and serve Answering Briefs and Affidavits to on or before November 30, 2005 - filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 11/15/2005) |
| 11/15/2005 | 129 | STIPULATION TO EXTEND TIME to file and serve Reply Briefs to on or before December 23, 2005 - filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 11/15/2005) |
| 11/15/2005 | | SO ORDERED, re 128 STIPULATION TO EXTEND TIME to file and serve Answering Briefs and Affidavits to on or before November 30, 2005 and SO ORDERED 129 STIPULATION TO EXTEND TIME to file and serve Reply Briefs to on or before December 23, 2005, Set Briefing Schedule: Answering Briefs due 11/30/2005. Reply Briefs due 12/23/2005. Signed by Judge Kent A. Jordan on 11/15/05. (rwc, ) (Entered: 11/15/2005) |
| 11/28/2005 | 130 | NOTICE OF SERVICE of Plaintiff's Production of Document Numbers 01724-01823 by Wayne Van Scoy.(Day, John) (Entered: 11/28/2005) |
| 11/28/2005 | 131 | STIPULATION TO EXTEND TIME for Summary Judgment Briefing to December 14, 2005 for answering briefs and January 18, 2006 for reply briefs - filed by Wayne Van Scoy, Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Day, John) (Entered: 11/28/2005) |
| 12/01/2005 | 132 | STIPULATION TO EXTEND TIME to file answering and reply briefs in support of motions for summary judgment to - filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Certificate of Service)(Niederman, Seth) (Entered: 12/01/2005) |
| 12/01/2005 | | SO ORDERED, re 132 STIPULATION TO EXTEND TIME to file answering and reply briefs in support of motions for summary judgment, Set Briefing Schedule: Answering Brief due 12/5/2005. Reply Brief due 12/29/2005. Signed by Judge Kent A. Jordan on 12/1/05. (rwc, ) (Entered: 12/01/2005) |
| 12/02/2005 | 133 | ORDER Setting Mediation Conferences: Telephone Conference set for 1/6/2006 09:00 AM before Honorable Mary Pat Thynge. Continued Mediation Conference tentatively set for 1/19/2006 09:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 12/2/2005. (cab, ) (Entered: 12/02/2005) |
| 12/05/2005 | 134 | SEALED ANSWERING BRIEF in Opposition re 116 MOTION for Summary Judgment filed by Wayne Van Scoy.Reply Brief due date per Local Rules is 12/12/2005. (Day, John) (Entered: 12/05/2005) |
| 12/05/2005 | 135 | PROPOSED ORDER Denying Defendants' Motion for Summary Judgment re 134 Answering Brief in Opposition, 116 MOTION for Summary Judgment by Wayne Van Scoy. (Day, John) (Entered: 12/05/2005) |
| 12/05/2005 | 136 | SEALED ANSWERING BRIEF in Opposition re 108 MOTION for Summary Judgment *of Infringement and Willful Infringement by Defendants* filed by Van Scoy |

| | | |
|---|---|---|
| | | ==Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy.Reply Brief due date per Local Rules is 12/12/2005. (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 12/05/2005)== |
| ==12/05/2005== | ==137== | ==SEALED ANSWERING BRIEF in Opposition re 110 MOTION for Summary Judgment *Against Defendants' Claims of Invalidity and Abandonment* filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy.Reply Brief due date per Local Rules is 12/12/2005. (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 12/05/2005)== |
| ==12/05/2005== | ==138== | ==SEALED ANSWERING BRIEF in Opposition re 112 MOTION for Summary Judgment *on Defendants' Laches, Acquiescence and Estoppel Defenses* filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy.Reply Brief due date per Local Rules is 12/12/2005. (Attachments: # 1 Certificate of Service) (Morgan, Sharon) (Entered: 12/05/2005)== |
| 12/05/2005 | 139 | PROPOSED ORDER Order Denying Plaintiffs Motion for Summary Judgment Of Infringement And Willful Infringement By Defendants re 108 MOTION for Summary Judgment *of Infringement and Willful Infringement by Defendants* by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Morgan, Sharon) (Entered: 12/05/2005) |
| 12/05/2005 | 140 | PROPOSED ORDER Order Denying Plaintiffs Motion For Summary Judgment Against Defendants' Claims Of Invalidity and Abandonment re 110 MOTION for Summary Judgment *Against Defendants' Claims of Invalidity and Abandonment* by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Morgan, Sharon) (Entered: 12/05/2005) |
| 12/05/2005 | 141 | PROPOSED ORDER Order Denying Plaintiffs Motion For Summary Judgment On Defendants' Laches, Acquiescence And Estoppel Defenses re 112 MOTION for Summary Judgment *on Defendants' Laches, Acquiescence and Estoppel Defenses* by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Morgan, Sharon) (Entered: 12/05/2005) |
| 12/12/2005 | 142 | REDACTED VERSION of 134 Answering Brief in Opposition *to Motion of Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy for Summary Judgment* by Wayne Van Scoy. (Attachments: # 1 Exhibit A through E# 2 Exhibit F through J# 3 Exhibit K (part 1)# 4 Exhibit K (part 2)# 5 Exhibit L through O# 6 Exhibit P and Q# 7 Exhibit R through U# 8 Exhibit V through BB)(Day, John) (Entered: 12/12/2005) |
| 12/12/2005 | 143 | REDACTED VERSION of 138 Answering Brief in Opposition, *to Plaintiff Wayne Van Scoy's Motion for Summary Judgment on Defendants Laches, Acquiescence and Estoppel Defenses* by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Certificate of Service)(Morgan, Sharon) (Entered: 12/12/2005) |
| 12/12/2005 | 144 | REDACTED VERSION of 136 Answering Brief in Opposition, *to Plaintiff Wayne Van Scoy's Motion for Summary Judgment of Infringement and Willful Infringement by Defendants* by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Certificate of Service)(Morgan, Sharon) (Entered: 12/12/2005) |
| 12/12/2005 | 145 | REDACTED VERSION of 137 Answering Brief in Opposition, *to Plaintiff Wayne Van Scoy's Motion for Summary Judgment Against Defendants Claims of Invalidity and Abandonment* by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Certificate of Service)(Morgan, Sharon) (Entered: 12/12/2005) |

| | | |
|---|---|---|
| 12/29/2005 | 146 | SEALED REPLY BRIEF re 112 MOTION for Summary Judgment *on Defendants' Laches, Acquiescence and Estoppel Defenses* filed by Wayne Van Scoy. (Day, John) (Entered: 12/29/2005) |
| 12/29/2005 | 147 | SEALED REPLY BRIEF re 110 MOTION for Summary Judgment *Against Defendants' Claims of Invalidity and Abandonment* filed by Wayne Van Scoy. (Day, John) (Entered: 12/29/2005) |
| 12/29/2005 | 148 | REPLY BRIEF re 108 MOTION for Summary Judgment *of Infringement and Willful Infringement by Defendants* filed by Wayne Van Scoy. (Attachments: # 1 Exhibits T and U# 2 Exhibits V through Z)(Day, John) (Entered: 12/29/2005) |
| 12/29/2005 | 149 | REPLY BRIEF re 116 MOTION for Summary Judgment filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy, Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Appendix # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Certificate of Service)(Morgan, Sharon) (Entered: 12/29/2005) |
| 12/29/2005 | 150 | REQUEST for Oral Argument by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy re 112 MOTION for Summary Judgment *on Defendants' Laches, Acquiescence and Estoppel Defenses*, 116 MOTION for Summary Judgment, 108 MOTION for Summary Judgment *of Infringement and Willful Infringement by Defendants*, 110 MOTION for Summary Judgment *Against Defendants' Claims of Invalidity and Abandonment*. (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 12/29/2005) |
| 12/30/2005 | 151 | Compendium of Unreported Decisions re 149 Reply Brief, by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Morgan, Sharon) (Entered: 12/30/2005) |
| 01/03/2006 | 152 | REQUEST for Oral Argument by Wayne Van Scoy. (Day, John) (Entered: 01/03/2006) |
| 01/06/2006 | 153 | Order Setting Teleconference: Telephone Conference set for 1/9/2006 03:00 PM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 1/6/2006. (cab, ) (Entered: 01/06/2006) |
| 01/06/2006 | 154 | REDACTED VERSION of 147 Reply Brief *in Support of Plaintiff's Motion for Summary Judgment Against Defendants' Claims of Invalidity and Abandonment* by Wayne Van Scoy. (Attachments: # 1 Exhibits N and O# 2 Exhibits P through U)(Day, John) (Entered: 01/06/2006) |
| 01/06/2006 | 155 | REDACTED VERSION of 146 Reply Brief *in Support of Plaintiff's Motion for Summary Judgment on Defendants' Laches, Acquiescence and Estoppel Defenses* by Wayne Van Scoy. (Attachments: # 1 Exhibits I through N)(Day, John) (Entered: 01/06/2006) |
| 01/09/2006 | 156 | ORDER Setting Hearing on Motions: 110 MOTION for Summary Judgment *Against Defendants' Claims of Invalidity and Abandonment*, 112 MOTION for Summary Judgment *on Defendants' Laches, Acquiescence and Estoppel Defenses*, 108 MOTION for Summary Judgment *of Infringement and Willful Infringement by Defendants*, 116 MOTION for Summary Judgment: Motion Hearing set for 1/24/2006 09:30 AM in Courtroom 6A before Honorable Kent A. Jordan.. Signed by Judge Kent A. Jordan on 1/9/06. (rwc, ) (Entered: 01/09/2006) |
| 01/23/2006 | 157 | MOTION for Leave to File *An Amended Answer, Affirmative Defenses and Counterclaims* - filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Statement 7.1.1# 2 Proposed Order# 3 Certificate of Service)(Morgan, Sharon) (Entered: 01/23/2006) |
| 01/23/2006 | 158 | OPENING BRIEF in Support re 157 MOTION for Leave to File *An Amended Answer, Affirmative Defenses and Counterclaims* filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy.Answering Brief/Response due date per Local |

| | | |
|---|---|---|
| | | 21, 2006 - filed by Van Scoy Diamond Mine of Delaware Inc.. (Attachments: # 1 Certificate of Service# 2 Letter to The Honorable Kent A. Jordan for the Court's consideration of the Stipulation)(Rennie, Sheldon) (Entered: 02/03/2006) |
| 02/03/2006 | | SO ORDERED re 171 STIPULATION TO EXTEND TIME Defendants' Reply Brief to Defendants' Motion to Seek Leave to Amend Its Answer, Counterclaim and Affirmative Defenses to February 21, 2006 filed by Van Scoy Diamond Mine of Delaware Inc . Signed by Judge Kent A. Jordan on 2/3/06. (ntl, ) (Entered: 02/03/2006) |
| 02/07/2006 | 172 | NOTICE OF SERVICE of Plaintiff Wayne Van Scoy's Fourth Supplemental Responses to First Request of Defendants Kurt Van Scoy, Donna Van Scoy and Van Scoy Diamond Mine of Delaware, Inc. for Production of Documents and Things by Wayne Van Scoy.(Day, John) (Entered: 02/07/2006) |
| 02/08/2006 | 173 | NOTICE OF SERVICE of Second Supplement to Plaintiff's Initial Disclosures Pursuant to F.R.Civ.P. 26(a) as Served on May 2, 2005 by Wayne Van Scoy.(Day, John) (Entered: 02/08/2006) |
| 02/21/2006 | 174 | REPLY BRIEF re 157 MOTION for Leave to File *An Amended Answer, Affirmative Defenses and Counterclaims (In Support of)* filed by Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Attachments: # 1 Certificate of Service)(Morgan, Sharon) (Entered: 02/21/2006) |
| 02/27/2006 | 175 | Letter to The Honorable Kent A. Jordan from Tiffany Geyer Lydon regarding teleconference today regarding Pre-Trial Order. (Attachments: # 1 Exhibit A through H) (Lydon, Tiffany) (Entered: 02/27/2006) |
| 02/27/2006 VOID | 176 | STENO NOTES for 2/27/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 02/27/2006) |
| 02/27/2006 | 177 | TRANSCRIPT of teleconference held before Judge Jordan on 2/27/06. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 02/27/2006) |
| 02/27/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference held on 2/27/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 02/27/2006) |
| 03/07/2006 | 178 | MOTION for Leave to File *Plaintiff Wayne Van Scoy's Supplement to His Answering Brief in Opposition to Motion of Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy for Summary Judgment* - filed by Wayne Van Scoy. (Attachments: # 1 Supplement Plaintiff Wayne Van Scoy's Supplement to His Answering Brief in Opposition to Motion of Defendants Van Scoy Diamond Mine of Delaware, Inc., Kurt Van Scoy and Donna Van Scoy for Summary Judgment)(Day, John) (Entered: 03/07/2006) |
| 03/07/2006 | 179 | Letter to The Honorable Kent A. Jordan from John G. Day regarding proposed final pretrial order. (Day, John) - Modified on 3/8/2006 (rwc, ). (Entered: 03/07/2006) |
| 03/07/2006 | 180 | Proposed Pretrial Order - filed by Wayne Van Scoy - (SEALED). (rwc, ) (Entered: 03/08/2006) |
| 03/08/2006 | | CORRECTING ENTRY: Proposed PTO is sealed and must be docketed as a separate entry - done (see DI# 180). (rwc, ) (Entered: 03/08/2006) |
| 03/10/2006 | 181 | Letter to The Honorable Kent A. Jordan from John G. Day regarding agreement in principle to settle all claims. (Day, John) (Entered: 03/10/2006) |
| 04/21/2006 | 182 | Letter to The Honorable Kent A. Jordan from John G. Day regarding settlement agreement. (Attachments: # 1 Consent Judgment# 2 Exhibit 1 to Consent Judgment) (Day, John) (Entered: 04/21/2006) |
| 04/21/2006 | 183 | SETTLEMENT AGREEMENT *(FILED UNDER SEAL) re D.I. 182* by Wayne Van Scoy, Van Scoy Diamond Mine of Delaware Inc., Kurt Van Scoy, Donna Van Scoy. (Day, John) (Entered: 04/21/2006) |