OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 9, 2007

Sharon Oras Morgan, ESQ.
Fox Rothschild LLP
smorgan@foxrothschild.com

RE: **Van Scoy v. Van Scoy Diamond Mine of Delaware Inc. et al.**
    Civ. No. **05-cv-00108-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 115,136,137,138.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ____AUG 0 9 2007____.

_____
Signature