UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

August 24, 2007

John G. Day, ESQ.
Ashby & Geddes
jday@ashby-geddes.com

RE: **Van Scoy v. Van Scoy Diamond Mine of Delaware Inc. et al.**
    Civ. No. **05-cv-00108-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 109,111,113,134,146,147,180,183.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By:

I hereby acknowledge receipt of the above mentioned documents on  8/21/07 .

_____
Signature